# In The United States Court of Federal Claims

## Cover Sheet

*06-54 C

Plaintiff(s) or Petitioner(s)

PRAECOMM, Inc. d/b/a American Radio

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Krista L. Pages

Firm Name: Dykema Gossett PLLC

Post Office Box:

Street Address: 1300 I Street, N.W., Suite 300 West

City-State-Zip: Washington, D.C. 20005

Telephone & Facsimile Numbers: (p) 202-906-8600; (f) 202-906-8669

E-mail address: kpages@dykema.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 6

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: A R M

See attached Sheet for three digit code.

Amount Claimed: $ 14,456,879.00 and $3,517,402.29

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005