# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PRAECOMM, INC d/b/a/ AMERICAN RADIO

6310 Riverdale Street
San Diego, Ca 92120

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

FILED
JAN 23 2006
U S COURT OF FEDERAL CLAIMS

06-54 C
Civil Action No.

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 (a) of the rules of the United States Court of Federal Claims, PraeComm, Inc., also doing business as American Radio, hereby states that it is not owned by any parent corporation, nor is it a publicly held corporation.

Respectfully submitted,

January 23, 2006

Krista L. Pages, Esq.
Joseph J. Summerill IV, Esq.
DYKEMA GOSSETT PLLC
1300 I Street, NW
Suite 300 West
Washington, DC 20005
202-906-8600 VOICE
202-906-8669 FACSIMILE
Counsel of Record for Plaintiff
PRAECOMM, INC.