IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRAECOMM, INC., d/b/a AMERICAN RADIO, | ) |
| Plaintiff, | ) |
| v. | ) No.06-54C |
| | ) (Judge Lettow) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Gregg M. Schwind, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 353-2345
Fax: (202) 514-8624

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: February 23, 2006

/s/ GREGG M. SCHWIND
GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division