**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRAECOMM, INC., d/b/a AMERICAN RADIO, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-54C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including May 23, 2006, within which to file its response to plaintiff's complaint. Defendant's response is currently due to be filed March 24, 2006. This is defendant's first request for an enlargement of time. Plaintiff does not oppose this request.

Defendant has sent the Army Corps of Engineers and the Army Litigation Division a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. Contract performance, as well as the repudiation and breach of contract alleged by plaintiff, took place in Iraq on contracts administered by the Joint Contracting Command – Iraq/Afghanistan (JCC-I/A). Counsel for the Army both in Iraq and in Arlington have begun the task of gathering information relevant to this case. However, additional time is necessary for them to obtain and review information necessary for preparation of the agency's litigation report and suggested response to the complaint. Consequently, defendant's counsel has been unable to familiarize himself with this matter sufficiently to prepare the Government's response. This requested enlargement of time is required so that agency counsel may have sufficient time to obtain from JCC-I/A employees the relevant

information needed to prepare and deliver to counsel for defendant the agency's litigation report and suggested response to the complaint.

Once the litigation report and suggested response to the complaint is received, additional time is necessary so that defendant's counsel may review the materials, obtain any additional information or clarification from JCC-I/A, and prepare and file the Government's response to the complaint.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

OF COUNSEL:
CPT PATRICK E. BUTLER
U.S. Army Litigation Division
901 N. Stuart Street, Suite 400
Arlington, VA 22203

s/ Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624

Attorneys for Defendant

March 21, 2006