IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-54C

(Filed: June 21, 2006)

PRAECOMM, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

The court acknowledges receipt of the parties' Joint Preliminary Status Report, filed on June 20, 2006. In their filing, the parties provide a proposed discovery plan. In accord with the parties' Joint Preliminary Status Report, discovery in this case shall be completed on or before November 17, 2006. The parties shall file an additional Joint Status Report on or before December 15, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge