IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-54C

(Filed: December 19, 2006)

PRAECOMM, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

SCHEDULING ORDER

A status conference shall be held on December 22, 2006, commencing at 10:00 a.m., at the National Courts Building, 717 Madison Place, N.W., Washington D.C. The courtroom in which the conference will be held shall be posted in the lobby of the building.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge