**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRAECOMM, INC d/b/a/ AMERICAN RADIO<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Civil Action No. 06-54C<br>(Judge Lettow) |

Please enter the appearance of William M. Jack as Of Counsel for Praecomm, Inc., in the above-referenced action. All service should continue to be addressed to the attorney of record in this matter.

Respectfully submitted,

DYKEMA GOSSETT PLLC

s/William M. Jack

By: William M. Jack, Esq.
DYKEMA GOSSETT PLLC
1300 I Street, NW, Suite 300 West
Washington, DC 20005
202-906-8703 VOICE
202-906-8669 FACSIMILE.

Counsel for Plaintiff, Praecomm., Inc

Date: December 22, 2006

ATTORNEY OF RECORD:

Krista L. Pages
DYKEMA GOSSETT PLLC
1300 I Street, NW, Suite 300 West
Washington, DC 20005
202-906-8717 VOICE
202-906-8669 FACSIMILE.

Counsel for Plaintiff, Praecomm., Inc