IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-54C

(Filed: December 22, 2006)

PRAECOMM, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

SCHEDULING ORDER

Following the parties' submission of their Joint Status Report on December 15, 2006, the court held a status conference on December 22, 2006. Plaintiff requests that the court extend fact discovery, originally scheduled to conclude November 17, 2006, to June 1, 2007. The government requests that the court stay discovery and set a schedule for motions for summary judgment. For the reasons stated at the conclusion of the hearing, the court adopts the following plan and schedule for further proceedings in this case:

| Activity | Deadline |
|---|---|
| Completion of Fact Discovery | June 1, 2007 |
| Motions for Summary Judgment | June 15, 2007 |

This schedule does not preclude plaintiff from filing a motion to compel at any time, nor does it preclude the government from filing a motion for summary judgment at any time prior to the close of fact discovery. In these respects also, plaintiff remains free to respond to any motion for summary judgment filed by the government by filing an affidavit opposing the motion under Rule 56(f) of the Rules of the Court of Federal Claims.

It is so ORDERED.

s/ Charles F. Lettow
Judge