EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

THE DIRECTOR

June 2, 2003

The Honorable C.W. Bill Young
Chairman
Committee on Appropriations
U.S. House of Representatives
Washington, D.C. 20515

Dear Mr. Chairman:

On behalf of the President, I am transmitting the first in a series of reports required under Section 1506 of the Emergency Wartime Supplemental Appropriations Act, 2003.

As you know, on May 12 Ambassador Bremer arrived in Iraq to serve as Administrator of the Coalition Provisional Authority and the President's Special Envoy. Ambassador Bremer is actively reviewing the personnel, organizational, relief and reconstruction requirements while at the same time directing urgent recovery operations. He is working closely with our coalition partners, international organizations and non-governmental groups to achieve immediate improvements in the quality of life for all Iraqis. To assure the effective management of all resources and activities he has established the International Coordination Council which will include representatives of all interested nations and will be chaired by a coalition partner.

The conditions in Baghdad are very fluid. We expect continued adjustments both in personnel and plans to allow us to respond rapidly as needs arise. Given these ongoing changes, we particularly appreciate the flexibility provided by the Congress regarding the administration of resources available in the Iraq Relief and Reconstruction Fund. Notwithstanding this dynamic environment, we will keep you current on all plans, programs and expenditures.

Sincerely,

Mitchell E. Daniels, Jr
Director

Identical Letter Sent to The Honorable Ted Stevens, The Honorable Robert C. Byrd, and The Honorable David R. Obey

**Report to Congress**
**Pursuant to Section 1506 of the Emergency Wartime Supplemental Appropriations Act, 2003**
**(Public Law 108-11)**

Section 1506 (a) of the Emergency Wartime Supplemental Appropriations Act, 2003, provides:

> (A) INITIAL REPORT. -Not later than 45 days after the date of enactment of this Act, the President shall submit to the Committee on Appropriations a report on the United States strategy regarding activities related to post-conflict security, humanitarian assistance, governance, and reconstruction in Iraq that are undertaken as a result of Operation Iraqi Freedom. The report shall include the following:
> (1) The distribution of duties and responsibilities regarding such activities among agencies of the U.S. Government, including the Department of State, the United States Agency for International Development, and the Department of Defense (to be provided within 30 days of enactment of this Act).
> (2) A detailed plan describing the roles and responsibilities of foreign governments and international organizations including the United Nations in carrying out activities related to post-conflict security, humanitarian assistance, governance, and reconstruction in Iraq.
> (3) A strategy for coordinating such activities among the U.S. Government, foreign governments and international organizations, including the United Nations.
> (4) An initial estimate of the costs expected to be associated with such activities.
> (5) A strategy for distributing the responsibility for paying costs associated with reconstruction activities in Iraq among the United States, foreign governments, and international organizations, including the United Nations, and an estimate of the revenue expected to be generated by Iraqi oil production that could be used to pay such costs.

The report that follows has five sections that correspond to the five specified categories listed in Section 1506.

The American people have made a significant investment to liberate Iraq and stand ready to contribute to the rebuilding efforts. Our policy goals for the recovery of Iraq remain to:

- Establish a secure environment for the Iraqi people and the conduct of relief and recovery activities;
- Achieve measurable improvement in the lives of the Iraqi people;
- Maximize contributions from other countries and organizations; and
- Support Iraqis as they prepare for democratic self-government.

The United States' strategy to achieve these goals includes a coordinated interagency effort in the United States and on the ground in Iraq that is integrated with Coalition and other international efforts. Our strategy includes effective coordination among these participants to allocate resources for reconstruction.

**(1) The distribution of duties and responsibilities regarding such activities among agencies of the United States Government, including the Department of State, the United States Agency for International Development, and the Department of Defense.**

The Administrator of the Coalition Provisional Authority (CPA) reports to the President through the Secretary of Defense. He oversees, directs and coordinates all U.S. Government (USG) programs and activities in Iraq, except those under the command of the Commander, U.S. Central Command (CENTCOM).

The Administrator of the CPA is Presidential Envoy L. Paul Bremer, III. Ambassador Bremer arrived in Baghdad on May 12 and is currently conducting a review of personnel, organizational, relief and reconstruction priorities. This report is preliminary in anticipation of further decisions expected as his review continues.

The CPA exercises powers of government temporarily in order to provide for the effective administration of Iraq, to restore conditions of security and stability, to create conditions in which the Iraqi people can freely determine their own political future, (including by advancing efforts to restore and establish national and local institutions for representative governance) and facilitating economic recovery, sustainable reconstruction and development.

The CPA is vested by the President with all executive, legislative and judicial authority necessary to achieve its objectives, exercised consistent with relevant U.N. Security Council resolutions, including Resolution 1483, and the laws and usages of war. The CPA Administrator has primary responsibility for exercising this authority.

As the Commander of Coalition Forces, the Commander of U.S. Central Command directly supports the CPA by deterring hostilities, maintaining Iraq's territorial integrity and security, searching for, securing and destroying weapons of mass destruction, and assisting in carrying out Coalition policy. In Iraq, the Commander of U.S. Central Command currently has approximately 147,500 American men and women and 13,000 coalition troops performing these critical functions. The CPA Administrator and the Commander, U.S. Central Command communicate fully and continually, and cooperate in carrying out their respective responsibilities (See Tables 1 & 2).

The CPA Administrator is in charge of all USG employees in Iraq (subsuming personnel that were in the Office of Reconstruction and Humanitarian Affairs) except those under

the command of the Commander, U.S. Central Command. The CPA Administrator is reviewing the personnel resources now in his charge. He exercises final authority with respect to personnel composition, staff levels, and funding. Every USG agency under his authority must obtain his approval before changing the composition or mandate of its staff, regardless of the employment category. He is also the country clearance authority for all USG personnel traveling to Iraq on official business except those reporting to USCENTCOM. Finally, the CPA Administrator has the authority to see all communications to or from all USG elements in Iraq, however transmitted, except as directed by the Secretary of Defense, or as specifically exempted by law or Presidential decision.

The CPA Administrator is supported by an interagency team of 695 employees with the mission to help meet Iraq's relief, reconstruction, governmental, and administrative challenges by performing directly where required and advising where possible. The CPA team acts as the nucleus of Iraq's administrative apparatus, involves the Iraqi people in advising on and administering their country, and maximizes contributions from other governments and organizations. The team relies upon coalition partners, consultants, contractors and non-governmental organizations (NGOs). The CPA is identifying appropriate persons in Iraq to reestablish key ministries and providing ministry advisors and logistical support. At the President's direction, the Departments of State, Treasury, Defense, and Justice and 13 other executive branch agencies are providing personnel and support.

The CPA also establishes priorities for the execution of all U.S. Agency for International Development (USAID) activities including the Office of Foreign Disaster Assistance, Disaster Assistance Response Team (DART) operations in Iraq. The interagency DART and its implementing partners continue to address short-term needs. At its peak, the DART has been staffed at more than 60 persons. For the first time, the DART has included staff from the USAID Asia/Near East Division in order to effectively coordinate priorities and assure a seamless transition from DART's short term relief to longer term, USAID reconstruction programs. Along with the DART, the State Department's Bureau of Population, Refugees, and Migration is involved in assisting the United Nations, international organizations, and NGOs in providing emergency relief and support for humanitarian efforts on behalf of Iraqis who have been displaced or are refugees.

