**OFFICE OF THE SPECIAL INSPECTOR GENERAL FOR IRAQ RECONSTRUCTION**

# REVIEW OF THE ADVANCED FIRST RESPONDER NETWORK

**SIGIR-06-020**
**JULY 28, 2006**

**SPECIAL INSPECTOR GENERAL FOR IRAQ RECONSTRUCTION**

July 28, 2006

MEMORANDUM FOR U.S. AMBASSADOR TO IRAQ
DIRECTOR, IRAQ RECONSTRUCTION MANAGEMENT OFFICE
COMMANDING GENERAL, MULTI-NATIONAL FORCE-IRAQ
COMMANDING GENERAL, MULTI-NATIONAL SECURITY TRANSITION COMMAND-IRAQ
COMMANDING GENERAL, JOINT CONTRACTING COMMAND-IRAQ/AFGHANISTAN
COMMANDING GENERAL, GULF REGION DIVISION, U.S. ARMY CORPS OF ENGINEERS

SUBJECT: Review of the Advanced First Responder Network (SIGIR-06-020)

We are providing this report for your information and use. We performed the audit in accordance with our statutory duties contained in Public Law 108-106, as amended, which requires that we provide for the independent and objective conduct of audits, as well as leadership and coordination of, and recommendations on, policies designed to promote economy, efficiency, and effectiveness in the administration of such programs and operations and to prevent and detect waste, fraud, and abuse.

We considered comments from the Multi-National Security Transition Command-Iraq, the Iraq Reconstruction Management Office, the Joint Contracting Command-Iraq/Afghanistan, and the U.S. Army Corps of Engineers Gulf Region Division on the draft of this report when preparing the final report. Their comments are addressed in the report where applicable, and copies of their comments are included in the Management Comments section of this report.

We appreciate the courtesies extended to the staff. For additional information on this report, please contact Mr. Joseph T. McDermott at (703) 343-7926, or by email at joseph.mcdermott@iraq.centcom.mil; or Mr. Clifton Spruill at (703) 343-9275 or by email at clifton.spruill@iraq.centcom.mil. For the distribution of the report, see Appendix C.

Stuart W. Bowen, Jr.
Inspector General

cc: Distribution

## Special Inspector General for Iraq Reconstruction

**SIGIR-06-020** **July 28, 2006**

## Review of the Advanced First Responder Network

## Executive Summary

**Introduction.** Recognizing the problematic security environment that existed in Iraq in April of 2004, the Coalition Provisional Authority (CPA) initiated a project to deploy a communications network to enable interoperable communications for Iraqi Ministry of Interior security and safety forces throughout Iraq to improve public safety. This project, commonly referred to as the Advanced First Responder Network, or simply "AFRN", intended to address the limited communication capabilities of Iraq's emergency first responders: the police, firefighters, and emergency medical personnel.

In total, the AFRN design-build project, first responder radio procurement, and subsequent sustainment efforts will cost $218.5 million by the end of Fiscal Year 2006. The funding for this project came from three sources: $181.8 million from the Iraq Relief and Reconstruction Fund (IRRF),[1] $20 million from the Iraq Security Support Fund (ISSF), and $16.7 million from the Development Fund for Iraq (DFI). The AFRN system was transferred to full Iraqi government ownership and control on June 26, 2006.

**Objectives.** This report addresses whether responsible personnel efficiently and effectively managed the Advanced First Responder Network project that was created to provide Iraqi police, fire, and emergency medical units with a core national public safety communication, command, and control system. More specifically, this report addresses the extent to which:

- AFRN provides effective emergency communications for the citizens of Iraq, the police, fire, emergency medical departments, and related command and control organizations
- radios purchased for distribution to the Iraqi police, fire, and emergency medical organizations were properly accounted for, controlled, supported, and transferred to the Iraqi Ministry of Interior
- U.S. government plans and funding were in place to sustain the Advanced First Responder Network pending the Iraqi government's assumption of those responsibilities; and whether U.S. officials provided the responsible Iraqi Ministry with sufficient information on operations and maintenance support requirements
- AFRN task orders were properly definitized; and related equipment purchases and contractor services were within the scope of the contract

[1] Iraq Relief and Reconstruction Funds included $52.3 million from the fiscal year 2003 appropriation and $129.5 million from the fiscal year 2004 appropriation. These appropriations are commonly referred to as IRRF-1 and IRRF-2, respectively.

**Results.** The initial assumptions to build the AFRN system upon the existing Iraqi electrical and fiber optic infrastructure exacerbated the extent to which U.S. implementing agencies could efficiently and effectively manage the AFRN project. The conditions limiting the AFRN's effectiveness are fundamental and significant on both the governorate and national levels of the AFRN system, which spans Iraq from Basrah in the south to Mosul in the north. To a large measure, the AFRN limitations are the result of assumptions by U.S. government officials that the existing fiber optic and electrical infrastructure could readily support the communications requirements of the AFRN project.

Effectiveness has been impacted by no connectivity between the three zones of the AFRN system; inability to receive emergency calls from citizens at the majority of first responder dispatch centers; no network performance monitoring for two of the zones; and insufficient backup generators to power the various system elements when commercial power is unavailable. Further, even if the fiber optic and electric infrastructure conditions can be effectively resolved, it would operate inefficiently because of insufficient numbers of trained personnel to fully staff and operate all nine of the first responder dispatch centers.

