**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NO. W915WE43373803 | PAGE 1 OF 3

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NO. | 5. SOLICITATION NO. | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| GS-35F-0358M | 6 Dec 04 | W914NS-05-F-9027 | | |

7. FOR SOLICITATION INFORMATION CALL ▶ a. NAME: Robert Mueller email Robert.mueller@CPA-IQ.ORG | b. TELEPHONE NO. *(No collect calls)*: 703-343-9222 | 8. OFFER DUE DATE/LOCAL TIME:

9. ISSUED BY CODE
PCO- Contracting Activity
Republican Presidential Compound
Baghdad, Iraq
APO AE 09316

10. THIS ACQUISITION IS
☒ UNRESTRICTED
☐ SET ASIDE: % FOR
☐ SMALL BUSINESS
☐ SMALL DISADV. BUSINESS
☐ 8(A)
SIC:
SIZE STD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
☐ SEE SCHEDULE

12. DISCOUNT TERMS
Net 30

☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING

14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP

15. DELIVER TO CODE
IN ACCORDANCE WITH CONTRACTOR PROPOSAL AND STATEMENT OF WORK

16. ADMINISTERED BY CODE
Same as block 9

17a. CONTRACTOR/ OFFEROR CODE FACILITY CODE
PRAECOMM
6310 Riverdale Street
San Diego Ca 92120
TELEPHONE NO. 619 239 5020 EMAIL: GOVACCTS@PRAECOMM.COM

18a. PAYMENT WILL BE MADE BY CODE
US Army Corps of Engineers Financial Center
Attn: CEFC-FP
5722 Integrity Drive
Millington, TN 38054-5005
Attn: Capt Matthew Carver
PCO Comptroller Office 703 343 9246
cefc-P0invoices@usace.army.mil

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | See addenda<br><br>Delivery 45 days ARO<br><br>*(Attach Additional Sheets as Necessary)* | | | | |

25. ACCOUNTING AND APPROPRIATION DATA
21 11 2004 1096.0103 P0 2004 CP CP01 011300 40044 25GY DB85294

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $7,295,880.00

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _1__ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☐ 29. AWARD OF CONTRACT: REFERENCE ________ OFFER DATED ________. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* Kathy H Lauden

30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)* | 30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)* KATHY H. LAUDEN | 31c. DATE SIGNED 6 Dec 04

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER ☐ PARTIAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR

36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐ | 37. CHECK NUMBER

32b. SIGNATURE OF AUTHORIZED GOVT REPRESENTATIVE | 32c. DATE

38. S/R ACCOUNT NO. | 39. S/R VOUCHER NO. | 40. PAID BY

42a. RECEIVED BY *(Print)*

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE

42b. RECEIVED AT *(Location)*

42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION
Computer Generated

SEE REVERSE FOR OMB CONTROL NUMBER AND PAPERWORK BURDEN STATEMENT

**STANDARD FORM 1449** (10-95)
Prescribed by GSA - FAR (48 CFR) 53.212

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NO. W915WE43373803
PAGE 1 OF 3

2. CONTRACT NO: GS-35F-0358M
3. AWARD/EFFECTIVE DATE: 6 Dec 04
4. ORDER NO.: W914NS-05-F-9027
5. SOLICITATION NO.:
6. SOLICITATION ISSUE DATE:

7. FOR SOLICITATION INFORMATION CALL
a. NAME: Robert Mueller email Robert.mueller@CPA-IQ.ORG
b. TELEPHONE NO. (No collect calls): 703-343-9222
8. OFFER DUE DATE/LOCAL TIME:

9. ISSUED BY CODE
PCO- Contracting Activity
Republican Presidential Compound
Baghdad, Iraq
APO AE 09316

10. THIS ACQUISITION IS
☒ UNRESTRICTED
☐ SET ASIDE: % FOR
☐ SMALL BUSINESS
☐ SMALL DISADV. BUSINESS
☐ 8(A)
SIC:
SIZE STD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
☐ SEE SCHEDULE

12. DISCOUNT TERMS
Net 30

☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING

14. METHOD OF SOLICITATION
☐ RFQ ☐ IFB ☐ RFP

15. DELIVER TO CODE
IN ACCORDANCE WITH CONTRACTOR PROPOSAL AND STATEMENT OF WORK

16. ADMINISTERED BY CODE
Same as block 9

17a. CONTRACTOR/OFFEROR CODE FACILITY CODE
PRAECOMM
6310 Riverdale Street
San Diego Ca 92120
TELEPHONE NO. 619 239 5020 EMAIL. GOVACCTS@PRAECOMM.COM

