# The First Responder Network (FRN) Project Site Preparation Brief

Unclassified

# Overview

- Description
- Key Advantages to FRN
- Communications Equipment
- FRN System Diagram
- Cities
- MSC Representative Functions
- Site Selection Guidelines
- Conclusion

***Unclassified***

# Description

- The First Responder Network (FRN) refers to a trunkated radio communications network
- Voice only communications
- Fielding of 16,240 radios total across cities
- The Iraqi Police Services (IPS) will be primary users of FRNs
- Fire and EMS will receive 15% of fielded radios per city
- Completion of this project will be signified by 18 Iraqi cities possessing a FRN

*Unclassified*

# Key Advantages to FRN

- System Resilience. Radios share multiple channels with queuing and channel assignment being handled dynamically by trunking equipment
- Heightened Security. Compromised communications can be avoided through exclusion (locking out access) of lost or stolen hardware
- Cost Effective. Less infrastructure required to support same number of users—no additional boards or installations

***Unclassified***

# Communications Equipment

- 6 and 8 Channel 100 Watt MPT 3200 single site trunked radio systems with network capability

- MPT 3200 portable radios with encryption and pass-code protection





*Unclassified*

# Communications Equipment

- ACU 1000 W/3 DSP-2 radio and network interface modules

- Ancillary materials—radio chargers, batteries, software, programming cables, etc.







*Unclassified*

# FRN System Diagram




***Unclassified***

# Cities

| *City* | *Region* | *Province* |
|---|---|---|
| Balad | MND-CN | Salah Ad Din |
| Al Muqdadiyah | MND-CN | Diyala |
| As Sulaymaniyah | MND-CN | As Sulaymaniyah |
| Dahuk | MND-NW | Dahuk |
| Tal Afar | MND-NW | Ninawa |
| Irbil | MND-NE | Arbil |
| Al Fallujah | MND-W | Al Anbar |
| Al Amarah | MND-SE | Maysan |
| Umm Qasr | MND-SE | Basrah |

*Unclassified*

# Cities




*Unclassified*

# MSC Representative Functions

*To facilitate the installation of FRNs, each Major Subordinate Command (MSC) needs a representative to work the following issues:*

- Installation team and hardware movement—from Baghdad to relevant city in MSC's region
- Berthing, access to site, security at site, etc.
- Coordination with MSC to ensure most optimal site is selected prior to linkup with installation team

***Unclassified***

# Site Selection Guidelines

*5 guidelines based on the ideal antenna location:*

- Height—tall building or communications tower
- Proximity—location to intended coverage area
- Security—site must be secured to protect equipment
- Power—site must have access to reliable power connections
- Indigenous—pre-existing structures are a less likely target than newer structures

***Unclassified***

# Conclusion

The FRN Project will ultimately convert any standard analog radio systems into more dynamic and efficient trunked radio communications networks in the 18 designated Iraqi cities. Both capacity and security will be added to Iraqi radio communications. Successful completion of the FRN Project depends on the close and careful work of all parties involved, from contracted radio installer teams to designated MSC representatives.

***Unclassified***

# Backup Slides

Unclassified









*Unclassified*