**Nearn Danny W TSGT JCCI**

From: Porter Solomon V MSGT CONTRACTING OFFICER
Sent: Wednesday, February 23, 2005 8:21 PM
To: Nearn Danny W TSGT JCCI
Subject: FW: Invoice #'s SO-0032-17, SO-9001 & SO-9027-1

DD250 #1-Contract W914NS-05-F-... DD250 #1-Contract W914NS-05-F-... DD250 Contract DABV01-0... Invoice SO-0032-17.pdf (53 KB) Invoice SO-9001.pdf (53 KB) Invoice SO-9027-1.pdf (52 KB) Levy Exemption Form (SO-0032-1...

Packing List.pdf (10 KB)

V/R
SOLOMON V. PORTER, MSgt, USAF
Contracting Officer
Republican Palace Baghdad
PCO/JCC Security and Justice Division
Commercial: 703-343-9280
DSN: 318-239-9280
"One team...One fight"

-----Original Message-----
From: Shawn Campbell [mailto:shawn@americanradio.us]
Sent: Friday, February 18, 2005 8:23 PM
To: Porter Solomon V MSGT CONTRACTING OFFICER
Subject: Invoice #'s SO-0032-17, SO-9001 & SO-9027-1

Please note the deduction of the overpayment amount of -234,396.00 indicated on invoice SO-9001 from contract # W914NS-05-F-9001 (from the overpayment of contract DABV01-04-M-0054).

-----Original Message-----
From: Shawn Campbell [mailto:shawn@americanradio.us]
Sent: Thursday, February 03, 2005 4:06 PM
To: Timmerman James A. CPT CPATT
Cc: Dom (Praecomm)
Subject: Invoice Follow Up

CPT Timmerman-

A shipment has recently left our warehouse and is in route to BIAP. This shipment contains the systems and radios assigned to the first four cities. I have attached the invoices and their associated DD250's for your review and submission for payment. Please note that invoice SO-0032-17 will close out contract #DABV01-03-C-0032 and invoice SO-9001 will close out contract W914NS-05-F-9001. We will need to close out these two invoices prior to starting contract W914NS-05-F-9027 (reflected on invoice SO-9027-1).

Also attached are the shipping documents (Packing List and Levy Exemption Form). The Levy Exemption Form has already been submitted to PCO Customs and is awaiting their approval. Lastly, what is the status of the previously submitted invoices?

r/

shawn

Shawn Campbell
American Radio, Inc.

www.americanradio.us

6310 Riverdale Street
San Diego, CA 92120

Phone: +619 239 5020 Ext. 202
Fax: +619 239 5925

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to American Radio and is for the exclusive and confidential use of the intended recipient only. The intended recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

**Amrad Inc.**
**DBA: American Radio**

931 Paisley Street
Las Vegas, NV 89145

# Government Sales Invoice

| Date of Invoice | Invoice # |
|---|---|
| 2/2/2005 | SO-9001 |

| Payment will be made by: |
|---|
| CPATT<br>PRESIDENTIAL PALACE<br>BAGHDAD, IRAQ<br>ATTN: MAJ ROBERT SILE |

| Ship to Address: |
|---|
| CPATT<br>Republican Presidential Compound<br>Baghdad, Iraq<br>APO, AE 09335 |

| Contract/Purch. Order/Agreement No. | Terms | Delivery to FOB Point | Date of Order/Call | Delivery FOB | Delivery Order/Call No. |
|---|---|---|---|---|---|
| W914NS-05-F-9001 | Net 30 | 2/2/2005 | 2/2/2005 | | |

| Item No. | Quantity | Item | Description | Price | Amount |
|---|---|---|---|---|---|
| 0001 | 1,502 | PS256-UPGRADE | MPT3200 RETROFIT OF PORTABLES | 189.00 | 283,878.00 |
| 0002 | 1 | MISC | MISCELLANSOUS EXPENSES | 30,000.00 | 30,000.00 |
| 0003 | 100 | LABOR | LABOR | 500.00 | 50,000.00 |
| 0004 | 1 | CREDIT | $234,396.00 OVERPAYMENT FROM INV# 04M0054 DATED 10/19/04 | -234,396.00 | -234,396.00 |

| | |
|---|---|
| **Subtotal** | $129,482.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $129,482.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $129,482.00 |

