**Amrad Inc.**
**DBA: American Radio**

931 Paisley Street
Las Vegas, NV 89145

# Government Sales Invoice

| Date of Invoice | Invoice # |
|---|---|
| 2/2/2005 | SO-9027-1 |

| Payment will be made by: | Ship to Address: |
|---|---|
| CPATT<br>PRESIDENTIAL PALACE<br>BAGHDAD, IRAQ<br>ATTN: MAJ ROBERT SILE | CPATT<br>Republican Presidential Compound<br>Baghdad, Iraq<br>APO, AE 09335 |

| Contract/Purch. Order/Agreement No. | Terms | Delivery to FOB Point | Date of Order/Call | Delivery FOB | Delivery Order/Call No. |
|---|---|---|---|---|---|
| W914NS-05-F-9027 | Net 30 | 2/2/2005 | 2/2/2005 | | |

| Item No. | Quantity | Item | Description | Price | Amount |
|---|---|---|---|---|---|
| 0001 | 1,920 | PS256-UPGRADE | MPT3200 RETROFIT OF PORTABLES | 189.00 | 362,880.00 |
| 0002 | 20 | PST-PROG | CLONING/PROGRAMMING CABLE FOR PST SERIES MPT3200 PORTABLES | 0.00 | 0.00 |
| 0003 | 20 | PST-SOFT | WINDOWS BASED PROGRAMMING SOFTWARE FOR PST SERIES MPT3200 PORTABLES | 0.00 | 0.00 |

| | |
|---|---|
| **Subtotal** | $362,880.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $362,880.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $362,880.00 |

**Veteran Owned Small Business**
**Phone: 619-239-5020**
**Fax: 619-239-5925**
**Email: govaccts@americanradio.us**
**www.americanradio.us**

**Banking Information:**

**SWIFT CODE: CITI US 33**
**Routing Number: 122401710**
**Account Number: 500233804**

# MATERIAL INSPECTION AND RECEIVING REPORT

*Form Approved OMB No. 0704-0248*

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0248). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ORGANIZATION.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

1. PROCUREMENT INSTRUMENT IDENTIFICATION (CONTRACT) NO.: GS-35F-0358M
ORDER NO.: W914NS-05-F-9027
6. INVOICE NO./DATE: SO-9027-1 / 02 FEB 05
7. PAGE: 1 OF: 1
8. ACCEPTANCE POINT: D

2. SHIPMENT NO.:
3. DATE SHIPPED:
4. B/L:
TCN
5. DISCOUNT TERMS:

9. PRIME CONTRACTOR CODE:
American Radio (Praecomm)
6310 Riverdale Street
San Diego, CA 92120

10. ADMINISTERED BY CODE:

11. SHIPPED FROM *(If other than 9)* CODE:
FOB:

12. PAYMENT WILL BE MADE BY CODE:
US Army Corps of engineers Financial Center Attn: CEFC-FP
5722 Integrity Drive, Millington, TN 38054-5005
Attn: Capt. Matthew Carver, PCO Comptroller Office 703-343-9246, cefc-P0invoices@usace.army.mil

13. SHIPPED TO CODE:
Abu Ghrayib Warehouse, 68 Abu Ghrayib Expressway
Ministry of Transportation Compound, Al Wahid Neighborhood
Baghdad, Iraq

14. MARKED FOR CODE:
CPATT
MAJ Robert Sile
or PCO Contracting Activity
Republican Presidential Compound, Baghdad, Iraq

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION *(Indicate number of shipping containers - type of container - container number.)* | 17. QUANTITY SHIP/REC'D* | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 | MPT3200 Portable Radio Upgrade (PST-256 UPGRADE) | 1920 X | EA | 189.00 | 362,880.00 |
| 0002 | PST-PROG Cloning/Programming Cable for PST Series MPT3200 Trunking Radios | 20 X | EA | 0.00 | 0.00 |
| 0003 | PST-SOFT Windows Based Programming Software for PST Series MPT3200 Trunking Radios | 20 X | EA | 0.00 | 0.00 |

21. CONTRACT QUALITY ASSURANCE

a. ORIGIN
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE
SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

b. DESTINATION
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE: 4/15/05
SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE: [signature]
TYPED NAME: ROBERT F. SILE
TITLE: MAJOR
MAILING ADDRESS: ADNON PALACE APO AE 09316
COMMERCIAL TELEPHONE NUMBER: 703-343-7745

22. RECEIVER'S USE

Quantities shown in column 17 were received in apparent good condition except as noted.

