**shawn@americanradio.us**

**From:** Sile Robert F MAJ CPATT J6 [robert.sile@iraq.centcom.mil]
**Sent:** Saturday, March 05, 2005 8:53 AM
**To:** dom@praecomm.com; Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue

Dom, I think the AFRN city listing is now cast in stone. What we would want to do is shift cities such that we do NOT implement FRN and AFRN into the same city. That would be an operational and political nightmare. I suspect that what happened before was they specified cities in contract while AFRN city list was shifting. Now we have the fielding list and want to position FRN for success.

I presume that what you need is a MOD from PCO to the contract specifying different cities. I would presume here that I can substitute one city for another on a one-for-one basis. That seems a bit simplistic so please let me know what I've overlooked. What I'd like to do is work with you to decide those "city pairs" so we agree together on what old city was and substitute is.

I know we're working thru the money issues slowly as we have to recreate paper trails and documentation.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

---

**From:** Dom's Email [mailto:dom@praecomm.com]
**Sent:** Saturday, March 05, 2005 7:34 PM
**To:** Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Sile Robert F MAJ CPATT J6
**Subject:** RE: FRN/AFRN issue
**Importance:** High

Andy:

I've seen so many 'lists' on this AFRN/FRN project I can't count them...regarding your email, my information on the 'proposed' FRN cities is not my information and is not a proposal, we're contracted from the PCO to do so...it's way past the proposal point...not sure if you have reviewed all contracts and attachments I sent to you, you may want to re-review them and confirm your most recent send...we will take it from there based on your response that I will be looking for on an every hour on the hour basis until I see it come through...if you are in fact correct and our portion is now reduced to 5 remaining cities then I would say we are looking at a significant problem that will need to be addressed on our end first thing Monday morning here at home...

that having been said, we're still working on the payment side of the matter and are actually seeing some progress, slow but seemingly steady to this point from what we can tell, thought you'd like to know...

r/

dom

Dom Di Luigi

Praecomm Inc.
6310 Riverdale Street
San Diego, CA 92120

www.praecomm.com
Phone: +619-325-1642
Fax: +619-325-1643

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to Praecomm Inc. and are for the exclusive and confidential use of the intended recipient only. The recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

Dom,

I got the information about proposed FRN cities, thanks. However, new issue is the fact there cannot be overlap between FRN and AFRN. That said, currently there is a lot when the two projects are compared. On the following list, an asterisk represents cities that are designated for AFRN, leaving only (5) for FRN:

narra*
kuk*
Sulaymaniyah
Kut*
Fallujah
rit*
nadi*
ıuk
l
h*
ırah
ariyah*
ıawah*
ʼaniyah*
af*
ıh*
Karbala*

MAJ Sile is interested in the possibility of finding other sites to supplement any duplication, I've copied him in, and all that remains is hashing out the alternatives.

Thanks again for your help.

V/r

1LT Andrew J. Radano
DSN 318-239-7746
IRAQNA 0790-192-3851
andrew.radano@iraq.centcom.mil
andrew.radano@us.army.mil

-----Original Message-----
**From:** Radano Andrew J LT CPATT [mailto:andrew.radano@iraq.centcom.mil]
**Sent:** Saturday, March 05, 2005 12:39 AM
**To:** dom@praecomm.com
**Cc:** Sile Robert F MAJ CPATT J6
**Subject:** FRN/AFRN issue

Dom,

Attached is the list of cities, sorry about the other one.

Andy

1LT Andrew J. Radano
DSN 318-239-7746
IRAQNA 0790-192-3851
andrew.radano@iraq.centcom.mil
andrew.radano@us.army.mil

**shawn@americanradio.us**

**From:** Sile Robert F MAJ CPATT J6 [robert.sile@iraq.centcom.mil]
**Sent:** Sunday, March 06, 2005 3:32 AM
**To:** dom@praecomm.com; Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue

Dom, I'm not sure how to respond to this message.

First, there is no conspiracy. I suspect no one realized the overlap until I asked the questions. That said, when I wrote politics I misspoke because it is in essence the simple fact that we want to provide FRN capabilities to cities where there is none rather than try to jam two systems into the same set of cities. Doing so means each cop will have more than one radio, which is unworkable, and begs the question by the Iraqis as to why we put everything into the largest few cities and left the rest with nothing.

Second, the contract we have with you is aimed at providing FRN capabilities within Iraqi cities and not setting up a wireless infrastructure. Now that may be your intent but I don't believe that was ever ours.

Third, the apparent convergence of payments and shifting is in fact caused by me trying to straighten away projects and outstanding payments and that's all. It has taken a while to work thru the project plans and rationalize them. I have made a serious attempt to reduce duplication of efforts in terms of what we contract for. Hence the basis for my question around shifting contracted cities to more suitable cities where the systems can (I believe) be best utilized to provide communications for IPS. As for your funding, it was a mess when I can and has taken time to straighten out. We have put a good faith effort into addressing the outstanding payments and laboring through them contract-by-contract. Players here change frequently and no one from ARI is in-country so things have taken time to correct.

I'm going to have to discuss this with the Colonel as he has history and can provide direction on path he wishes to take. But I think trying to place two systems into the same set of cities is not going to be workable operationally. I'll also discuss this with PCO.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

**From:** Dom's Email [mailto:dom@praecomm.com]
**Sent:** Saturday, March 05, 2005 9:59 PM
**To:** Sile Robert F MAJ CPATT J6; Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue
**Importance:** High

Bob:

This 'shift' you are referring to will greatly impact our program/company technology deployment and our company's presence and future share of the Iraqi wireless communications market (which we have worked unbelievably hard to establish as a small business manufacturer amongst so many Fortune 100 companies such as Lucent, Tyco and Motorola). By shifting our contracted cities (for which all equipment has been already

assembled and optimized, in waiting for payment) from the vastly larger, more populated ones to the much smaller ones with substantially less end users, you have in essence turned our contracts over to big business in my view for the sake of the politics you have mentioned.

I'm sorry if I appear offensive, it is not my intention, but my take on this matter is that our portion of this project does not seem to have been treated appropriately or with any concern or consideration for the issues I have just mentioned. Our solution was contracted to be that of the FRN for the Iraqi First responders teams in those cities...not a second string solution being shoved into little Podunk towns, as a secondary system to the AFRN or where nothing goes on anyway. Our technology does essentially everything the AFRN technology does, the only difference is ours is done and ready to ship for all cities while AFRN's is not and ours costs a hell of a lot less to procure, implement and maintain. It's already been approved and contracted for, guess it's just not the politically correct product for the application anymore.

