**shawn@americanradio.us**

**From:** Dom Di Luigi [dom@praecomm.com]
**Sent:** Saturday, June 11, 2005 7:04 AM
**To:** 'Shawn Campbell'
**Subject:** FW: [U] RE: Items of Interest

Fyi...

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

---

**From:** Dom Di Luigi [mailto:dom@praecomm.com]
**Sent:** Saturday, June 11, 2005 7:02 AM
**To:** 'Radano Andrew J LT CPATT'
**Subject:** RE: [U] RE: Items of Interest

10-4...I was responding to what you had said about 17 cities and matching it up with what I was hearing...r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

---

**From:** Radano Andrew J LT CPATT [mailto:andrew.radano@iraq.centcom.mil]
**Sent:** Friday, June 10, 2005 10:32 PM
**To:** Dom Di Luigi
**Subject:** [U] RE: Items of Interest

**Classification:** UNCLASSIFIED//FOR OFFICIAL USE ONLY
Sorry for delay in responding, Dom. Cannot speak to what you've been hearing about additional FRN cities, except that we still need to finalize final (8). However, from what I understand AFRN is having its share of problems, so there's a chance some of the final FRN cities may be former AFRN ones when all is said and done. When the time comes to decide it will be a matter of getting MAJ Sile, Karen Parris and you all on the same page for contract purposes.

Other than that, I'm almost caught up and as far as FRN goes, that means we're just in our holding pattern for funds... unfortunately. Please let me know when you see funds, and I'll keep you posted as to anymore developments here.

Thanks again, Andy

**Classification:** UNCLASSIFIED//FOR OFFICIAL USE ONLY
If this e-mail is marked FOR OFFICIAL USE ONLY it may be exempt from mandatory disclosure under FOIA. DoD 5400.7R, "DoD Freedom of Information Act Program", DoD Directive 5230.9,

"Clearance of DoD Information for Public Release", and DoD Instruction 5230.29, "Security and Policy Review of DoD Information for Public Release" apply.

---

**From:** Dom Di Luigi [mailto:dom@praecomm.com]
**Sent:** Saturday, June 11, 2005 3:57 AM
**To:** 'Dom Di Luigi'; Radano Andrew J LT CPATT
**Cc:** 'Shawn Campbell'
**Subject:** RE: Items of Interest

Andy:

Not sure if you received my last email below...wondering if you've had enough time to get your bearings and if so would let us know what's currently going on with any potential new FRN plans you've previously indicated may be in the works...

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

---

**From:** Dom Di Luigi [mailto:dom@praecomm.com]
**Sent:** Thursday, June 09, 2005 12:39 PM
**To:** 'Radano Andrew J LT CPATT'
**Cc:** 'Shawn Campbell'
**Subject:** RE: Items of Interest

Andy:

In talking w/ Shawn, we have heard rumors of additional equipment or cities being added to the FRN project, or both, as I think you're indicating...is there anything so far as information you could share with us if there is any truth to that...believe now would be the time to address that as we are still holding on funding...

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

---

**From:** Radano Andrew J LT CPATT [mailto:andrew.radano@iraq.centcom.mil]
**Sent:** Wednesday, June 08, 2005 2:46 AM
**To:** Dom Di Luigi
**Subject:** RE: Items of Interest

Dom,

Sorry to hear getting paid is still an issue... hopefully soon.

Still sorting through emails on this end, but I can tell you we're getting closer to a final set of conventional and repeated frequencies to use for FRN. Has anyone discussed further the addition of cities to FRN project? Something that would bring present (10) cities to intended (17)?

I am planning to meet with MAJ Sile later this afternoon to discuss a variety of matters. If anything comes up that will impact our planning, I'll certainly let you know.

Take care, Andy

---

**From:** Dom Di Luigi [mailto:dom@praecomm.com]
**Sent:** Tuesday, June 07, 2005 6:43 PM
**To:** Radano Andrew J LT CPATT; 'Shawn Campbell'
**Subject:** RE: Items of Interest

Andy:

Hope your R&R was relaxing...we're still here with the same issues as when you left...nothing changed, we still need payment...only thing worth noting is that Karen has been great and really helped this process along everywhere she can...she has three of our payments submitted to the CBI, Central Bank of Iraq which effectively close out contract 0032...the matter that I have been asking her to look into is how to get the CBI to actually pay us...

she has no control over when the CBI will actually pay the amount she has submitted, nor does she know anyone who works there...one of three payment was submitted the end of April, the other two the end of May...I prompted her again yesterday to see could find a POC at the CBI we could work with but so far we don't have anything...based on the timetable so far, it has been six weeks since Karen submitted the first payment for processing to the CBI...

Other than that, is there any news you have heard about on your end worth mentioning? Welcome back...

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

---

**From:** Radano Andrew J LT CPATT [mailto:andrew.radano@iraq.centcom.mil]
**Sent:** Tuesday, June 07, 2005 3:52 AM
**To:** dom@praecomm.com; Shawn Campbell
**Subject:** Items of Interest

Gentlemen,

Back from R&R. Hope all is well. I've been pouring over emails, trying to catch up on recent developments, FRN or otherwise. May take some time, so anything pressing to fire my way? May help me cut to chase.

V/r

1LT Andrew J. Radano, CPATT/C6
DSN 318-239-7746
MCI 914-822-0694
andrew.radano@iraq.centcom.mil
andrew.radano@us.army.mil

**shawn@americanradio.us**

| | |
|---|---|
| **From:** | Shawn Campbell [shawn@americanradio.us] |
| **Sent:** | Saturday, July 16, 2005 8:43 PM |
| **To:** | LT Andrew Radano (andrew.radano@iraq.centcom.mil); Karen A. Parris (karen.parris@pco-iraq.net) |
| **Cc:** | Dom (Praecomm) (dom@praecomm.com) |

Copy of FRN Cities--working li...

Karen-

I understand you ran into LT Andy Radano in the hallway. He is inquiring of the W914NS-05-F-9027 and W914NS-05-F-9001 contracts (this is FRN as American Radio/Praecomm is involved with).

He is trying to formulate a list of cities for the FRN project (please see attached list). Can you please get with him and help him out with what he is trying to do. As I understand, you are leaving sometime in August. I have shared with LT Radano how helpful you have been for us and think it would be good for him to do what he is trying to do while you are still there to assist.

r/

shawn

Shawn Campbell
American Radio
www.americanradio.us

6310 Riverdale Street
San Diego, CA 92120

Phone: +619 239 5020 Ext. 201
Fax: +619 239 5925

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to American Radio and is for the exclusive and confidential use of the intended recipient only. The intended recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

**Tracking:**

| Recipient | Read | Recall |
|---|---|---|
| LT Andrew Radano (andrew.radano@iraq.centcom.mil) | Read: 7/16/2005 9:36 PM | Failed: 7/16/2005 9:39 PM |
| Karen A. Parris (karen.parris@pco-iraq.net) | | |
| Dom (Praecomm) (dom@praecomm.com) | | |

| FRN Cities--Definite | |
|---|---|
| Balad | MND-CN |
| Al Muqdadiyah | MND-CN |
| As Sulaymaniyah | MND-CN |
| Dahuk | MND-NW |
| Irbil | MND-NW |
| Tal Afar | MND-NW |
| Fallujah | MND-W |
| Al Amarah | MND-S |
| Umm Qasr | MND-S |

| FRN Cities--Tentative | |
|---|---|
| Al Sharquat | MND-CN |
| Ad Dawr | MND-CN |
| Tuz | MND-CN |

**Shawn Campbell**

---

**From:** Dom Di Luigi [dom@praecomm.com]
**Sent:** Sunday, July 24, 2005 6:31 AM
**To:** 'Shawn Campbell'
**Subject:** FW: [U] FRN

Dom Di Luigi
Praecomm Inc..
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

---

**From:** Radano Andrew J LT CPATT [mailto:andrew.radano@iraq.centcom.mil]
**Sent:** Sunday, July 24, 2005 4:31 AM
**To:** dom@praecomm.com
**Cc:** Sile Robert F MAJ CPATT J6; robert.sile@us.army.mil; Parris Karen PCO ACO; Kartes Joann P MAJ CPATT; Hamilton Amy C MAJ CPATT
**Subject:** [U] FRN

**Classification:** UNCLASSIFIED//FOR OFFICIAL USE ONLY
Dom,

Efforts continue to finalize last, definitive list of FRN cities. Currently back up to (15) cities, including both definite and tentative choices. Unfortunately, cities lost to AFRN in no way can be recouped. It's understood that a lot still needs to be determined in up-coming discussion concerning contract modification, however, if we can keep total of (18) cities our feeling is that modifications to contract should include names of cities only.

Also, please do us the favor of copying both MAJ Sile and me on all emails to contracting concerning FRN.

As always, thanks for your assistance.

V/r,

1LT Andrew J. Radano, CPATT/C6
DSN 318-239-7746
MCI 914-822-0694
andrew.radano@iraq.centcom.mil
andrew.radano@us.army.mil

**Classification:** UNCLASSIFIED//FOR OFFICIAL USE ONLY
If this e-mail is marked FOR OFFICIAL USE ONLY it may be exempt from mandatory disclosure under FOIA. DoD 5400.7R, "DoD Freedom of Information Act Program", DoD Directive 5230.9, "Clearance of DoD Information for Public Release", and DoD Instruction 5230.29, "Security and Policy Review of DoD Information for Public Release" apply.

