**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRAECOMM, INC d/b/a AMERICAN RADIO | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-54C |
| | ) | (Judge Lettow) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF LIEUTENANT COMMANDER IDELLA FOLGATE**

I, Lieutenant Commander Idella Folgate, U.S. Navy, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge.

1. I am the current J-6 Ministry of Interior ("MOI") Transition Division Chief. I directly support the Civilian Police Assistance Training Team (CPATT), which falls under the Multi National Security Transition Command – Iraq ("MNSTC-I"). I am currently stationed in Baghdad, Iraq. I have served as the J-6 MOI Transition Division Chief since August of 2006. The CPATT's mission is to man, train, equip and sustain the Iraqi Police Forces. As the J6 MOI Transition Division Chief, I am responsible for communications equipment, which provides command and control capability in support of the Iraqi Police Forces. There are two programs under my control; the radio program (HF, UHF and VHF radios), and the Iraqi Command & Control ("IC2N") program. A third program, the Advanced First Responder Network ("AFRN"), is under the control of the Ministry of Interior; and the coalition advisor is the MNSTC-I Deputy J-6.

2. The First Responder Network (FRN) is now called the Small Area Trunked Radio Network (SATRN). SATRN is a part of the radio section, although it is actually a complex network and not just a radio. The radios associated with the SATRN system are from PraeComm.

3. The IC2N program provides a secure and non-secure means of communication via voice and data (computer and VoIP phone). There are approximately 244 sites throughout Iraq.

4. The AFRN program provides an emergency response capability similar to the U.S. 911 system, but is less complicated. MNSTC-I/CPATT was not responsible for contracting, fielding or initial Operations and Maintenance ("O&M") support of the AFRN program. Rather, the AFRN system was under the control of the "Iraqi Reconstruction Management Office" ("IRMO") which falls under the U.S. Department of State. Initially, MNSTC-I's sole task regarding the AFRN system, was to assist IRMO with radio distribution. In June of 2006 the MNSTC-I/CPATT took over the O&M of this program and has made several improvements to the program using the Iraqi Security Force Funds ("ISFF"). AFRN, as a system, is separate and distinct form FRN (or SATRN, as it is now known).

5. The PraeComm radios that were shipped to Baghdad in 2005 are part of an inventory of equipment that is under my control. They come with the MPT-3200 & ACU-1000, which allows for a Small Area Trunked Network (SATRN). This system is currently being stored at a warehouse in Baghdad. Although the plan for the distribution of this system has not yet been finalized, they are expected to be used by the MOI Police Forces, provided the equipment has not been damaged due to extreme heat. The U.S.

Marines who are training and supporting the police forces have the ability to physically install SATRN on behalf of the MOI. However, programming the system and providing training to the Iraqis will most likely have to be contracted.

6. Of the cities that were listed in Contracts 9001 and Contract 9027 (as modified), the following currently fall under the radio program and the Advanced First Responder Network: Ad Diwaniyah, An Najaf, Al Hillah, Karbala, Samarra, Kirkuk, Al Kut, Tikrit, Baqubah, An Nasariyah and As Samawah. The Iraqi police forces for the remaining cities of Al Sulaymaniyah, Al Fallujah, Ramadi, Dahuk, Irbil and Al Amarah are filling their handheld radio requirements through the radio program.

Idella R. Folgate LCDR, USN
LCDR IDELLA FOLGATE

21 Feb 2007
DATE


AFRN Network
Iraq Overview Map
Legend
Country Capital
Governorate Capitals
City
Border Crossings
Installation Complete
Country Boundaries
Governorate Boundaries
Water Bodies
Elevation
Feet
Meters
Sea Level
Sea Level
500
150
1,000
300
2,000
600
5,000
1,500
10,000 +
3,000 +
Elevations are approximate
HIC
HIC Map Reference 104
TURKEY
SYRIA
JORDAN
SAUDI ARABIA
KUWAIT
IRAN
Persian Gulf
DAHUK
Dahuk
ERBIL
Erbil
NINEWA
SULAYMANIYAH
Sulaymaniyah
SALAH AL
DIYALA
ANBAR
WASSIT
KERBALA
QADISSIYA
NAJAF
MUTHANNA
THI-QAR
BASRAH
Kuwait
Ramadi
Rutbah
Habur/Silopi Border Crossing
Al Yarubiyeh Border Crossing
Haiji Umran Border Crossing
Bashmegh Broder Crossing
Khorsravi Border Crossing
Mehran Border Crossing
Abu Kamal Border Crossing
Tanf/Al Walid Border Crossing
Trebil Border Crossing
Ar'ar Border Crossing
Shalamchah Border Crossing
Abdaly/ Safwan Border Crossing
Um Qasr Border Crossing
Buhayrat Dokan
Buhayrat ath Tharthar
Euphrates River
Mosul
1 GDC
10 EBTS
1 MSO
1 GDC
6 EBTS
Kirkuk
Bavji
1 EBTS
Tikrit
1 GDC
1 EBTS
Samarra
1 EBTS
BaQubah
1 EBTS
BAGHDAD
1 ICC
1 GDC
1 MSO
24 EBTS
Abu Ghraib
BGD Airport
2 EBTS
Karbala
1 GDC
3 EBTS
Hillah
Al Kut
1 GDC
2 EBTS
Diwaniya
1 GDC
1 EBTS
Najaf
3 EBTS
Samawah
1 GDC
1 EBTS
Nasiriyah
3 EBTS
1 MSO
1 GDC
7 EBTS
Basrah
50 0 50 100 150 200
Kilometers
50 0 50 100
Miles
N
S
E
W
This map was produced as a reference aid only and is not for navigation. The scale is approximate.
The boundaries and names shown and the designations used on this map do not imply official endorsement or acceptance by the United Nations.
Produced by the Humanitarian Information Center (HIC) June 6, 2003. Download this map at: www.humanitarianinfo.org