**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PRAECOMM, INC d/b/a/ AMERICAN RADIO,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 06-54C<br>(Judge Lettow) |

PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff, Praecomm Inc., respectfully requests an enlargement of time within which to file its response to Defendant's Motion for Summary Judgment. Defendant filed its motion on March 1, 2007. Plaintiff's response to the motion is currently due on April 2, 2007. We respectfully request Court allow Plaintiff an additional 30 days (until May 2, 2007) to respond to Defendant's motion. This is Plaintiff's first request for an enlargement of time. The Defendant's counsel does not oppose the enlargement of time.

The enlargement is requested because the lead attorney and attorney of record in this case, Krista L. Pages, is leaving the firm. Additionally, by a separate notice of appearance, Joseph J. Summerill IV, is assuming representation of Plaintiff in this matter. This enlargement of time is necessary to transition this matter to new counsel and to allow new counsel sufficient time to finish drafting the response to defendant's proposed findings of fact, the response brief

and the necessary affidavits. Accordingly, Plaintiff requests 30 additional days to file its response to Defendant's motion.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for enlargement of time.

/s/ Krista L. Pages_____
Krista L. Pages, Esq.
DYKEMA GOSSETT PLLC
1300 I Street, NW; Suite 300 West
Washington, DC 20005
202-906-8600 VOICE
202-906-8669 FACSIMILE

Counsel for Plaintiff, Praecomm., Inc.

OF COUNSEL:

William M. Jack, Esq.
DYKEMA GOSSETT PLLC
1300 I Street, NW; Suite 300 West
Washington, DC 20005
202-906-8600 VOICE
202-906-8669 FACSIMILE