IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-54C

(Filed: March 28, 2007)

| | |
|---|---|
| PRAECOMM, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |

ORDER

Pending before the court is the plaintiff's unopposed motion requesting an extension of time until May 2, 2007, to respond to the government's motion for summary judgment. The plaintiff avers this extension is necessary to provide for a transition to new counsel.

The plaintiff's motion is GRANTED. The plaintiff shall file its response to the government's motion for summary judgment on or before May 2, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge