# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRAECOMM, INC d/b/a/ AMERICAN RADIO | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-54C (Judge Lettow) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## MOTION TO SUBSTITUTE ATTORNEY OF RECORD

Pursuant to Rule 83.1(4) of the Rules of the United States Court of Federal Claims, Plaintiff' respectfully requests that the Court designate Joseph J. Summerill, IV the new attorney of record in the above-captioned matter. An affidavit of appointment executed by the new attorney of record is attached as Exhibit 1. Krista L. Pages, previous attorney of record, consents to the substitution and endorses this motion by her signature below. All service should be addressed to Joseph J. Summerill, IV at the address indicated below.

Respectfully submitted,

**s/ Joseph J. Summerill**

Joseph J. Summerill IV
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
202-331-3100 VOICE
202-331-3101 FACSIMILE
SummerillJ@gtlaw.com

Counsel for Plaintiff, Praecomm., Inc.

**s/ Krista L. Pages**
Krista L. Pages
DYKEMA GOSSETT PLLC
1300 I Street, NW, Suite 300 West
Washington, DC 20005
202-906-8625 VOICE
202-906-8669 FACSIMILE
Email: kpages@dykema.com

Date: March 29, 2007

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRAECOMM, INC d/b/a/ AMERICAN RADIO<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Civil Action No. 06-54C<br>(Judge Lettow) |

**AFFIDAVIT OF APPOINTMENT**

1. I, Joseph J. Summerill, being duly sworn, state:

2. I am a member of the bar of the Court of Federal Claims.

3. Plaintiff and the previous attorney of record, Krista L. Pages, Dykema Gossett, have agreed to terminate their relationship as attorney and client.

4. Plaintiff has retained me and the law firm of Greenburg Traurig, LLP, 800 Connecticut Avenue, NW, Suite 500, Washington, DC, 20006 to represent it in this above-captioned matter.

Further affiant saith not.

[signature] IV
Joseph J. Summerill, IV

Subscribed and sworn to me before the 2nd day of April, 2007

[signature]

My commission expires May 14, 2008