**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRAECOMM, INC d/b/a AMERICAN RADIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-54C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Debra McGuire Mercer as Of Counsel for Praecomm, Inc. in the above-referenced action. All service should continue to be addressed to the attorney of record in this matter.

Respectfully submitted,

/s/ Debra McGuire Mercer
Debra McGuire Mercer
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
202-331-3100 VOICE
202-331-3101 FACSIMILE
mercerdm@gtlaw.com

Counsel for Plaintiff, Praecomm, Inc

Date: April 13, 2007