**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRAECOMM, INC. d/b/a/ AMERICAN RADIO, Plaintiff, | ) | Civil Action No. 06-54C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**APPENDIX**

Joseph J. Summerill IV
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3100 (telephone)
(202)-331-3101 (facsimile)

*Counsel for Plaintiff, Praecomm., Inc.*

OF COUNSEL:

Debra McGuire Mercer
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3100 (telephone)
(202)-331-3101 (facsimile)

Dated: May 2, 2007

| Page | Description |
|---|---|
| 1 | Email from Shawn Campbell to Erik Freithem (cc: Dom Di Luigi) dated Sept. 13, 2004. Attachment to this email is the Trunking Introduction and Continuation Proposal |
| 2-6 | Trunking Introduction and Continuation Proposal submitted to the government on September 13, 2004. |
| 7-9 | Email from Erik Freithem to Dom Di Luigi and Shawn Campbell dated Oct. 16, 2004. |
| 10-13 | Email from Erick Fretheim to Dom Di Luigi and Shawn Campbell dated November 11, 2004 |
| 14-15 | Special Notice, Reference No. W914NS-04-D-0005, dated Nov. 22, 2004. |
| 16-17 | Award Notice, Solicitation No. W914NS-05-R-9003, dated Nov. 24, 2004. |
| 18-22 | Email from Dom Di Luigi to Robert Mueller (cc: Erik Freithem) dated December 5, 2004. |
| 23-24 | Statement of Work for Conversion of Trunked Radio Network for Iraqi Police Services. |
| 25-29 | Interrogatory No. 3. Plaintiff's Response to Government Interrogatories. |
| 30-34 | Interrogatory No. 19. Plaintiff's Response to Government Interrogatories. |
| 35 | Email from James Timmerman to Dom Di Luigi on January 21, 2005 |
| 36-63 | Iraq Weekly Status Report, dated Jan. 26, 2005. |
| 64-89 | Iraq Weekly Status Report, dated Feb. 2, 2005. |
| 90-116 | Iraq Weekly Status Report, dated Feb. 16, 2005. |
| 117-141 | Iraq Weekly Status Report, dated Feb. 23, 2005. |
| 142-148 | Email from Robert Sile to Dom DiLuigi (cc: Shawn Campbell; COL John Graham) dated Mar. 12, 2005. |
| 149-152 | Email from Dom Di Luigi to Robert Sile; Shawn Campbell, COL John Graham; Andrew Radano dated March 29, 2005. |

| | |
|---|---|
| 153 | Email from Robert Sile to Dom Di Luigi (cc: Shawn Campbell; COL John Graham; Andres Radano; Danny Nearn, dated April 1, 2005. |
| 154-155 | A00001 to Contract 9027 dated June 28, 2005. |
| 156 | Material Inspection and Receiving Report for contract 9027 dated June 28, 2005. |

**shawn@americanradio.us**

| | |
|---|---|
| **From:** | shawn@americanradio.us |
| **Sent:** | Monday, September 13, 2004 12:13 PM |
| **To:** | erik.fretheim@orha.centcom.mil |
| **Cc:** | dom@americanradio.us; shawn@americanradio.us |
| **Subject:** | Four City Technology Demonstration Trunking Upgrade |

Four City
chnology Demonstra

LTC Fretheim-

Attached you will find the updated numbers for the new four city list and associated radios. I do not have Col. Graham's email address available to me and hope you will not mind forwarding him a copy.

Although Dom is leaving tomorrow morning, I will be around to review the new numbers with you and Col. Graham should there be any questions.

r/
shawn

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to American Radio are for the exclusive and confidential use of the intended recipient only. The recipient understands that the information contained in this email is information to be kept in strict confidence between the two parties only. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

\>
\> From: <dom@americanradio.us>
\> Date: 2004/09/13 Mon AM 11:23:07 EDT
\> To: <erik.fretheim@orha.centcom.mil>
\> CC: <dom@americanradio.us>, <shawn@americanradio.us>
\>
\> Erik-
\>
\> Attached is the document for our presentation to you and Col. Graham scheduled this evening at the MOD. Since we do not have access to a printer, we would like to ask you to print up four copies (five pages each copy).
\>
\> r/
\> dom
\>
\>
\>
\>
\>
\> CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to American Radio are for the exclusive and confidential use of the intended recipient only. The recipient understands that the information contained in this email is information to be kept in strict confidence between the two parties only. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.
\>
\>

**IFRN Trunking Introduction and Continuation Proposal**

To: Colonel Graham
LTC Fretheim

From: American Radio

Dom Di Luigi
Shawn Campbell

Subject: Introduction to previous IFRN planning and system designs; proposed modification of direction towards the completion of the IFRN project.

History: American Radio has been involved with the IFRN project from its inception to the present efforts to conclude our obligations in closing out contract number 0032. Through the time we have been involved with this project, we have seen many changes in the environment both in the field and with the different administrations we have had the opportunity to work for.

Through dealings with past administrations, the project has taken many different shapes in response to the changes on the ground, the likelihood or emergence of AFRN and the priorities of the CPA, now PCO. American Radio has spent a great deal of time effort and energy to consultation and engineering advise on this project to the different project managers that have been involved with IFRN and have done so to further the mission which we have always believed so strongly in and have done so at no expense to the Government.

Our company has engineered solutions for the IFRN project that make sense and are unique in approach. Essentially, we have combined our knowledge of wireless communications with our extensive knowledge of the Iraqi environment to bring forth a system and approach to match the uniqueness of the environment considering all of its limitations and complexities.

Please take onboard seriously the information we are presenting as it is the outline and result of many hours and days of work, meetings and design sessions of many players who have since passed on through the process. This information is not new to this project; it is in fact the historical direction of the project. For brevity sake, we will keep this report to bullet form from here on out and will look to expound on any points listed in depth through a question and answer session at the end of the presentation.

**Talking Points:**

Trunking vs. Conventional two way operation:

Trunking or truncated communications is essentially the process by which a series of otherwise 'stand-alone' repeaters channels, or frequencies, are combined in a single system of operation in much the same way that a PBX phone system works in your office.

To understand the value of trunking over conventional communication, just imagine the chaos and frustration in your office were each person to only have access to one phone line at a time with no routing capability. The first thing you would notice is the obvious increase in the amount of busy signals callers would receive each time they tried to contact your office. The PBX allows call routing and patching to maximize the usability of phone lines coming in to the switch. In these cases, you can have for example 6 phone lines coming inbound to support say, 20 users. This is done only through the PBX system and its routing features and would not be possible otherwise.

PRAE 0360