In the Iraqi environment, the chief limiting variables to having a viable communication infrastructure is the number of secure sites available, the number of channels available, the number of viable locations or pre-existing structures that would be suitable for communication equipment due to vantage and things like consistent power supply.

Advantage of single-site trunking over multi-site conventional operations:

- minimizes installation time
- minimizes and makes simple and a lot less costly the ability to manage and maintain an existing system properly
- minimize the resources needed to provide security for the equipment
- ensures adequate power and backup power to the system which allows for much more consistent operations
- maximizes the use of assigned channels to provide a far more extensive loading capacity (120 users per channel vs. 50 users maximum in conventional mode)
- provides maximum utilization of the best vantage points for communications, providing superior coverage patterns over conventional operations which would have to utilize many, many more sites to provide backbone for a similar number of users
  (Example: one 6 channel site can provide consistent communication for over 700 users @ roughly 120 users per channel. In a conventional operation, it would take literally 14-15 repeaters @ 50 users per channel (which would be a realistic maximum), in at least 4-6 locations due to antenna separation requirements in order to adequately support the same number of users.)

Other key advantages of trunking over conventional operations:

- provides the ability to utilize either unit to unit or group call, a feature of great value to public safety
- the elimination of existing 'code hoping' requirements through the use of trunking's inherent use of 'channel hoping' to route calls in inconsistent patterns
- the ability to manage the security of the system and avoid completely the possibility of compromised communication due to lost hardware or stolen hardware through unit kill or stun. MPT trunking, which we have started incorporating through this and various contracts, has the capability to instantly stun, disable or remove a compromised unit from its system on a moments notice.
- tremendous cost savings associated with decreased need for as much infrastructure to support the same number of users; decreased costs per handset as no need exists for additional boards and installations; again, maintenance costs dramatically decreased; $9M solution provide for half the price, less than $4.5M total, considering all the numbers to be the same; as loading continues, the cost ratio continues to decrease with trunking over conventional as each new user is loaded
- With end user training and system control an issue, trunking provides the most simplistic method of programming and subscriber unit integration imaginable. Equipment is simply programmed from the factory and delivered ready to be turned on and put to use right out of the box. It is literally a plug and play process whereby the factory simply sends out equipment with a full list of assigned frequencies and the end user simply takes it out of the box and turns it on. The unit will automatically synch with whichever system it is interfaced to and register its individual call number to gain access to the network. No programming or reprogramming will ever be required. Again, if the unit is lost or stolen, it is simply deleted from the network via its unique call number. A new unit is re-assigned to take its place and is simply added in using the next available number in sequence.
- Wireless data transfer is a very easy upgrade to an existing MPT trunked system.

Other miscellaneous considerations:

The use of 'unpredictable' channel hoping vs. code hoping via commercially available and publicly known brand names code hoping board such as Transcrypt:

By using a commercially available, generic form of code hoping technology, the susceptibility of code cloning, especially via OTAR controlled equipment is tremendously simple. All a hacker needs to do to hack a Transcrpyt Board is get his/her hands on one OTAR modem, which works in conjunction with a fixed transceiver, and one portable of the 10k or so transceivers that will be outfitted with the Transcrypt board. By matching up the chip type to the modem, any individual can literally take control of your entire communication network much less simply be able to decipher the conversation.

OTAR literally means, over the air reprogramming...in other words, the hacker would not have physically touch one piece of equipment, simply transmit on a known frequency to any unit that is active and within receiving range. We have worked with previous PM's on this matter and have concluded that the only viable way to provide encryption of any sort in conventional operation would be from key load or hands-on type method.

Since the level of user competence in the field is exceedingly low, we believe the system should be as simple as physically possible to understand and utilize. If it is too complicated or complex, the user will simply not engage the equipment to the extent needed for it to be used efficiently of in a manner consistent with the public safety environment. It's important to note too that equipment has a tendency to leak or atrophy in number almost immediately form the time it is released to the end user in the field. Loss will happen in an almost immediate sense every time equipment is issued in this environment.

Unpredictable frequency hoping through single site trunking will provide more than a sufficient level of communication security that is simply a side benefit to trunking without having to do anything else. A hacker will have to be much more technically savvy to compromise frequency hoping than he/she would have to be to hack code hoping.

Through past contracts that we have performed for the CPA as well as contract 0032, there exists a significant number of MPT trunk capable transceivers in the field already which are easily converted from conventional to trunking protocol.

This list includes:

1. All mobile/vehicle radios installed by American Radio; roughly 1000 units plus
2. All base stations; 200 units total
3. 24 repeaters total
4. 1378 portables total

Based on our conversation with LTC Fretheim, we have been asked to submit this recommendation for consideration by CPATT.