Of special importance, the U.S. has provided the largest contribution for the UN World Food Program (WFP) emergency operations in Iraq, providing $60 million for logistics support and over $400 million in cash and food. This contribution was planned and provided prior to the initiation of Operation Iraqi Freedom to assure no interruption in the food supply for the 60 percent of the population which has been dependent on the Oil for Food Program. Distribution of food shipments is scheduled to resume the first week of June.

In addition to immediate relief operations, the USAID has begun delivering reconstruction assistance in four primary areas: physical infrastructure; education, health and other social services; economic growth; and local government. (See Attached Tables 3 & 4) To implement this program, the USAID has enlisted the expertise of the American private sector through the award of eight contracts. These contractors have been addressing a range of immediate requirements including repair of the electric grid to opening the port to allow food shipments to resume.

The USAID has also tapped the expertise of the United Nations (UN) and other international organizations with prior experience in Iraq. To date, grants have been provided to support education, health activities and water sanitation to UNESCO, UNICEF and the World Health Organization. Grants are also being provided to non-government organizations.

While USAID and its partners are addressing immediate reconstruction requirements, they are continuing to conduct on-the-ground assessments of needs in the primary sectors that will guide future economic development plans and projects.

**(2) A detailed plan describing the roles and responsibilities of foreign governments and international organizations including the United Nations, in carrying out activities related to post-conflict security, humanitarian assistance, governance, and reconstruction in Iraq.**

The United States is actively seeking the involvement of foreign partners and international organizations in post-conflict Iraq. Numerous foreign governments have contributed military, humanitarian, and economic assistance to the post-conflict stabilization and reconstruction in Iraq. Coalition partners have offered assistance including:

- <u>Military forces</u>
  Over 40 countries have offered, or are currently discussing offers of, forces for stabilization operations (including the UK and Poland, which have offered to lead multinational divisions for security and stability operations). There are currently over 13,000 non-U.S. coalition troops in Iraq.
- <u>In-kind contributions of relief supplies</u>
  Australia, Bangladesh, Croatia, Czech Republic, Hungary, India, Pakistan, Russia, Serbia/Montenegro, and others have offered food and other humanitarian relief supplies.
- <u>Field hospitals and "adopt-a-hospital" efforts</u>
  Czech Republic, Denmark, Italy, Korea, Kuwait, Lithuania, Spain, UAE and others have deployed or are deploying field hospitals, medical personnel, or equipment to Iraq.

- Liaison representatives

  Eight countries (Australia, Denmark, Italy, Japan, Korea, Romania, Spain, and UK) have assigned representatives.

The CPA and an interagency fund-raising team led by DOD is soliciting further Coalition and international contributions of all kinds for the Iraq recovery effort.

International and non-governmental organizations are active in Iraq. In particular, the United Nations has a significant presence with almost 300 international staff in country. The UN Secretary General has appointed Mr. Sergio Vieira de Mello as his Special Representative for Iraq. As stated in UN Security Council Resolution (UNSCR) 1483 his responsibilities include working "intensively with the [Coalition Provisional] Authority, the people of Iraq, and others concerned to advance efforts to restore and establish national and local institutions for representative governance, including by working together to facilitate a process leading to an internationally recognized, representative government of Iraq."

The CPA Administrator will coordinate closely with the UN Special Representative. The Secretary General noted that the UN Security Council "called on the United Nations to assist the Iraqi people, in coordination with the Authority, in a wide range of areas, including humanitarian relief, reconstruction, infrastructure rehabilitation, legal and judicial reforms, human rights and return of refugees, and also to assist with civilian police." As noted, numerous UN agencies, including the Office for Coordination of Humanitarian Affairs, UNICEF, UNESCO, the UN Development Program, the UN High Commissioner for Refugees, and the World Food Program, are participating in this effort.

**(3) A strategy for coordinating such activities among the United States Government, foreign governments and international organizations, including the United Nations.**

The U.S. Government is working with the United Nations, the World Bank, other international organizations, and foreign governments to assess the short-term needs of Iraq, longer term development priorities, and financing strategies. Considerable collaborative effort went into the drafting of UNSCR 1483, adopted on May 22, 2003.

A key component of the U.S. strategy was to make available for the immediate and direct benefit of the Iraqi people the resources generated under the Oil for Food Program. To facilitate achieving this purpose, the CPA Administrator established the Development Fund for Iraq (DFI) in the Central Bank of Iraq. Shortly after passage of UNSCR 1483, the UN transferred into the DFI $1 billion derived from Oil for Food proceeds. It is expected that eventually, the Development Fund for Iraq will be financed from multiple sources including oil revenues and assets from the former Iraqi regime located outside Iraq.

The U.S. Government is working with the United Nations and the World Bank to host an informal preparatory meeting in June to discuss Iraq's development requirements and funding mechanisms. We are also discussing a possible formal donors conference in late summer or early fall.

The coordination mechanisms within the CPA and between the CPA and coalition partners, international and non-governmental organizations are robust, including a number of Coalition officials integrated into the CPA leadership. There is a British Deputy for Coalition Coordination and a Danish Deputy for Humanitarian Affairs. In addition, eight nations (listed above) have sent liaison officials and numerous other countries, including Poland, Albania, Bulgaria, the Czech Republic, Greece, Jordan, Lithuania, Slovakia, Ukraine, and the UAE, have expressed interest in sending representatives in the coming weeks. With the adoption of UNSCR 1483 many more nations have begun discussions regarding their participation.

There are also positive relationships between the CPA and international and non-governmental organizations. With the Secretary General's naming of the UN Special Representative, the CPA Administrator anticipates closer cooperation with the UN and with relevant organizations. This coordination is already in evidence as UN agencies have designated liaisons to the CPA and vice versa.

As part of his office, the Administrator of the CPA has established an International Coordination Council. The Council will consist of senior representatives from interested member states and will be chaired by Former Deputy Prime Minister Marek Belka of Poland. The Council will advise the Administrator of the Coalition Provisional Authority on matters of international assistance in Iraq reconstruction efforts.

**(4) An initial estimate of the costs expected to be associated with such activities.**

The $2.475 billion requested and appropriated reflects USG assumptions about expected costs and was built on a sector specific relief and reconstruction plan. We are now evaluating how initial assumptions and requirements identified in that budget plan can address emerging needs in Iraq.

The Iraq Relief and Reconstruction Fund was requested with flexible authorities because of uncertain conditions and requirements. This has already proven useful. For example, damage to roads was not as significant as anticipated. In contrast, due to years of neglect and damage, we have encountered more serious problems with the electric grid. The flexible structure of the Fund will allow resources to be transferred and dedicated for use as and where urgent requirements are identified.

Iraq's crumbling infrastructure and problems began long before the war. Iraq has suffered from 30 years of mismanagement of the economy and deliberate policies of

neglect targeted at real or imagined foes of the former regime. These policies have taken a significant toll on Iraq's infrastructure and institutions. The Coalition is committed to helping repair damage done in the war and assisting the Iraqi people in their task of reconstructing infrastructure and institutions damaged or destroyed by years of misrule and systematic oppression. The following points are relevant to efforts to meet these substantial challenges:

- Numerous countries around the world are contributing to restoration efforts in Iraq.

- Iraq enjoys significant human and natural resources that will make an important difference in recovery -- the Iraqi people are talented, educated, and resourceful, and they have fertile soil, major rivers, and significant oil reserves.