As a result, the AFRN project has not yet produced:

- an effective nationwide first responder communication, command, and control system
- an efficient means to dispatch and direct first responders at the governorate level
- the ability to escalate incidents to the national level

Although the AFRN project has increased communication capability amongst first responder organizations, Iraqi citizens cannot use their cellular or regular telephones to call into the AFRN system to request police, fire department, or emergency medical assistance from seven of the nine governorate dispatch centers.

There were insufficient property controls to effectively manage over 30,000 radios valued at over $24 million to provide reasonable assurance that all assets were accounted for, controlled, and properly transferred to the Iraqi government. For example, property records show a significant shortage of one type of radio and an even greater overage of another type.

U.S. agencies did not anticipate the operations and maintenance funding requirements to sustain the AFRN until the Iraqi government was prepared to assume this role. However, once identified, corrective action was taken to address the funding shortfall. Contract management officials stated these sustainment funds came from various funding sources (DFI and ISSF). We were also told that this includes funding for future training of additional personnel to staff AFRN dispatch centers. Although there was insufficient funding allocated, the task orders issued from the design/build contract as well as the Integration contract contained provisions to develop the Iraqi government's ability to maintain the AFRN system. In addition, the U.S. agencies provided the Iraqi government with information that an estimated $16.7 million would need to be budgeted for to address annual operations and maintenance costs for the AFRN.

During our review, we were able to determine that the AFRN task orders were properly definitized and related equipment purchases and contractor provided services were within the scope of the contract requirements and terms.

**Material Management Control Weaknesses.** Our review disclosed a material management control weakness regarding U.S. government property accountability for the 30,000 radios purchased during the AFRN project.

**Management Actions.** U.S. government officials initiated two actions during the course of this review. First, officials within the Joint Contracting Command-Iraq/Afghanistan (JCC-I/A), the U.S. Army Corps of Engineers Gulf Region Division and Project and Contracting Office (GRD-PCO), and Multi-National Security Transition Command-Iraq (MNSTC-I) included a requirement in the new DFI sustainment contract for the new contractor to assess and provide a "state of the network" report on the AFRN system.

In addition, we notified responsible officials in MNSTC-I's Civilian Police Assistance Training Team (CPATT) that the documentation they provided did not accurately account for the transfer of first responder radios to the Ministry of the Interior. As a result, the officials began action to identify any missing documents evidencing transfers of radios to the Ministry of Interior. CPATT personnel requested and received copies of transfer/receipt documents from the Ministry and, subsequently, provided copies of these records to us. However, the additional documentation did not resolve the accountability issues described in this report.

**Recommendations.**

We recommend the following management corrective action regarding fiber optic network connectivity and capacity required to achieve inter-zone operation of the Advanced First Responder Network.

1. We recommend that the Commanding General, Multi-National Security Transition Command-Iraq ensure that the contractor conducting the AFRN assessment is required to coordinate with the Iraqi Ministry of Interior and Iraqi Ministry of Communications Iraq Telephone and Postal Company in diagnosing and resolving the specific technical reason or reasons why connectivity between the three AFRN zones does not exist.

We also recommend the following management corrective actions regarding the accountability of radios purchased for the Advanced First Responder Network.

2. We recommend that the Commanding General, Multi-National Security Transition Command-Iraq, direct the appropriate command organization to:
    a. Request the Iraqi Ministry of Interior provide current inventory information, by model type, for the first responder radios in their possession.
    b. Direct CPATT personnel conduct a physical inventory, by model type, of any radios not yet transferred to the Ministry of Interior.
    c. Reconcile the Iraqi Ministry of Interior and CPATT inventories to the record of all radios purchased and document the results.
    d. Initiate actions in accordance with applicable U.S. government property management policies, to properly account for and control all radios.

**Management Comments and Audit Response.** We received written comments on a draft of this report from MNSTC-I and the Iraq Reconstruction Management Office. We received technical comments from JCC-I/A and the U.S. Army Corps of Engineers Gulf Region Division.

MNSTC-I officials did not concur with the first recommendation (for jurisdictional reasons), but did concur with the second. We agree the IRMO Communications Sector was responsible for the AFRN project, as evidenced by the original CPA tasking order; however, our recommendation was appropriately addressed to MNSTC-I for the following two reasons. First, the AFRN system transferred to control of the Iraq Ministry of Interior on June 26, 2006 and secondly; MNSTC-I assumed responsibility for coalition force liaison to the Ministry of Interior in October, 2005. Although officials did not specifically concur with the first recommendation, we believe the substance of their comments fully satisfy the recommendation's intent. Corrective actions are either in progress or planned. MNSTC-I also provided technical comments for this report. We reviewed those comments and incorporated changes into the final report where appropriate.

The Iraq Reconstruction Management Office suggested we add a recommendation to "get all nine AFRN Governorate Dispatch Centers operating and in service with fully trained staff to realize the full potential of the system". While we recognize the importance of the Governorate Dispatch Centers to the AFRN system, we did not include this recommendation because the DFI Sustainment contract includes training, as discussed in this report.

JCC-I/A and the U.S. Army Corps of Engineers Gulf Region Division also provided technical comments for this report. We reviewed these comments and incorporated changes into the final report where appropriate.

All comments received were fully responsive.