18a. PAYMENT WILL BE MADE BY CODE
US Army Corps of Engineers Financial Center
Attn: CEFC-FP
5722 Integrity Drive
Millington, TN 38054-5005
Attn: Capt Matthew Carver
PCO Comptroller Office 703 343 9246
cefc-P0invoices@usace.army.mil

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | See addenda<br><br>Delivery 45 days ARO<br><br>*(Attach Additional Sheets as Necessary)* | | | | |

25. ACCOUNTING AND APPROPRIATION DATA
21 11 2004 1096.0103 P0 2004 CP CP01 011300 40044 25GY DB85294

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*
$7,295,880.00

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _1_ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☐ 29. AWARD OF CONTRACT: REFERENCE ______ OFFER DATED ______. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS.

30a. SIGNATURE OF OFFEROR/CONTRACTOR
[signature]

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)
[signature: Kathy H. Lauden]

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)
Dan Dicken, - President

30c. DATE SIGNED
6 Dec 04

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)
KATHY H. LAUDEN

31c. DATE SIGNED
6Dec04

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER
☐ PARTIAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR

32b. SIGNATURE OF AUTHORIZED GOVT REPRESENTATIVE
32c. DATE

36. PAYMENT
☐ COMPLETE ☐ PARTIAL ☐
37. CHECK NUMBER

38. S/R ACCOUNT NO.
39. S/R VOUCHER NO.
40. PAID BY

42a. RECEIVED BY *(Print)*

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT
41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41c. DATE

42b. RECEIVED AT *(Location)*
42c. DATE REC'D (YY/MM/DD)
42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION
Computer Generated

SEE REVERSE FOR OMB CONTROL NUMBER AND PAPERWORK BURDEN STATEMENT

**STANDARD FORM 1449 (10-95)**
Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | IN ACCORDANCE WITH ATTACHED STATEMENT OF WORK THE CONTRACTOR WILL SUPPLY AND INSTALL THE FOLLOWING ITEMS | | | | |
| 0001 | 8 Channel 100 Watt MPT3200 Single Site w/ network capability | 5 | Ea | $96,000.00 | $480,000.00 |
| 0002 | 6 Channel 100 Watt MPT3200 Single Site w/ network capability | 7 | Ea | $72,000.00 | $504,000.00 |
| 0003 | 6 Channel 100 Watt MPT3200 Single Site w/ network capability (Tikrit and Ramadi) | 2 | Ea | N/C | |
| 0004 | MPT3200 Portable Radio w/ Failsafe revert encryption and passcode protection | 11440 | Ea | $389.00 | $4,450,160.00 |
| 0005 | MPT3200 Portable Radio upgrade w/ Failsafe revert encryption and passcode protection | 1920 | Ea | $189.00 | $362,880.00 |
| 0006 | 220V Multi (6 unit) charger for portable | 1620 | Ea | $249.00 | $403,308.00 |
| 0007 | 220V Single charger for portable | 1720 | Ea | $2.50 | $38,700.00 |
| 0008 | Ultra high capacity NiMH Battery Portable | 11440 | Ea | $29.00 | $331,760.00 |
| 0009 | Cloning cable, portable radio | 50 | Ea | N/C | |
| 0010 | Windows bases programming software for portable radio | 15 | Ea | N/C | |
| 0011 | ACU-1000 W/3 DSP-2 Radio and network interface modules | 18 | Ea | $12,500.00 | $225,000.00 |
| 0012 | Shipping and Installation | 1 | Jb | $500,000.00 | $500,000.00 |
| | *(Attach Additional Sheets as Necessary)* | | | | |

# MANDATORY SHIPPING DIRECTIONS

## PCO Logistics:

PCO Logistics is required to track equipment, materials and goods coming into Iraq under the Re-building Iraq effort. This tracking and inherent accountability process will assist in assuring that all equipment materials and goods are able to cross the borders and move to final destination with minimal delay and at reduced risk. However, in order to accomplish this mission, maximum cooperation is necessary. Prompt notification and compliance with our information requirements will assist in providing advance notice to the point of entry of all inbound shipments. This process affords coordination in the movement of all convoys which will enable improved monitoring and de-conflicted convoy schedule. Prompt notification also improves security coordination through the operations center.
To get started follow the following steps:

Step One:
Upon contract award the contractor is required to provide the necessary logistical information needed by PCO Logistics. This information can be provided and updated as necessary by going to the PCO website (http://www.rebuilding-iraq.net) and logging in by selecting "Contractor/Vendor Log In" under the Logistic heading. Initial log in will require the user to request a user name and password. Once the username and password is provided the user can identify and grant access to the other members or subcontractors. Should there be any problems with this process contact the Logistics Movement Coordination Center (LMCC) Watch Officer directly at the following e-mail address: pcolmcc@halliburton.com and the necessary assistance will be provided. If the interim process is still in place the contractor will find four (4) forms listed and available under the logistics heading (Logistics Information Requirements Form, Reconstruction Levy Exemption Form, Cargo Plaques and Logistical Support Request). Those forms should be individually completed and, with the exception of the cargo plaque, sent electronically to the above mentioned e-mail address for the LMCC. The first form submitted will be the Logistics Information Requirements Form. The Logistics Information Requirements Form should be completed upon award of contract and updated as necessary. All updates and changes to this form should be sent to the same e-mail address as the original form. Additional contact information is available on the website mentioned above. Always reference the contract number.

Step Two:
**CPA 1-47 CUSTOMS LEVY EXEMPTION AND SHIPMENT REQUIREMENTS FOR RECONSTRUCTION PROJECTS UNDER PROJECT AND CONTRACTING OFFICE (PCO)**

Effective 15 April 2004 Tariff Regulations pursuant to CPA Orders #54, as amended by Order #70 (Orders #54 and #70 are posted on the website), require commercial importations into Iraq to pay a 5% levy except for food, books, medicine, medical equipment, clothes and oil. Additional exemptions include NGO's, International Organizations, **Reconstruction Projects under PCO**, and single exempt donations. Items shipped under this contract are exempt from

this "Levy" provided a completed Reconstruction Levy Exemption Form is attached and included with each invoice and packing slip.

**The contractor is required to fill out the Reconstruction Levy Exemption Form and attach the duty free form to each shipment of goods under this contract that crosses the border into Iraq in order to qualify for the exemption. The contractor must submit one copy of the completed duty free form and a copy of the first page of the primary contract, for customs verification, to the contracting officer and the PCO Logistics Office at pcocustoms@halliburton.com) 72 hours prior to the planned arrival date at the Iraq point of entry.**

Step Three:
The items being acquired are for Iraqi Reconstruction and as per the "Packing and Marking Instructions" of this contract, and shall be Packaged and Marked accordingly. Additionally, a Cargo Plaque is available from the website at http://www.rebuilding-iraq.net under the logistics tab located at the top of the page. There is a memorandum posted that explains how to complete the plaques. There are three plaques, one is for shipments arriving into Baghdad International Airport, one is for shipments arriving into the Port of Umm Qasr, and the third one is for all other shipments. The use of these plaques will ensure they are properly identified as PCO shipments and will reduce risk of loss or pilferage. Each shipment must have a cargo plaque affixed to all sides of each container, pallet, or package.

Step Four:
If this contract has the shipment bound for a PCO warehouse location and will require PCO Logistics to assist in the shipment from the point of entry into Iraq or material handling equipment support at the warehouse, a Logistical Support Request (LSR) must be completed and submitted 48 hours prior to expected movement of the shipment or its arrival at the point of entry. The LSR can be found at the above mentioned web site under the logistics tab.

It is the contractor's responsibility to provide all the requested information mentioned above as well as using the identified cargo plaques in sufficient time to allow for required delivery. Failure to comply with these instructions may result in a delay of the goods and materials being shipped from arriving at their final destination. Delays resulting from failure to follow the above steps may be assigned as the contractor's responsibility.