**Veteran Owned Small Business**
**Phone: 619-239-5020**
**Fax: 619-239-5925**
**Email: govaccts@americanradio.us**
**www.americanradio.us**

**Banking Information:**

**SWIFT CODE: CITI US 33**
**Routing Number: 122401710**
**Account Number: 500233804**

# MATERIAL INSPECTION AND RECEIVING REPORT

*Form Approved OMB No. 0704-0248*

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0248). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ORGANIZATION.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

1. PROCUREMENT INSTRUMENT IDENTIFICATION (CONTRACT) NO.: W914NS-05-F-9001
ORDER NO.:
6. INVOICE NO./DATE: SO-9001 / 02 FEB 05
7. PAGE 1 OF 1
8. ACCEPTANCE POINT: D

2. SHIPMENT NO.:
3. DATE SHIPPED:
4. B/L
TCN
5. DISCOUNT TERMS:

9. PRIME CONTRACTOR CODE
American Radio, Inc.
6310 Riverdale Street
San Diego, CA 92120

10. ADMINISTERED BY CODE

11. SHIPPED FROM (If other than 9) CODE
FOB:

12. PAYMENT WILL BE MADE BY CODE
US Army Corps of engineers Financial Center Attn: CEFC-FP
5722 Integrity Drive, Millington, TN 38054-5005
Attn: Capt. Matthew Carver, PCO Comptroller Office 703-343-9246, cefc-P0invoices@usace.army.mil

13. SHIPPED TO CODE
Abu Ghrayib Warehouse, 68 Abu Ghrayib Expressway
Ministry of Transportation Compound, Al Wahid Neighborhood
Baghdad, Iraq

14. MARKED FOR CODE
CPATT
MAJ Robert Sile
or PCO Contracting Activity
Republican Presidential Compound, Baghdad, Iraq

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D* | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 | RETROFIT OF MPT PORTABLES (PST-256 UPGRADE) | 1502 X | EA | 189.00 | 283,878.00 |
| 0002 | MISC - MISCELLANSOUS EXPENSES | 1 X | EA | 30,000.00 | 30,000.00 |
| 0003 | LABOR | 100 X | EA | 500.00 | 50,000.00 |

21. CONTRACT QUALITY ASSURANCE

a. ORIGIN
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

b. DESTINATION
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

4/15/05 — [signature]
DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME: ROBERT F. SILE
TITLE: MAJOR
MAILING ADDRESS: ADNON PALACE APO AE 09316
COMMERCIAL TELEPHONE NUMBER: 703-343-7745

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
4/15/05 — [signature]
DATE RECEIVED — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME: ROBERT F SILE
TITLE: MAJOR
MAILING ADDRESS: AD NON PALACE APO AE 09316
COMMERCIAL TELEPHONE NUMBER: 703-343-7745

* If quantity received by the Government is the same as quantity shipped, indicate by (X) mark; if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

DD FORM 250, AUG 2000 PREVIOUS EDITION IS OBSOLETE.

# CONTRACT COMPLETION STATEMENT

| | |
|---|---|
| 1. FROM: (Contract Administration Office)<br>Joint Contracting Command - Iraq<br>DCMA - Baghdad, Iraq<br>APO AE 09316 | 2a. PIIN W914NS-05-F-9001<br>2b. LAST MODIFICATION NUMBER<br>N/A<br>2c. CALL/ORDER NUMBER |
| 3. TO: (Name and Address of Purchasing Office and Office Symbol of PCO)<br>SAME AS BLOCK 1. | 4. CONTRACT IDENTITY CODE AND ADDRESS «V_ID»<br>PRAECOMM, INC. (American Radio)<br>SAN DIEGO, CA 92120<br>5. EXCESS FUNDS ☐ YES ☒ NO |

| | | |
|---|---|---|
| 6a. IF FINAL PAYMENT HAS BEEN MADE, COMPLETE ITEMS 6b. AND 6c. | 6b. VOUCHER NUMBER<br>SO-9001 | 6c. DATE<br>2/2/05 |
| 7a. IF FINAL APPROVED INVOICE FORWARDED TO D.O. OF ANOTHER ACTIVITY AND STATUS OF PAYMENT IS UNKNOWN, COMPLETE ITEMS 7b. AND 7c. | 7b. INVOICE NUMBER | 7c. DATE FORWARDED |