DATE RECEIVED: 4/15/05
SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE: [signature]
TYPED NAME: ~~MAJOR~~ ROBERT F SILE
TITLE: MAJOR
MAILING ADDRESS: ADNON PALACE APO AE 09316
COMMERCIAL TELEPHONE NUMBER: 703-343-7745

** If quantity received by the Government is the same as quantity shipped, indicate by (X) mark; if different, enter actual quantity received below quantity shipped and encircle.*

23. CONTRACTOR USE ONLY

DD FORM 250, AUG 2000 PREVIOUS EDITION IS OBSOLETE.

# MATERIAL INSPECTION AND RECEIVING REPORT

*Form Approved OMB No. 0704-0248*

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0248). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ORGANIZATION.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

1. PROCUREMENT INSTRUMENT IDENTIFICATION (CONTRACT) NO.: GS-35F-0358M
ORDER NO.: W914NS-05-F-9027
6. INVOICE NO./DATE: SO-9027-3 / 13 JUN 05
7. PAGE 1 OF 2
8. ACCEPTANCE POINT: D

2. SHIPMENT NO.: 0012
3. DATE SHIPPED: 7/14/2005
4. B/L: TCN
5. DISCOUNT TERMS: NONE

9. PRIME CONTRACTOR CODE
American Radio (Praecomm)
6310 Riverdale Street
San Diego, CA 92120

10. ADMINISTERED BY CODE
PCO-CONTRACTING ACTIVITY
REPUBLICAN PRESIDENTIAL COMPOUND
BAGHDAD, IRAQ
APO AE 09316

11. SHIPPED FROM (If other than 9) CODE
FOB:

12. PAYMENT WILL BE MADE BY CODE
US Army Corps of engineers Financial Center Attn: CEFC-FP
5722 Integrity Drive, Millington, TN 38054-5005
Attn: Capt. Matthew Carver, PCO Comptroller Office 703-343-9246, cefc-P0invoices@usace.army.mil

13. SHIPPED TO CODE
Abu Ghrayib Warehouse, 68 Abu Ghrayib Expressway
Ministry of Transportation Compound, Al Wahid Neighborhood
Baghdad, Iraq

14. MARKED FOR CODE
CPATT (C-6)
MAJ Robert Sile/LT Andy Radano
or PCO Contracting Activity
Republican Presidential Compound, Baghdad, Iraq

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D* | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 | 8 CHANNEL 100 WATT MPT3200 SINGLE SITE W/ NETWORK CAPABILITY | 5 X | EA | 96,000.00 | 480,000.00 |
| 0002 | 6 CHANNEL 100 WATT MPT3200 SINGLE SITE W/ NETWORK CAPABILITY | 7 X | EA | 72,000.00 | 504,000.00 |
| 0003 | 6 CHANNEL 100 WATT MPT3200 SINGLE SITE W/ NETWORK CAPABILITY | 2 X | EA | 0.00 | 0.00 |
| 0004 | MPT3200 PORTABLE RADIO W/ FAILSAFE REVERT ENCRYPTION AND PASSCODE PROTECTION | 11,440 X | EA | 389.00 | 4,450,160.00 |
| 0006 | 220V MULTI (6 UNIT) CHARGER FOR PORTABLE | 1,620 X | EA | 249.00 | 403,380.00 |
| 0007 | 220V SINGLE CHARGER FOR PORTABLE | 1,720 X | EA | 22.50 | 38,700.00 |

21. CONTRACT QUALITY ASSURANCE

a. ORIGIN
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE / SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

b. DESTINATION
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE: 2005AUG3 SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE: John Chaffin
TYPED NAME: JOHN CHAFFIN
TITLE: QAR
MAILING ADDRESS: DCMA-JCCI-IRAQ
COMMERCIAL TELEPHONE NUMBER: (617) 902-2759

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED: 2005JULY31 SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE: John Chaffin
TYPED NAME: JOHN CHAFFIN
TITLE: QAR
MAILING ADDRESS: DCMA-JCCI-IRAQ
COMMERCIAL TELEPHONE NUMBER: (617) 902-2759

* If quantity received by the Government is the same as quantity shipped, indicate by (X) mark; if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

DD FORM 250, AUG 2000 PREVIOUS EDITION IS OBSOLETE.