You folks need to understand that we have provided extremely aggressive pricing to the PCO to be able to enter this market in the cities and manner we had been contracted to...I cannot express how exhausted and disappointed I am on this matter and the way in which it has been handled. Not only will we not be able to get the satisfaction of seeing this program through to the planned, successful outcome we had all hoped, we will not be able to recoup the time, effort and energy factor we have exhausted with this project for over the last year and one half. In essence, we have failed to accomplish anything we had then set out to do. The only consolation is we have not failed due to short comings on our part, we have been contracted to to the job which means we did something right and that at least gives me some solace.

In closing, I do not want to be a conspiratorist but it seems odd that we have not been able to get paid for some while which obviously has held up our program's ability to move forward...now that our funding matters seem to be progressing, there is a 'shift' in where our program is now progressing to...odd coincidence. At this point, we would like to discuss matters in house and with our local representative. This has been quite a roller coaster ride and I in all fairness am a bit tired and looking to get off for at least some while until my head clears. I would request that you folks continue to move forward with getting us paid to date and we appreciate the latest effort on that topic. I feel the best thing to do at this point is to simply get us paid to date and get the balance of the contracted equipment to your location and paid for prior to discussing any other plans.

Thank you for all your time and consideration in this matter...please extend my sincere and respect regards to Colonel Graham thanking him for all his time and consideration...as well our disappointment not to have been able to have provide to him the things we had hoped we were to do. We all have great respect for him and have appreciated working for him to this point.

r/

dom

Dom Di Luigi
Praecomm Inc.
6310 Riverdale Street
San Diego, CA 92120

www.praecomm.com
Phone: +619-325-1642
Fax: +619-325-1643

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to Praecomm Inc. and are for the exclusive and confidential use of the intended recipient only. The recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

-----Original Message-----
**From:** Sile Robert F MAJ CPATT J6 [mailto:robert.sile@iraq.centcom.mil]

**Sent:** Saturday, March 05, 2005 8:53 AM
**To:** dom@praecomm.com; Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue

Dom, I think the AFRN city listing is now cast in stone. What we would want to do is shift cities such that we do NOT implement FRN and AFRN into the same city. That would be an operational and political nightmare. I suspect that what happened before was they specified cities in contract while AFRN city list was shifting. Now we have the fielding list and want to position FRN for success.

I presume that what you need is a MOD from PCO to the contract specifying different cities. I would presume here that I can substitute one city for another on a one-for-one basis. That seems a bit simplistic so please let me know what I've overlooked. What I'd like to do is work with you to decide those "city pairs" so we agree together on what old city was and substitute is.

I know we're working thru the money issues slowly as we have to recreate paper trails and documentation.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

---

**From:** Dom's Email [mailto:dom@praecomm.com]
**Sent:** Saturday, March 05, 2005 7:34 PM
**To:** Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Sile Robert F MAJ CPATT J6
**Subject:** RE: FRN/AFRN issue
**Importance:** High

Andy:

I've seen so many 'lists' on this AFRN/FRN project I can't count them...regarding your email, my information on the 'proposed' FRN cities is not my information and is not a proposal, we're contracted from the PCO to do so...it's way past the proposal point...not sure if you have reviewed all contracts and attachments I sent to you, you may want to re-review them and confirm your most recent send...we will take it from there based on your response that I will be looking for on an every hour on the hour basis until I see it come through...if you are in fact correct and our portion is now reduced to 5 remaining cities then I would say we are looking at a significant problem that will need to be addressed on our end first thing Monday morning here at home...

that having been said, we're still working on the payment side of the matter and are actually seeing some progress, slow but seemingly steady to this point from what we can tell, thought you'd like to know...

r/

dom

Dom Di Luigi
Praecomm Inc.
6310 Riverdale Street
San Diego, CA 92120

www.praecomm.com
Phone: +619-325-1642
Fax: +619-325-1643

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to Praecomm Inc. and are for the exclusive and confidential use of the intended recipient only. The recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

Dom,

I got the information about proposed FRN cities, thanks. However, new issue is the fact there cannot be overlap between FRN and AFRN. That said, currently there is a lot when the two projects are compared. On the following list, an asterisk represents cities that are designated for AFRN, leaving only (5) for FRN:

- Samarra*
- Kirkuk*
- As Sulaymaniyah
- Al Kut*
- Al Fallujah
- Tikrit*
- Ramadi*
- Dahuk
- Irbil
- ıaqubah*
- ıl Amarah
- ın Nasariyah*
- ıs Samawah*
- ıd Diwaniyah*
- ın Najaf*
- ıl Hillah*
- Karbala*

MAJ Sile is interested in the possibility of finding other sites to supplement any duplication, I've copied him in, and all that remains is hashing out the alternatives.

Thanks again for your help.

V/r

1LT Andrew J. Radano
DSN 318-239-7746
IRAQNA 0790-192-3851
andrew.radano@iraq.centcom.mil
andrew.radano@us.army.mil

-----Original Message-----
**From:** Radano Andrew J LT CPATT [mailto:andrew.radano@iraq.centcom.mil]
**Sent:** Saturday, March 05, 2005 12:39 AM

**To:** dom@praecomm.com
**Cc:** Sile Robert F MAJ CPATT J6
**Subject:** FRN/AFRN issue

Dom,

Attached is the list of cities, sorry about the other one.

Andy

1LT Andrew J. Radano
DSN 318-239-7746
IRAQNA 0790-192-3851
andrew.radano@iraq.centcom.mil
andrew.radano@us.army.mil

**Shawn Campbell**

**From:** Sile Robert F MAJ CPATT J6 [robert.sile@iraq.centcom.mil]
**Sent:** Sunday, March 13, 2005 8:13 AM
**To:** dom@praecomm.com
**Cc:** Shawn Campbell
**Subject:** RE: FRN/AFRN issue

Don, we are still working thru the myriad of documents regarding the payments and trying to get you paid. Needless to day this has been a slow slog due to time elapsed and changeover of personnel.

For IAN, MNSTC-I is specifically tasked to focus on ISF forces (CPATT on police agencies) and the IAN does not fall into our specific charter. While it may improve the security situation, it is not to be fielded to IPS forces and hence not in our charter. May be something we wish to see installed but not something we'd purchase. I am sending the proposal to the contracting officer for his take.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

---

**From:** Dom's Email [mailto:dom@praecomm.com]
**Sent:** Sunday, March 13, 2005 4:24 PM
**To:** Sile Robert F MAJ CPATT J6
**Cc:** Shawn Campbell
**Subject:** RE: FRN/AFRN issue
**Importance:** High

Bob:

I'm following up again...it's roughly 1600 your time in Iraq...

have not heard back from the previous email sent yesterday so I thought I would follow up with you today...wondering if you knew when we will have a final verdict on the proposal and absolute dates for our back payments? Tomorrow being Monday here at home it would work for us to have real answers on both of these so that we may take appropriate actions to either situation...please let me know where we're at prior to our Monday morning (Monday evening your time) getting underway or I will have to assume that our proposal has either been declined or you folks were not able to come up with any alternative compromise proposals of your own to offer in lieu of ours...