**shawn@americanradio.us**

---

**From:** Radano Andrew J LT CPATT [andrew.radano@iraq.centcom.mil]
**Sent:** Thursday, August 04, 2005 6:00 AM
**To:** Dom Di Luigi; Shawn Campbell
**Cc:** Sile Robert F MAJ CPATT J6
**Subject:** [U] RE: questions

**Classification:** UNCLASSIFIED//FOR OFFICIAL USE ONLY

Gentlemen,

Good questions. Unfortunately, do not have total number of first responders. Have numbers of IPS in some cities. Numbers in some cities still fluctuating, not to mention fact still trying to finalize list of FRN cities. Attached is working list of cities with some numbers supplied by MSC reps. Fielding plan doesn't turn on any ratio of IPS to radios per se. Currently planning flat numbers of radios being fielded to cities, either (750) or (950), depending on smaller or larger IPS forces/cities. This will leave number of "operational reserves."

Have some questions for you, I may need some correcting... Seems bulk of FRN is in (2) contracts, #W914NS-05-F-901 and #W914NS-05-F-9027. Looking for total cost of FRN, was it $7,659,758.00 (amount of both contracts)? I know you told me FRN was really spread over three contracts (9001 included), but that contract has other non-FRN items. If you have an easy grand total I'd appreciate it.

Technical questions: What's frequency range of PST-256? For example, PK-16 is 450MHz to 490MHz. If MPT 3200 system can be upgraded to interoperate with digital system, then how would digital radios, TETRA radios for instance, be used with MPT 3200? Would any interoperability between PST-256 and TETRA radios have to be done through switch between both systems, provided they operate in same frequency range? If TETRA radios are operating between 390MHz and 405MHz, can FRN system be switched with TETRA system? Trying to flesh out all considerations/possibilities between systems we are deploying.

More technical questions: While plan is to program MPT 3200 and let it operate, possible to upgrade and include dispatch system? Can we utilize dispatcher with FRN? Also, whether power from grid or generator, what is suggested minimum amount? What is suggested UPS? If MPT 3200 goes down, PST-256s seize to operate, correct?

Realistic to still expect your arrival in September? Also, can you generate list of things to accomplish at each install site, a checklist of what you will do?

Hate to lay it on thick with so many questions, but FRN has been getting beaucoup visibility lately... it's a good thing. As much help as you can provide is huge.

V/r,

Andy

**Classification:** UNCLASSIFIED//FOR OFFICIAL USE ONLY
If this e-mail is marked FOR OFFICIAL USE ONLY it may be exempt from mandatory disclosure under FOIA. DoD 5400.7R, "DoD Freedom of Information Act Program", DoD Directive 5230.9, "Clearance of DoD Information for Public Release", and DoD Instruction 5230.29, "Security and Policy Review of DoD Information for Public Release" apply.

---

**From:** Dom Di Luigi [mailto:dom@praecomm.com]
**Sent:** Wednesday, August 03, 2005 7:29 PM
**To:** Radano Andrew J LT CPATT
**Subject:** questions

Andy:

Have a couple quick questions for you...

Regarding the whole of Iraq...how many total First Responders are there planned to be collectively between Police/Fire and EMT so far as CPATT is concerned? Also, what is the ratio you are planning between numbers of First Responders and the number of user devices to support them...meaning, ex: 4 cops-1 radio, etc.

Any information you could provide would be extremely helpful...we're trying to number things out on our end for the overall plan for our smaller city plan too...

Please advise...

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

| FRN Cities--Definite | | Grid | General Population | IPS Personnel |
|---|---|---|---|---|
| Balad | MND-CN | MC 2123 6400 | | |
| Al Muqdadiyah | MND-CN | MC 9407 5973 | | |
| As Sulaymaniyah | MND-CN | NE 3896 3573 | | |
| Dahuk | MND-NW | | | |
| Tal Afar | MND-NW | | | |
| Irbil | MND-NE | MF 0450 0650 | 1.21 million | 6380 |
| Fallujah | MND-W | 38S LB 86400 91200 | 170,000 - 240,000 | 1200 |
| Al Amarah | MND-SE | | | |
| Umm Qasr | MND-SE | | | |
| **FRN Cities--Tentative** | | | | |
| Al Sharquat | MND-CN | LE 402 328 | | 700 |
| Ad Dawr | MND-CN | LD 892 134 | | 730 |
| Tuz | MND-CN | LD 858 337 | | 500 |
| Al Qaim | MND-W | 37S FU 8345 0794 | 230,000 | 2072 |
| Haditha | MND-W | 38S KC 5779 8046 | 76,000 | 685 |
| Hit | MND-W | 38S KC 9764 2457 | 100,000 | 900 |

**shawn@americanradio.us**

**From:** Dom Di Luigi [dom@praecomm.com]
**Sent:** Monday, August 22, 2005 7:28 AM
**To:** 'Zubel, Thomas F.'
**Cc:** 'Hamilton Amy C MAJ CPATT'; kpages@comcast.net; 'Shawn Campbell'; jsummerill@dykema.com
**Subject:** RE: [U] RE: FRN update; contracting matters; equitable adjustment request; ARI/Praecomm's further participation in the FRN process

Mr. Zubel:

I am sorry to bother you as I know you are most likely very busy but I was wondering if you would be willing to give me any sort of update on the request for equitable adjustment I sent to your attention, any information you could provide would be very much appreciated...On a separate email, I have been OK'd by Major Sile to remove his name from any future email correspondence to your attention.

Major Hamilton:

I am assuming, since I have not had the opportunity to talk with you yet, that you, as the replacement C-6, would like to be included in any future correspondence I have with Mr. Zubel...please let me know if that is not the case. As well, I have taken Andy Radano off the cc list too on matters solely having to do with contracting...

Thank you all for your time in the matter.

r/

dom

---

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

-----Original Message-----
From: Sile Robert F MAJ CPATT J6 [mailto:robert.sile@iraq.centcom.mil]
Sent: Thursday, August 18, 2005 5:46 AM
To: Dom Di Luigi; Zubel, Thomas F.
Cc: Hamilton Amy C MAJ CPATT; Radano Andrew J LT CPATT; kpages@comcast.net; Shawn Campbell; jsummerill@dykema.com
Subject: RE: [U] RE: FRN update; contracting matters; equitable adjustment request; ARI/Praecomm's further participation in the FRN process

Classification: UNCLASSIFIED//FOR OFFICIAL USE ONLY

Dom, I have changed roles and will no longer be involved with C-6 issues. MAJ Hamilton is my replacement as the C-6 so she'll have to make decisions regarding FRN projects.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
MCI: 914-360-0539
-----Original Message-----
From: Dom Di Luigi [mailto:dom@praecomm.com]
Sent: Wednesday, August 17, 2005 11:59 PM
To: Sile Robert F MAJ CPATT J6; 'Zubel, Thomas F.'
Cc: Hamilton Amy C MAJ CPATT; Radano Andrew J LT CPATT; kpages@comcast.net; 'Shawn Campbell'; jsummerill@dykema.com
Subject: RE: [U] RE: FRN update; contracting matters; equitable adjustment request;

ARI/Praecomm's further participation in the FRN process

Bob:

What we're talking about makes sense to us, let me explain what I mean...In looking at all past solicitations and consequent awards, especially this current one, it occurred to us very strongly that our representation of the numbers alone may not make sense to your side...

In this particular solicitation that we're using as an example, there is a very high demand for fixed equipment where as ours has none...our thought it real simple, we would propose what we feel is a more 'appropriate' mix of equipment for your consideration then what has already been submitted...

This would include a number of base stations and vehicular radios and a proportionate amount less of portable radios seeing how from my emails with Andy, you all seem to have enough of those anyway...

As I was trying to mention in my previous email without giving you a heart attack, this approach will drive up the total numbers as of course fixed equipment costs quite a bit more per piece than does the portable equipment...

Currently, none of our 18 cities, wherever they may end up being, has any fixed equipment in the mix what-so-ever...as well, there are no accessories such as Speaker microphones and radio holsters, all common items in every solicitation we've seen...

If this way of looking at the situation makes sense to you please let us know...if so, we would simply look to submit a spreadsheet based on the numbers we were thinking of as a supplemental for your review...we simply thought in this way, what ever sort of adjustment you folks might consider would be more palatable if the mix of equipment fit into your overall plan better...

Initially, I was planning on simply putting that information together and sending it over but think in light of the response will simply wait for you to give the go ahead instead if you feel it appropriate to do so...Hope this clears up any confusion...

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

-----Original Message-----
From: Sile Robert F MAJ CPATT J6 [mailto:robert.sile@iraq.centcom.mil]
Sent: Wednesday, August 17, 2005 2:44 AM
To: Dom Di Luigi; Zubel, Thomas F.
Cc: Hamilton Amy C MAJ CPATT; Radano Andrew J LT CPATT; kpages@comcast.net; Shawn Campbell; jsummerill@dykema.com
Subject: [U] RE: FRN update; contracting matters; equitable adjustment request; ARI/Praecomm's further participation in the FRN process

Classification: UNCLASSIFIED//FOR OFFICIAL USE ONLY

Dom, as these user devices are explicitly NOT destined for distribution to either an AFRN or FRN supported city, I will find it fascinating to see just what justification ARI will intend to use to show damages. The radio systems you refer in the new solicitation are for Highway Patrol, border forces, and the police forces in provinces. These are all outside the cities specified in your contract. So in no possible way was ARI harmed by this radio solicitation.