Keeping with the number of equipment slotted for the current requirement, we have developed the following budgetary numbers for review.

| Description | | Total Price |
|---|---|---|
| 1. 6622 - MPT Trunked portable units @ $329 per unit | = | $2,178,638.00 |
| 2. 1378 - MPT Trunked portables; contract#0032 | = | awarded |
| 3. 2000 - MPT Mobile Radios @ $399 per unit | = | $798,000.00 |
| 4. 2000 - Mobile Radio Installations @ $75 per install | = | $150,000.00 |
| 5. 200 MPT Base Stations @ $1000 per unit | = | $200,000.00 |
| 6. 16 - MPT Combined Repeaters @ $10,000 per channel | = | $160,000.00 |
| 7. 54 - MPT Upgraded Repeaters; contract#0032 @ $5k | = | $270,000.00 |
| 8. 24 – MPT Combined Repeaters; contract#0032 | = | awarded |
| 9. 400-450 total technicians days of labor @ $500 per day | = | $200,000-$225,000 |
| 10. Miscellaneous expenses: Travel, etc. | = | $100,000.00 |
| Total: | = | 4,081,638.00 |

Note: Combined totals for MPT portables: 8000 units with 94 Trunked repeaters to support their use.

Note: Number of labor days @ 450 days would be divided by 3 teams of 3 technicians per team or 9 technicians total. This total in not inclusive of mobile radio installs listed above, which will be handled by local Iraqi labor at North BIAP warehouse. This figure will include the consolidation and integration of equipment and tasking with the current contract 0032.

PRAE 0363

Six City Program information requested by LTC Fretheim:

Our initial tasking proposal to demonstrate technology and begin program would be focused on the following six cities, the list for which was provided by LTC Fretheim.

1. Ad Diwaniyah
2. An Najaf
3. Al Hillah
4. Karbala
5. Al Kut
6. Al Fallujah

Our recommendation for these six cities is as follows:

1. 6 – Six channel MPT combined trunked single site repeater systems (36 channels total); 24 of which are already awarded MPT trunked ready; 12 of which are awarded in stand-alone conventional which will need be combined and upgraded @ $5k per channel

   Total upgrade price for 12 channels: $60,000.00

2. 1378 MPT portable radios already awarded: $0.00

3. With 36 Trunked channels @ 100-120 units load capacity per Trunked repeater channel, number of recommended units would be roughly 3600 units with 1378 already contracted for. Balance remaining would be 2222 MPT portable radios @ $329 per radio

   Total price for an additional 2222 MPT portables: $731,038.00

4. Base Stations are already awarded with 116 units yet to be assigned

   Base Stations Awarded via contract 0032: $0.00

5. Labor; to include 4 travel days for a single commitment of one week or 7 days for 3 technicians; 11 days total (14 day minimum applies) for 3 technicians or 42 working days

   Total price for 14 day minimum @ $500 per day: $21,000.00

6. Miscellaneous expenses: Travel, etc. $25,000.00

Six City Total: $837,538.00

Note: Our Company holds a Federal Supply Schedule with the US General Services Agency, or GSA. All products and service are available to be purchased through this contracting medium for ease of process.

Note: Our estimated timetable from start to finish for this entire project will be less than 45 total days from commencement. Regarding the six initial cities, we would limit our teams to one three man unit, anticipating one system installation per day or 6 working days from start to finish.

Note: Should the six city plan be adopted for action, we would commence preparation immediately; anticipated start date roughly 30 from receipt of order; 7 days to completion.

PRAE 0364

**shawn@americanradio.us**

**From:** Fretheim, Erik (O-5) [erik.fretheim@orha.centcom.mil]
**Sent:** Saturday, October 16, 2004 11:34 PM
**To:** Dom; shawn@americanradio.us
**Subject:** RE: RE: DD250 for lost pallets

Dom,

I am pleased that we have finally gotten our four city trunking plan moving forward. Sorry it took us so long to get through the paperwork and funding process. This will be a significant step. Upon its successful completion, I anticipate receiving support to broaden the program to more cities.

With that in mind, the delivery of the remaining 1920 conventional radios can be delayed until the completion of the current trunking project. At that time we will be able to either convert them to trunking capable or provide further shipping instructions. If your business requirements prohibit your holding back on these units, we will understand. This delay is at our request.

Again, thank you for your support in moving forward with the trunking project, as well as with the timely delivery and support of the conventional radio program this fall.

Erik

If you need this in a signed paper let me know and I can provide.

-----Original Message-----
From: Dom [mailto:dom@americanradio.us]
Sent: Thursday, October 14, 2004 10:26 PM
To: shawn@americanradio.us
Cc: Fretheim, Erik (O-5)
Subject: RE: RE: DD250 for lost pallets
Importance: High

hey guys:

had a serious thought and a question...just received the upgrade po from mule...prior to shipping the balance of these portables...do we simply want to upgrade the balance of the conventional portables, 1920 left, to Trunking portables??? reason I ask this is that it will be almost impossible to do once they are in theatre...all other conventional portables have been either lost or distributed so what I am thinking is that we simply do all this at one shot and have all of the same radios going forward Trunked...seeing how the mew conventional radios will not work with these anyway...if we want to do this, now is the time...I would only need a verbal and that will suffice until paperwork catches up if Erik and Colonel Graham want to go this way...I personally think it's the smartest way to go considering where things are moving to...

Erik...please let me know if you think this should be considered and I'll wait by for further directions...otherwise I am shipping the 1920 conventionals here soon...probably Monday...

r/

dom

-----Original Message-----
From: shawn@americanradio.us [mailto:shawn@americanradio.us]
Sent: Thursday, October 14, 2004 8:54 AM