**(5) A strategy for distributing the responsibility for paying costs associated with reconstruction activities in Iraq among the United States, foreign governments, and international organizations, including the United Nations, and an estimate of the revenue expected to be generated by Iraqi oil production that could be used to pay such costs.**

The U.S. Government's strategy for distributing responsibility for costs associated with reconstruction in Iraq rests on three main pillars. First, to the extent possible, rely on the Iraqi people's talents and resources. Second, as quickly as possible, help the Iraqi people create conditions conducive to free markets, the ultimate key to long-term development. Third, whenever possible, work with the international community, including the United Nations, to raise funds to support the transition to a free society in Iraq.

There are multiple sources for funding Iraq recovery requirements.

International contributions. The UN, other international institutions, and the U.S. and its coalition partners continue to urge all nations to contribute to meeting the needs of the Iraqi people in any way they can. Offers of assistance from the international community exceed $1.9 billion. About $790 million of this amount has been in response to a UN Flash Appeal to meet urgent requirements in Iraq. The remaining $1.1 billion has been offered outside the Flash Appeal.

We anticipate other contributions as well, including troop contributions to create multi-national divisions of stabilization forces. To generate and coordinate global contributions, the U.S. Government has established an strong interagency international fund raising team comprised of senior officials from the Departments of State, Treasury, Defense, and USAID.

Examples of international pledges and contributions to date include:

- Japan intends to contribute more than $150 million in emergency aid.
- Australia has delivered more than $26 million -- including 100 thousand metric tons of wheat. Australia is also providing expertise in agriculture.
- Canada has delivered more than $41 million for critical water, sanitation, food, shelter, and health requirements.
- The United Kingdom has offered $338 million in assistance.
- Spain has pledged $56 million primarily in supplies.
- The Netherlands is contributing $14 million in response to the UN Flash appeal. Assistance will be provided to Iraq through Dutch NGOs.
- Norway is donating up to $21.6 million in assistance.
- The European Union (EU) has offered $107 million, of which $14.5 million has been delivered, including 10 tons of medical supplies that have been airlifted to Baghdad.
- Jordan deployed a field hospital to Baghdad to provide emergency medical services.

Development Fund for Iraq. UNSCR 1483 calls for certain monies to be placed in the Development Fund for Iraq which will be disbursed at the direction of the CPA. UNSCR 1483 also provides for an International Advisory and Monitoring Board and independent auditors of the DFI. As noted earlier, the DFI now has an initial deposit of $1 billion derived from the UN's "Oil for Food" escrow account. It is expected to also accept proceeds from the sale of petroleum, petroleum products and natural gas and returned Iraqi assets provided from UN member states. The Fund is to be used for the humanitarian needs of the Iraqi people, for economic reconstruction and repair of Iraq's infrastructure, for continued disarmament of Iraq, for the costs of Iraq civilian administration, and other purposes benefitting the people of Iraq.

It is too early to project the amount of revenue that may result from the sale of Iraqi oil. The oil infrastructure has been allowed to deteriorate and will take time to bring up to industry standards. Moreover, in the distorted economy developed under Saddam Hussein, 60 percent of Iraq's people have been dependent upon government provided rations primarily paid for with oil sales proceeds. The transition to a more normal economy will not happen overnight and, as a consequence, in the near term it is expected that oil revenues will continue to be needed to meet these immediate humanitarian needs.

Iraqi state assets. President Bush has directed that Iraqi state assets under U.S. control will be used only for the benefit of the Iraqi people and their nation's recovery. These assets fall into three categories:

Vested assets: $1.7 billion in formerly blocked and confiscated Iraqi state assets in the U.S. which the President has vested in the Treasury Department for apportionment to Federal agencies for requirements that benefit the Iraqi people;

Seized assets: To date, about $1 billion in Iraqi state assets have been brought under U.S. control in Iraq by U.S. forces and are being controlled pursuant to the laws and usages of war. The seized assets, which include cash and gold bars, need to be verified for authenticity; and

Iraq Assets Returned to the US by the UN: UNSCR 1483 requires the Secretary General to return to the US approximately $200 million in Iraq assets provided by the US to the UN in 1992 to fund humanitarian aid to the Iraqi people.

Appropriations. In the Emergency Wartime Supplemental Appropriations Act, 2003, Congress appropriated $2.475 billion for the President's Iraq Relief and Reconstruction Fund which is the primary source of U.S government funding for Iraqi recovery activities. Congress also made $489 million to the Department of Defense within the Iraqi Freedom Fund to be used if needed to repair damage to Iraqi oil facilities and to preserve a petroleum distribution capability.

TABLE 1

# Coalition Provisional Authority Organization



# Table 2
# COALITION PROVISIONAL AUTHORITY



TABLE 3

| IRAQ RESOURCES MANAGED BY NON-DEPARTMENT OF DEFENSE (DOD) AGENCIES ($M) | | |
|---|---|---|
| **Funding** | **Iraq Relief & Reconstruction Fund (Appropriated)** | **Other Accounts/Commitments** |
| | **Apportioned** | **Apportioned** |
| **RELIEF** | | |
| **USAID** | | |
| Office of Foreign Disaster Assistance (OFDA) | | 72.5 |
| Office of Food for Peace (FFP) [including USDA] | | 478.0 |
| Office of Transition Initiatives (OTI) | | 6.0 |
| **STATE** | | |
| Bureau of Population, Refugee, and Migration (PRM) | | 39.1 |
| Bureau of Political-Military Affairs (de-mining) | | 1.5 |
| **SUBTOTAL, RELIEF** | **0** | **597.1** |
| | | |
| **RECONSTRUCTION** | | |
| USAID/Bureau for Asia and the Near East (ANE) | 239.1 | 110 |
| STATE/Bureau for International Narcotics and Law Enforcement (INL) | | 25 |
| TREASURY/Office of Technical Assistance (OTA) | | 2.2 |
| **SUBTOTAL, RECONSTRUCTION** | **239.1** | **137.2** |
| | | |
| **TOTAL** | **239.1** | **734.3** |

TABLE 4

## IRAQ RESOURCES MANAGED BY NON-DEPARTMENT OF DEFENSE (DOD) AGENCIES ($M)

| Funding | Iraq Relief & Reconstruction Fund (Appropriated) | Other Accounts/Commitments |
|---|---|---|
| | Apportioned | Apportioned |
| (1) Water/Sanitation Infrastructure [See Note] | | |
| (2) Feeding and Food Distribution | | 478.0 |
| (3) Supporting Relief Efforts Related to Refugees, Internally Displaced People, and Vulnerable Individuals | | 111.6 |
| (4) Electricity [See Note] | | |
| (5) Healthcare | 11 | 31.0 |
| (6) Telecommunications | | .1 |
| (7) Economic and Financial Policy | | 6.2 |
| (8) Education | 57.9 | 3.9 |
| (9) Transportation | 5.6 | 5.4 |
| (10) Rule of Law and Governance | 45.7 | 33.9 |
| (11) Humanitarian Demining | | 1.5 |
| (12) Agriculture | | |
| (13) Capital Construction [See Note] | 113.4 | 34.6 |
| (14) Other | 2.5 | 8.5 |
| (15) Program Management/Oversight | 3 | 13.6 |
| (16) Transition Initiatives | | 6.0 |
| | | |
| **TOTAL** | **239.1** | **734.3** |

NOTE: Activities supporting Water Sanitation/Infrastructure and Electricity are supported under the Capital Construction line.