# Table of Contents


**Executive Summary** i

**Introduction**

Background 1
Objectives 9

**Findings**

Effectiveness of the AFRN 10
First Responder Radios 14
Sustainment of the AFRN 16
Contract Definitization and Propriety of Equipment Purchases and Contractor Services 18

**Conclusion and Recommendations** 19

**Appendices**

A. Scope and Methodology 22
B. Acronyms 24
C. Report Distribution 25
D. Audit Team Members 27

**Management Comments**

Multi-National Security Transition Command-Iraq 28
Iraq Reconstruction Management Office 33

# Introduction

## Background

In March of 2004, the Department of the Army awarded contract W914NS-04-D-0005 to restore Iraq's communication infrastructure. Under that contract, the Coalition Provisional Authority (CPA) Program Management Office and its successor organizations would issue task orders for specific projects within the communications sector. The only task orders issued under this contract were for the Advanced First Responder Network (AFRN).[2] In total, the AFRN project and subsequent sustainment efforts has amounted to $218.5.1 million. The AFRN contract ended on May 2, 2006. The Iraq Relief and Reconstruction Fund (IRRF) budget for the AFRN project included $30.6 million for first responder radios and $151.2 million for the design-build task orders. Subsequent contracts to sustain the system and address conditions limiting full operating capability received $20 million from the Iraq Security Support Fund and remaining monies from the $16.7 million DFI allocation. The latter of which will provide sustainment for the remainder of calendar year 2006. The AFRN system was transferred to full Iraqi government ownership and control on June 26, 2006. Table 1 summarizes the source of funds and their use.

**Table 1: AFRN Funding Sources and Application (Dollars in Millions)**

| Contract Purpose | IRRF[3] | Iraq Security Support Fund | DFI | Total By Contract |
|---|---|---|---|---|
| **First Responder Radios** | *$ 30.6* | *0* | *0* | *$ 30.6* |
| **AFRN Design Build Contract** | | | | |
| Design/Build | $ 147.4 | 0 | 0 | $ 147.4 |
| Operations and Maintenance | $3.8 | 0 | 0 | $ 3.8 |
| *Contract Total:* | ***$ 151.2*** | ***0*** | ***0*** | ***$ 151.2*** |
| **AFRN Integration Contract** | | | | |
| Construction | 0 | $ 18.9 | 0 | $ 18.9 |
| Operations and Maintenance[4] | 0 | $ 1.1 | $ 2.9 | $ 4.0 |
| *Contract Total:* | ***0*** | ***$ 20.0*** | ***$ 2.9*** | ***$ 22.9*** |
| **DFI Bridging Contract; Operations and Maintenance** | ***0*** | ***0*** | ***$ 2.3*** | ***$ 2.3*** |
| **DFI Sustainment Contract** | | | | |
| Operations/Maintenance and Training | **0** | **0** | **$ 11.5** | **$ 11.5** |
| *Contract Total:* | ***0*** | ***0*** | ***$11.5*** | ***$ 16.7*** |
| **Total By Fund Source** | **$ 181.8** | **$ 20.0** | **$ 16.7** | **$ 218.5** |

Source: SIGIR Analysis of AFRN Project Costs as of July 23, 2006.

---

[2] There were six task orders issued under this contract. Task Order 1 ($2.5 million) pertained to the contractor's mobilization and Task Order 3 ($16.2 million) provided contractor life support. Task Orders 2 ($2.5 million), 4 ($1.4 million), 5 ($53.3 million), and 6 ($75.3 million) pertained to the design and construction of the AFRN system, to include sustainment contained in Task Order 5.

[3] This column includes total funds from the fiscal years 2003 and 2004 IRRF appropriations. These appropriations are commonly referred to as IRRF-1 and IRRF-2, respectively.

[4] The $2.9 million of DFI funding was pending and not yet committed on this date.

Recognizing the problematic security environment in Iraq, a CPA Communications Sector[5] tasking[6], issued April 1, 2004, through the CPA Program Management Office, directed initiation of the "National Security Emergency Communications Network: First Responder Network" (commonly referred to as the Advanced First Responder Network or "AFRN"). AFRN is a communications network designed to enable interoperable communications for Iraqi Ministry of Interior security and safety forces throughout Iraq to improve public safety. The Communications Sector tasking stated Iraqi first responders such as police, border patrol officers, firefighters, emergency medical personnel, and civil defense agencies, had only limited voice communications capabilities to conduct their respective missions.

The Communications Sector tasking also stated the project objective, intended scope of work, assumptions regarding the Iraq construction environment, the project start date of May 1, 2004, and a desired completion date of November 15, 2005. One of the Communications Sector tasking elements was to "...maximize the use of existing common infrastructure (especially long haul fiber, microwave links, towers, etc.) but not to the point where integration adds undue risk, cost, limits flexibility or data handling capabilities, impacts performance or causes safety concerns." Tasking assumptions included the statement that, "Iraq is a harsh environment for electrical equipment due to temperature extremes, frequent power outages, heavy rains and flooding, severe dust, high winds and sand storms. Looting, sabotage, and vandalism also remain prevalent throughout Iraq. "

On May 6, 2004, CPA and Combined Joint Task Force 7, which was the top Coalition military command in Iraq until May 2004; in cooperation with the Iraqi Ministries of Communications and Interior, published a Concept of Operations for the AFRN. The concept of operations stated the need for a nationwide first responder communication, command, and control system; and defined final operational capability as a digital communications system delivering national knowledge to individual first responders anywhere, anytime within seconds. The intended scheme of construction was to first establish functional, reliable networks in Baghdad and quickly establish comparable networks in the target cities connected to Baghdad.