**Praecomm Inc.**

6310 Riverdale Street
San Diego, CA 92120
www.praecomm.com

Office:(619) 239-5020 Ext# 201
Fax: (619) 239-5925
Email: govaccts@praecomm.com

**Customer:**

Lt. Colonel Erik Freithem
Projects and Contracting Office
Iraqna Phone: +964-790-192-9193
Email: FretheimE@mnstci.iraq.centcom.mil

**GS-35F-0358M SCHEDULE PRICE LIST - PRODUCTION VIEW**

| TYPE OF SALE | LINE ITEM | DESCRIPTION | QTY | UNIT | GSA PRICE | TOTAL |
|---|---|---|---|---|---|---|
| GSA | 0001 | 8 Channel 100 Watt MPT3200 Single Site w/ Network Capability | 5 | ea | $ 96,000.00 | $ 480,000.00 |
| GSA | 0002 | 6 Channel 100 Watt MPT3200 Single Site w/ Network Capability | 7 | ea | $ 72,000.00 | $ 504,000.00 |
| GSA | 0003 | 6 Channel 100 Watt MPT3200 Single Site w/ Network Capability; Tikrit and Ramadi | 2 | ea | $ - | $ - |
| GSA | 0004 | MPT3200 Portable Radio w/ Failsafe Revert Encryption and passcode protection | 11440 | ea | $ 389.00 | $ 4,450,160.00 |
| GSA | 0005 | MPT3200 Portable Radio upgrade w/ Failsafe Revert Encryption and passcode protection | 1920 | ea | $ 189.00 | $ 362,880.00 |
| GSA | 0006 | 220V Multi (6 Unit) charger for Portable | 1620 | ea | $ 249.00 | $ 403,380.00 |
| GSA | 0007 | 220V Single unit charger for Portable | 1720 | ea | $ 22.50 | $ 38,700.00 |
| GSA | 0008 | Ultra high capacity NIMH battery, Portable | 11440 | ea | $ 29.00 | $ 331,760.00 |
| GSA | 0009 | Cloning cable, portable radio | 50 | ea | $ - | $ - |
| GSA | 0010 | Windows base programming software for portable radio | 15 | ea | $ - | $ - |
| OM | optional | *ACU-1000 w/ 3 DSP-2 Radio and Network interface modules* | 14 | ea | $ 12,500.00 | $ 175,000.00 |
| OM | optional | *Labor* | 500 | ea | $ 1,000.00 | $ 500,000.00 |

***Note:*** *Cities*
*Samarra, Kirkuk, As Sulaymaniyah, Al Kut, Al Fallujah*
*Al Huwayjah, Altun Kupri, Daquq, Dibs, Layan, Ryad, Abbasiyah*

| | |
|---|---|
| **SUB TOTAL:** | $ 7,245,880.00 |
| **TRADE IN CREDIT:** | $ - |
| **SHIPPING AND HANDLING:** | FOB Baghdad |
| **TOTAL:** | $ 7,245,880.00 |

***Note:*** *Proposed City Add for future Networking*
*Tikrit, Ramadi*

***Note:*** *Proposed City Adds are included on line item 0003 at no extra cost to the Government based on the quotation's current numbers elsewhere*

**TERMS AND GENERAL INFORMATION**

**Cage Code: 3E1L6**
**Tax ID#: 30-0101526**
**Duns # 118250732**
**Vendor POC: Dominic Di Luigi**

**GSA CONTRACT NUMBER GS-35F-0358M**
**Payment Terms: Net 30**
**Delivery: 30-45 DAYS ARO**
**Veteran Owned Small Business**

Memorandum for Record

6 Dec 04

Praecomm was selected for this award of supplies based upon their past performance in theater, the fact their contract workers currently have country clearances to enter Iraq, and the fact they will not be required to be supplied life support for this contract. These items are urgently needed to upgrade existing police radio systems to a level which will allow encrypted transmissions. Although the labor portion of this contract is almost incidental to the total price of the contract, it could delay the contract considerably and result in the requirement not being in place for the lead up to the Iraqi National Elections when it is believed the Police may come under greater threat. The Department of State recently has instituted a policy of denying country clearances to any contractor who does not have billeting provided by other than the government. On another recent contract, it took nearly 40 days for a contractor to find non-government billeting. Once a contractor finds billeting they would be allowed to submit for a country clearance which takes 14 days to complete. This process precludes any contractors which do not currently have country clearances from being able to fulfill this job, The other known contractors currently working communication jobs in country all have large orders for installing radio systems and this order is intended to not stress the capability of any other contractors to allow all projects to be completed in a timely manner. Since Praecomm does not currently have any other large contracts on going (recently completed a similar job) and have displayed excellent past performance in doing communication projects in the same areas this project is going, they were selected for award.