8. REMARKS

Total Contract Price: $363,878

Total Payments $129,482. Overpayment offset for Contract Number: DABV01-04-M-0054.

Payment issue settled. Contract closed.

9a. ALL ADMINISTRATIVE OFFICE ACTIONS HAVE BEEN FULLY AND SATISFACTORILY ACCOMPLISHED. THIS INCLUDES FINAL SETTLEMENT IN THE CASE OF A PRICE REVISION CONTRACT.

| | | |
|---|---|---|
| 9b. TYPED NAME OF RESPONSIBLE OFFICIAL<br>KAREN A. PARRIS, Administrative Contracting Officer | 9c. SIGNATURE<br>Karen A. Parris | 9d. DATE<br>4/29/05 |

FOR PURCHASING OFFICE ONLY

10a. ALL PURCHASING OFFICE ACTIONS REQUIRED HAVE BEEN FULLY AND SATISFACTORILY ACCOMPLISHED. CONTRACT FILE OF THIS OFFICE IS HEREBY CLOSED AS OF:

☒ DATE SHOWN IN ITEM 9d. ABOVE

☐ DATE SHOWN IN ITEM 10e BELOW. *(Check this box only if final completion of any significant purchasing office action extends more than three months beyond the close-out date in 9d. above. In such cases, submit a copy of the completed form upon final accomplishment of all purchasing office actions to the contract administration office. (Upon receipt, the contract administration office shall extend its contract file close-out date accordingly.))*

10b. REMARKS

| | | |
|---|---|---|
| 10c. TYPED NAME OF RESPONSIBLE OFFICIAL *(code: «KO_ID»)* | 10d. SIGNATURE | 10e. DATE |

DD FORM 1594, FEB 70 REPLACES EDITION OF 1 JUN 68

**Contract #** W914NS-05-F-9001 **Task Order #** 0 **Sector:** Security / Justice

**Contractor:** American International Radio
6310 RIVEERDALE STREET
SAN DIEGO CA 92120

United States

**POC:**

**Contractor E-mail:** dom@americanradio.us
**Contractor Phone:** 6192395020

**Ministry:** Unknown
**GSA / FSS Schedule:**
**Contract Type:** FFP
**Contract Ceiling Price:** $0.00

**Contracting Officer:** Muller , Robert
**Contract Administrator:**
**Contract Admin. Office:** PCO
**DCMA Contract Admin.:** Parris, Karen
**RDD:**
**Delivery Location:**

**Delivery Date:**
**Received Date:**
**Contractor Performance:**

**Item Description:**
Retrofit portables for trunking

**Contract Status:** Closed

| | | | |
|---|---|---|---|
| **Award Date:** | 15-Oct-04 | **Funding Date:** | 12-Oct-04 |
| **Completion Date:** | | **Type of Funding:** | |
| **Closeout Date:** | | **Funds Obligated:** | $0.00 |

| | | |
|---|---|---|
| **Total Funding:** | $363,878.00 | **Funding Difference: $0.00** |
| **Total Contract Amount:** | $363,878.00 | |
| **Total Payments:** | $129,482.00 | **Payment Difference: $234,396.00** |

**Funding Comments:**

**Modification Comments:**

**Pay Office:** Millington, TN (USACE)
**Comments:**

**Payment Info:**

| Invoice # | Pmt Date | Voucher # | Pay Order | Payment Amount | Pay Office |
|---|---|---|---|---|---|
| SO-9001 | 4/25/2005 | | | $129,482.00 | Millington |
| | | | **Total Payments:** | **$129,482.00** | |

**Contract #** W914NS-05-F-9001 **Task Order #** 0 **Sector:** Security / Justice

**DCMA Review**

**Review Completed:** ☐

**Date Completed:** 12/30/1899

**Notes:** Contract Prices was 363,878. Overpayment was made on DABV01-04-M-0054. Contractor reimbursed the overpayment by an offset to this contract.