# MATERIAL INSPECTION AND RECEIVING REPORT

*Form Approved OMB No. 0704-0248*

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0248). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ORGANIZATION.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

1. PROCUREMENT INSTRUMENT IDENTIFICATION (CONTRACT) NO.: GS-35F-0358M | ORDER NO.: W914NS-05-F-9027
6. INVOICE NO./DATE: SO-9027-3 / 13 JUN 05
7. PAGE 2 OF 2
8. ACCEPTANCE POINT: D

2. SHIPMENT NO.: 0012
3. DATE SHIPPED: 7/14/2005
4. B/L — TCN
5. DISCOUNT TERMS: NONE

9. PRIME CONTRACTOR CODE
American Radio (Praecomm)
6310 Riverdale Street
San Diego, CA 92120

10. ADMINISTERED BY CODE
PCO-CONTRACTING ACTIVITY
REPUBLICAN PRESIDENTIAL COMPOUND
BAGHDAD, IRAQ
APO AE 09316

11. SHIPPED FROM (If other than 9) CODE — FOB:

12. PAYMENT WILL BE MADE BY CODE
US Army Corps of engineers Financial Center Attn: CEFC-FP
5722 Integrity Drive, Millington, TN 38054-5005
Attn: Capt. Matthew Carver, PCO Comptroller Office 703-343-9246, cefc-P0invoices@usace.army.mil

13. SHIPPED TO CODE
Abu Ghrayib Warehouse, 68 Abu Ghrayib Expressway
Ministry of Transportation Compound, Al Wahid Neighborhood
Baghdad, Iraq

14. MARKED FOR CODE
CPATT (C-6)
MAJ Robert Sile/LT Andy Radano
or PCO Contracting Activity
Republican Presidential Compound, Baghdad, Iraq

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D* | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0008 | ULTRA HIGH CAPACITY NIMH BATTERY PORTABLE | 11,440 X | EA | 29.00 | 331,760.00 |
| 0009 | CLONING CABLE, PORTABLE RADIO | 30 X | EA | 0.00 | 0.00 |
| 0010 | WINDOWS BASED PROGRAMMING SOFTWARE FOR PORTABLE RADIO | 30 X | EA | 0.00 | 0.00 |
| | | | | TOTAL Pg 1&2 | $6,208,000 |

21. CONTRACT QUALITY ASSURANCE

a. ORIGIN
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

b. DESTINATION
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE: 2005 AUG 3 — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE: John Chaffin
TYPED NAME: JOHN CHAFFIN
TITLE: QAR
MAILING ADDRESS: DCMA-JCCI-IRAQ
COMMERCIAL TELEPHONE NUMBER: (617) 902-2759

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED: 2005 JUL 31 — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE: John Chaffin
TYPED NAME: JOHN CHAFFIN
TITLE: QAR
MAILING ADDRESS: DCMA-JCCI-IRAQ
COMMERCIAL TELEPHONE NUMBER: (617) 902-2759

** If quantity received by the Government is the same as quantity shipped, indicate by (X) mark; if different, enter actual quantity received below quantity shipped and encircle.*

23. CONTRACTOR USE ONLY

DD FORM 250, AUG 2000 PREVIOUS EDITION IS OBSOLETE.

**Amrad Inc.**
**DBA: American Radio**

931 Paisley Street
Las Vegas, NV 89145

# Government Sales Invoice

| Date of Invoice | Invoice # |
|---|---|
| 6/13/2005 | SO-9027-3 |

| Payment will be made by: | Ship to Address: |
|---|---|
| US ARMY CORPS OF ENGINEERS FIN. CENTER<br>ATTN: CEFC-FP<br>5722 INTEGRITY DRIVE<br>MILLINGTON, TN 38054-5005<br>ATTN: CAPT. MATTHEW CARVER | PCO-CONTRACTING ACTIVITY (CPATT)<br>REPUBLICAN PRESIDENTIAL COMPOUND<br>BAGHDAD, IRAQ APO AE 09316<br>ATTN: MAJOR ROBERT SILE |

| Contract/Purch. Order/Agreement No. | Terms | Date of Order/Call | Delivery FOB | Delivery Order/Call No. |
|---|---|---|---|---|
| W914NG-05-F-9027 | Net 30 | 6/13/2005 | | |