also, we really would like to get the balance of your equipment shipped ASAP as it is really tying up our capital, that and waiting on aging receivables from your account to come in...we have been dialoguing with you on this matter since mid December now with not a dime coming in and we are really in a bad spot...we are trying our best to avoid having to consider taking alternative action to get resolution but we really need you folks to pay us very soon to help prevent the matter from escalating...

please respond to both matters when you get the chance...we know you are very busy and very much appreciate your time and efforts...hope this all works itself out to a positive/win-win ending for all, that is what we're pulling for, hope you are too...

r/

dom

-----Original Message-----
**From:** Dom's Email [mailto:dom@praecomm.com]
**Sent:** Saturday, March 12, 2005 9:03 AM
**To:** Sile Robert F MAJ CPATT J6
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue
**Importance:** High

Bob:

...regarding training and equipping the ISF, why would this system not fit into the MNSTC-I mission as no one could argue that the IAN would provide safety to the key members the ISF is charged with protecting by providing direct interface to their system (FRN/AFRN), thus still fitting into the overall FRN/AFRN program as a much needed additional component to each system not originally thought of...wouldn't ISF want to have direct interface, oversight and control of such a program? Considering the uniqueness of the environment (lack of industrialized infrastructure, etc.), wouldn't this really be the simple solution to having both systems and placing them concurrently into each major city (where the vast majority of dangers exist) without conflict and with tremendously positive results?

We agree and understand your not wanting to install and utilize two systems in the same city for the same application (in this case FRN/AFRN)...frankly, we would have had a problem with that notion if you would have recommended it as we understood as well that there would only be one 'long-term' system type or the other (either our's or Lucent/Motorola's) for the FRN/AFRN application in each designated city (this being considered from either an operational or contractual perspective)...that is why we felt this solution (IAN) would be a simple answer to either one of these potential problems, you would have two technologies/system types for two separate applications that would simply be coordinated through a single location/site.

If it were me running things (at MNSTC-I) and their were a system like IAN that would provide this added tier of capability, I would insist on it (IAN) falling under my command or I wouldn't allow the interface to take place for security and coordination reasons...you would in a sense be developing an FRN/AFRN network with added capabilities (IAN) to more completely accomplish the mission in my view...

...that being the case, why would this need to go through an 'additional' bidding process? even if it went to another department, we are a GSA contractor...

...regarding the comment on us having 'other' designs and leveraging it for business opportunities, I would like to pass on any comments there, at least for the time being...nothing good will come from that...all I can respond to is that the planned difference in numbers of 'radio or system' end users, (those that would use whichever system is provided to them, be it ours or Motorola/Lucent) between the 12 cities we currently hold contract for and any other 12 smaller cities we would be re-assigned to is most likely substantial...substantially less **(unless you can indicate differently or otherwise???)...**and substantially more than the number we have proposed for the IAN solution...meaning we have agreed to step aside from our current contract to allow for the recent MNSTC-I/CPATT plan to go through while at the same time proposing a compromise program that would add an additional facet to the overall FRN program that will save lives, money and facilitate reconstruction efforts...

...that said, do you know when we might see a final decision?

r/

dom

ps, balance of equipment still due to ship upon receipt of back pay...any word on when that will happen??

tks

dom

-----Original Message-----
**From:** Sile Robert F MAJ CPATT J6 [mailto:robert.sile@iraq.centcom.mil]
**Sent:** Saturday, March 12, 2005 3:06 AM
**To:** dom@praecomm.com
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue

We're mullied this over now. I do not believe that this will fly as IAN will not fit in the MNSTC-I mission to train, equip, or advise the Iraqi Security Forces (ISF). The FRN network is designed to provide communications to Iraqi security, EMS, and Fire services for the designated cities. IAN has nothing to do with Iraqi security forces and as such we can't spend funds for contracts not supporting the ISF. This would be a Dept of State need or maybe IRMO. It would also have to go thru the bidding process as this represents a fundamentally different system from the contract and Contracting is never going to agree to mod that will fundamentally restructure the contract.

We want to have FRN installed, at least initially in the 5 cities. We'd still like the other 12 cities installed but not into cities where AFRN is fielded as that causes the situation where two systems service a single city and that's operationally not supportable. I now understand you had other designs for the system and leveraging it for business opportunities but that was never a consideration for us nor was it a consideration for selecting you as a vendor. You were selected in part because it was felt you could deliver a FRN system in a timely manner and provide needed comms to the ISF and first responders.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

---

**From:** Dom's Email [mailto:dom@praecomm.com]
**Sent:** Friday, March 11, 2005 6:54 PM
**To:** Sile Robert F MAJ CPATT J6
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue

Bob:

Wondering if we have a verdict on the IAN proposal?

r/

dom

-----Original Message-----
**From:** Sile Robert F MAJ CPATT J6 [mailto:robert.sile@iraq.centcom.mil]
**Sent:** Monday, March 07, 2005 6:29 AM
**To:** dom@praecomm.com; Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue

Dom, that certainly sounds reasonable.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

---

**From:** Dom's Email [mailto:dom@praecomm.com]
**Sent:** Monday, March 07, 2005 3:33 AM
**To:** Sile Robert F MAJ CPATT J6; Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue

Bob:

Shawn and I have been discussing the situation...we are working on a proposal that we would like you and Colonel Graham to consider reviewing...we feel that our proposal will bring some new ideas to the table that would be both creative and beneficial to everyone, especially the Iraqis and you the customer...please give us 24 hours to put our proposal together before taking any further action on the matter as you folks may find this the solution that makes sense...we will forward off to you and the Colonel NLT close of business our time Monday the 7th...we would like to have a yea or nea on it by Friday of this week, your time if at all possible...thanks for your time and consideration...

r/

dom

Dom Di Luigi
Praecomm Inc.
6310 Riverdale Street
San Diego, CA 92120

www.praecomm.com
Phone: +619-325-1642
Fax: +619-325-1643

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to Praecomm Inc. and are for the exclusive and confidential use of the intended recipient only. The recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

-----Original Message-----
**From:** Sile Robert F MAJ CPATT J6 [mailto:robert.sile@iraq.centcom.mil]
**Sent:** Sunday, March 06, 2005 3:32 AM
**To:** dom@praecomm.com; Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue

Dom, I'm not sure how to respond to this message.

First, there is no conspiracy. I suspect no one realized the overlap until I asked the questions. That said, when I wrote politics I misspoke because it is in

essence the simple fact that we want to provide FRN capabilities to cities where there is none rather than try to jam two systems into the same set of cities. Doing so means each cop will have more than one radio, which is unworkable, and begs the question by the Iraqis as to why we put everything into the largest few cities and left the rest with nothing.