Mr Zubel, I will certainly make a visit to see you to discuss this and ARI's original adjustment request. I have the MOI Architecture document which is detailed as to how AFRN

and FRN are components which fit into an overarching multi-layered and multi-technology architecture.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
MCI: 914-360-0539
-----Original Message-----
From: Dom Di Luigi [mailto:dom@praecomm.com]
Sent: Wednesday, August 17, 2005 9:07 AM
To: 'Dom Di Luigi'; 'Zubel, Thomas F.'
Cc: Hamilton Amy C MAJ CPATT; Radano Andrew J LT CPATT; Sile Robert F MAJ CPATT J6; kpages@comcast.net; 'Shawn Campbell'; jsummerill@dykema.com
Subject: RE: FRN update; contracting matters; equitable adjustment request; ARI/Praecomm's further participation in the FRN process
Importance: High

Mr. Zubel:

It has been brought to our attention that there is a new solicitation posted on the CBD that calls for a vastly increased number of user devices than we had estimated on our original request for equitable adjustment.

The information is provided in Solicitation number W914NS-05-R-9064. In light of this new information, we will be adjusting the numbers on our equitable adjustment request accordingly to match the new list of numbers and potential award dollar amounts.

It will take us roughly 24 hours or less to submit to you our adjusted request based on these numbers. I will have the updated Adjustment request sent to your attention no later than close of business tomorrow our time, which means you should receive it roughly this time tomorrow your time.

We apologize for any inconvenience this may cause you or your office.
Thank you for your patience and time in this matter.

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

-----Original Message-----
From: Dom Di Luigi [mailto:dom@praecomm.com]
Sent: Sunday, August 14, 2005 5:27 PM
To: 'Zubel, Thomas F.'
Cc: 'Hamilton Amy C MAJ CPATT'; 'Radano Andrew J LT CPATT'; 'Sile Robert F MAJ CPATT J6'; 'kpages@comcast.net'; 'Shawn Campbell'; 'jsummerill@dykema.com'
Subject: FRN update; contracting matters; equitable adjustment request; ARI/Praecomm's further participation in the FRN process
Importance: High

Mr. Zubel:

I apologize with putting this matter on your desk early on in our relationship but the timing of this discussion is such that it should probably happen now rather than later. We are currently having separate discussions on a regular basis with the program managers at CPATT regarding matters with our contracts. I thought that with Karen's departure and what looks to be new names coming on at CPATT, now would be a good time to formulate an email to everyone involved with the FRN program and our company's involvement with it.

Background: Our Company has been involved with wireless communications in Iraq

contractually since early 2003. Through three contracts, 0032,
9001 and
9027 we have to date provided roughly 16k portable handsets and 18 systems that applies solely to the program known as FRN. The course and direction of wireless communications for First Responders in Iraq has taken a few different directions over the years and thus our role in the matter has been up and down along with it.

Recently, our company was made aware of the scaling back of the FRN program in lieu of a digitalized version known as AFRN. Our company currently holds contract to provide FRN or at least our communication solution, slotted for the FRN program application, to 17 out of the roughly 20 or 21 major cities in Iraq. This recent change about will cost our company 12 of the 17 major cities we currently hold contract for, and substitute our product with that of our competitor.

To date, our company has held out three what we have called, compromise proposals to the PCO/CPATT, all have been squarely rejected. As of right now, our company has fulfilled entirely, all obligations to the PCO as laid out in our numerous contracts. We have just completed the last of our contract obligations by providing the last of the equipment due on contract
9027 and have billed and received payment for all line items on that contract.

As it stands right now, we have been unable to get the folks at CPATT to recognize or acknowledge monetary damages to our company as a result of the types of changes that have been discussed or handed down to us via the current program managers at CPATT. Again, these changes represent a handing over of 12 major cities currently on contract to our company that will be re-assigned to our competition who handle the AFRN program.

Roughly the middle of the month of July, I broached these concerns with our then contracting Officer Karen Parris. Approximately one month later, I am again bringing up the matter, this time in the form of an official request for equitable adjustment. Please see attached document, labeled PCO Equitable Adjustment Request, for specifics of our company's request.

Our company is not opposed to working with the PCO/Army to find a workable remedy to this matter. We do however feel that just brushing these changes under the rug and over looking the monetary concerns of our company do little to instill any sort of enthusiasm or spirit de corps feelings on our part either.

In a separate email, Shawn Campbell is in the process of responding back to Lt. Radano on a list of the latest technical and operational questions posed to us by the Lt. and CPATT. It needs to be made known to the powers that be in operation and management at CPATT that our company has fully executed 'all' of its obligations to our contracts and that further dialogue needs to take place only after a mutually agreeable compromise to our situation has taken place.

Again, as a veteran owned and operated business, with history of its members in Iraq dating back to 1991 while on active duty, we are sensitive to the focus of the whole mission. We simply ask that the powers that be on your end recognize and acknowledge that we are in a position now that our livelihood depends on certain fair revenues being produced for products and services rendered and that any changes which result negatively on our long term prospects for business in that market need to be taken into fair consideration.

We look forward to a fair and reasonable discussion on the matter and hope that these discussions produce a compromise that is both fair and reasonable to both parties, resulting in our continued participation on the US/PCO efforts in theatre.

Thank you all for you time and consideration in the matter. We are available at any time to discuss specifics.

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

-----Original Message-----
From: Zubel, Thomas F. [mailto:thomas.zubel@pco-iraq.net]
Sent: Saturday, August 13, 2005 11:13 PM
To: Dom Di Luigi
Subject: RE:

I will be taking over for Karen Parris. My name is Thomas Zubel. The mail address is the same. My desk telephone is 703-544-6548. I look forward to working with you.

-----Original Message-----
From: Dom Di Luigi [mailto:dom@praecomm.com]
Sent: Saturday, August 13, 2005 6:20 PM
To: Zubel, Thomas F.
Cc: Parris, Karen A.
Subject: RE:

Mr. Zubel:

With Karen's departure, could you please advise me as to who our new contracting officer at the DCMA is please...any help you can provide would be greatly appreciated...

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

-----Original Message-----
From: Parris, Karen A. [mailto:karen.parris@pco-iraq.net]
Sent: Monday, August 08, 2005 8:47 AM
To: Zubel, Thomas F.
Cc: Dom Di Luigi
Subject: FW:

Very Respectfully,

Karen A. Parris

Administrative Contracting Officer

Joint Contracting Command - Iraq

DCMA - Baghdad, Iraq

E-mail: karen.parris@pco-iraq.net

Desk Phone: (703) 544-1536

Cell Phone: (914) 822-0535

Mailing Address:

Karen A. Parris

US Embassy JCCI (DCMA)

APO AE 09316

-----Original Message-----
From: Dom Di Luigi [mailto:dom@praecomm.com]
Sent: Monday, August 08, 2005 6:44 PM
To: Parris, Karen A.
Subject: RE:

Karen:

I don't know what to do here with only three days over there for you...you've broke your butt helping us get paid and making sure we were treated fairly...I'm seriously almost tearing up typing here bringing this to you on your way out the door...

My only concern is that once you're gone, we'll have to start the process all over again...

Have you had a chance to review the information below that I sent to you back on the 17th? I've been traveling quite a bit lately but haven't seen anything back on this except a request from the program managers asking that we keep them in the loop when we correspond with you (assuming that might have to do with your talking with them on the matter, not sure though)...

I'll be home tomorrow evening...is there any chance you would have time to chat with me on it then? I'll understand if you don't being you're that short there now...

If that does work for you, and I'll give you a ring at a specific time that based on when you'd be available...am signing off tonight, it's midnight...will be able to check emails again tomorrow afternoon my time...will look for your response...

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

-----Original Message-----
From: Dom Di Luigi [mailto:dom@praecomm.com]
Sent: Sunday, July 17, 2005 9:59 AM
To: 'Karen A. Parris'
Subject: RE:

Karen:

I would like to give you an insight on this matter, just between you and me...not sure what's going to happen here, but I do need to be upfront and honest with you on the matter...

I understand Shawn is trying to get the Lt. to you regarding his need to modify the list

of cities on our contract so we don't have anymore contracting typos or oh-shits as have happened with other contracts and matters in the past...I'm OK to there, beyond that, my view is that the PCO/CPATT guys have gotten more gear for their money by contracting us to provide equipment to major cities and then change the plan to re-assign this gear to smaller, low priority cities...

See, only one type of communication system will be provided in each city in Iraq to avoid confusion...according to our contracts right now, contracts 9001 and 9027 (which lists the names of 17 cities we currently hold contracts on), our company essentially has 17 out 23 major cities in Iraq slotted for our communication systems...pricing was given to the PCO based on our company providing the communication solutions to those cities...again, there will only be one solution type per city...and ours is not compatible with theirs...meaning, just like everyone else, our technology will not work with our competition's...