TABLE 5

| DOD IRAQ RELATED RESOURCES OBLIGATED TO DATE ($M) | | |
|---|---|---|
| **Funding** | **Iraq Relief and Reconstruction (Vested*)** | **Other Accounts/ Commitments**** |
| Emergency Payments to State Employees, Pensioners, and Specialized Workers | 158.5 | |
| Ministry Startup and Other<br>- Equipment and facilities repair | 16.4 | |
| **Subtotal** | **174.9** | |
| Natural Resources Risk Remediation<br>- Removal of unexploded ordnance<br>- Emergency repairs<br>- Environmental assessments<br>- Preparing facilities for production | | 175.0 |
| ORHA Operating Expenses<br>- Logistics/Headquarters support<br>- Deploying and equipping<br>-Other in-country costs | | 256.0 |
| **TOTAL** | **174.9** | **431.0** |

*Vested - Iraqi assets frozen under Executive Order 13290 transferred to DOD via the Iraq Relief and Reconstruction Fund
** These funds have been "cash-flowed" from other DOD accounts and are pending reimbursement from the Iraq Freedom Fund.

EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

THE DIRECTOR

July 14, 2003

The Honorable Bill C.W. Young
Chairman
Committee on Appropriations
United States House of Representatives
Washington, DC 20515

Dear Mr. Chairman:

On behalf of the President, I am submitting the second in a series of reports required under Section 1506 of the Emergency Wartime Supplemental Appropriations Act, 2003.

As noted in the report, we have moved from an emphasis on immediate relief operations and are now engaged in a wide variety of reconstruction activities including restoration of the electric grid, repair of the water and sanitation infrastructure, and assuring the delivery of critical health care. We have also resumed the food distribution system which is now reaching all Iraqis in need.

There are a number of key tasks ahead including restoring law, order, public safety and self-government, implementing judicial reforms and regenerating economic activity and growth. We will look forward to working with the Congress as we proceed with this crucial work.

Sincerely,

Joshua B. Bolten

Identical Letters Sent To The Honorable David R. Obey, The Honorable Robert C. Byrd, And The Honorable Ted Stevens

**Report to Congress**
**Pursuant to Section 1506 of the Emergency Wartime Supplemental Appropriations Act, 2003**
**(Public Law 108-11)**

**90 DAY UPDATE REPORT ON**
**UNITED STATES STRATEGY FOR**
**RELIEF AND RECONSTRUCTION IN IRAQ**

Section 1506 (b) of the Emergency Wartime Supplemental Appropriations Act, 2003, (117 STAT. 580) provides:

**(b) SUBSEQUENT REPORTS**- Not later than 90 days after the date of enactment of this Act, and every 90 days thereafter until September 30, 2004, the President shall submit to the Committees on Appropriations a report that contains:

(1) A list of significant United States Government-funded activities related to reconstruction in Iraq that, during the 90-day period ending 15 days prior to the date the report is submitted to the Committees on Appropriations--

(A) were initiated; or

(B) were completed.

(2) A list of the significant activities related to reconstruction in Iraq that the President anticipates initiating during the 90-day period beginning on the date the report is submitted to the Committees on Appropriations, including:

(A) Cost estimates for carrying out the proposed activities.

(B) The source of the funds that will be used to pay such costs.

(3) Updated strategies, if changes are proposed regarding matters included in the reports required under subsection (a).

(4) An updated list of the financial pledges and contributions made by foreign governments or international organizations to fund activities related to humanitarian, governance, and reconstruction assistance in Iraq.

The report that follows has four sections that correspond to the four specified categories listed in section 1506(b).

On June 2, 2003, the Administration submitted the initial report required by Section 1506 of the Emergency Wartime Supplemental Appropriations Act, 2003. As noted in this initial report on U.S. strategy for relief and reconstruction in Iraq, U.S. policy goals for the recovery of Iraq remain to:

- Establish a secure environment for the Iraqi people and the conduct of relief and recovery activities;
- Achieve measurable improvement in the lives of the Iraqi people;
- Maximize contributions from other countries and organizations;
- Prepare the Iraqis for self-government.

Security continues to be the top Coalition priority. Security is the foundation for success of reconstruction efforts in Iraq and a fundamental task in our administration of Iraq. We have made significant progress since the collapse of the Iraqi regime, but substantial challenges remain.

The security situation in Iraq is complex. In some areas, the security environment is generally permissive -- there is reasonable freedom of movement, recovery activities proceed without significant hindrance, and Coalition forces are engaged in stability operations. In other areas, the environment is less permissive and Coalition forces are engaged in combat operations against remnants of the Baathist regime.

The Coalition's approach to establishing security in Iraq is multifaceted, but a key component is engaging Iraqis to assist in providing for the security of their own country. The Coalition has moved to establish Iraqi police forces and shortly will begin recruiting, vetting, and training the first members of a new Iraqi Army. Security forces for ministries and for other purposes -- for example, port security -- are being screened, hired, and trained. These significant activities are described further in this report.

1. **A list of significant United States Government-funded activities related to reconstruction in Iraq that, during the 90-day period ending 15 days prior to the date the report is submitted to the Committees on Appropriations—**

   **(A) were initiated; or**

   **(B) were completed.**

**Significant activities.** The initial phase of relief and recovery activities to improve the lives of Iraqis has focused on providing basic services, delivering utilities, and reestablishing law and order. It is important to note that, thus far, there have been no humanitarian disasters of the type that had been predicted. There is no food crisis, no refugee crisis, and no crisis in public health.

Since the creation of the Coalition Provisional Authority (CPA), the Administrator of the CPA has had the primary responsibility for identifying requirements for relief and reconstruction in Iraq, and for overseeing, directing, and coordinating all U.S. Government programs and activities in Iraq, except those under the command of the Commander, U.S. Central Command. Significant activities during this first phase, by sector, include:

Food. The near-term focus has been on food distribution. Over one million metric tons of food (much of it U.S. purchased or donated) has been delivered to Iraq since the war. Another 2.2 million metric tons will reach Iraq by the end of October. In June, the CPA, working with the UN World Food Program, successfully restarted the public food distribution system. This system will now reach all Iraqis -- even those excluded under the Saddam regime. These activities will continue until Iraq becomes more self-sufficient and transitions to a more market-based system. As an important step, the CPA, working with the Iraqi Trade Ministry, the World Food Program, and the Food and Agricultural Organization, has bought Iraqi harvests at a fair price, and so far has purchased about 150,000 metric tons of wheat and 20,000 metric tons of barley.

Health. The immediate focus in this area has been on rapid return to at least pre-war healthcare levels throughout Iraq. Pre-war health conditions were poor and the medical infrastructure was degraded by looting in the immediate aftermath of conflict. The public health situation is improving throughout the country and there are no significant health crises. The CPA activities have focused on working with the Ministry of Health to ensure that basic healthcare services are available to all Iraqis. Today, nearly all of Iraq's 240 hospitals, 10 specialty centers, and more than 1,200 clinics are open and receiving patients. Services at these facilities are at approximately 90 percent of their pre-war levels in the Kurdistan regions, 80 percent of pre-war levels in the South, and 70 – 75 percent of pre-war services in Baghdad. Preventive services also have been initiated, beginning with National Immunization Day on June 22.. This program will be continued every month, providing protection against disease to all children of Iraq.