**Department of Defense Program Responsibilities.** The CPA was created in May 2003 to oversee and operate the interim governing authority in Iraq. In addition to providing a temporary government for Iraq, CPA also had the duty to oversee the reconstruction and rehabilitation of Iraq's infrastructure. CPA prioritized its efforts into five general areas, which included security and the provision of essential services, such as energy, to the Iraqi people. Reconstruction and rehabilitation activities to address these priorities were divided into ten categories, or CPA offices, pursuant to Public Law 108-106 to support the Iraqi provisional ministries. These ministries were advised by CPA personnel. The CPA Senior Advisors to the Ministry of Communications and Ministry of Interior provided guidance to the ministries for developing the AFRN Concept of Operations; and determining user (i.e. Ministry of Interior) requirements, use of the communications infrastructure in Iraq, and funding for AFRN. The CPA was dissolved on June 28, 2004, and replaced by the United States Ambassador to Iraq, as the Chief of Mission-Iraq, with

---

[5] Public Law 108-106, November 6, 2003, specified Iraq reconstruction funding by reconstruction sectors.
[6] CPA Program Management Office Task Order Transportaton/Communications-001, First Responder Network, April 1, 2004. Not to be confused with task orders issued under a contract, during this period of time, the CPA Program Management Office issued task orders to implementing agencies. A task order is an administrative management tool. To avoid confusion, we refer to the administrative task orders in this report as "taskings".

the CPA advisory responsibilities being subsumed into the Department of State's Iraq Reconstruction Management Office (IRMO).

The Multi-National Security Transition Command-Iraq (MNSTC-I) is a subordinate command of the Multi-National Force-Iraq, which is the top coalition military command in Iraq. MNSTC-I provides support in training police and other security forces. MNSTC-I's mission is to organize, equip, and mentor Iraqi security forces in order to support Iraq's ultimate goal of a unified, stable, and democratic Iraq, which provides a representative government for the Iraqi people. On October 1, 2005, the responsibility for Ministry of Interior liaison transferred from IRMO to MNSTC-I. The MNSTC-I mission to provide training support to the Ministry of Interior is performed by its Civilian Police Assistance Training Team (CPATT). The MNSTC-I Directorate of Communications, Ministry of Interior Support Division provided management control and accountability of the first responder radios purchased for the AFRN project from the point in time they were removed from a U.S. Government controlled warehouse until such time as the radios were transferred to the Iraqi Government.

The Joint Contracting Command-Iraq/Afghanistan (JCC-I/A) was established in 2004 to consolidate contracting activities and reports through the Deputy Assistant Secretary of the Army (Policy and Procurement) to the Assistant Secretary of the Army for Acquisition, Logistics, and Technology. As part of this mission, JCC-I/A issued and managed all contracts and task orders associated with the AFRN project, and also had responsibility for records administration for all records of U.S. property obtained through JCC-I/A contracts. With regards to the AFRN project, the Commanding General, JCC-I/A was designated as Program Executive Officer, in June of 2005, to increase overview and focus management of the basic AFRN contract as well as the contract providing the AFRN first responder radios.

The U.S. Army Corps of Engineers, Gulf Region Division (GRD) and the Project and Contracting Office (PCO) merged on December 4, 2005 to create an organization known as GRD-PCO. PCO was a temporary organization created under the Department of Defense on May 11, 2004, by National Security Presidential Directive 36, United States Government Operations in Iraq, which replaced the CPA Program Management Office. The Deputy Secretary of Defense established PCO within the Department of the Army and directed PCO to provide support for all activities associated with financial, program, and project management for both construction and non-construction IRRF activities. Both PCO and the Program Management Office provided AFRN project management support for the implementation of the AFRN project.

**Department of State Program Responsibilities.** The U.S. established the Iraq Reconstruction Management Office (IRMO) on May 11, 2004, pursuant to National Security Presidential Directive 36. IRMO, a temporary office within the Department of State and the U.S. Mission to Iraq, was established to facilitate the transition to a democratically elected, sovereign government of Iraq. IRMO executes its mission by assisting the U.S. Ambassador in setting reconstruction policy and provides expertise and operational assistance to Iraqi ministries in the reconstruction process. IRMO is organized into sectors to support the current Iraqi ministries much in the same manner as the CPA had been. IRMO responsibilities relative to IRRF include strategic planning, prioritizing requirements, monitoring spending, and coordinating with the applicable military commander. The CPA Project Management Office task order initiating the AFRN project assigned responsibility to the Senior Consultant, Communications Sector, to liaise with the Ministry of Communications. However, the intended user and ultimate the "owner" of AFRN was the Ministry of Interior. Until October 1, 2005, IRMO was responsible for liaison with both the Iraqi Ministry of Communications and the Ministry

of Interior. After October 1, 2005, the IRMO Senior Consultant to the Ministry of Communications also functioned in an advisory role for implementation of the AFRN. **Design of the Advanced First Responder Network.** First responder networks essentially have three main elements: The public telephone system; a communication, command, and control system; and radios in the hands of first responders and their parent organizations such as police stations and fire departments. In that respect, AFRN is a typical first responder system. The AFRN project was to design and construct the second element and procure equipment for the third element.

***Public Telephone System***

The starting point in a first responder network is the public telephone system, including cellular phone systems, which provides the public with a means to request emergency services or report emergency information. In Iraq, the public telephone system is owned, operated, and maintained by the Iraq Telephone and Postal Company (ITPC), which is an agency of the Iraqi Ministry of Communications. The existing communications infrastructure of the ITPC includes the public telephone system and a fiber optic network that runs from Basrah in southern Iraq, through Baghdad, and terminates at Kirkuk in the north. The AFRN system design specified using the existing fiber optic network where available and would need a transmission capacity of 88 "E1s"[7] from the fiber network throughout the three AFRN "zones". The southern zone runs from Basrah in the south to Hillah, just to the southwest of Baghdad; a distance of approximately 300 miles. The northern zone runs from Mosul in the north to Baqubah, just to the northeast of Baghdad, a distance of approximately 225 miles. The central zone runs about 25 miles and is comprised of the area in and immediately surrounding Baghdad.