KATHY H. LAUDEN
Contracting Officer

# Statement of Work
# For
# Conversion to Trunked Radio Network
# For
# Iraqi Police Services

## A. General

The purpose of this effort is to convert radio systems in 12 cites from standard analog to trunked radio systems thereby supporting the expansion of the IPS to 145,000. With the current analog systems operating in the designated cities, the police will have insufficient bandwidth and channel allocations. In addition, this upgrades the security by allowing captured radios to be excluded from the network. The network also includes a capability to interface and trunk to other radio systems.

## B. Background

Over the past year, the coalition has installed ARI analog radio systems in a number of cites in Iraq to support the Iraqi Police Service. These radio systems were originally designed to provide initial support for a force of 85,000 officers. The radios were to be replaced in June 2004 with the Advanced First Responders Network. That network has been delayed and descaled to the point where it will cover fewer cities and not be in place until June 2005. As a result of the police force expansion to 135,000 officers, the current radio systems will not be sufficient to support the expanded requirements. Additionally, the system will need to become a long term solution given that the AFRN will not be put into many cities. The solution is to upgrade the existing analog system to a trunked radio network.

In addition to adding capacity, the trunked system increases the security of the network by allowing the compromised stations to be shut off from the network.

## C. Requirements

1. The Vendor will provide 8 Channel 100 Watt MPT3200 Single Site trunked radio systems with network capability for 5 cities: Samarra, Kirkuk, As Sulaymaniyah, Al Kut, Al Fallujah. The systems must be compatible with existing ARI MPT3200 portable (hand held), mobile, and base station radios.
2. The vendor will provide 6 Channel 100 Watt MPT3200 Single Site trunked radio systems with network capability for 9 cities: Al Huwayjah, Altun Kupri, Daquq, Dibs, Layan. Ryad, Abbasiyah, Tikrit and Ramadi. The systems must be compatible with existing ARI MPT3200 portable (hand held), mobile and base station radios/
3. The vendor will provide MPT3200 upgrades to 1920 existing ARI portable (hand held) radios with encryption, and passcode protection.

4. The vendor will provide an additional 11440 MPT 3200 portable radios with encryption and passcode protection.
5. The vendor will provide 1620 220 Volt multi-unit (6 unit) chargers for portable radios.
6. The vendor will provide 1720 220 Volt single unit chargers for portable radios.
7. The vendor will provide 11440 ultra high capacity NIMH back up batteries for the portable radios.
8. The vendor will provide 50 cloning cables for the portable radios.
9. The vendor will provide 15 copies of Windows based programming software for the portable radios.
10. The vendor will provide 18 ACU-1000 with 3 DSP-2 Radio and Network Interface modules. These systems will be used to connect other radio networks to the trunking system. At least one channel of these systems will be provided with Transcrypt 460 series encryption capabilities. One of these systems will be included in each of the radio networks provided under this statement of work. The additional four will be provided to the four ARI trunked radio systems already installed.
11. The vendor will program existing portable, mobile and base station radios to operate on the installed trunked networks.
12. The vendor will install additional existing government owned base stations on the trunked networks.
13. The vendor will provide engineering, project management and support as needed to install and establish the trunked radio systems.
14. The vendor will provide periodic (weekly) status reports to the CPATT C-6 for the duration of the project.
15. All systems must be installed and functional within 60 days of the award of the project.

## Porter Solomon V MSGT CONTRACTING OFFICER

**From:** Timmerman James A. CPT CPATT [james.timmerman@iraq.centcom.mil]
**Sent:** Thursday, January 27, 2005 11:38 AM
**To:** Porter Solomon V MSGT CONTRACTING OFFICER
**Subject:** Request for Contract Modification

MSGT Porter: A few days ago you offered your assistance in getting the attached contract modified. As I mentioned this modification does not alter the stated total cost and the vendor is in complete agreement with the modification.

"Statement of Work", Section C, paragraph 2 should be changed as follows:

> ***The vendor will provide 6 channel 100 Watt MPT3200 Single Site trunked radio systems with network capability for 8 cities: Tikrit, Ramadi, Dahuk, Irbil, Baqubah, Al Amarah, An Nasariyah, and As Samawah. One additional system will be held as operational reserve by CPATT, C-6. The Systems must be compatible with existing ARI MPT3200 portable (hand held), mobile and base station radios.***

I appreciate your assistance in this matter.