Kap. 4/29/05

v2.1.35 Obligation Status STAT1

Obli: W914NS-05-F-9027 DO#: NA Type: C Orig: M Cont Contract: Prog Pmnt: Fast Pay:

Orig: JOHN C AYRES IV Amend: 0 Date: 23-JAN-2005 TBO: N Prompt Pay?

Desc: MPT3200 PORTABLE RADIO SYSTEM Vendor: 3E1L6 Assigned:

PRAC: W915WE43373803 PRAC LI: 1

AMERICAN RADIO, INC

PRAECOMM

Credit Card:

Third Party:

SAN DIEGO CA 92120-3310

Line Item Status

| Line Item | Obligated Qty | Obligated Amount | Received Qty | Received Amount | Invoice Qty | Invoice Amount |
|---|---|---|---|---|---|---|
| 0001 | | 480000.00 | .0000 | 480000.00 | .0000 | 480000.00 |
| 0002 | | 504000.00 | .0000 | 504000.00 | .0000 | 504000.00 |
| 0004 | | 4450160.00 | .0000 | 4450160.00 | .0000 | 4450160.00 |
| 0005 | | 362880.00 | .0000 | 362880.00 | .0000 | 362880.00 |
| 0006 | | 403380.00 | .0000 | 403380.00 | .0000 | 403380.00 |
| 0007 | | 38700.00 | .0000 | 38700.00 | .0000 | 38700.00 |
| 0008 | | 331760.00 | .0000 | 331760.00 | .0000 | 331760.00 |

*Deob Amt = Inv_Reduced + Oli_Damages + Discnt_Taken + Oli_Credit + Oli_Reoc_Deob

Line Item Status

Return to Menu | Foreign Curr Summary | Amt Summary | View PRAC | Addtnl Line Info

Prev Page | Prev | Next | Query | List | Save | Exit | Next Page

V2.1.35 Obligation Status STAT1

Obli: W914NS-05-F-9027 DO#: NA Type: C Orig: M Cont Contract: Prog Prmnt: Fast Pay:

Orig: JOHN C AYRES IV Amend: 0 Date: 23-JAN-2005 TBO: N Prompt Pay?

Desc: MPT3200 PORTABLE RADIO SYSTEM Vendor: 3E1L6 Assigned:

PRAC: W915WE43373803 PRAC LI: 1 AMERICAN RADIO, INC

Credit Card: PRAECOMM

Third Party: SAN DIEGO CA 92120-3310

Line Item Status

| Line Item | Obligated Qty | Obligated Amount | Received Qty | Received Amount | Invoice Qty | Invoice Amount |
|---|---|---|---|---|---|---|
| 0004 | | 4450160.00 | .0000 | 4450160.00 | .0000 | 4450160.00 |
| 0005 | | 362880.00 | .0000 | 362880.00 | .0000 | 362880.00 |
| 0006 | | 403380.00 | .0000 | 403380.00 | .0000 | 403380.00 |
| 0007 | | 38700.00 | .0000 | 38700.00 | .0000 | 38700.00 |
| 0008 | | 331760.00 | .0000 | 331760.00 | .0000 | 331760.00 |
| 0011 | | 225000.00 | .0000 | 225000.00 | .0000 | 225000.00 |
| 0012 | | 500000.00 | .0000 | 500000.00 | .0000 | 500000.00 |

** Deob Amt = Inv_Reduced + Oli_Damages + Discnt_Taken + Oli_Credit + Oli_Reoc_Deob Line Item Status

Return to Menu Foreign Curr Summary Amt Summary View PRAC Addtnl Line Info

Prev Page Prev Next Query List Save Exit Next Page