| Item No. | Quantity | Item | Description | Price | Amount |
|---|---|---|---|---|---|
| 0001 | 5 | SYSTEM | MPT3200 SINGLE SITE W/ NETWORK CAPABILITY; 8 CHANNEL 100 WATT | 96,000.00 | 480,000.00 |
| 0002 | 7 | SYSTEM | MPT3200 SINGLE SITE W/ NETWORK CAPABILITY; 6 CHANNEL 100 WATT | 72,000.00 | 504,000.00 |
| 0003 | 2 | SYSTEM | MPT3200 SINGLE SITE W/ NETWORK CAPABILITY; 6 CHANNEL 100 WATT | 0.00 | 0.00 |
| 0004 | 11,440 | MPT3200 PORTABLE | MPT3200 PORTABLE RADIO | 389.00 | 4,450,160.00 |
| 0005 | 1,620 | 220V MULTI | 220 VOLT MULTI-CHARGER FOR PORTABLE | 249.00 | 403,380.00 |
| 0006 | 1,720 | 220V SINGLE | 220 VOLT SINGLE CHARGER FOR PORTABLE | 22.50 | 38,700.00 |
| 0007 | 11,440 | NIMH BATTERY | ULTRA HIGH CAPACITY NIMH PORTABLE BATTERY | 29.00 | 331,760.00 |
| 0008 | 30 | PST-PROG | CLONING CABLE, PORTABLE RADIO | 0.00 | 0.00 |
| 0009 | 30 | PST-SOFT | WINDOWS BASED PROGRAMMING SOFTWARE FOR PORTABLE RADIO | 0.00 | 0.00 |

**Veteran Owned Small Business**
**Phone: 619-239-5020**
**Fax: 619-239-5925**
**Email: govaccts@americanradio.us**
**www.americanradio.us**

**Banking Information:**

**SWIFT CODE: CITI US 33**
**Routing Number: 322271724**
**Account Number: 500233804**

| | |
|---|---|
| **Total** | $6,208,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,208,000.00 |

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0248). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ORGANIZATION.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

1. PROCUREMENT INSTRUMENT IDENTIFICATION (CONTRACT) NO.: GS-35F-0358M — ORDER NO.: W914NS-05-F-9027
6. INVOICE NO./DATE: SO-9027-4 / 26 APR 05
7. PAGE 1 OF 1
8. ACCEPTANCE POINT: D

2. SHIPMENT NO.: Abu 1919
3. DATE SHIPPED:
4. B/L — TCN
5. DISCOUNT TERMS

9. PRIME CONTRACTOR — CODE
American Radio (Praccomm)
6310 Riverdale Street
San Diego, CA 92120

10. ADMINISTERED BY — CODE
PCO Contracting Activity
RPC
Baghdad Iraq

11. SHIPPED FROM *(If other than 9)* — CODE — FOB:

12. PAYMENT WILL BE MADE BY — CODE
US Army Corps of engineers Financial Center Attn: CEFC-FP
5722 Integrity Drive, Millington, TN 38054-5005
Attn: Capt. Matthew Carver, PCO Comptroller Office 703-343-9246, cefc-P0invoices@usace.army.mil

13. SHIPPED TO — CODE
Abu Ghrayib Warehouse, 68 Abu Ghrayib Expressway
Ministry of Transportation Compound, Al Wahid Neighborhood
Baghdad, Iraq

14. MARKED FOR — CODE
CPATT
MAJ Robert Sile/LT Andy Radano
or PCO Contracting Activity
Republican Presidential Compound, Baghdad, Iraq

| 15. ITEM NO. | 16. STOCK/PART NO. — DESCRIPTION *(Indicate number of shipping containers - type of container - container number.)* | 17. QUANTITY SHIP/REC'D* | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0007 | 596129111515; CABLE, UNTERMINATED FOR ACU-1000 | 36 X | EA | 0.00 | 0.00 |
| 0008 | 596129122215; CABLE, CDM1250 FOR ACU-1000 | 18 X | EA | 0.00 | 0.00 |

21. CONTRACT QUALITY ASSURANCE

a. ORIGIN
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

b. DESTINATION
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

05 May 30 — Anthony Acerra
DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE: ANTHONY ACERRA
MAILING ADDRESS: GAR/DCMA
DCMA-IRAQ APO AE 09316
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.