Second, the contract we have with you is aimed at providing FRN capabilities within Iraqi cities and not setting up a wireless infrastructure. Now that may be your intent but I don't believe that was ever ours.

Third, the apparent convergence of payments and shifting is in fact caused by me trying to straighten away projects and outstanding payments and that's all. It has taken a while to work thru the project plans and rationalize them. I have made a serious attempt to reduce duplication of efforts in terms of what we contract for. Hence the basis for my question around shifting contracted cities to more suitable cities where the systems can (I believe) be best utilized to provide communications for IPS. As for your funding, it was a mess when I can and has taken time to straighten out. We have put a good faith effort into addressing the outstanding payments and laboring through them contract-by-contract. Players here change frequently and no one from ARI is in-country so things have taken time to correct.

I'm going to have to discuss this with the Colonel as he has history and can provide direction on path he wishes to take. But I think trying to place two systems into the same set of cities is not going to be workable operationally. I'll also discuss this with PCO.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

---

**From:** Dom's Email [mailto:dom@praecomm.com]
**Sent:** Saturday, March 05, 2005 9:59 PM
**To:** Sile Robert F MAJ CPATT J6; Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue
**Importance:** High

Bob:

This 'shift' you are referring to will greatly impact our program/company technology deployment and our company's presence and future share of the Iraqi wireless communications market (which we have worked unbelievably hard to establish as a small business manufacturer amongst so many Fortune 100 companies such as Lucent, Tyco and Motorola). By shifting our contracted cities (for which all equipment has been already assembled and optimized, in waiting for payment) from the vastly larger, more populated ones to the much smaller ones with substantially less end users, you have in essence turned our contracts over to big business in my view for the sake of the politics you have mentioned.

I'm sorry if I appear offensive, it is not my intention, but my take on this matter is that our portion of this project does not seem to have been treated appropriately or with

any concern or consideration for the issues I have just mentioned. Our solution was contracted to be that of the FRN for the Iraqi First responders teams in those cities...not a second string solution being shoved into little Podunk towns, as a secondary system to the AFRN or where nothing goes on anyway. Our technology does essentially everything the AFRN technology does, the only difference is ours is done and ready to ship for all cities while AFRN's is not and ours costs a hell of a lot less to procure, implement and maintain. It's already been approved and contracted for, guess it's just not the politically correct product for the application anymore.

You folks need to understand that we have provided extremely aggressive pricing to the PCO to be able to enter this market in the cities and manner we had been contracted to...I cannot express how exhausted and disappointed I am on this matter and the way in which it has been handled. Not only will we not be able to get the satisfaction of seeing this program through to the planned, successful outcome we had all hoped, we will not be able to recoup the time, effort and energy factor we have exhausted with this project for over the last year and one half. In essence, we have failed to accomplish anything we had then set out to do. The only consolation is we have not failed due to short comings on our part, we have been contracted to to the job which means we did something right and that at least gives me some solace.

In closing, I do not want to be a conspiratorist but it seems odd that we have not been able to get paid for some while which obviously has held up our program's ability to move forward...now that our funding matters seem to be progressing, there is a 'shift' in where our program is now progressing to...odd coincidence. At this point, we would like to discuss matters in house and with our local representative. This has been quite a roller coaster ride and I in all fairness am a bit tired and looking to get off for at least some while until my head clears. I would request that you folks continue to move forward with getting us paid to date and we appreciate the latest effort on that topic. I feel the best thing to do at this point is to simply get us paid to date and get the balance of the contracted equipment to your location and paid for prior to discussing any other plans.

Thank you for all your time and consideration in this matter...please extend my sincere and respect regards to Colonel Graham thanking him for all his time and consideration...as well our disappointment not to have been able to have provide to him the things we had hoped we were to do. We all have great respect for him and have appreciated working for him to this point.

r/

dom

Dom Di Luigi
Praecomm Inc.
6310 Riverdale Street
San Diego, CA 92120

www.praecomm.com
Phone: +619-325-1642
Fax: +619-325-1643

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to Praecomm Inc. and are for the exclusive and confidential use of the intended recipient only. The recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

-----Original Message-----
**From:** Sile Robert F MAJ CPATT J6 [mailto:robert.sile@iraq.centcom.mil]
**Sent:** Saturday, March 05, 2005 8:53 AM
**To:** dom@praecomm.com; Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue

Dom, I think the AFRN city listing is now cast in stone. What we would want to do is shift cities such that we do NOT implement FRN and AFRN into the same city. That would be an operational and political nightmare. I suspect that what happened before was they specified cities in contract while AFRN city list was shifting. Now we have the fielding list and want to position FRN for success.

I presume that what you need is a MOD from PCO to the contract specifying different cities. I would presume here that I can substitute one city for another on a one-for-one basis. That seems a bit simplistic so please let me know what I've overlooked. What I'd like to do is work with you to decide those "city pairs" so we agree together on what old city was and substitute is.

I know we're working thru the money issues slowly as we have to recreate paper trails and documentation.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

---

**From:** Dom's Email [mailto:dom@praecomm.com]
**Sent:** Saturday, March 05, 2005 7:34 PM
**To:** Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Sile Robert F MAJ CPATT J6
**Subject:** RE: FRN/AFRN issue
**Importance:** High

Andy:

I've seen so many 'lists' on this AFRN/FRN project I can't count them...regarding your email, my information on the 'proposed' FRN cities is not my information and is not a proposal, we're contracted from the PCO to do so...it's way past the proposal point...not sure if you have reviewed all contracts and attachments I sent to you, you may want to re-review them and confirm your most recent send...we will take it from there based on your response that I will be looking for on an every hour on the hour basis until I see it come through...if you are in fact correct and our portion is now reduced to 5 remaining cities then I would say we are looking at a significant problem that will need to be addressed on our end first thing Monday morning here at home...

that having been said, we're still working on the payment side of the matter and are actually seeing some progress, slow but seemingly steady to this point from what we can tell, thought you'd like to know...

r/

dom

Dom Di Luigi
Praecomm Inc.
6310 Riverdale Street
San Diego, CA 92120

www.praecomm.com
Phone: +619-325-1642
Fax: +619-325-1643

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to Praecomm Inc. and are for the exclusive and confidential use of the intended recipient only. The recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

Dom,

I got the information about proposed FRN cities, thanks. However, new issue is the fact there cannot be overlap between FRN and AFRN. That said, currently there is a lot when the two projects are compared. On the following list, an asterisk represents cities that are designated for AFRN, leaving only (5) for FRN:

1. Samarra*
2. Kirkuk*
3. As Sulaymaniyah
4. Al Kut*
5. Al Fallujah
6. Tikrit*
7. Ramadi*
8. Dahuk
9. Irbil

Baqubah*
Al Amarah
An Nasariyah*
As Samawah*
Ad Diwaniyah*
An Najaf*
Al Hillah*
Karbala*

MAJ Sile is interested in the possibility of finding other sites to supplement any duplication, I've copied him in, and all that remains is hashing out the

alternatives.