Whoever installs their equipment in whichever city will be the communication provider for that city...from a money/business perspective, future sales are directly tied to the number of cities your company has systems installed in...the larger the city, the more potential end users you have, the more equipment will be needed to provide for those ends users...that the simplest way I can explain our problem...

Our solution is as good as Lucent's solution in our opinion and definitely a much better solution by far when you look at the difference in cost, ours being dramatically cheaper, and the practicality of each solution in this environment...in my view, our system is solely the only implement able solution, Lucent's is not, its too costly and cumbersome for the Iraq environment...the environment won't allow theirs and it will continue on only as a politically motivated overly inflated project...

What has been in the works now for sometime although it has not reached your desk on that end is that the Army has decided to take 12 of our contracted cities away from our company and re-assigned them to Lucent technologies...

They received pricing from us based on quantity of order and likelihood of future sales/business...I have been as direct and straightforward with them on this matter as possible...when they made it known of their intentions, I sent them three of what I called compromise proposals, in which they would utilize the equipment in the same cities as contracted for but in different applications or add more equipment to the smaller they wanted to re-assign us to knowing they would need more equipment there eventually anyway...all 3 proposals were rejected for different reasons...

An example of what I am talking about would be like someone coming to you in any business and saying, I need pricing for X number of 'proprietary' widgets and the systems they interface to for the City of New York Police Department...we'll place an initial order now and we need pricing based on the fact there are X number more people on the force who will eventually need those proprietary widgets too once the system has been set up...once the contract was issued and production of those widgets happened, that same person came back to you and said, we've changed our mind, we now have decided to use those widgets in say, Tulsa Oklahoma...we're going to use another product in New York...

First thing you'd say to yourself would be, if my company loses New York City and gets Tulsa instead, we're not going to get as many sales...only makes sense, there aren't hardly as many people in Tulsa as there are in New York...well if your equipment and your competitor's equipment was proprietary, you'd still be happy to get the work in the first place, you'd just most likely have charged a more appropriate price knowing you'd be selling less in Tulsa then you would have in New York...

What this means is we don't mind being re-assigned to the smaller cities, we are happy to be working, even I Iraq...we just wouldn't have given as deep a discount on the pricing as we had...the pricing was designed to get us into the larger cities in the market, the cities as they were presented to us...we gave a 25% discount on equipment and we gave systems away literally...an example would be, we gave two systems for 'free', on contract 9027, in order to gain market share in the larger cities those systems were to be used in...now, those cities are no longer going to be installed by us, they will be re-assigned to Lucent...question is, what sort of adjusted compensation, if any, will the Army offer us knowing that they received those equipments for free and/or a at a dramatically

discounted price, now that we will not be providing to those cities listed on the contract as was agreed...

Anyhow, that's the situation in a nutshell...not sure what to do about it, it's kind of an awkward, uncomfortable situation to be in from our side...we don't want to make any problems or make anyone angry over there, but at the same time, we don't see what's happening as all together fair either...

If this is confusing to you in anyway, please let me know...other than that, please let me know how you think I should proceed...

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

-----Original Message-----
From: Shawn Campbell [mailto:shawn@americanradio.us]
Sent: Saturday, July 16, 2005 8:43 PM
To: LT Andrew Radano; Karen A. Parris
Cc: Dom (Praecomm)
Subject:

Karen-

I understand you ran into LT Andy Radano in the hallway. He is inquiring of the W914NS-05-F-9027 and W914NS-05-F-9001 contracts (this is FRN as American Radio/Praecomm is involved with).

He is trying to formulate a list of cities for the FRN project (please see attached list). Can you please get with him and help him out with what he is trying to do. As I understand, you are leaving sometime in August. I have shared with LT Radano how helpful you have been for us and think it would be good for him to do what he is trying to do while you are still there to assist.

r/

Shawn

Shawn Campbell
American Radio
www.americanradio.us

6310 Riverdale Street
San Diego, CA 92120

Phone: +619 239 5020 Ext. 201
Fax: +619 239 5925

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to American Radio and is for the exclusive and confidential use of the intended recipient only. The intended recipient understands that the information contained in this email is

information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

Classification: UNCLASSIFIED//FOR OFFICIAL USE ONLY

If this e-mail is marked FOR OFFICIAL USE ONLY it may be exempt from mandatory disclosure under FOIA. DoD 5400.7R, "DoD Freedom of Information Act Program", DoD Directive 5230.9, "Clearance of DoD Information for Public Release", and DoD Instruction 5230.29, "Security and Policy Review of DoD Information for Public Release" apply.

Classification: UNCLASSIFIED//FOR OFFICIAL USE ONLY

If this e-mail is marked FOR OFFICIAL USE ONLY it may be exempt from mandatory disclosure under FOIA. DoD 5400.7R, "DoD Freedom of Information Act Program", DoD Directive 5230.9, "Clearance of DoD Information for Public Release", and DoD Instruction 5230.29, "Security and Policy Review of DoD Information for Public Release" apply.

**Zubel, Thomas F.**

**From:** Hamilton Amy C MAJ CPATT [amy.hamilton@iraq.centcom.mil]
**Sent:** Monday, August 15, 2005 1:41 PM
**To:** Zubel, Thomas F.
**Cc:** Radano Andrew J LT CPATT; Sile Robert F MAJ CPATT J6
**Subject:** [U] RE: FRN update; contracting matters; equitable adjustment request; ARI/Praecomm's further participation in the FRN process

Classification: UNCLASSIFIED

Mr. Zubel,

I am the new CPATT C6 and am new to this situation, but it seems evident that we should get together to talk about this situation, along with the 1LT Radano, the action officer, and perhaps MAJ Sile, the outgoing CPATT C6. I understand that the contract was closed out and according to Mr.
Di Luigi they have completed the last of their contract obligations; however I understood that the contract also covered installation of the equipment, which has not happened yet. There are issues surrounding the change in installation locations, which we should likewise discuss, along with one or two other miscellaneous issues. If you are available either tomorrow or Wednesday, I would appreciate the opportunity to discuss the situation with you.

v/r,

MAJ Amy C. Hamilton
Civilian Police Assistance Training Team Communications (C6)
DSN: 318-239-7745
COMM: +1-703-343-7745
Iraqna: 0790-193-5072
SIPR: amy.hamilton@iraq.centcom.smil.mil
-----Original Message-----
From: Dom Di Luigi [mailto:dom@praecomm.com]
Sent: Monday, August 15, 2005 4:27 AM
To: 'Zubel, Thomas F.'
Cc: Hamilton Amy C MAJ CPATT; Radano Andrew J LT CPATT; Sile Robert F MAJ CPATT J6; kpages@comcast.net; 'Shawn Campbell'; jsummerill@dykema.com
Subject: FRN update; contracting matters; equitable adjustment request; ARI/Praecomm's further participation in the FRN process
Importance: High

Mr. Zubel:

I apologize with putting this matter on your desk early on in our relationship but the timing of this discussion is such that it should probably happen now rather than later. We are currently having separate discussions on a regular basis with the program managers at CPATT regarding matters with our contracts. I thought that with Karen's departure and what looks to be new names coming on at CPATT, now would be a good time to formulate an email to everyone involved with the FRN program and our company's involvement with it.

Background: Our Company has been involved with wireless communications in Iraq contractually since early 2003. Through three contracts, 0032,
9001 and
9027 we have to date provided roughly 16k portable handsets and 18 systems that applies solely to the program known as FRN. The course and direction of wireless communications for First Responders in Iraq has taken a few different directions over the years and thus our role in the matter has been up and down along with it.

Recently, our company was made aware of the scaling back of the FRN program in lieu of a digitalized version known as AFRN. Our company currently holds contract to provide FRN or at least our communication solution, slotted for the FRN program application, to 17 out of the roughly 20 or 21 major cities in Iraq. This recent change about will cost our company 12 of the 17 major cities we currently hold contract for, and substitute our product with

that of our competitor.

To date, our company has held out three what we have called, compromise proposals to the PCO/CPATT, all have been squarely rejected. As of right now, our company has fulfilled entirely, all obligations to the PCO as laid out in our numerous contracts. We have just completed the last of our contract obligations by providing the last of the equipment due on contract
9027 and have billed and received payment for all line items on that contract.

As it stands right now, we have been unable to get the folks at CPATT to recognize or acknowledge monetary damages to our company as a result of the types of changes that have been discussed or handed down to us via the current program managers at CPATT. Again, these changes represent a handing over of 12 major cities currently on contract to our company that will be re-assigned to our competition who handle the AFRN program.

Roughly the middle of the month of July, I broached these concerns with our then contracting Officer Karen Parris. Approximately one month later, I am again bringing up the matter, this time in the form of an official request for equitable adjustment. Please see attached document, labeled PCO Equitable Adjustment Request, for specifics of our company's request.

Our company is not opposed to working with the PCO/Army to find a workable remedy to this matter. We do however feel that just brushing these changes under the rug and over looking the monetary concerns of our company do little to instill any sort of enthusiasm or spirit de corps feelings on our part either.

In a separate email, Shawn Campbell is in the process of responding back to Lt. Radano on a list of the latest technical and operational questions posed to us by the Lt. and CPATT. It needs to be made known to the powers that be in operation and management at CPATT that our company has fully executed 'all' of its obligations to our contracts and that further dialogue needs to take place only after a mutually agreeable compromise to our situation has taken place.