Iraq's pharmaceutical and medical supply distribution system, known as Kimadia, is functional again under the auspices of the Ministry of Health, and over 1,500 tons of supplies have flowed to hospitals, clinics, and warehouses throughout the country. An Iraqi International Medical Assistance Committee (IMAC) is established and coordinating incoming offers of assistance and supplies from non-governmental organizations throughout the world. This Committee ensures that donations are carefully vetted and targeted to existing needs. However, extensive looting and a decade of governmental neglect have caused major infrastructure challenges that must be addressed. Facilities and basic medical equipment are in need of maintenance and repair. In Baghdad, the CPA has purchased new generators for hospitals and has begun renovation of the Ministry of Health headquarters. The Senior Advisor for the Ministry

of Health is coordinating an overall assessment of health care needs throughout the country and is focusing all available resources on the pressing infrastructure needs.

Power. The CPA efforts have aimed at rapidly achieving pre-war power levels throughout Iraq. Pre-war planning limited damage to the electrical system during the conflict, but restoring electricity has been challenging because the pre-war power infrastructure was a dilapidated, fragile, patch-work system. This system has become even more unstable due to the continuing, targeted sabotage of power lines and stations and looting of spare parts and computers. Much of Iraq is now at or above pre-war power availability, with Baghdad the notable exception. Power availability in Baghdad has averaged about 1,000 megawatts per day over the last several weeks, up from 300 megawatts at the end of major combat, but well below the approximately 2,500 megawatts per day pre-war. Outages in specific areas also have ripple effects in other sectors such as water and oil. The CPA is working through a USAID contract and with the Iraq Electricity Commission to improve power generation in the short term and repair the power infrastructure for the longer term.

Water and Sanitation. The focus of activities has been on increasing water supplies to pre-war levels and restoring sewage treatment plants to operation. Much of Iraq is at or near pre-war water availability, and there are no critical water shortages. Baghdad water supply levels have plateaued at about 1,600 million liters per day, less than the pre-war level of 2,000 million liters, but adequate to avoid critical shortages. The CPA is working through a USAID contract to increase water supply to East Baghdad by 45 percent (increasing water supply to Baghdad by 15 percent overall) and to rehabilitate water treatment facilities supplying Basra. The CPA and several international organizations have also funded sewer and sewage treatment repairs.

Oil and Fuels. Activities have aimed to restore Iraqi oil production as rapidly as possible. Limited Iraqi oil exports resumed on June 22, 2003, when oil stored at Ceyhan, Turkey, was loaded on tankers. This freed up storage space removed one limiting factor on production. Crude oil production was about 750,000 barrels per day in late June and is expected to exceed 1 million barrels per day by late summer -- but this production level will depend on many variables, including security of the oil infrastructure. While oil production is coming on line, CPA activities have also focused on ensuring adequate supplies of fuels for the Iraqi people such as gasoline and liquid petroleum gas (LPG). Daily gasoline supply fluctuates between 50 – 100 percent of pre-war consumption, and is expected to equal or exceed pre-war consumption by late July. The LPG supplies are expected to reach about 95 per cent of pre-war levels via increased imports by late July.

Public Safety/Law and Order. The CPA activity has focused on vetting, hiring, training and deploying Iraqi police forces and other security forces to assist in establishing a secure and permissive environment. The CPA has recalled to duty over 30,000 police officers, is refurbishing police academies in Baghdad and Basra, is equipping 26 police stations in Baghdad, and in May began joint Iraqi-Coalition patrols. After extensive

looting, CPA has had to provide virtually all equipment, uniforms and office supplies to stand up the police capability. In Baghdad, 33 police stations and 3 police divisions are now operating 24 hours a day resulting in a dramatic increase in daily patrols. The CPA and Coalition forces created an armed port security force for Um Qasr port, and are beginning to create security forces for various ministries. Rebuilding Iraqi police forces has been a challenge because the existing force was poorly trained, ineffective, and widely distrusted. But the creation and training of responsible public safety forces are indispensable to long-term progress in Iraq. To address the police situation, former New York City Police Commissioner Bernard Kerik was appointed to serve as CPA's Senior Policy Advisor overseeing the police, fire, borders, customs, and immigration organizations. Mr. Kerik's team recently completed a study that recommended the creation of a 50-80,000 member Iraqi police force. This force would be trained and supervised by international police advisors.

Justice Reform. The CPA has undertaken a number of initiatives directed towards instituting the rule of law in Iraq and building public confidence in the legal system. On June 9, 2003, the CPA suspended certain criminal laws that violated fundamental human rights, such as the offense of insulting a public official.

On June 18, 2003, the CPA issued procedures for applying criminal law in Iraq. These procedures used the Iraqi Law on Criminal Proceedings of 1971, as amended by CPA, as its basis. These criminal procedures recognized that the effective administration of justice must consider:

(a) the rehabilitation of the Iraqi investigative and trial capability;

(b) the continuing involvement of Coalition forces in providing critical support to many functional aspects of the administration of justice;

(c) the need to transition from this dependency on military support;

(d) the need to modify aspects of Iraqi law that violate fundamental standards of human rights;

(e) the ongoing process of security internee management as provided for by the Fourth Geneva Convention; and

(f) the possibility of the exercise of jurisdiction by Coalition authorities regarding the commission of war crimes against Coalition forces.

The new procedures established certain fundamental legal rights, including that confessions extracted by torture will be inadmissible as inculpatory evidence under any circumstances; previously, such confessions were admissible if corroborated by other evidence, even if that other evidence was obtained through torture.

The Administrator has also established a Judicial Review Committee to examine all judges and prosecutors nationwide for complicity in the crimes of the former regime, corruption, or other malfeasance and to remove all offenders. These problems were endemic under the former regime and eradicating them is crucial to public faith in the justice system. A Central Criminal Court of Iraq has been created as a model of procedural fairness and judicial integrity. Repairs and rehabilitation are underway or complete on many court and prison facilities severely damaged by looting, war damage, or neglect by the prior regime.

Restoring Economic Activity. Moving beyond the initial phase of relief and recovery activities, economic regeneration is the key driver in the overall process of rebuilding Iraq and will provide the most tangible evidence of progress made by the CPA and the Interim Administration. Iraq's assets -- its physical resources and its skilled, energetic people -- create opportunities for Iraq as a nation. The potential benefits to the Iraqi people are huge. The CPA's priority will be to encourage rapid transition to an economy guided by free market principles. These have been shown, in case after case, to offer the quickest way to generate efficient and job-creating economic activity. The Coalition must also make the case for the role of foreign investment in the development of Iraq. At the same time, it will be essential to put in place an adequate social safety net to protect those disadvantaged by rapid change.

During the past 30 days, the Administrator of the CPA announced a $100 million Construction Program initiative as a means to rejuvenate the construction industry and leverage the effects of the jobs it creates to get the economy moving forward. This Construction program, the Division/Brigade Commander and Regional Director Emergency Response Programs, the salary and pension payments program, other critical infrastructure reconstruction programs, and Ministry operations and capital expenditure programs -- all underpinned by the CPA and Coalition Joint Task Force 7 (CJTF-7) efforts to help ensure security -- are contributing to economic restoration.

**Sources of funds.** Through the end of June, the U.S. Government has allocated approximately $2.7 billion of funds (U.S.-appropriated and Iraqi seized and vested) for relief and reconstruction activities in Iraq, including the significant activities noted above. The $2.7 billion allocation covers the following activities. A more detailed table is attached.