***Communication, Command, and Control System***

The second element in a first responder network is the infrastructure system that receives emergency requests from the public and ultimately dispatches first responder resources. The AFRN contract task orders 5 and 6 were to provide that system but, for reasons explained below, resulted in a smaller first responder system than originally intended. The AFRN system includes:

- the national coordination center
- network communications center
- 9 governorate dispatch centers
- 3 mobile switching offices
- 66 base transceiver stations (equipment shelters and towers used to receive and transmit radio calls between the first responder and the dispatch center)
- 104 high frequency radios for an emergency back up system

Although all of the existing AFRN components are important, the governorate dispatch centers, mobile switching offices, and the network communication center are critical to the functioning of all other components. Of the preceding three, the governorate dispatch centers are the heart of the AFRN system.

[7] An "E1" is a communications circuit which provides 30 megabits of transmission capacity and delivers 28 voice channels (with an additional two channels for transmission control).

*Governorate Dispatch Centers*

The governorate dispatch center (GDC) is the point where an Iraqi citizen's request for emergency services or report of emergency information reaches the Ministry of Interior's first responder resources. As the primary first responder dispatch organization, the GDCs contain the support personnel who receive calls from the public and dispatchers who determine the proper first responder resources to dispatch. The AFRN network includes communication equipment and software that accepts the incoming emergency call from the ITPC public telephone system. Once the AFRN system accepts the emergency call from the public phone system, a "call taker" in the GDC receives the call. After the call is received, the dispatcher determines the first responder assistance needed (police, fire, or medical) and then views a terminal that uses computer assisted dispatch software to display the location of available first responder resources. Radios used by the police, firefighters, or medical personnel transmit global positioning system data to the AFRN network. In addition, radios can belong to one or more "talk groups".[8] For example, all radios used by a city's police department would likely be in one talk group while all of the fire department radios would constitute another talk group. Dispatchers typically monitor talk groups to stay abreast of unfolding events.

*Mobile Switching Office*

The mobile switching office[9] receives and routes all communications from and to first responders and the applicable governorate dispatch center and provides the link to the public telephone system, to include communication protocols compatible with that used in the public telephone system. As built, the AFRN network has three mobile switching offices (one in each of the three AFRN zones) that use the ITPC fiber network to establish connectivity between the mobile switching offices in the other zones. This is especially important because the central zone (Baghdad) contains the national-level command and control functions and, more importantly from a system operation and maintenance standpoint, the AFRN system network communication center.

*AFRN Communications Center*

The AFRN Communications Center provides the vital function of monitoring and managing the entire communications network such as the mobile switching offices, base stations, transmission links, as well as all systems responsible for supporting the network such as servers. This includes network surveillance and alarm monitoring, disaster recovery, performance management and monitoring, and security management. Essentially, the communications center overseas all major components of the AFRN system. Due to its system-wide or "national-level" function, the communications center is co-located in Baghdad (the central zone) with the AFRN National Coordination Center, both of which are within the Iraqi Ministry of Interior building.

*First Responder Radios*

The third element of a first responder network consists of communication devices such as handheld or vehicle mounted radios used by police, fire, and emergency medical

[8] Groups of radios can be programmed to appear as a private radio network even though they share a common radio system. A radio may belong to more than one talk group. Dispatchers can scan several talk groups if needed.

[9] The term mobile switching office comes from terminology used in cellular phone communications and refers to a central switch that controls the entire operation of a cellular system. The AFRN system is a cellular Terrestrial Trunked Radio network commonly used in Europe.

personnel; or desktop radios for the police stations, fire departments, and emergency medical units. The radios purchased for the AFRN project, funded with $30.6 million from the IRRF Security and Law Enforcement Sector under a separate contract,[10] ultimately provided over 30,000 radios at an actual cost of $24 million. MNSTC-I's Civilian Police Assistance Training Team (CPATT) Communications Directorate was responsible for the management of the AFRN radios and developed written guidance and procedures to account for, control, and transfer the first responder radios.

***Radio Models and Quantities***

The purchased a total of 30,297 radios, including 140 spares, consisting of 4 models:

- 25,149 handheld (for issue to first responder personnel)
- 4,140 mobile (for first responder vehicles)
- 609 Gateway mobile (vehicle mounted unit to improve localized reception of handhelds)
- 399 desktop consoles (for police stations, firehouses, and medical units)

The mobile radios included the "Gateway" models that are used to increase the effective local area transmission/reception range of the handheld radios. For example, if emergency personnel were responding to a situation in a large building, a Gateway model mounted in one of the vehicles would improve the effective range of the radios used inside the building.