Capt Andy Timmerman
CPATT, C-6
james.timmerman@iraq.centcom.mil
DSN: 318-239-7736

**From:** Porter Solomon V MSGT CONTRACTING OFFICER
**Sent:** Friday, January 28, 2005 9:29 PM
**To:** 'GOVACCTS@PRAECOMM.COM'
**Cc:** 'Timmerman James A. CPT CPATT'; Wheeler, David J. II (Berger/URS JV); CMATTcontracting@mnstci.iraq.centcom.mil; 'eric.crown@orha.centcom.mil'; J4contracting@mnstci.iraq.centcom.mil; J6contracting@mnstci.iraq.centcom.mil; j8inbox@mnstci.iraq.centcom.mil; james.chavis@orha.centcom.mil; Keith Brian P MAJ CPATT; paul.johnson@orha.centcom.mil; Seely, Edgar C ( URS ); shane.dietrich@orha.centcom.mil; PCO customs; Ayres John C MAJ PCO CHIEF ACCOUNTING; barket; Bradley, Ginny V. (USA); CPA IG; IG in DC; Lynn in DC; MAJ Drumgold; Miskovic Mark A MAJ USA PCO
**Subject:** W914NS-05-F-9027-P00001, Delivery Site Change

PRAECOMM Representative,

This modification updates the delivery sites for ordered materials. Contact me if you have any questions.

***V/R***
***SOLOMON V. PORTER, MSgt, USAF***
Contracting Officer
Republican Palace Baghdad
DOS/PCO Contracting Activity
Commercial: 703-343-9280
DSN: 318-239-9280
*"One team...One fight"*

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 \| 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00001 | 28 Jan 05 | | N/A |

**6. ISSUED BY** CODE

PCO - CONTRACTING ACTIVITY
REPUBLICAN PRESIDENTIAL COMPOUND
BAGHDAD, IRAQ
APO AE 09316
MSgt Solomon V. Porter
Email: solomon.porter@CPA-IQ.ORG

**7. ADMINISTERED BY** *(If other than Item 6)* CODE

**8. NAME AND ADDRESS OF CONTRACTOR** *(NO., street,city,county,State,and ZIP Code)*

PRAECOMM
6310 Riveerdale Street
San Diego Ca 92120
TELEPHONE NO. 619 239 5020 EMAIL: GOVACCTS@PRAECOMM.COM

CODE: FACILITY CODE:

9a. AMENDMENT OF SOLICITATION NO.

9b. DATED *(SEE ITEM 11)*

10a. MODIFICATION OF CONTRACT/ORDER NO.

**W914NS-05-F-9027**

10b. DATED *(SEE ITEM 13)*

**6 Dec 04**

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or(c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting And Appropriation Data *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.<br>43.202 -- Authority to Issue Change Orders |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* MUTUAL AGREEMENT |

**E. IMPORTANT:** Contractor [X ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to incorporate changes to the Statement of Work (SOW).

A. Replace Section C, paragraph 2 of the SOW with the following: ***"The vendor will provide 6 channel 100 Watt MPT3200 Single Site trunked radio systems with network capability for 8 cities: Tikrit, Ramadi, Dahuk, Irbil, Baqubah, Al Amarah, An Nasariyah, and As Samawah. One additional system will be held as operational reserve by CPATT, C-6. The Systems must be compatible with existing ARI MPT3200 portable (hand held), mobile and base station radios."***

B. All other terms and conditions remain unchanged

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME OF CONTRACTING OFFICER | |
|---|---|---|---|
| | | SOLOMON V. PORTER | |
| **15B. NAME OF CONTRACTOR/OFFEROR** | **15C. DATE SIGNED** | **16B. UNITED STATES OF AMERICA** | **16C. DATE SIGNED** |
| BY ____________________ *(Signature of person authorized to sign)* | | BY [signature] *(Signature of Contracting Officer)* | 28 Jan 05 |

NSN 7540-01-152-9070 – Electronically Reproduced
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

**STANDARD FORM 30** (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES 1 \| 1 |
|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00001 | 28 Jan 05 | | N/A |

**6. ISSUED BY** CODE

PCO - CONTRACTING ACTIVITY
REPUBLICAN PRESIDENTIAL COMPOUND
BAGHDAD, IRAQ
APO AE 09316
MSgt Solomon V. Porter
Email: solomon.porter@CPA-IQ.ORG

**7. ADMINISTERED BY** *(If other than Item 6)* CODE

**8. NAME AND ADDRESS OF CONTRACTOR** *(NO., street,city,county,State,and ZIP Code)*
PRAECOMM
6310 Riveerdale Street
San Diego Ca 92120
TELEPHONE NO. 619 239 5020 EMAIL: GOVACCTS@PRAECOMM.COM

CODE: FACILITY CODE:

9a. AMENDMENT OF SOLICITATION NO.