05 May 30 — Anthony Acerra
DATE RECEIVED — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE: ANTHONY ACERRA
MAILING ADDRESS: GAR/DCMA
DCMA-IRAQ APO AE 09316
COMMERCIAL TELEPHONE NUMBER:

** If quantity received by the Government is the same as quantity shipped, indicate by (X) mark; if different, enter actual quantity received below quantity shipped and encircle.*

23. CONTRACTOR USE ONLY

DD FORM 250, AUG 2000 — PREVIOUS EDITION IS OBSOLETE.

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. See comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0248), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a current valid OMB control number.

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ADDRESS.**

**SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.**

1. PROCUREMENT INSTRUMENT IDENTIFICATION (CONTRACT) NO: W914NS-05-F-9027
ORDER NO.:
6. INVOICE NO./DATE: AMC0002 6/28/05
7. PAGE 1 OF 1
8. ACCEPTANCE POINT: D

2. SHIPMENT NO: AMC0002
3. DATE SHIPPED: 3/2/2005
4. B/L: TCN
5. DISCOUNT TERMS: NONE

9. PRIME CONTRACTOR CODE
AMERICAN RADIO, INC. (PRAECOMM)
6310 RIVERDALE STREET
SAN DIEGO CA 92120

10. ADMINISTERED BY CODE
PCO-CONTRACTING ACTIVITY
REPUBLICAN PRESIDENTIAL COMPOUND
BAGHDAD, IRAQ
APO AE 09316

11. SHIPPED FROM (If other than 9) CODE FOB: D

12. PAYMENT WILL BE MADE BY CODE
USACE Finance Center
5722 Integrity Drive
Millington, TN 38054-5005

13. SHIPPED TO CODE

14. MARKED FOR CODE

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number) | 17. QUANTITY SHIP/REC'D* | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0012 | Labor and Misc. Expenses | 1 | LO | $ 500,000.00 | $500,000.00 |
| | GRAND TOTAL: | | | | $ 500,000.00 |

ORIGINAL INVOICE

21. CONTRACT QUALITY ASSURANCE

a. ORIGIN
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE RECEIVED SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

b. DESTINATION
[ ] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

6/28/05 [signature]
DATE RECEIVED SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE HERE 6/28/05 SIGN HERE [signature]
DATE RECEIVED SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME: Karen A. Parris
TITLE: Administrative Contracting Officer
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

* If quantity received by the Government is the same as quantity shipped, indicate by (X) mark; if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY
I reviewed all available information and concluded that the evidentiary documentation substantiates my signature verifying receipt of property. All supporting documentation is located in the contract folder.

KAREN A. PARRIS, Administrative Contracting Officer [signature]

DD FORM 250, AUG 2000 PREVIOUS EDITION IS OBSOLETE. USAPA V1.00

**MEMORANDUM FOR FILE**

**American Radio, Inc. a/k/a PRAECOMM**

Contract DABV01-03-C-0032, awarded February 25, 2004, after various modifications, and is for a total award amount of $6,768,325.54. The payment office is the Coalition Provisional Authority (CPA). This contract is for communications equipment and supply. Based on information from Karen Parris, the previous Administrative Contracting Officer for this contract, which was put in note form by me, the contractor has delivered complete and after adjustments for erroneous invoices, has been paid in accordance with the contract as modified. This contract has been closed.

Contract DABV01-04-M-0054, awarded March 20, 2004, and is for a total award amount of $234,396.00 for mobile radios with installation. The payment office is the Ministry of Interior (DFI). The contractor submitted two vouchers for the total award amount, the first voucher, #000656, is dated May 5, 2004 and the second voucher #001628, is dated October 7, 2004. The payment office erroneously paid both vouchers. The contractor was requested to reimburse the United States Government for the double payment but did not do so. This overpayment issue was resolved by an offset on contract W914NS-05-F-9001. This contract has been closed.

Contract W914NS-05-F-9001, awarded October 15, 2004, and is for a total award amount of $363,878.00 to retrofit portable radios, labor, and miscellaneous expenses. The payment office is the U.S. Army Corps of Engineers. The overpayment from contract DABV01-04-M-0054, of $234,396.00 was used to offset the total award amount of $363,878.00, so that the contractor was paid the difference of $129,482.00. This contract has been closed.

Contract W914NS-05-F-9027, awarded December 6, 2004 is for a total award amount of $7,295,880.00 to supply and install communications equipment. The payment office is the U.S. Army Corps of Engineers. This contract is complete and has been paid in full. This contract has been closed.

Prepared by: Thomas F. Zubel
Administrative Contracting Officer

10/12/2005