Thanks again for your help.

V/r

1LT Andrew J. Radano
DSN 318-239-7746
IRAQNA 0790-192-3851
andrew.radano@iraq.centcom.mil
andrew.radano@us.army.mil

> -----Original Message-----
> **From:** Radano Andrew J LT CPATT [mailto:andrew.radano@iraq.centcom.mil]
> **Sent:** Saturday, March 05, 2005 12:39 AM
> **To:** dom@praecomm.com
> **Cc:** Sile Robert F MAJ CPATT J6
> **Subject:** FRN/AFRN issue
>
> Dom,
>
> Attached is the list of cities, sorry about the other one.
>
> Andy
>
> 1LT Andrew J. Radano
> DSN 318-239-7746
> IRAQNA 0790-192-3851
> andrew.radano@iraq.centcom.mil
> andrew.radano@us.army.mil

**Praecomm Inc.**

6310 Riverdale Street
San Diego, CA 92120
www.praecomm.com

Office:(619) 239-5020 Ext# 201
Fax: (619) 239-5925
Email: govaccts@praecomm.com

**Customer:**

Major Robert Sile
Projects and Contracting Office
Iraqna Phone: +964-790-193-5015
Email: robert.sile@iraq.centcom.mil

**GS-35F-0358M SCHEDULE PRICE LIST - PRODUCTION VIEW**

| TYPE OF SALE | LINE ITEM | DESCRIPTION | QTY | UNIT | GSA PRICE | TOTAL |
|---|---|---|---|---|---|---|
| GSA | 0001 | MPT3200 Portable Radio w/ Failsafe Revert Encryption and passcode protection | 7360 | ea | $ 399.00 | $ 2,936,640.00 |
| GSA | 0002 | 8 Channel 100 Watt MPT3200 Single Site w/ Network Capability | 2 | ea | $ - | $ - |
| GSA | 0003 | MPT3200 Portable Radio w/ Failsafe Revert Encryption for 2 added cities (see note below) | 3200 | ea | $ 399.00 | $ 1,276,800.00 |
| GSA | 0004 | 220V Multi (6 Unit) charger for Portable | 1500 | ea | $ 249.00 | $ 373,500.00 |
| GSA | 0005 | 220V Single unit charger for Portable | 1560 | ea | $ 22.50 | $ 35,100.00 |
| GSA | 0006 | Ultra high capacity NiMH battery, Portable | 10560 | ea | $ 29.00 | $ 306,240.00 |
| GSA | 0007 | Cloning cable, portable radio | 30 | ea | $ - | $ - |
| GSA | 0008 | Windows based programming software for portable radio | 10 | ea | $ - | $ - |
| OM | 0009 | Shipping and Installation | 1 | Jb | $ 500,000.00 | $ 500,000.00 |

***Note:*** ***1 Spare System set aside from contract 9027 to be used in Baghdad***

***Note:*** ***Line Item 2 (system infrastructure) provided at no cost to government provided all other numbers in this proposal remain the same***

***Note:*** ***2 Added 8 channel 100 Watt systems proposed for IAN networks in Basra and Mosul; Both Systems will maintain 200 units per channel average***

| | |
|---|---|
| **SUB TOTAL:** | $ 5,428,280.00 |
| **TRADE IN CREDIT:** | $ - |
| **SHIPPING AND HANDLING:** | FOB Baghdad |
| **TOTAL:** | $ 5,428,280.00 |

**TERMS AND GENERAL INFORMATION:**

**Cage Code: 3E1L6**
**Tax ID#: 30-0101526**
**Duns # 118250732**
**Vendor POC: Dominic Di Luigi**

**GSA CONTRACT NUMBER GS-35F-0358M**
**Payment Terms: Net 30**
**Delivery: 30-45 DAYS ARO**
**Veteran Owned Small Business**

**Iraqi Administrative Network (IAN) Proposal**

**Current Situation:**

Presently, Praecomm Inc. is in the process of concluding its portion of the FRN project, which involves providing networked wireless communications to 17 Major cities throughout the country of Iraq. All equipment is currently assembled, programmed, optimized and ready for final shipment to BIAP for installation and training of CPATT/IPS personnel.

With the historically on-again, off-again schedule and scope of the AFRN project, Praecomm has been contracted to provide 'long-term' alternative systems or systems in 'lieu of AFRN systems' in the cities that were originally slotted to have AFRN installed as their 'long term' solution.

As a small business and relatively very young company, Praecomm has provided the PCO with extremely aggressive pricing, delivery schedules and 'can-do' attitude over the last 18 months in order to breach the wireless communications market here in Iraq and establish ourselves as a viable competitor in the field of otherwise Fortune 100 companies.

Although our company is young, our members are all top tier, experienced players in the wireless communications field. We have continually gone the extra mile and feel that we have earned the right to play in this arena not because of set asides but rather by providing the utmost in products, pricing and services in comparison to our Fortune 100 competitors.

The fact that we hold contracts to provide the long-term wireless solution for 17 Major cities in Iraq is a result of our hard work and quality of products/services coupled with the confidence of our employers in the PCO over many administrations that we will always do our best to provide our best. Our reputation relies on it and our reputation means everything to us.

Recently, we have been concerned to find out that our contracted cities have been viewed as better served by the AFRN solution rather than ours. While we recognize that we are not providing as comprehensive solution as AFRN would provide, we have felt all along that we were providing the best solution considering things such as circumstances, environment, pricing and delivery times. We are reminded of the things we have all learned while on active duty in an environment such as Iraq that sayings like 'a good solution now is better than a perfect solution that comes too late' come from lessons learned and never change throughout the years.

In addition to this old adage, we are also aware of the practice of not putting one's hand in your dog's food bowl while he's eating as even man's best friend sometimes draws the line when the situation presents itself. That having been said, we feel we have been good 'dogs' for the PCO that view the opportunities handed to us as blessings that we are truly grateful to have been given. In return, we have given our best through the

tough times and see our role in the overall mission as more than a simple contract given to a vendor but rather our selection as a member of the team.

We are, however, in business and would not be so if we were to roll over at every sign of opposition such as looking at the prospect of releasing our opportunities to other companies in the market without standing up for our own interests provided we feel they are also right for the interests of our customer and their mission.

Although we respect the latest direction CPATT has decided to pursue with the Iraqi FRN program, we are not crazy about the prospect of what such a move will do to impact the growth and revenues of our company. We feel that the release of our contracted major cities for those of much smaller, less significant cities will surely result in loss of market share, exposure/name recognition, long-term revenues and follow-on opportunities.