Again, as a veteran owned and operated business, with history of its members in Iraq dating back to 1991 while on active duty, we are sensitive to the focus of the whole mission. We simply ask that the powers that be on your end recognize and acknowledge that we are in a position now that our livelihood depends on certain fair revenues being produced for products and services rendered and that any changes which result negatively on our long term prospects for business in that market need to be taken into fair consideration.

We look forward to a fair and reasonable discussion on the matter and hope that these discussions produce a compromise that is both fair and reasonable to both parties, resulting in our continued participation on the US/PCO efforts in theatre.

Thank you all for you time and consideration in the matter. We are available at any time to discuss specifics.

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

-----Original Message-----
From: Zubel, Thomas F. [mailto:thomas.zubel@pco-iraq.net]

Sent: Saturday, August 13, 2005 11:13 PM
To: Dom Di Luigi
Subject: RE:

I will be taking over for Karen Parris. My name is Thomas Zubel. The mail address is the same. My desk telephone is 703-544-6548. I look forward to working with you.

-----Original Message-----
From: Dom Di Luigi [mailto:dom@praecomm.com]
Sent: Saturday, August 13, 2005 6:20 PM
To: Zubel, Thomas F.
Cc: Parris, Karen A.
Subject: RE:

Mr. Zubel:

With Karen's departure, could you please advise me as to who our new contracting officer at the DCMA is please...any help you can provide would be greatly appreciated...

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

-----Original Message-----
From: Parris, Karen A. [mailto:karen.parris@pco-iraq.net]
Sent: Monday, August 08, 2005 8:47 AM
To: Zubel, Thomas F.
Cc: Dom Di Luigi
Subject: FW:

Very Respectfully,

Karen A. Parris

Administrative Contracting Officer

Joint Contracting Command - Iraq

DCMA - Baghdad, Iraq

E-mail: karen.parris@pco-iraq.net

Desk Phone: (703) 544-1536

Cell Phone: (914) 822-0535

Mailing Address:

Karen A. Parris

US Embassy JCCI (DCMA)

APO AE 09316

-----Original Message-----
From: Dom Di Luigi [mailto:dom@praecomm.com]
Sent: Monday, August 08, 2005 6:44 PM
To: Parris, Karen A.
Subject: RE:

Karen:

I don't know what to do here with only three days over there for you...you've broke your butt helping us get paid and making sure we were treated fairly...I'm seriously almost tearing up typing here bringing this to you on your way out the door...

My only concern is that once you're gone, we'll have to start the process all over again...

Have you had a chance to review the information below that I sent to you back on the 17th? I've been traveling quite a bit lately but haven't seen anything back on this except a request from the program managers asking that we keep them in the loop when we correspond with you (assuming that might have to do with your talking with them on the matter, not sure though)...

I'll be home tomorrow evening...is there any chance you would have time to chat with me on it then? I'll understand if you don't being you're that short there now...

If that does work for you, and I'll give you a ring at a specific time that based on when you'd be available...am signing off tonight, it's midnight...will be able to check emails again tomorrow afternoon my time...will look for your response...

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

-----Original Message-----
From: Dom Di Luigi [mailto:dom@praecomm.com]
Sent: Sunday, July 17, 2005 9:59 AM
To: 'Karen A. Parris'
Subject: RE:

Karen:

I would like to give you an insight on this matter, just between you and me...not sure what's going to happen here, but I do need to be upfront and honest with you on the matter...

I understand Shawn is trying to get the Lt. to you regarding his need to modify the list of cities on our contract so we don't have anymore contracting typos or oh-shits as have happened with other contracts and matters in the past...I'm OK to there, beyond that, my view is that the PCO/CPATT guys have gotten more gear for their money by contracting us to provide equipment to major cities and then change the plan to re-assign this gear to smaller, low priority cities...

See, only one type of communication system will be provided in each city in Iraq to avoid confusion...according to our contracts right now, contracts
9001 and 9027 (which lists the names of 17 cities we currently hold contracts on), our company essentially has 17 out 23 major cities in Iraq slotted for our communication systems...pricing was given to the PCO based on our company providing the communication solutions to those cities...again, there will only be one solution type per city...and ours is not compatible with theirs...meaning, just like everyone else, our technology will not work with our competition's...

Whoever installs their equipment in whichever city will be the communication provider for that city...from a money/business perspective, future sales are directly tied to the number of cities your company has systems installed in...the larger the city, the more potential end users you have, the more equipment will be needed to provide for those ends users...that the simplest way I can explain our problem...

Our solution is as good as Lucent's solution in our opinion and definitely a much better solution by far when you look at the difference in cost, ours being dramatically cheaper, and the practicality of each solution in this environment...in my view, our system is solely the only implement able solution, Lucent's is not, its too costly and cumbersome for the Iraq environment...the environment won't allow theirs and it will continue on only as a politically motivated overly inflated project...

What has been in the works now for sometime although it has not reached your desk on that end is that the Army has decided to take 12 of our contracted cities away from our company and re-assigned them to Lucent technologies...

They received pricing from us based on quantity of order and likelihood of future sales/business...I have been as direct and straightforward with them on this matter as possible...when they made it known of their intentions, I sent them three of what I called compromise proposals, in which they would utilize the equipment in the same cities as contracted for but in different applications or add more equipment to the smaller they wanted to re-assign us to knowing they would need more equipment there eventually anyway...all 3 proposals were rejected for different reasons...

An example of what I am talking about would be like someone coming to you in any business and saying, I need pricing for X number of 'proprietary' widgets and the systems they interface to for the City of New York Police Department...we'll place an initial order now and we need pricing based on the fact there are X number more people on the force who will eventually need those proprietary widgets too once the system has been set up...once the contract was issued and production of those widgets happened, that same person came back to you and said, we've changed our mind, we now have decided to use those widgets in say, Tulsa Oklahoma...we're going to use another product in New York...

First thing you'd say to yourself would be, if my company loses New York City and gets Tulsa instead, we're not going to get as many sales...only makes sense, there aren't hardly as many people in Tulsa as there are in New York...well if your equipment and your competitor's equipment was proprietary, you'd still be happy to get the work in the first place, you'd just most likely have charged a more appropriate price knowing you'd be selling less in Tulsa then you would have in New York...

What this means is we don't mind being re-assigned to the smaller cities, we are happy to be working, even I Iraq...we just wouldn't have given as deep a discount on the pricing as we had...the pricing was designed to get us into the larger cities in the market, the cities as they were presented to us...we gave a 25% discount on equipment and we gave systems away literally...an example would be, we gave two systems for 'free', on contract 9027, in order to gain market share in the larger cities those systems were to be used in...now, those cities are no longer going to be installed by us, they will be re-assigned to Lucent...question is, what sort of adjusted compensation, if any, will the Army offer us knowing that they received those equipments for free and/or a at a dramatically discounted price, now that we will not be providing to those cities listed on the contract as was agreed...

Anyhow, that's the situation in a nutshell...not sure what to do about it, it's kind of an awkward, uncomfortable situation to be in from our side...we don't want to make any problems or make anyone angry over there, but at the same time, we don't see what's happening as all together fair either...

If this is confusing to you in anyway, please let me know...other than that, please let me know how you think I should proceed...

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

-----Original Message-----
From: Shawn Campbell [mailto:shawn@americanradio.us]
Sent: Saturday, July 16, 2005 8:43 PM
To: LT Andrew Radano; Karen A. Parris
Cc: Dom (Praecomm)
Subject:

Karen-

I understand you ran into LT Andy Radano in the hallway. He is inquiring of the W914NS-05-F-9027 and W914NS-05-F-9001 contracts (this is FRN as American Radio/Praecomm is involved with).

He is trying to formulate a list of cities for the FRN project (please see attached list). Can you please get with him and help him out with what he is trying to do. As I understand, you are leaving sometime in August. I have shared with LT Radano how helpful you have been for us and think it would be good for him to do what he is trying to do while you are still there to assist.

r/

Shawn

Shawn Campbell
American Radio
www.americanradio.us

6310 Riverdale Street
San Diego, CA 92120

Phone: +619 239 5020 Ext. 201
Fax: +619 239 5925

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to American Radio and is for the exclusive and confidential use of the intended recipient only. The intended recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

Classification: UNCLASSIFIED

If this e-mail is marked FOR OFFICIAL USE ONLY it may be exempt from mandatory disclosure under FOIA. DoD 5400.7R, "DoD Freedom of Information Act Program", DoD Directive 5230.9, "Clearance of DoD Information for Public Release", and DoD Instruction 5230.29, "Security

and Policy Review of DoD Information for Public Release" apply.