- $730 million for relief efforts to reestablish food distribution, provide medical supplies, purchase fuels, and provide other humanitarian efforts.

- $400 million for emergency payments and salaries for civil servants and other workers in various sectors and for pensioners.

- $1.37 billion for reconstruction activities including reestablishing critical services (water and sanitation services, electricity), ministries, oil production, and security forces.

- $200 million for activities that support operation of the Coalition Provisional Authority.

Sources of the $2.7 billion for these activities include:

- Iraqi state assets – both vested and seized -- totaling about $750 million as of June 30th. The Iraqi assets are being used to finance the salaries of Iraqi civil servants, regular payments for Iraqi pensioners, construction program projects, and other critical relief and reconstruction activities in direct support of the Iraqi people.

- U.S.-appropriated funds totaling about $2.0 billion for relief and reconstruction efforts. Thus far, the U.S. Agency for International Development (USAID) and the Department of Defense have been the channels for the majority of this U.S. financial support.

Appropriated funds are contributing to the relief and reconstruction efforts in the following ways:

- USAID has allocated approximately $1.4 billion. $740 million was drawn from the $2.475 billion appropriated in the Iraq Relief and Reconstruction Fund. The balance was drawn from the Emerson Trust and borrowing from USAID accounts before the war. All planned reimbursements have now been made. USAID has used these funds to restore economically critical infrastructure in Iraq including establishing emergency telecommunications, water, sanitation, and electricity services, food distribution, and transportation capability.

- The Department of Defense has allocated approximately $460 million for reconstruction efforts in Iraq, which includes repairing damaged oil facilities and related infrastructure and preserving the oil distribution capability in Iraq, contracting for trainers for the New Iraqi Army, and providing direct support to the Administrator and CPA staff overseeing the reconstruction of Iraq.

- Of the $66 million for the Department of State, over $40 million has been allocated for relief efforts of the UN, International Organization for Migration, and International Committee of the Red Cross. Additional funds will follow to support ongoing humanitarian efforts of the UN and the ICRC as well as the return and reintegration of displaced Iraqis.

- The Department of the Treasury has provided $2.2 million for activities within its field of expertise.

At the end of June, the balance in the Development Fund for Iraq (DFI) account was approximately $1.071 billion, consisting of the transfer from the United Nations of $1 billion from the Oil for Food escrow account, $1 million of earned interest, and $70 million of proceeds from the sale of wheat. The Administrator of the CPA intends to deposit into the DFI: (1) 95 percent of the proceeds from the sale of petroleum, petroleum products, and natural gas; (2) any returned Iraqi assets provided by UN member states; and (3) funds attached to Oil for Food contracts that are not prioritized or executed by November 21 and for which letters of credit have expired. Foreign governments have frozen approximately $2.9 billion in Iraqi assets to date, but none of these funds have been deposited in the DFI. To date, no funds have been expended from the DFI.

The projected estimate of revenue from the sale of Iraqi oil through September 2003 is approximately $1 billion, based on the current market price. As stated in the initial report, all DFI resources will be used for the humanitarian needs of the Iraqi people, for economic reconstruction and repair of Iraq's infrastructure, for continued disarmament of Iraq, for the costs of an Iraq civilian administration, and other purposes benefiting the people of Iraq.

On June 25, 2003, the United States and the United Kingdom, with participation by the CPA staff from Baghdad via telephone, met in Washington with representatives from the United Nations, the World Bank, the International Monetary Fund, and the Arab Fund for Social and Economic Development to discuss terms of reference for the International Advisory and Monitoring Board (IAMB). The practice will be to have the IAMB approve independent public accountants to audit the DFI and export sales of petroleum, petroleum products and natural gas in support of the objective of ensuring that the DFI is used in a transparent manner and that such export sales are made consistent with prevailing international market best practices.

Efforts continue to authenticate and make available the Iraqi state and regime-owned assets brought under control in Iraq by U.S. forces. On June 25, 2003, the United States provided three machines to authenticate the approximately $800 million in U.S. dollars that were found in Iraq. A total of $799,728,061.47 has been verified as legitimate and taken into account. Eight hundred and five individual $100 banknotes ($80,500) are awaiting further examination by the U.S. Secret Service. An additional $7,100,300 could not be authenticated because the notes were wet and damaged. These notes were hand counted and still must be authenticated. The Department of Defense is coordinating with the U.S. Federal Reserve to exchange these damaged notes for quality notes that can be utilized.

An additional 1,100 gold-colored metal bars were recovered in Iraq. They are being secured in Iraq while a random sample is being brought to Kuwait to assay. Analysis of the initial sampling of ingots revealed they were comprised of approximately 64 percent

copper and 34 percent zinc. Consultation with metallurgists indicates the bars analyzed to date are most likely melted-down shell casings. The total number of metal bars recovered is now 4,450. All the bars currently located at Camp Arifjan are being sent to Baghdad, where they most likely will be stored within one of the Ministry of Industry and Materials facilities until their final disposition is determined.

2. **A list of the significant activities related to reconstruction in Iraq that the President anticipates initiating during the 90-day period beginning on the date the report is submitted to the Committees on Appropriations, including:**

   **(A) Cost estimates for carrying out the proposed activities.**

   **(B) The source of the funds that will be used to pay such costs.**

The Administrator of the Coalition Provisional Authority has the challenging task of managing the recovery of Iraq not only from war but also from 30 years of mismanagement and systematic oppression by the former regime. The Administrator is developing a strategic plan for reconstructing Iraq and is coordinating and developing numerous proposed projects through the CPA organization that he has established and continues to build. The CPA includes representatives from Coalition partners and all U.S. Government Federal agencies involved in the in-theater operations. During the next 90 days, the CPA will continue to focus on activities that include the following. A more detailed table is attached.

Continuing to improve relief and recovery activities begun in the first phase of reconstruction in Iraq. These include the near-term priorities of providing relief (food, health services) and reestablishing critical services (power, water, sanitation) for the Iraqi people. The CPA will continue to pay civil servants and pensioners; to provide further improvements in the water, sanitation, electricity, communications, medical and health, education, justice, police, prison and firefighting services; to continue repairs to the transportation services including roads, railroads, and airports; and to continue reconstruction of the oil infrastructure and preservation of oil distribution capability so oil proceeds can be used to finance critical requirements of the Iraqi people.

Restoring economic activity. The CPA will continue to execute the $100 million Construction Program, the Division/Brigade Commander and Regional Director Emergency Response Programs, salary and pension payments programs, and other critical reconstruction projects. High priority efforts are underway to prepare facilities to recruit, equip, sustain, and train the New Iraqi Army. Also, on July 15, 2003, the CPA will initiate monthly stipend payments to former members of the Iraqi Army. The CPA will also complete coordination and vetting of the national police plan mentioned earlier in this report. Coordinated execution of the recruiting, training, and employment of facilities security guards will also continue as a high priority. The CPA has formally

reestablished the Central Bank of Iraq and will continue to establish additional branches of the Rafidain and Rasheed banks. The Administrator has made the Central Bank independent of the Ministry of Finance.