**AFRN Construction, De-scoping, Integration, and Deployment.**

Construction of the AFRN system primarily involved rehabilitating or remodeling existing buildings for the various command and control facilities such as the national-level facilities in Baghdad, the nine governorate dispatch centers, three mobile switching offices (normally collocated with a dispatch center). For the 66 base transceiver stations, leases and site access were required whenever a communication tower already existed in the required radio coverage area but was not owned by the Ministry of Interior. Sites without an existing tower required the erection of a new one and, again, if not a site owned by the Ministry of Interior, site access was required. However, to appreciate the otherwise straightforward task of remodeling existing facilities and erecting base transceiver station towers, it is important to recognize that the AFRN construction "site" stretched across Iraq, from Basrah in the south to Mosul in the north, and required site access to locations in nine different governorates and facilities often owned or operated by entities other than the ultimate user, the Ministry of Interior. Further, AFRN required the coordination and support of at least four different Iraqi government ministries.[11] The construction and deployment commenced with Task Order 5, in the Baghdad region; and continued with Task Order 6 for the remaining five regions.[12] Table 2 provides a chronology of significant events during the course of the two task orders.

[10] The Project and Contracting Office awarded contract W914NS-05-D-9008 on November 23, 2004, to obtain handheld, mobile, and desktop radios.

[11] These included the Ministry of Interior, the Ministry of Communication for the fiber optic network, the Ministry of Electricity for the commercial power supply, and the Ministry of Oil for the refueling of backup generators for AFRN.

[12] The remaining five regions were Basrah, Hillah, Mosul, Ramadi, and Tikrit.

**Table 2: AFRN Task Orders 5 and 6 Chronology**

| Date | Project Event |
|---|---|
| August 10, 2004 | The U.S. Project and Contracting Office issues notice to proceed for AFRN Task Order 5, Region 5 (Hillah) deployment of the AFRN system. |
| August 24, 2004 | Delivery of AFRN design (completed under Task Order 2). User requirements specify AFRN deployment per region beginning with Region 5 (Hillah). |
| September 14, 2004 | JCC-I/A and PCO receive a requested rough order of magnitude cost estimate for entire AFRN system (less first responder radios). |
| October 7, 2004 | MNF-I issues memorandum to PCO stating a need to change the priority of AFRN installation to support January 2005 Iraq National Referendum resulting in a scope change to pending Task Order 5. |
| October 12, 2004 | Contractor delivers definitized task order response reflecting change in Task Order 5 deployment priority. |
| November 30, 2004 | JCC-I issues Task Order 6 notice to proceed. |
| December 26, 2004 | Contractor provides Task Order 6 proposal for expansion to the remaining five regions. |
| February 2005 | In response to JCC-I/A request, contractor provides revised Task Order 6 reflecting de-scoping the Governorate Dispatch Center (GDC) and nine base transmission stations from Basrah region. |
| June 2005 | Stop work order issued for Ramadi sites due to security concerns. Ramadi de-scoped. |
| June 2005 | JCC-I/A requests contractor to provide a "Top Down" estimate on completing and sustaining the AFRN project. |
| August 2005 | Basrah GDC and seven base transceiver stations added back to scope |
| August 2005 | JCC-I/A seeks funding for "Integration" of the AFRN system |
| August 22, 2005 | JCC-I/A issues awards ISSF-funded contract W914NS-05-C-0066, the AFRN "Integration" contract. |
| June 2006 | JCC-I/A awards the DFI-funded sustainment contract for AFRN. |

Source: SIGIR analysis of JCC-I/A contract files

**AFRN Scope Reductions.** In September of 2004, PCO requested the AFRN prime contractor provide a rough order of magnitude cost estimate for the designed AFRN system. The subsequent $242 million estimate for the intended deployment of the system, which did not include the required radios for emergency personnel, vehicles, and stations ($30.6 million); exceeded the IRRF allotment by $91 million. Additional programming and/or contracting actions to reduce the scope of the AFRN system resulted in significant changes in the capability of the system as originally designed and as it exists today. Table 3 provides an overview of the net effect de-scoping.

**Table 3: AFRN Net Effect of De-Scoping**

| Feature | AFRN Original Design | Actual Construction Subsequent To De-Scoping | Net Effect |
|---|---|---|---|
| Mobile Switching Offices | 6 | 3 | (3) |
| Switch Redundancy | 1 in Hillah to backup Baghdad | None | (1) |
| Governorate Dispatch Centers | 19 (2 for Baghdad) | 9 (1 for Baghdad) | (10) |
| Regional Dispatch Centers[13] | 6 | 0 | (6) |
| Incident Coordination Centers | 6 | 1 | (5) |
| National Control Center | 1 | 1 | 0 |
| Communications Center | 1 | 1 | 0 |
| Base Transceiver Stations | 172 | 66 | (106) |
| Population Served | 18,589,700 | 13,049,600 | (5,540,100) |

Source: SIGIR analysis of JCC-I/A contract files, as of June 3, 2006.

**AFRN Integration Contract**. In June of 2005, the JCC-I/A, in conjunction with PCO, began efforts to determine the remaining costs associated with completing and sustaining the AFRN project pending eventual turnover to the Iraqi government. Although the resulting estimate was not located during this audit, a June 20, 2005 "Funding Recommendation Paper" prepared by the Multi-National Force-Iraq stated an assessment of the AFRN project had established that the extension of the network was at risk. The paper included an estimate that $22 million was needed to continue progress and fund such things as needed training and support. In August 2005, JCC-I/A issued a second contract[14] funded with $20 million from the Iraq Security Support Fund provided by MNSTC-I. This contract included both costs to complete the system, such as additional costs for back-up generators; as well as operations and maintenance costs , such as physical repairs, software updates , and refueling of generators to ensure electrical power. The contract ended on May 2, 2006.

[13] The Regional Coordination Centers were removed from the design early on as redundant to the Incident Coordination Centers, which were subsequently reduced in number as well.
[14] Contract number W914NS-05-C-0066, August 22, 2005.