9b. DATED *(SEE ITEM 11)*

10a. MODIFICATION OF CONTRACT/ORDER NO.
**W914NS-05-F-9027**

10b. DATED *(SEE ITEM 13)*
6 Dec 04

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or(c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting And Appropriation Data *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. 43.202 – Authority to Issue Change Orders |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* MUTUAL AGREEMENT |

**E. IMPORTANT:** Contractor [X ] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
The purpose of this modification is to incorporate changes to the Statement of Work (SOW).
A. Replace Section C, paragraph 2 of the SOW with the following: ***"The vendor will provide 6 channel 100 Watt MPT3200 Single Site trunked radio systems with network capability for 8 cities: Tikrit, Ramadi, Dahuk, Irbil, Baqubah, Al Amarah, An Nasariyah, and As Samawah. One additional system will be held as operational reserve by CPATT, C-6. The Systems must be compatible with existing ARI MPT3200 portable (hand held), mobile and base station radios."***
B. All other terms and conditions remain unchanged

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME OF CONTRACTING OFFICER | |
|---|---|---|---|
| Doz Dicuiti - President | | SOLOMON V. PORTER | |
| 15B. NAME OF CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| BY [signature] *(Signature of person authorized to sign)* | 1-28-05 | BY [signature] *(Signature of Contracting Officer)* | 28-Jan 05 |

NSN 7540-01-152-8070 Electronically Reproduced
PREVIOUS EDITION UNUSABLE
PerFORM (DLA)
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE 1 OF 2 PAGES

2. AMENDMENT/MODIFICATION NO.: A00001
3. EFFECTIVE DATE: SEE BLOCK 16C
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. *(If applicable)*: BAD0013.ACO

6. ISSUED BY CODE S3621A

JOINT CONTRACTING COMMAND - IRAQ
DCMA - BAGHDAD
REPUBLICAN PRESIDENTIAL COMPOUND
U.S. EMBASSY, IRAQ
APO AE 09316
ACO: Karen Parris PHONE: (703) 544-1536
E-Mail: karen.parris@pco-iraq.net

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(NO., street,city,county,State,and ZIP Code)*

**American Radio, Inc. (PRAECOMM)**
**6310 Riverdale Street**
**San Diego, CA 92120**

CODE: FACILITY CODE:

9a. AMENDMENT OF SOLICITATION NO.

9b. DATED *(SEE ITEM 11)*

X 10a. MODIFICATION OF CONTRACT/ORDER NO. **W914NS-05-F-9027**

10b. DATED (SEE ITEM 13) 6 December 2004

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or(c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting And Appropriation Data *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* MUTUAL AGREEMENT |

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The purpose of this modification is to correct errors within CLINs 0006, 0007, and 0012.

CONTINUED

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME OF CONTRACTING OFFICER
KAREN A. PARRIS
Administrative Contracting Officer

15B. NAME OF CONTRACTOR/OFFEROR
BY ______________________
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Karen A. Parris
*(Signature of Contracting Officer)*

16C. DATE SIGNED 2005/06/28

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>W914NS-05-F-9027 A00001 | Page 2 of 2 |
|---|---|---|

**Name of Offeror or Contractor:** American Radio, Inc. (PRAECOMM)

Listed contract CLINs are hereafter changed as written below:

| ITEM NO. | SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | 220V Multi (6 unit) Charger for Portable Radio | 1620 | EA | $ 249.00 | $403,380 |
| 0007 | 220V Single Charger for Portable Radio | 1720 | EA | $ 22.50 | $ 38,700 |
| 0012 | Labor and Miscellaneous Expenses | 1 | LO | $500,000.00 | $500,000 |

All terms and conditions of this contract instrument remain unchanged and in full force and effect.