We do not want to hamper the PCO or CPATT but rather continue on as a valued member and resource. We have developed a plan that we feel represents a compromise that will work for all parties involved and provide a much-needed facet to the overall security program in Iraq at the same time.

**The solution:**

We have developed a potential program we have named the IAN or the Iraqi Administrative Network. The IAN would provide the same basic usability as the AFRN system but for a different customer and application. The IAN would be used as a comprehensive communication and 911/safety system for all dignitaries and government employees both foreign and domestic that operate in theatre to accomplish the overall mission of the Iraqi government and coalition forces.

We feel the IAN would prove to be a great asset that would save lives and facilitate the reconstruction efforts by providing the platform for comprehensive and consistent wireless communications in every major city throughout the country of Iraq.

The IAN can be accomplished with minimal amount of effort on behalf of CPATT and the PCO as most all the parts of the IAN program are already in place through existing contracts currently slotted for the FRN solution. What we are talking about would require only three things:

1. 2 additional systems for the balance of the larger cities not covered under our current FRN contracts (the 2 systems and their programming and optimization will be provided to the government at no charge given the balance of equipment listed on our current proposal remains the same)
2. Additional portable radios to accommodate the optimal amount of users for both the cities and capacity of the systems
3. The creation of a new program of record for the IAN network to ensure its viability and longevity 'long-term'

Please review some of the points we have chosen to illustrate in bullet form below. These bullet points will define the situation and rationale for the creation of the IAN program.

Situation:

1. Roughly 17000 portables and 18 systems contracted for our FRN program are already configured for designated major cities throughout Iraq. Reconfiguring roughly 12-13k of them along with 13 systems would prove to be a logistical nightmare. The IAN would be able to use those existing systems and portables in the same cities with the same configuration as was originally planned for the FRN application.
2. ~~Currently, there are roughly 5000 plus portable units and 4-6 systems in~~ theatre with the balance ready for shipment contingent on receipt of payment for past due invoices. The equipment already in theatre would need to be returned to the factory for reprogramming and reconfiguration as doing so on the ground in Iraq would prove almost impossible. This equipment could be utilized for the IAN application 'as is' and the progress would simply move forward.
3. All 18 contracted systems are designed to interface w/ the ING conventional equipment that utilizes the Transcrypt 460 scramblers via Raytheon ACU-1000 technology.
4. The recent conflict between Lucent's AFRN solution and Praecomm's FRN solution involves 12 large cities that we have been contracted to provide since 28 January 2005 via Modification# P00001 of Contract# W914NS-05-F-9027.
5. Praecomm feels it stands to lose significant long-term opportunities should it concede to simply exchange its current contract to provide FRN systems in the 12 larger cities for one that would provide the same equipment to 12 much smaller cities. This conclusion is based on the significant decrease in Iraqi wireless market share, total radio users and placement of equipment in much lower priority locations than those locations currently slotted to receive our equipment.
6. *Checkpoint security tensions can be alleviated and incidents can be controlled through communication; the IAN can be designed to interface with the AFRN on a 'checkpoint' talk group thereby preventing the possibility of 'friendly-fire' type exchanges. Best example of this is the recent tragedy surrounding the death and injury of the Italian journalist and her agent handler (please see attached AP article in PDF out today, note concerns over communications). On the sentry side of matters, such a communication capability combined with an appropriate SOP would help determine friend or foe more quickly and efficiently which in turn would save lives.*
7. A viable communication program of record does not currently exist to provide security and wireless communication capabilities for dignitaries and government users (administrative users or otherwise) who are either providing or requiring security other than that for First Responder Networks either current or planned.

8. High, in-theatre threat levels exist that constantly compromise security for dignitaries and government employees both permanent and transient alike. These threats are amplified greatly by the lack of a comprehensive communication capability or capacity as current methods lack what only a networked system of operation can provide. These capabilities are simply not obtainable via conventional two-way, terrestrial and satellite based wireless phone systems.
9. There is extreme value for public safety in having a common communication coordination platform such as the IAN, which will also provide direct interface to the AFRN though dispatch and any other means necessary or required by the IPS or other FRN forces.
10. Use of the BEAM (Broadcast Emergency Announcement Message) receive only example can be utilized as an all call announcement initiated by the IPS to all IAN users keeping them abreast of any potentially threatening situations such IED's or the like.
11. By migrating a good number of wireless phone users or issuing new users networked radios instead of phones, the PCO can realize huge cost savings by utilizing the IAN as a customer owned communication device.
12. Co-location of IAN and AFRN infrastructure will ensure smaller footprints in sites for the benefits of access, maintenance and security to name a few. It will also allow close control of the IAN system by the appropriate IPS representative already assigned to manage and maintain the upcoming AFRN system.
13. Direct-link of IAN to AFRN dispatch w/ expanded communication capability at the sole discretion of the AFRN dispatcher will provide the IAN user direct access to police security while providing the IPS with a 'stop-point' to ensure control.
14. Through the use of MPT3200 technology, the IAN system will have all the capability to provide all pertinent or essential AFRN/Tetra capabilities for any future requirements.

Miscellaneous applications and inputs worth mentioning:

- System network sharing capability between IAN and AFRN platforms
- AFRN monitoring capability of IAN platform
- Communication capability and AFRN interface without risk of system compromise from lost or stolen IAN units
- 911 Application
- Inter agency gateway
- As this is essentially a 'safety' network, an alternative name for the network could be the ISN or Iraqi Safety Network

In closing, Praecomm requests a program of record status for IAN for all major cities throughout Iraq. What this means according to our list is simply adding 2 sites and increasing the number of subscriber units from the current number to an average of 200 units per single channel throughout all systems (all systems currently on the ground at BIAP are already loaded-out with the 200 per channel average).

Praecomm recommends that we will install the outstanding five cities not slotted for AFRN first and then coordinate with Lucent/AFRN teams for coordination of IAN/AFRN interface and installation. All recommended equipment, Add-on or existing, for the IAN program will be married up with existing equipment on the ground at BIAP NLT 45 days ARO with receipts of past due funds.

During this time, our team will have concluded the five cities slotted for the FRN solution with the balance of the time needed to complete IAN project directly dependent on the progress of the AFRN program. Reason for this is again that we will look to co-locate IAN equipment physically at each designated AFRN site.

We thank you for taking the time to review our IAN proposal. While considering the merits of this proposal, please take into consideration the alternatives to it or why this would not be a good idea to implement just as we have. We have tried to put ourselves into your position to consider all options and we cannot find one reason why this proposal would not make sense to anybody. In our view, the IAN network concept would respond the age-old adage that 'an ounce of prevention is worth a pound of cure'.