**shawn@americanradio.us**

**From:** Dom Di Luigi [dom@praecomm.com]
**Sent:** Monday, September 26, 2005 1:39 PM
**To:** 'Zubel, Thomas F.'
**Cc:** 'Shawn Campbell'; 'Pages, Krista'; 'Summerill IV, Joseph J.'
**Subject:** RE: Update

Tom,

Thank you for your email below. I do not understand your statement that "At this time nobody can tell exactly which cities the equipment will be used . . ." On March 5, 2005 we were told by Andrew Radano J LT CPATT and Major Sile that the cities of Samarra, Kirkuk, Al Kut, Tikrit, Ramadi, Baqubah, An Nasariyah, As Samawah, Ad Diwaniyah, An Najaf, Al Hillah, and Karbala were no longer going to be FRN major cities under American Radio's sole source contracts but instead would become AFRN sole source major cities. On July 24, 2005 Andrew Radano again confirmed that these cities had been "lost to AFRN" and "could not be recouped." Clearly there is a PCO plan with regard to the installation of AFRN equipment and this plan is to replace the cities originally specified in American Radio's contracts with Lucent equipment and follow on services. In fact, the PCO's June 23, 2005 Notice of Intent to Solicit Sole Source, Solicitation W914NS-05-R-0018 states that Lucent has been awarded the sole source contract for the follow on enhancement of the current AFRN system in 15 cities as well as Baghdad. These cities include most, 12 of the 17, major cities that are included in American Radio's contract. As I have informed the PCO in writing on numerous occasions the deletion of these major cities from American Radio's contract has damaged American Radio.

I must conclude from your email that the only decision left for the PCO with regard to American Radio and the FRN equipment is what smaller cities the FRN equipment might be used in.

Tom if my information is incorrect and the Lucent AFRN equipment has not been placed in the cities above please notify me by close of business, September 28th.

Dom Di Luigi
Praecomm Inc.
Phone: +702-966-0677
Fax: +702-966-0678
www.praecomm.com

---

**From:** Zubel, Thomas F. [mailto:thomas.zubel@pco-iraq.net]
**Sent:** Friday, September 23, 2005 8:14 PM
**To:** Dom Di Luigi
**Subject:** RE: Update

It is my understanding the equipment provided by American Radio, which is currently stored in a warehouse, will be used in the future. It would be wrong not to use equipment which has been bought and paid for. At this time nobody can tell exactly which cities the equipment will be used in nor do can they tell what specific technical requirements will be changed. TOM

---

**From:** Dom Di Luigi [mailto:dom@praecomm.com]
**Sent:** Friday, September 23, 2005 11:00 PM
**To:** Zubel, Thomas F.

**Cc:** 'Botkin Francis G LTC CPATT'
**Subject:** RE: Update

Tom,

I have reread your email and have concluded that the PCO will not be installing American Radio's equipment in the contractually specified cities. American Radio will therefore send a letter to you requesting your final decision on American Radio's damages resulting from this cardinal change to the contracts. If I have misunderstood your email please let me know by close of business, Tuesday September 27th Baghdad time, otherwise I will assume my conclusions are correct.

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +702-966-0677
Fax: +702-966-0678
www.praecomm.com

---

**From:** Zubel, Thomas F. [mailto:thomas.zubel@pco-iraq.net]
**Sent:** Thursday, September 22, 2005 11:31 PM
**To:** Dom Di Luigi
**Cc:** Botkin Francis G LTC CPATT
**Subject:** Update

Hi Dom. The long and the short of it is that the Army wants to continue with the FRN, but their requirements have not been defined. In the mean time, I will continue to close your completed contracts. TOM

August 14, 2005

Mr. Thomas Zubel
Contracting Officer
PCO Contracting Activity
Republican Presidential Compound
Baghdad, Iraq, APO AE 09316

Re: Contract No. W914NS-05-F-9001 and Contract No. W914NS-05-F-9027

This letter concerns possible modifications to Contract No. W914NS-05-F-9001 and Contract No. W914NS-05-F-9027 entered into by the Project and Contracting Office ("PCO") and PraeComm, Inc., also know as, American Radio (hereinafter "American Radio"). It is American Radio's understanding that the PCO intends to further modify American Radio's contracts to again change the cities in which the equipment supplied by American Radio under the above contracts will be installed. A change to the contractually specified major cities would be a cardinal change and a breach of American Radio's contracts. Such actions by the PCO will have a significant adverse impact on American Radio for which American Radio would be entitled to an equitable adjustment.

Contract No. W914NS-050F-9001, "Statement of Requirements for Trunked UHF Radio Upgrade for Iraqi Security Forces," specified that the radio system upgrades would be in the four major cities of Ad Diwaniyah, An Najaf, Al Hillah and Karbala. Contract No. W914NS-05-F-9027, "Statement of Work for Conversion to Trunked Radio Network for Iraqi Police Services," specified that the radio upgrades would be in the cities of: Samarra, Kirkuk, Al Sulaymaniyah, Al Kut, Al Fallujah, Al Huwayjah, Altun Kupri, Daquq, Dibs, Layan, Ryad, Abbasiyah, Tikrit and Ramadi. Seven are major Iraq cities. Further, Modification P00001 to Contract No. W914NS-05-F-9027, issued January 28, 2005, substituted the cities of Dahuk, Irbil, Baqubah, Al Amarah, An Nasariyah and As Samawah in place of Al Huwayjah, Altun Kupri, Daquq, Dibs, Layan, Ryad and Abbasiyah. As a result of the modification, the seven small cities in Contract No. W914NS-05-F-9027 were replaced with six large cities.

In contracting with the PCO, American Radio relied on the PCO's representations with regard to the cities specified in the contracts scope of work. American Radio's offer was based on the fact that it would be the sole source for equipment in these eleven specified major Iraq cities for two reasons. First, the MPT3200 technology provided would be proprietary as acknowledged in Contract No. W914NS-05-F-9027. Second, prior to the sole source contracts' execution, several FRN/AFRN PCO program managers repeatedly expressed to American Radio (both verbally and in writing) that only one technology would be utilized per city. It was therefore understood that American Radio would be the exclusive supplier for all follow on equipment because only American Radio's equipment would be compatible with the network systems in the contractually specified cities.

Any change to the contract removing any of the major specified cities would have a direct economic impact on American Radio's market for equipment in those cities. The PCO knew this when it contracted with American Radio. Based on the PCO's representation that American Radio would be the supplier in the contractually specified cities, American Radio reduced its price in the contracts by 30 percent and agreed to supply 6 channel 100 watt MPT3200 for Tikrit and Ramadi at not charge.

A change of the specified major Iraq cities to smaller cities would be a cardinal change to the contract and a breach of contract by the PCO. American Radio would be entitled to damages for this cardinal change measured under common law principles, the Uniform Commercial Code and the Restatement Second of Contracts. In other words, the PCO would be required to put American Radio in as good a position as it would have been had the government not breached the contract. American Radio also would be entitled to anticipated profits that are the natural result of the PCO's breach. Further, American Radio's consequential damages would be recoverable because they were clearly foreseeable and directly caused by the breach.

A conservative calculation of American Radio's damages directly resulting from the PCO's change of the contractually specified major Iraq cities is as follows:

| | |
|---|---|
| 25,000 MPT3200 Portable Radios at $389 per item | $9,725,000 |
| 25,000 220V Single Unit Chargers at $22.50 per item | $ 562,500 |
| 25,000 Ultra High Cap Batteries at $29.00 per item | $ 725,000 |
| System programming for 25,000 portable radios at $25.00 per radio | $ 625,000 |
| 20 Eight Channel MPT3200 Single Site Systems at $96,000 per item | $1,920,000 |
| System programming for 20 singe site systems at $5,000 per system | $ 100,000 |
| Total damages | $13,657,500 |

American Radio's estimated damages resulting from the change of the contractually specified major Iraq cities is $13,657,500. This calculation is conservative because it is likely that vehicular or mobile devices will also be used and these devices would be roughly double the cost (per unit basis) of the portable user devices used in the $13 million calculation. . Secondly, this conservative damage calculation does not include other necessary system interface devices such as Base Station sites and dispatch centers that will likely be necessary.

The PCO has not, as of this date, issued a modification to American Radio's contracts deleting the twelve major cities that were contractually specified in the contracts and the Modification P0001. However, the PCO has received American Radio's equipment and indicated that it will not be placed in the cities promised. This is, in the very least, a constructive cardinal change to American Radio's contracts for which American Radio is entitled to an equitable adjustment in excess of $13 million.

American Radio requests the PCO to either:

a. Uphold the contracts as specified and authorize the installation of American Radio's equipment in the manner indicated by several FRN/AFRN program managers both verbally and in writing. Making the American Radio solution the system of choice for the Program of Record in the contractually designated cities.

Or

b. Determine that American Radio is entitled to contract modifications compensating American Radio for its damages directly resulting from the PCO's actions.

Sincerely,

Dominic Di Luigi
President

**DEPARTMENT OF THE ARMY**
**JOINT CONTRACTING COMMAND-IRAQ/AFGHANISTAN**
**APO AE 09316**

October 14, 2005

Mr. Dominic Di Luigi
PRAECOMM, American Radio, Inc.
6310 Riverdale Street
San Diego, CA 92120

Dear Mr. Di Luigi:

Thank you for your August 14, 2005 letter to Mr. Thomas Zubel with regard to W914NS-05-F-9001 and W914NS-05-F-9027. I have assumed responsibility for this action.

The modifications made to the reference contracts were made pursuant to the Changes Clause, FAR 52.243-1 (c). Accordingly, the Contractor must assert its right to an adjustment under this clause within 30 days. If the Contracting Officer decides that the facts justify it, the Contracting Officer may receive and act upon a request for equitable adjustment before final payment of the contract.

However, in both contract instances, I am unable to consider your request for equitable adjustment. Final payments were made and the contracts closed pursuant to PRAECOMM, American Radio invoices for payment of total quantities delivered following receipt, inspection and acceptance.