Expanding security. One of the CPA's major initiatives is to establish a New Iraqi Army that will help provide for the military defense of the country and, as units become operational, will assume military security duties now being performed by Coalition forces. The old Iraqi military forces disintegrated with the collapse of organized military resistance; virtually all installations and equipments that were not destroyed in the fighting were looted or stolen. The CPA formally disbanded the former Iraqi military and security services and is currently working on the creation of a New Iraqi Army. The current plan is to build a force of about 40,000 members (roughly 3 divisions) over 2 years as the nucleus of the national armed forces of the new Iraq. The first battalion will begin training this month. A U.S. company will conduct the day-to-day training under the supervision of a coalition military assistance training team, which will be commanded by a U.S. major general and will include officers from the United Kingdom, Spain, and other coalition countries. This team is leading the effort, including finalizing recruiting, vetting, and training activities. Former Iraqi military personnel are also being hired as police, security guards, and workers to support engineering and construction activities, and some are being hired in the private sector. During an interim period, and subject to a decision by the future Iraqi government, the CPA will provide monthly stipends to most former career military personnel. These stipends will be paid from Iraqi funds. Former members of the Special Republican Guard and the intelligence and internal security services will not be eligible for these payments.

3. **Updated strategies, if changes are proposed regarding matters included in the reports required under subsection (a).**

The strategy to achieve U.S. policy goals in Iraq continues to focus on a coordinated interagency effort in the United States and on the ground in Iraq that is integrated with Coalition and other international efforts. In Iraq, the CPA is the focal point for interagency and international coordination to determine requirements for reconstruction and to oversee resulting activities.

**Coalition Provisional Authority.** The duties and responsibilities of the Administrator of the CPA described in section 1 of the initial report have not changed. Since that report, the Administrator has continued to build up the CPA organization and hone its structure and responsibilities (the latest CPA organization chart is attached). In addition to those mentioned above, CPA has established and promulgated regulations for two major initiatives, the Program Review Board and the Council for International Coordination.

The Program Review Board (PRB) was established on June 15, 2003, and is responsible for recommending expenditures of resources from the Development Fund for Iraq and other resources such as seized and vested Iraqi state or regime funds and U.S.

appropriated funds. In making its recommendations, the PRB is responsible for reviewing all the identified requirements, prioritizing these requirements, and integrating the prioritized requirements into an overall funding plan. The PRB reports directly to the Administrator of the CPA. The Board is comprised of voting and non-voting members. Voting members include the Chairman (appointed by the Administrator of the CPA), the heads of specific CPA directorates (Economic Policy, Civil Affairs Policy, Agency for International Development Iraq mission, Operations, and Security) as well as authorized representatives of the Commander of Coalition Forces, Iraqi Ministry of Finance, United Kingdom, Australia, and the Chairman of the Council for International Coordination. Non-voting members include the CPA Comptroller as well as representatives from the U.S. Office of the Secretary of Defense, the International Monetary Fund, the World Bank, and the UN Special Representative of the Secretary General for Iraq.

<u>The Council for International Coordination (CIC)</u> was established on June 17, 2003 as an organization to work on behalf of the CPA to support, encourage, and facilitate international participation in the relief, recovery and development efforts in Iraq. The responsibilities of the CIC (referred to as the International Coordination Council in the initial report pursuant to Section 1506 of the Emergency Wartime Supplemental Appropriations Act, 2003) include coordinating international assistance from states and international and non-governmental organizations and making recommendations to the PRB on international assistance efforts in Iraq; and identifying international expertise -- as well as recommendations for using this expertise -- to the Administrator. The Council is not responsible for security matters such as the establishment of Iraqi police capacity or the New Iraqi Army. The CIC reports directly to the CPA Administrator and is comprised of representatives from coalition members and other countries that support CPA goals and possess expertise or other resources that will assist in furthering the purposes of the Council. The current Chairman of the CIC is Former Deputy Prime Minister Marek Belka of Poland.

**International Military Contributions and Participation.** Section 2 of the initial Section 1506 report described the roles and responsibilities of foreign governments and non-governmental organizations in post-conflict Iraq. It also detailed some of the major military and humanitarian contributions that countries were providing. Since the initial report, coalition military forces have continued to plan, coordinate, and execute the deployment of international military forces into Iraq. Multinational divisions under the lead of the United Kingdom and Poland are being established at present. Numerous countries, including Spain, Italy, the Netherlands, Slovakia, Denmark, Ukraine, Hungary, Honduras, El Salvador, and the Dominican Republic, have offered to send forces to help populate these divisions. Numerous countries are considering making force contributions, but the types of units and numbers of personnel are matters that remain to be worked out. Others have provided liaison officers to the Coalition military forces in

Iraq. The international humanitarian, financial, or other contributions to post-conflict Iraq are discussed in Section 4 of this report.

**U.S. Interagency and International Coordination.** Section 3 of the initial Section 1506 report described the strategy for coordinating post-conflict activities in Iraq among the U.S. Government, foreign governments and international organizations. The strategy to achieve U.S. policy goals in Iraq continues to focus on a coordinated interagency effort in the United States and on the ground in Iraq that is integrated with Coalition and other international efforts. In the United States, department and agency representatives coordinate daily on Iraq issues. There is close coordination among the Department of State, the Department of Defense, including the Joint Staff, the National Security Council staff, the Department of the Treasury, the Department of Justice, USAID, the Central Intelligence Agency, OMB, and the Coalition Provisional Authority. In addition, the DoD leadership is establishing an office to give greater capacity for the CPA to reach back to Washington for some assistance or capability that it needs in country.

In Iraq, the CPA is the focal point for interagency and international coordination to determine requirements for reconstruction and oversee resulting activities. The CPA staff is entirely interagency in character with representatives from the Departments of State, Treasury, Justice and Defense, and at least 13 other executive branch agencies providing support. The relationship between the CPA and non-U.S. Coalition governments on assistance issues is handled through the Council for International Cooperation. As discussed previously, this Council is the principal vehicle to coordinate coalition assistance support to the CPA. There are numerous embedded Coalition personnel in the CPA staff. The Deputy Director for Security Affairs is Spanish, for example, and there are a number of British, Canadian, Australian, and other personnel serving on the CPA staff.

One additional and extremely important change since the initial Section 1506 report is the level of coordination between the CPA and Coalition Joint Task Force 7 (CJTF-7), the military force in Iraq. The CPA and the headquarters of CJTF-7 are now co-located in Baghdad. This proximity is critical for daily interactions and coordination on security issues. There are also a number of military liaisons on the CPA staff. This high level of civil-military coordination will have a significant positive impact on coalition efforts to stabilize the country and improve the quality of peoples' lives in Iraq.

**4. An updated list of the financial pledges and contributions made by foreign governments or international organizations to fund activities related to humanitarian, governance, and reconstruction assistance in Iraq.**

The United Nations, other international institutions, the United States, and other leading donors continue to urge all nations to contribute to fulfill the needs of the Iraqi people in

any way they can. This has garnered a strong response from the international community, with over 70 countries coming forward to offer either cash or in-kind assistance for humanitarian, stabilization or reconstruction efforts. At the time of the initial Section 1506 report, offers of cash and in-kind assistance from the international community exceeded $1.9 billion. About $790 million of that amount was in response to a Flash Appeal for $2.2 billion made by the United Nations in March 2003 to meet urgent humanitarian requirements in Iraq. The remaining $1.1 billion in assistance had been offered outside of the March Flash Appeal.