Besides operations and maintenance[15] provisions, the contract statement of work included the following:

- Install backup generators for 22 base transceiver stations sites.
- Develop and install software to convert the first responder radios' global positioning system data into the AFRN computer-assisted dispatch software program.
- Plan and execute AFRN database development, populate the database for all 15 AFRN cities, verify compatibility with the computer assisted dispatch software and conduct operational capability testing.
- Provide requirements for AFRN intercity connectivity and capacity, assess existing infrastructure [ITPC fiber optic network], and identify any shortfalls.
- Operations and maintenance of the AFRN system to include daily reporting of system performance management, to include AFRN reliability and availability.
- Train and certify 889 Ministry of Interior personnel, to include 765 governorate dispatch personnel.

## Objectives

This report addresses whether responsible personnel efficiently and effectively managed the Advanced First Responder Network project that was created to provide Iraqi police, fire, and emergency medical units with a core national public safety communication, command, and control system. More specifically, this report addresses the extent to which:

- AFRN provides effective emergency communications for the citizens of Iraq, the police, fire, emergency medical departments and related command and control organizations
- radios purchased for distribution to the Iraqi police, fire, and emergency medical organizations were properly accounted for, controlled, supported, and transferred to the Iraqi Ministry of Interior
- U.S. government plans and funding were in place to sustain the Advanced First Responder Network pending the Iraqi government's assumption of those responsibilities; and whether U.S. officials provided the responsible Iraqi Ministry with sufficient information on operations and maintenance support requirements
- AFRN task orders were properly definitized; and related equipment purchases and contractor services were within the scope of the contract

For a discussion of the scope, methodology and a summary of prior coverage, see Appendix A. For definitions of the acronyms used in this report, see Appendix B. For a list of the report's distribution, see Appendix C. For a list of the audit team members, see Appendix D.

---

15 For the purposes of this report and as it relates to sustainment, "operations and maintenance" refers to activities related to the performance of routine, preventive, predictive, scheduled, and unscheduled actions aimed at preventing equipment failure or decline with the goal of increasing efficiency, reliability, and safety.

# Effectiveness of the AFRN

As of June 15, 2006, the AFRN project had not resulted in an effective nationwide first responder communication, command, and control system for the Iraqi citizens or the Iraqi police, fire, and emergency medical services. Specifically,

- Communication connectivity did not exist between the three "zones" of the AFRN the system.
- Only two of nine governorate dispatch centers could receive emergency phone calls from the public.
- None of the nine GDCs can identify the locations of the various first responders.
- The AFRN Communications Center could only monitor system performance and health for the Baghdad zone.
- Reduced and unstable commercial electrical supply is causing higher than anticipated usage and failure of backup generators and associated automatic transfer switches.

**Communication Connectivity**. The three AFRN zones cannot communicate with each other. Specifically, the May 5, 2006, AFRN status report stated a system requirement of 84 E1s[16] with only 33 available. Although it has been well documented that sufficient connectivity and capacity does not exist to support communications between the three AFRN zones, determining why that has not happened is not clear. We did not identify any action being taken to address the causes. Further, in our discussions with representatives from GRD-PCO, IRMO, and CPATT present differing opinions on causes ranging from ITPC has not provided sufficient E1s; ITPC has provided sufficient E1s but they either fail or do not operate properly; to the AFRN construction may not have established proper connections between the AFRN equipment and the ITPC nodes. Further, physical damage to the ITPC fiber network resulting from either adjacent construction activity or deliberate interdiction periodically prevented connectivity regardless of network E1 capacity. Because connectivity could not be established, a full operational capability test (specified as a task order deliverable) of either the AFRN system installed under Task Order 6 or the entire AFRN system as a whole was not conducted at the time of this audit.

Despite the nationwide connectivity problems, the additional 30,000 radios purchased under the AFRN project have increased the communication capabilities, within each AFRN zone, for the Iraqi police, firefighters, and emergency medical responders and their applicable police, fire, and medical departments. Although subject to interrupted service associated with electrical supply, the first responder radios do allow a wider range of communication within the AFRN zones and shared access between the police, fire, and medical first responders and agencies.

[16] An "E1" provides 30 megabits of transmission capacity, delivers 28 voice channels (with an additional two channels for transmission control), and requires both system software and hardware on both the ITPC and AFRN sides of the "connection". The total requirement was 88 E1s on January 1, 2006 and was revised downward to 84 in the contractor's May 7, 2006 E1 requirement report.

**Governorate Dispatch Centers (GDCs)**. When completed, the AFRN was to have nine fully operational and staffed GDCs. With the exception of Baghdad and Kirkuk, none of the dispatch centers are operational. To illustrate:

- At least seven of the GDCs cannot receive emergency phone calls, including those from cellular phones, from the public.
- None of the nine GDC dispatcher consoles provide the intended computer assisted dispatch function.
- With the possible exception of Baghdad, a sufficient number of trained personnel are no longer available to fully staff the remaining eight GDCs.
- Seven of the GDCs could not monitor radio network talk groups.

Table 4, below, provides a summary of the limitations reflected in the last AFRN status report provided to the GRD-PCO project manager (May 5, 2006). Discussions with GRD-PCO and CPATT representatives in June 2006 indicated the information in the May 2006 report is a fair representation of the AFRN operational status.