...the IAN system would:

- save lives and prevent unnecessary incidents due to poor communication capabilities
- facilitate reconstruction efforts by providing dramatically improved communication capability for all coalition members and dignitaries
- provide a greater sense of security for all users
- make the job of providing security and policing their districts that much easier for the IPS by providing them a superior method of control through the use of the IAN platform

We are available for any questions or comments and are very excited about the possibility of seeing this program come to life. We have had the IAN concept in our minds for some while without the opportunity or motivation to spend the time to present it. Possibly this is the right time and solution for what we may all agree is a potential problem that can be turned into something altogether unexpected and positive.

**Shawn Campbell**

**From:** Sile Robert F MAJ CPATT J6 [robert.sile@iraq.centcom.mil]
**Sent:** Saturday, March 26, 2005 7:29 AM
**To:** dom@praecomm.com
**Cc:** Shawn Campbell; Graham, John COL; Radano Andrew J LT CPATT
**Subject:** RE: Compromise proposal #2

Dom,
My apologies for the delay as the Colonel and I have been out and about these past few days. We've discussed this and we would like to proceed with the 5 city installation as quickly as possible. And we want to proceed then with final 13 cities after reprogramming. We also will talk with contracting and we understand the need to cover the costs for reprogramming for the other cities.

We can't provide you with exclusivity as that's not our charter. Only the Iraqis can provide that. However, you will have simple & robust system which is considerably less expensive and much more aligned with their real needs. When I discuss their options with them I can point out costs versus benefits and believe you'll do quite well.

The current plan for now (as I see it and if you agree) should be to focus on:
- rough estimate of reprogramming costs
- agreement on 17 cities to be installed (I can provide you a draft in next couple of days
- rough timeline from you
- installation of the 18 cities
- discussions around extending FRN out to additional cities (how many, where, lifecycle costs, etc)

Let me know what you think

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

-----Original Message-----
From: Dom's Email [mailto:dom@praecomm.com]
Sent: Monday, March 21, 2005 10:08 PM
To: Sile Robert F MAJ CPATT J6
Cc: Shawn Campbell; Graham, John COL
Subject: Compromise proposal #2
Importance: High

Bob:

We have been discussing matters on our side regarding the whole of the situation...seeing how IAN is not in your category or potentially not feasible from a contracting perspective, I would like to know if we could explore a second potential avenue...

Currently, we have 18 systems total ready for installation...if we were to agree to go ahead with 5 of those systems to the major cities you have indicated and put the balance into smaller cities (13 total) of your choosing, is there a possibility that there would be more smaller cities than the 13 we would be currently contracted for...

meaning, is there a need for communications for first responders in more than 13 smaller cities and would you folks consider letting our system be the system of record in those additional smaller cities...if so, please indicate the total number of additional cities and potential end users and we will put together a proposal for the additional equipment and labor, to include a reconfiguration timeframe for all of the systems currently contracted for which would need to be reconfigured to match the appropriate channel plan of their re-assigned cities...

we feel that in this way, although we would not be in the larger cities, we would still be able to do a comparatively proportionate amount business and still make a positive difference in the overall FRN/AFRN communication program...

we hope you find this latest compromise idea more beneficial to your program than the last one we sent...please let us know your thoughts if possible...

r/

dom

Dom Di Luigi
Praecomm Inc.
6310 Riverdale Street
San Diego, CA 92120

www.praecomm.com
Phone: +619-325-1642
Fax: +619-325-1643

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to Praecomm Inc. and are for the exclusive and confidential use of the intended recipient only. The recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

**Shawn Campbell**

**From:** Sile Robert F MAJ CPATT J6 [robert.sile@iraq.centcom.mil]
**Sent:** Friday, April 01, 2005 6:14 AM
**To:** Dom Di Luigi
**Cc:** Shawn Campbell; Graham, John COL; Radano Andrew J LT CPATT; Nearn, Danny
**Subject:** RE: Compromise proposal #3

Dom, have discussed this with the Colonel and here's what we want to proceed with.

1. We will go with 17 total cities as specified in contract.
2. We will shift 12 of the cities and I will provide that list to you for your review within 5 days (April 5th). If that list of cities is okay then we will mod contract to reflect the city change.
3. I think we want to stay with that equipment originally intended & purchased for the original contract. The contract I have says 11,440 units. We would agree to the costs of reprogramming because of city change as it is result of our decision. I see $90k in proposal and if it is doable I would think it would be better to reprogram here rather than there.
4. We will want to upgrade the 5 city for 8-channel systems as the current contract specified.
5. When I looked at proposal I see portable systems reconfiguration and charges. Are you telling me that all of the handhelds are already programmed? I need to understand that.
6. Basically Dom, we want the original system but change the cities to reflect the current security situation needs in-country at this time.
7. As you stated, it is in all of our collective interest to decide this once & for all and get this installed and operational. I think once it is up, the low maintenance and incremental expansion costs will be very attractive to the Iraqis as they seek to expand this type of coverage to other cities.

On your other billing issues, we are working through the mess as best we can. Might be helpful to send Shawn here on-site to speed up process.
A suggestion.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539
-----Original Message-----
From: Dom Di Luigi [mailto:dom@praecomm.com]
Sent: Friday, April 01, 2005 5:04 PM
To: Sile Robert F MAJ CPATT J6
Cc: 'Shawn Campbell'; Graham, John COL; Radano Andrew J LT CPATT
Subject: RE: Compromise proposal #3

Bob:

Any news?

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

-----Original Message-----
From: Sile Robert F MAJ CPATT J6 [mailto:robert.sile@iraq.centcom.mil]
Sent: Wednesday, March 30, 2005 9:19 AM

To: Dom Di Luigi
Cc: Shawn Campbell; Graham, John COL; Radano Andrew J LT CPATT
Subject: RE: Compromise proposal #3

Dom, first my apologies for any confusion as I mean to keep the number of cities the same contractually. I see where I used numbers 17 and 18 and simply meant to keep number same as in contract.

We're reviewing and I need to discuss with contracting and Colonel which will happen tomorrow. I will email you tomorrow pm.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539
-----Original Message-----
From: Dom Di Luigi [mailto:dom@praecomm.com]
Sent: Tuesday, March 29, 2005 7:48 AM
To: Sile Robert F MAJ CPATT J6
Cc: 'Shawn Campbell'; Graham, John COL; Radano Andrew J LT CPATT
Subject: Compromise proposal #3
Importance: High

Bob:

Seems from your last response that there is some issue with adding more cities past the number currently contracted for...which is 18 total...to this, I have attached our final offer to remedy the situation with a proposal that I would like either a yea or nea, hopefully within the next
5-7 days or so...

Per the last email sent, if this final offer is not accepted, we feel we will have done all we could to proactively remedy the situation by having offered three very reasonable alternative resolutions...