If you have any questions, feel free to call me at (703)544-1463.

Sincerely,

Anita S Jackson

ANITA S. JACKSON, MSgt, USAF
Contracting Officer

November 8, 2005

Mr. Thomas Zubel
Contracting Officer
PCO Contracting Activity
Republican Presidential Compound
Baghdad, Iraq, APO AE 09316

Re: Contract Claim Under Contract No. W914NS-05-F-9001 and Contract No. W914NS-05-F-9027 for Contracting Officer's Final Decision

Dear Mr. Zubel:

On behalf of PraeComm, Inc., also known as, American Radio (hereinafter "American Radio"), please consider this claim to be filed against the U.S. Army Corps of Engineers, pursuant to the Contract Disputes Act of 1978, 41 U.S.C. § 601 et seq. For the past six months American Radio has been negotiating with the Project and Contracting Office ("PCO") concerning unilateral constructive modifications to Contract No. W914NS-05-F-9001 and Contract No. W914NS-05-F-9027 entered into by the PCO and American Radio. The dispute arises out of the PCO's deletion of certain cities in which the equipment supplied by American Radio under the above contracts was to be installed. The PCO's unilateral change to the contractually specified major Iraq cities is a breach of the Government's duty of Good Faith and Fair Dealing in administering the contracts. Such actions by the PCO have had a significant adverse impact on American Radio for which American Radio claims damages in the amount of $17,974,281.29.

In accordance with 41 U.S.C. § 605(a), a final decision in writing by the PCO Contracting Officer is requested regarding this claim. Because this claim is in excess of $100,000.00, a duly executed Certification in accordance with the Contract Disputes Act (41 U.S.C. § 605 (c)(1)) is attached hereto.

**Background of the Contracts**

The Coalition Provisional Authority authorized a reprogramming action on the Iraqi police, fire, ambulance and Civil Defense Services communications in the amount of $12

Million. The Program Review Board ("PRB") Allocation Request #32, dated October 12, 2003, granted the Ministry of Interior $12 Million for the purchase of Iraqi police handheld radios. Attachment 1, (PRB Minutes Summary) The CPA – Contracting Activity in Iraq, Contracting Officer Frank V. Sharshel, issued an RFP for the equipment on October 23, 2003. Contract DABV01-03-C-0032 ("Contract 0032") was awarded to American Radio, in the amount of $5,957,380 on December 17, 2003. Under Contract 0032, American Radio provided a UHF radio system in 83 cities (in 17 Governates) in Iraq. The contract Scope of Work Section C.1 "PURPOSE" stated:

> C.1.1. A lack of tactical communications equipment for the Iraq Police has caused a critical shortfall in operational capability. The Contractor shall ensure a Land Mobile Network providing the Iraqi Police Force with reliable communications in order to maintain the stability of the country and the safety of their officers and the Iraqi people.
>
> C.1.2 This requirement is to provide **a low cost interim solution**, which can be fielded in the near term.

Under Contract 0032 American Radio provided the specified radios meeting the mandatory requirements at cost plus a fixed fee. American Radio also provided a proposal responsive to Contract 0032 Section C2.3 "RADIO –Optional requirements" that included Trunking, Digital Technology, Base Stations, Repeaters, Battery Chargers, Frequency/Channelisation, and Fielding/Installation/Set to work. The "Network" that was created was the backbone for the radio system that would be built upon and expanded to support the radio subscribers and users as the number of first responders increased.

The remaining approximately $6 Million of the amount granted to the Ministry of Interior was to be used to satisfy police requirements of 1 radio per 3 police officers and fire, ambulance, and Civil Defense services. Attachment 1, (PRB Minutes Summary – March 10, 2004). This money was used to build out the portable radio and system network. These items were procured under follow on contracts with American Radio.

In the fall of 2004 the PCO again contacted American Radio to obtain some of the Radio-Optional requirements proposed in response to the RFP for Contract 0032. Colonel John Graham, MNSTC-I and LTC Eric Fretheim CPATT C6 verbally told American Radio that the Government wished to install American Radio's First Responder Network ("FRN") (trunked radio system) in the cities of Ad Diwaniyah, An Najaf, Al Hillah and Karbala for two reasons, (1) American Radio had already supplied equipment in these cities as part of Contract 0032 and (2) because the Advanced First Responder Network ("AFRN") provided by Lucent Technologies ("Lucent") would not be able to be installed quickly enough to meet the PCO's needs in these cities.

Based on the PCO's representations that American Radio's FRN system would be installed in these major Iraqi cities, American Radio entered into Contract No. W914NS-050F-9001 ("Contract 9001") on October 14, 2004. The Contract was issued by the PCO, but payment

was made by the United States Army Corps of Engineers. The scope of work for Contract 9001 is contained in the "Statement of Requirements for Trunked UHF Radio Upgrade for Iraqi Security Forces." Attachment 2. Contract 9001 specified that the radio system upgrades would be in the four major cities of Ad Diwaniyah, An Najaf, Al Hillah and Karbala. American Radio offered the equipment to the Government at deeply discounted unit prices significantly below American Radio's commercial prices[1] because having installed the proprietary FRN system in these four major cities all follow on contracts for equipment and services to these systems could only be provided by American Radio. The Government knew that installation of the FRN system would mean that all follow on contracts for that sole source, proprietary equipment would be American Radio's. American Radio timely performed the requirements of Contract 9001 and supplied the equipment to be placed in these cities.

During American Radio's period of performance of Contract 9001, on November 22, 2004, the PCO increased the ceiling on Lucent's ID/IQ Contract W914NS-04-D-005 for AFRN from $75 Million to $150 Million to enable the simultaneous issuance of a Task Order to Build-Out the AFRN. Attachment 3 (Notice to Award AFRN). This contract increase was the result of the PCO technical experts' assessment of the complexity of the AFRN requirements and the ability of other sources to build-out the AFRN in additional cities. The PCO technical experts had determined that only Lucent could meet the Government's urgent requirements.

Despite the PCO technical expert's findings regarding the AFRN system, Colonel Graham and LTC Fretheim again approached American Radio in November 2004 and asked American Radio if it would supply and install equipment to be part of an FRN system in the cities of: Samarra, Kirkuk, Al Sulaymaniyah, Al Kut, Al Fallujah, Al Huwayjah, Altun Kupri, Daquq, Dibs, Layan, Ryad, Abbasiyah, Tikrit and Ramadi. Seven of these cities are considered "major Iraq cities" and seven of these cities are considered "smaller Iraq" cities. The PCO also informed American Radio at that time that it was likely that some or all of the smaller Iraq cities would be replaced with larger cities from the Lucent AFRN contracts.

Having been informed by the Government that its FRN system would now be installed in seven additional major Iraqi cities, American Radio again agreed to offer the equipment to the Government at deeply discounted unit prices significantly below American Radio's commercial prices and also offered two 6 channel 100 Watt MPT3200 Single Site systems at no charge for the cities of Tikrit and Ramadi. American Radio executed Contract No. W914NS-05-F-9027 ("Contract 9027") with the PCO on December 6, 2004. The US Army Corps of Engineers was responsible for payment.

Contract 9027 included a "Statement of Work for Conversion to Trunked Radio Network for Iraqi Police Services," (Attachment 4) and stated that "The Purpose of this effort is to convert radio systems in 12 cities from standard analog to trunked radio systems thereby supporting the expansion of the IPS to 145,000. The Statement of Work "Background" section also stated:

[1] 30-40% discounts

> Over the past year, the coalition has installed ARI analog radio systems in a number of cities in Iraq to support the Iraqi Police Service. These radio systems were originally designed to provide initial support for a force of 85,000 officers. **The radios were to be replaced in June 2004 with the Advanced First Responder Network. That network has been delayed and descaled to the point where it will cover fewer cities and not be in place until June 2005.** As a result of the police force expansion to 135,000 officers, the current radio systems will not be sufficient to support the expanded requirements. Additionally, the system will need to become a long term solution given that the AFRN will not be put into many cities. The solution is to upgrade the existing analog system to a trunked radio network. (Emphasis added)

The Contract provided that all systems must be installed and functional within 60 days of the award of the project.

American Radio diligently began arrangements for shipping and installation. The Lucent AFRN system development continued to experience delays. Faced with these delays, in January 2005 Colonel Graham determined that it was necessary to install the FRN system in six additional major Iraqi cities: Dahuk, Irbil, Baqubah, Al Amarah, An Nasariyah and As Samawah. PCO issued Modification P00001 to Contract No. W914NS-05-F-9027 ("MOD 1") on January 28, 2005, substituting the cities of Dahuk, Irbil, Baqubah, Al Amarah, An Nasariyah and As Samawah in place of Al Huwayjah, Altun Kupri, Daquq, Dibs, Layan, Ryad and Abbasiyah in American Radio's Contract 9027. Attachment 5. Again, American Radio offered to provide the equipment to the Government at deeply discounted unit prices significantly below American Radio's commercial prices.