On June 24, representatives of 52 donor states, the CPA, UN agencies and the international financial institutions (IFIs) gathered in New York for the UN-hosted "Technical Consultations on Reconstruction Needs for Iraq." The meeting was the first major international meeting following the liberation of Iraq to focus on how the global community -- governments, IFIs and the UN – can help Iraqis rebuild their country. The consultations, which included strong Iraqi participation with the CPA delegation, demonstrated international support for Iraq's democratic and economic transformation, helped reconnect Iraq to the world community, and launched the process for an international donors' conference. Attendees agreed to convene a donors' pledging conference in October, to complete a needs assessment prior to that, and to create a steering group of the US, European Union, Japan and the United Arab Emirates to work with the UN, World Bank and IMF in organizing the conference. They also agreed to form a liaison group of a larger group of donor countries that are interested in contributing to the rebuilding of Iraq.

As of June 28, 2003, contributions have increased by $400 million to $2.3 billion in total offers of assistance. Of that amount, $2.0 billion in humanitarian assistance has been offered/donated in response to the March UN Flash Appeal, meeting 90 percent of the total $2.2 billion Appeal. On June 23, 2003, the United Nations issued another flash appeal for an additional $259 million in immediate humanitarian assistance, bringing the total appeal for the Iraqi people to $2.459 billion.

As anticipated, the passage of UNSCR 1483 provided an important international signal that fostered more contributions from both public and private donors. Since the initial Section 1506 report submitted in early June, there have been both increases in the total contributions and shifts in the patterns of contributions. The most notable change is the increase in contributions from private sources, non-governmental organizations, and international organizations. These contributions now total over $1.1 billion in assistance, which is primarily within the UN appeal. For bilateral donors there have been increases as well. In all, 29 countries have made pledges or contributions within the UN appeal, and additional countries have made pledges or contributions outside of the UN appeal.

The initial report included examples of the international pledges and contributions. The following are the top 10 public bilateral pledges and contributions (plus the European Commission) to date (June 28, 2003):

| Country/Organization | (Dollars in Millions) Pledge/Contribution |
|---|---|
| United States | $565.3 * |
| United Kingdom | $177.1 |
| Japan | $101.8 |
| Australia | $60.5 |
| United Arab Emirates | $47.6 |
| Canada | $41.2 |
| Saudi Arabia | $36.6 |
| Spain | $32.3 |
| Kuwait | $27.5 |
| The European Commission | $26.3 |
| Italy | $22.4 |

*Humanitarian assistance pledge

Over the course of the summer, new offers of humanitarian assistance will begin to ebb as the emphasis shifts away from strictly humanitarian assistance to medium to longer-term development. Critical to that evolution will be more sophisticated needs assessments prepared by the United Nations and the World Bank, with significant input from the Coalition Provisional Authority. Specifically, the CPA will be working over the next several months to develop an operating budget for Iraq that will identify funding gaps requiring international support. That guidance will be critical to the conference for donors scheduled for the fall of 2003. Usually there is a surge in contributions following scheduled conferences for donors.

## IRAQ RELIEF & RECONSTRUCTION FUNDING

| | APPROPRIATED ASSETS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Balances | Vested | Seized | Development Fund for Iraq | Iraq Relief and Reconstruction Fund | Non-IRRF Accounts (net of IRRF reimbursements) | Iraq Freedom Fund* | Natural Resources Risk Remed. Fund** | TOTAL |
| Beginning Balance | 1,749.1 | 799.7 | 1,071.0 | 2,475.0 | 529.2 | 599.0 | 502.5 | 7,725.4 |
| Amounts Apport/Auth | (564.0) | (184.5) | 0.0 | (954.1) | (529.2) | (206.4) | (252.0) | (2,690.2) |
| -- Department of Defense | (564.0) | (184.5) | 0.0 | 0.0 | 0.0 | (206.4) | (252.0) | |
| -- Department of State | 0.0 | 0.0 | 0.0 | 0.0 | (66.4) | 0.0 | 0.0 | |
| -- USAID | 0.0 | 0.0 | 0.0 | (742.1) | (672.5) | 0.0 | 0.0 | |
| -- Reimbursement (USAID)*** | 0.0 | 0.0 | 0.0 | (212.0) | 212.0 | 0.0 | 0.0 | |
| -- Department of Treasury | 0.0 | 0.0 | 0.0 | 0.0 | (2.3) | 0.0 | 0.0 | |
| Balance after Current Activities | 1,185.1 | 615.2 | 1,071.0 | 1,520.9 | 0.0 | 392.6 | 250.5 | 5,035.3 |
| Anticipated Activities | (646.5) | (417.4) | (210.0) | (19.3) | 0.0 | (392.6) | (250.5) | (1,936.3) |
| -- Department of Defense (est.) | (646.5) | (417.4) | (210.0) | 0.0 | 0.0 | (392.6) | (250.5) | |
| -- Department of State (est.) | 0.0 | 0.0 | 0.0 | (13.3)**** | 0.0 | 0.0 | 0.0 | |
| -- USAID (est.) | 0.0 | 0.0 | 0.0 | **** | 0.0 | 0.0 | 0.0 | |
| -- Department of Treasury (est.) | 0.0 | 0.0 | 0.0 | (3.8) | 0.0 | 0.0 | 0.0 | |
| -- Reimbursement | 0.0 | 0.0 | 0.0 | (2.3) | 0.0 | 0.0 | 0.0 | |
| Balance after Anticipated Activities | 538.6 | 197.8 | 861.0 | 1,501.6 | 0.0 | 0.0 | 0.0 | 3,099.0 |

NOTES:
* $15.7 billion was appropriated to the Iraqi Freedom Fund. DOD has designated $599 million for support to CPA's headquarters activities.
** Beginning Balance includes $13.218 million from the Defense Cooperation Account
*** -- There was $672.5 million in USAID non-IRRF spending in Iraq; $212 million was reimbursed from the IRRF. A double-entry is included to avoid double-counting. Other amounts were reimbursed directly by appropriation account.
**** -- Budget estimates for additional reconstruction activities, police training, and a response to the UN appeal are still under discussion.

# Coalition Provisional Authority Organization




COALITION PROVISIONAL AUTHORITY
Administrator
Amb. Bremer
Chairman, Council for International Coordination
Belka (Poland)
Deputy CIC
Contributing Countries
NGOs
UN Agencies
Director Humanitarian Affairs
Counselors
Military LNOs
JTF-7
COS
Kennedy (State)
Military Aides / Personal Staff
Operational Support Group
Executive Secretariat
Financial Oversight
Intel
General Counsel
Oil Policy
Caroll (industy)
Oil
Civil Affairs Policy
Crocker (State)
Education
Foreign Affairs
Governance
Health
Justice
Labor and Social Affairs
Public Works
Religious Affairs
Youth
Economic Policy
McPherson (fmr Treasury)
Agriculture
Central Bank
Electricity
Finance
Financial Institutions
Housing
Industry & Minerals
Irrigation
Planning
Trade
Transport & Communication
Financial Review Board
AID
Lucke (AID)
DART
Reconstruction
Operations
Bearpark (UK)
Strock (DoD)
Supported Commander
Regional Advisors
Senior Advisors (Governor level)
Local Governance Team
Security Affairs
Slocombe (fmr OSD)
NIA
Industrial Conversion
Interior
Kerik (NYPD)
Customs Enforcement
Immigration
Police
Strategic Communications
Information
CPA Staff (a/o 7/11/03)
DoD - 332
Military - 268
DoS - 34
other USG - 36
contractors - 284
total U.S. - 954
coalition - 193
total CPA - 1147