**Table 4: AFRN configuration discrepancies by type (X denotes discrepancy by location and category).**

| GDC Location | Cannot Receive Emergency Phone Calls | Required Computer Assisted Dispatch Upgrade | Network Talk Groups Not Loaded | GDC Staffing Shortage | Total Discrepancies for Each GDC |
|---|---|---|---|---|---|
| Baghdad | | X | | | **1** |
| Kirkuk | | X | | X | **2** |
| Tikrit | X | X | X | X | **4** |
| Basrah | X | X | X | X | **4** |
| Samawa | X | X | X | X | **4** |
| Diwaniyah | X | X | X | X | **4** |
| Hillah | X | X | X | X | **4** |
| Al Kut | X | X | X | X | **4** |
| Mosul | X | X | X | X | **4** |
| **Total** | **7** | **9** | **7** | **8** | **31** |

Source: SIGIR analysis of PCO AFRN Status Report, May 5, 2006

<u>Emergency Phone Calls</u>
Seven of the nine GDCs cannot receive emergency calls from the Iraqi public. It appears the AFRN network was not designed for the communication protocol used by the ITPC public phone system. The exception to this is the Baghdad GDC. Based on statements obtained from CPATT and GRD-PCO personnel, the problem did not occur in the Baghdad GDC because the ITPC either was already using a compatible protocol system or was otherwise able to provide a compatible protocol. For calls made in the other eight GDC locations, the alternative is that the ITPC public phone system automatically routes emergency calls either to individual police, fire, or medical locations or to one of the

Provincial Joint Command Centers[17] where the information is then relayed to applicable first responder organizations. Although these alternative procedures will provide first responder help, the ability to do so quickly, efficiently, and effectively is diminished.

Computer-Assisted Dispatch
None of the nine GDCs can use computer-aided dispatch features. For example, one feature displays up-to-the-minute locations of the various first responders on the dispatcher's terminal screen. An upgraded version of the software required to provide computer-assisted dispatch had not been successfully loaded at any of the nine GDCs as of May 5, 2006. Further eight GDCs required an additional software upgrade to be able to display the computer-aided dispatch information in Arabic. As a result, without the computer-aided dispatch software, the one GDC that can receive emergency calls directly from the public (the Baghdad GDC) cannot readily identify the current location of first responders that may be near by to render assistance.

Radio Network Talk Groups
Dispatchers in seven of the nine GDCs cannot monitor radio calls from the various first responder talk groups in the GDC service area. Network talk groups are assigned by software that identifies which individual radios that belong to a specific talk group or groups. For example, the police officers within a defined jurisdiction and their assigned police station or city would constitute a talk group. Similarly, medical personnel and their associated medical facilities would be another talk group. Without the talk group identifiers loaded on individual radios, dispatchers cannot monitor radio talk groups, and hence manage the resources (i.e., Police officers) to resolve an incident.

GDC Staffing
Without a sufficient number of trained staffs, the GDCs, even if otherwise fully operational, will remain partially inoperable. The AFRN Integration contract included a requirement for training 710 GDC call takers and dispatchers; an average of 78 personnel per each of the nine GDCs. However, both CPATT and GRD-PCO personnel stated that although approximately 450 Iraqi nationals had received the training, the delays encountered in standing up the GDCs likely resulted in some people seeking employment elsewhere. CPATT personnel who have visited the GDCs estimated that as of June 1, 2006, there were approximately 9 employees in the Tikrit GDC, 7 in Mosul, and 30 in Bagdad. Estimates were not available for the remaining GDCs but were believed to be not staffed or, if so, understaffed because the GDCs were not operational. Without personnel to take emergency calls and dispatchers to locate, direct, and monitor first responder resources, functionally, a dispatch center does not exist.

**AFRN System Performance Monitoring.** The Communications Center, located in the central (Baghdad) system zone, cannot monitor the AFRN system performance in either of the two other AFRN system zones. As a result, system performance indicators, or system alarms, that could alert managers to potential system degradation do not exist for the majority of the AFRN system. GRD-PCO management personnel stated that the contractor had either planned or taken steps to install monitoring capability at one GDC in both the northern and southern zones. However, we believe either the equipment installation was not completed or trained personnel capable of monitoring the system at the two additional GDCs were not available because none of the required AFRN

[17] The Provincial Joint Command Centers have representatives from both the Ministry of Defense and Ministry of Interior to coordinate provincial resources and provide more complete assessments to the National Joint Coordination Center (NJCC). The NJCC is not part of the AFRN system or project.

performance reports we reviewed provided a comparable level of system performance detail as contained in the central zone reports.

**Electrical Supply**. There are an insufficient number of backup generators to ensure uninterrupted electrical power to the AFRN facilities. In spite of the documented problems with maintaining constant, and stable, electrical supply in Iraq; the AFRN design and subsequent construction task orders 5 and 6 assumed the availability of commercial power. For these sites, the task orders included the installation of backup generators. However, in addition to sporadic electrical supply, the Iraq electrical grid is unstable and voltage spikes frequently occur. The combined effects of the reduced availability and "on again-off again" nature of commercial power and voltage spikes have caused: (1) premature failure of the automatic transfer switches that serve to detect interruption of power and switch to a backup generator and (2) accelerated wear on the backup generators, which were not intended to provide power over long periods of time.

The AFRN "Integration" contract included a requirement to install an additional 22 generators in the AFRN system. At contract end in May 2006, only 12 of the additional generators were installed. As a result there is an increased risk of loss of both power sources, effectively shutting down portions of the network.

## Management Actions

During the course of this audit, management officials within JCC-I/A, GRD-PCO, and MNSTC-I included a requirement in the new DFI contract for the new contractor to assess and provide a "state of the network" report on the AFRN system.