In our view, this final offer can't have any hiccups as it will not require the addition of any additional cities, it will simply look to expand capacity and equipment in the current cities by adding 5 more systems to the larger cities and more subscriber units to the overall mix...these numbers were not originally planned for and would be needed to accommodate for fire and EMT first responders anyway...

essentially, we would like the 'full' loadout issued for the cities we will be assigned to, all 18 of them and feel this additional equipment will be what's required eventually to truly provide a first rate FRN system...

Line Items in the proposal are as follows:

#1: portable handsets: numbers are determined by the planning for 200 users per channel average throughout each system...we simply added all equipment procured to date and deducted from 200 user/channel average to determine balance required to meet the average...

#2: we added 5-8 channel systems to each of the five larger cities...along with that, we have recommended re-assigning the existing 5-8 channel systems to these same 5 larger cities as they will be needed long term if not immediately to accommodate the larger number of total police users and then the eventual add on of fire and emt...last point would be having two sites per large city would of course provide better coverage patterns and as our systems are network capable, allow for future linking of sites in each city with very minimal effort...

#3: Since we recommend using the existing 8 channel systems in the larger cities along with this plan, we would need to reprogram all systems and all subscriber units from scratch...all systems have system ids and each portable will have to be linked to match those system id's...as such, switching from the 6 channels systems to the 8 channels will require reprogramming...highly recommended...

#4: 2-6 channel systems were offered to the government at no cost based on the cities they were to be assigned to...we would ask that if this plan goes through, as we will not have our systems in those cities, to be compensated at the same rate as those purchased were given in contract 9027...

From there, I believe that's it...I have attached a 2 page PDF, one page with the new offer in quotation, the second itemizing the numbers for your review...

Again, we feel this offer will provide everything needed for the balance of the cities we would be working in to have first rate communication coverage...none of this gear would go to waste, we would not have to go to the next step of finding more cities unless you needed those cities covered otherwise...we would simply be providing more equipment to the same cities...that should be real easy for everyone...

In this way, although we would still be giving up 12 major cities, we would be accomplishing comprehensive comms in the cities we did provide for...in my book, this would be the most reasonable of offers, something we both could live with and justify properly...anything less would not still be the case for us...hope you'll see it as the same...

Will look forward to your response, again, a simple yea or nea will work for us, but let's please move towards some closure either way...am hoping one of the three proposals, or combination of more than one will meet with yours and the colonel's approval...we would like to get this situation past the 'discussion' stage and into action if possible...either way, we would like to get to the final answer sooner rather than later...

we respect and appreciate the fact you are all very busy over there and decisions like these take time...unfortunately, with all the delays and changes taking place regarding this project, we are not so busy on this end and would very much like to be...hope you understand...thanks again for your time and consideration in the matter...

r/

dom

-----Original Message-----
From: Sile Robert F MAJ CPATT J6 [mailto:robert.sile@iraq.centcom.mil]
Sent: Saturday, March 26, 2005 7:29 AM
To: dom@praecomm.com
Cc: Shawn Campbell; Graham, John COL; Radano Andrew J LT CPATT
Subject: RE: Compromise proposal #2

Dom,
My apologies for the delay as the Colonel and I have been out and about these past few days. We've discussed this and we would like to proceed with the 5 city installation as quickly as possible. And we want to proceed then with final 13 cities after reprogramming. We also will talk with contracting and we understand the need to cover the costs for reprogramming for the other cities.

We can't provide you with exclusivity as that's not our charter. Only the Iraqis can provide that. However, you will have simple & robust system which is considerably less expensive and much more aligned with their real needs. When I discuss their options with them I can point out costs versus benefits and believe you'll do quite well.

The current plan for now (as I see it and if you agree) should be to focus on:
- rough estimate of reprogramming costs
- agreement on 17 cities to be installed (I can provide you a draft in next couple of

days
- rough timeline from you
- installation of the 18 cities
- discussions around extending FRN out to additional cities (how many, where, lifecycle costs, etc)

Let me know what you think

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

-----Original Message-----
From: Dom's Email [mailto:dom@praecomm.com]
Sent: Monday, March 21, 2005 10:08 PM
To: Sile Robert F MAJ CPATT J6
Cc: Shawn Campbell; Graham, John COL
Subject: Compromise proposal #2
Importance: High

Bob:

We have been discussing matters on our side regarding the whole of the situation...seeing how IAN is not in your category or potentially not feasible from a contracting perspective, I would like to know if we could explore a second potential avenue...

Currently, we have 18 systems total ready for installation...if we were to agree to go ahead with 5 of those systems to the major cities you have indicated and put the balance into smaller cities (13 total) of your choosing, is there a possibility that there would be more smaller cities than the 13 we would be currently contracted for...

meaning, is there a need for communications for first responders in more than 13 smaller cities and would you folks consider letting our system be the system of record in those additional smaller cities...if so, please indicate the total number of additional cities and potential end users and we will put together a proposal for the additional equipment and labor, to include a reconfiguration timeframe for all of the systems currently contracted for which would need to be reconfigured to match the appropriate channel plan of their re-assigned cities...

we feel that in this way, although we would not be in the larger cities, we would still be able to do a comparatively proportionate amount business and still make a positive difference in the overall FRN/AFRN communication program...

we hope you find this latest compromise idea more beneficial to your program than the last one we sent...please let us know your thoughts if possible...

r/

dom

Dom Di Luigi
Praecomm Inc.
6310 Riverdale Street
San Diego, CA 92120

www.praecomm.com
Phone: +619-325-1642
Fax: +619-325-1643

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to Praecomm Inc. and are for the exclusive and confidential use of the intended recipient

only. The recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

**Dom Di Luigi**

**From:** Sile Robert F MAJ CPATT J6 [robert.sile@iraq.centcom.mil]
**Sent:** Friday, April 08, 2005 8:53 AM
**To:** Dom Di Luigi; Shawn Campbell; Nearn, Danny
**Cc:** Radano Andrew J LT CPATT; Monsour Stephen J CPT CPATT; Graham, John COL
**Subject:** RE: 5 city verification

Dom, no date on the Radano visit but he will work phones to find stuff and start corralling it up. I know that he is talking with Shawn to get info to be specific on locating equipment and paperwork.

The 5 cities we want are:
Dahuk
Irbil
Fallujah
Al Amarah
As Sulaymaniyal

The next 5 smaller cities we will want to install after the cities above are:
Balad
Umm Qasr
Al Qubbah
Tal Afar
Al Muqdadiyah

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

---

**From:** Dom Di Luigi [mailto:dom@praecomm.com]
**Sent:** Friday, April 08, 2005 5:11 PM
**To:** Sile Robert F MAJ CPATT J6
**Subject:** 5 city verification
**Importance:** High

Bob:

Understand we are looking for the new 5 city list from the contract along with the per city numbers breakout for today...could you please forward it to me for review prior to your end of day today?...also, do you have a date to get Andy Radano out to the warehouse to verify equipment for payment?

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com