**PCO Changed the Contractually Specified Cities**

Upon LTC Fretheim's departure, Major Robert Sile assumed his responsibilities as it pertains to FRN and AFRN program manager for CPATT C-6. On March 5, 2005 American Radio was informed by email from Major Sile, and by email from First Lt. Andrew Radano CPATT C-6 that American Radio's FRN system would now be installed in only 5 of the 17 major cities specified by the PCO. Instead, the AFRN system would be installed in 12 of the major Iraq cities specified in American Radio's contracts. Dom DiLuigi, American Radio's President, informed Major Sile, by email on March 6, 2005, that the removal of the 12 major cities from American Radio's contract would "greatly impact [American Radio's] program/company technology deployment and [American Radio's] presence and future share of Iraqi wireless communications market (which we have worked unbelievable hard to establish as a small business manufacturer amongst so many Fortune 100 companies such as Lucent, Tyco and Motorola)." Major Sile's email response that day did not address Mr. DiLuigi's concerns. Instead, Major Sile only stated that the shifting of the cities was simply his decision to sort the overlaps in the AFRN and FRN contracts so that two systems would not be set up in the same city. There was no explanation for why the PCO had now chosen to put AFRN in the cities rather than the FRN systems that were ready and waiting to be installed. There was no offer by

the Government to compensate American Radio for the damages it would incur as a result of this arbitrary change to American Radio's contracts.

American Radio then presented three proposals for the PCO's consideration as to what could be done with the systems American Radio was contracted to provide. Major Sile rejected these proposals in a March 12, 2005 email. He stated that PCO still wanted the FRN system installed initially in the 5 major cities of Dahuk, Irbil, Fallujah, Al Amarah, and As Sulaymaniyal, and would try to find 12 smaller cities for the remaining FRN systems where AFRN would not be installed. Major Sile stated "I now understand you had other designs for the system and leveraging it for business opportunities but that was never a consideration for us nor was it a consideration for selecting you as a vendor. You were selected in part because it was felt you could deliver a FRN system in a timely manner and provide needed comms to the ISF and first responders." No consideration was given by Major Sile in his response of the fact that American Radio had offered the equipment to the Government at deeply discounted unit prices significantly below American Radio's commercial prices because of the representations of the Government and the terms of the contract regarding the cities in which American Radio's equipment would be installed.

By email dated April 8, 2005 Major Sile stated that in addition to the 5 major cities above, the PCO wanted American Radio to install the FRN system in the 5 smaller cities of Balad, Umm Qasr, Al Qubbah, Tal Afar, and Al Muqadiyah. In all discussions between American Radio and the PCO there was no recognition by the PCO that the change in the cities had any economic impact on American Radio. For example, by email of July 24, 2005, First Lt. Andrew Radano stated that "cities lost to AFRN in no way can be recouped" but FRN system cities were now up to 15, including both definite and tentative choices and that it was the PCO's position that "if we can keep total of 18 cities our feeling is that modifications to the contract should include name of cities only." American Radio disagreed with this conclusion and on August 14, 2005, American Radio wrote to Mr. Zubel stating that if the 12 major Iraq cities were taken out of American Radio's contracts, then American Radio would be damaged.

No written modification has been issued changing the cities in American Radio's contracts but it is clear that at least twelve of the major cities in American Radio's contracts are now part of Lucent's contracts.

**<u>American Radio Relied on the PCO's Representations</u>**

In contracting with the PCO, American Radio relied on the PCO's representations as well as the terms of the contract, with regard to the cities specified in the Scope of Work for Contracts 0032, 9001 and 9027. Colonel Graham and LTC Fretheim knew that American Radio's offer to provide the equipment to the Government at deeply discounted unit prices significantly below American Radio's commercial prices was based on the fact that American Radio would be the sole source for equipment in these specified major Iraq cities for two reasons. First, the MPT3200 technology provided would be proprietary as acknowledged in Contract No. W914NS-05-F-9027. Second, prior to the sole source contracts' execution, several FRN/AFRN PCO program managers repeatedly expressed to American Radio (both verbally and in writing) that only one technology would be utilized per city. It was therefore understood that American

Radio would be the exclusive supplier for all follow on equipment because only American Radio's equipment would be compatible with the network systems in the contractually specified cities.

The PCO also knew or should have known that any constructive change to the contract removing any of the major specified cities would have a direct economic impact on American Radio because all follow on contracts from the PCO would go to the sole source provider of either the FRN or the AFRN system. Based on the PCO's representation that American Radio would be the supplier in the contractually specified cities, American Radio offered the equipment to the Government at deeply discounted unit prices significantly below American Radio's commercial prices and agreed to supply 6 channel 100 watt MPT3200 for Tikrit and Ramadi at no charge.

The PCO selected American Radio because it was uniquely qualified to get the systems in place quickly. The Scope of Work clearly stated and American Radio was told by PCO representatives that its system was urgently needed in the contractually specified cities and that these systems would be installed as quickly as possible. At the time of contracting with the PCO, American Radio was not informed that any "sorting out" of the contract overlaps between American Radio's FRN system and Lucent's AFRN system would be sorted in favor of Lucent and result in American Radio losing its cities.

**<u>The Government Breached its Duty of Good Faith and Fair Dealing</u>**

The PCO and US Army Corps of Engineers' conduct during American Radio's performance of Contracts 0032, 9001 and 9027 was a breach of the Government's implied covenant of Good Faith and Fair Dealing. The Government acted in bad faith, and knowingly misled American Radio by promising that its FRN system would be installed in specified major Iraqi cities and then entering into sole-source contracts with Lucent for the AFRN system in the same cities. The Government also acted in bad faith by accepting American Radio's deeply discounted unit prices and free equipment and upgrades knowing that the price was offered because American Radio was told it would be the sole source supplier of the FRN system in the contractually specified cities. We believe that the Government never intended to put American Radio's equipment in all of the contractually specified major cities.

The Government has not installed any of American Radio's equipment in any of the cities promised. The Government has a duty to cooperate and not hinder a contractor's performance. Clearly, the PCO's actions have hindered American Radio's ability to place the FRN system in the contractually specified cities and has interfered with American Radio's follow on work for the specified cities which would include fixed base station equipment and vehicular mobile radios that were not originally contracted for due to announced budgetary constraints at the time of awarding these contracts.

**PCO's Deletion of Contracted Cities has Damaged American Radio**

The Government's breach of its Duty of Good Faith and Fair Dealing in contracting with American Radio has damaged American Radio. Had the Government told American Radio at the time it entered into Contracts 0032, 9001, and 9027 that it was also entering contracts for the same cities with Lucent for installation of the AFRN systems and, therefore, American Radio's major cities would be replaced by smaller cities, American Radio would never have offered the equipment to the Government at the deeply discounted unit prices significantly below American Radio's commercial prices or provided equipment at no cost for the cities of Tikrit and Ramadi. As a result of the Government's bad faith and misrepresentations, American Radio is entitled to be placed in as good a position as it would have been had the government not breached the contract. American Radio's damages are, therefore, the difference in unit price American Radio would have offered (commercial unit prices), from its actual offer price (unit prices at 30-40% discount). In addition, American Radio is entitled to be paid for that equipment it offered the Government, in good faith, at no charge, as well as the storage fees it incurred because of the Government's delay in acceptance of the equipment in Baghdad. The following chart is a calculation of those damages. (See also Attachment 6).

**American Radio Adjusted Offer Price**

| | |
|---|---|
| Contract 9027 2-6 Channel systems (Tikrit & Ramadi) | $ 144,000.00 |
| Contract 9027 adjusted | $ 2,912,520.00 |
| Contract 9001 adjusted | $ 121,662.00 |
| 2-6 Channel systems adjusted | $ 61,714.29 |
| Storage Fees | $ 277,506.00 |
| Total | $ 3,517,402.29 |

Therefore, based on the Government's breach of its Duty of Good Faith and Fair Dealing, American Radio submits this claim for $3,517,402.29

In addition, as a result of the Government's bad faith, Lucent (instead of American Radio) has been given the opportunity for all follow on PCO contracts in 12 major Iraqi cities promised to American Radio. The Government's actions were driven for purely political reasons and not because Lucent's AFRN system provides better service to the Iraqi police, fire fighters or Civil Defense services. In addition, the Government's change to American Radio's contracts was not driven by price or any failure of delivery on American Radio's part. In fact, American Radio's FRN system is sitting in a warehouse in Baghdad ready to be installed and was purchased at a dramatically lower price than the Lucent AFRN system. Based upon information and belief, Lucent has not yet provided the AFRN system in any of the cities removed from American Radio's contracts.

The Government's arbitrary and unreasonable decision to remove 12 of the major cities in American Radio's Contracts has resulted in a loss to American Radio of conservatively over $14 Million. Attachment 7. But for the Government's actions, American Radio would have been the sole source supplier for the equipment in follow on contracts with the PCO. A very conservative estimate of what that equipment would be is itemized in Attachment 7.

In accordance with 41 U.S.C. § 605 (a), American Radio hereby requests the Contracting Officer's final decision on its claim in the amount of $17,974,218.29

Sincerely,

Dominic Di Luigi
President

Certification

This is to certify that the claims of PraeComm, Inc., also known as American Radio, herein have been made in good faith; that supporting data are accurate and complete to the best of my knowledge and belief, that the amounts requested accurately reflect the contract adjustment for which PraeComm, Inc., also known as American Radio, believes the United States Army Corps of Engineers is liable, and that the undersigned is duly authorized to certify this claim on behalf of PraeComm, Inc., also known as American Radio.

Dom Di Luigi
President
PraeComm, Inc.

11-7-05
Date of Execution