To: Dom
Cc: erik.fretheim@orha.centcom.mil
Subject: Re: RE: DD250 for lost pallets

>
> From: "Dom" <dom@americanradio.us>
> Date: 2004/10/14 Thu AM 11:50:00 EDT
> To: <shawn@americanradio.us>
> CC: <erik.fretheim@orha.centcom.mil>
> Subject: RE: DD250 for lost pallets
>
> Good job Shawn...I understand where you guys are going...am looking to get
> you out of there and back home prior to end of the month...will come back
> and regroup for the Trunking evolution, need that to go off without a hitch,
> things are looking good there...last two shipments will be in the air here
> in the next few days...r/
>
> dom
>
> -----Original Message-----
> From: shawn@americanradio.us [mailto:shawn@americanradio.us]
> Sent: Thursday, October 14, 2004 8:32 AM
> To: dom@americanradio.us
> Cc: erik.fretheim@orha.centcom.mil
> Subject: DD250 for lost pallets
>
>
> Dom-
>
> The lost gear will be listed on the dd250 and will be married up with the
> dd250 for the warehouse receiving of the other items (i.e. repeaters, base
> stations, additional parts, etc.) We will bill the government via an invoice
> which will be created showing whole line items (i.e. UHF base station, UHF
> repeater, etc.)
>
> Eric, I have cc'd you on this email per Dom's request which you should find
> below. I don't think I missed anything, but please feel free to add
> something if needed.
>
> I hope to give you the DD250 for the lost pallets tomorrow afternoon for
> sign-off. There won't be heck of a lot going on since it is Friday and
> because of the recent happenings. Tonight I am going to work on getting the
> customs paperwork going and to the PCO Customs office for sign-off to obtain
> levy exemption.
>
> r/
> shawn
>
> >
> > From: "Dom's Email" <dom@americanradio.us>
> > Date: 2004/10/14 Thu AM 07:33:58 EDT

> > To: <shawn@americanradio.us>
> > CC: <dom@americanradio.us>
> > Subject: RE: Lost Pallet & 4-city contract
> >
> > See...the problem with the dd250 thing is that, a lot of the
equipment
in
> > that Kuwait shipment with the army, is equipment that will need to
be
> > matched with equipment in the Connex boxes...say, base stations
power
> > supplies and tripods, cables and antennas...how do we address this
matter?
> >
> > Don't have Erik's email on my home computer so please forward this
to
> > him...dom
> >
> > -----Original Message-----
> > From: shawn@americanradio.us [mailto:shawn@americanradio.us]
> > Sent: Wednesday, October 13, 2004 10:51 PM
> > To: dom@americanradio.us
> > Subject: Lost Pallet
> >
> > Met up with Erik late last night. He told me that it would be ok to
just
> put
> > the gear that was lost on the pallets onto a DD250. Any parts they
need
> for
> > the base/repeater installs would have to be reordered later. As
well,
any
> > equipment we want to claim that is not a billable line item on one
of
the
> > contracts (ie-tools, personal gear, etc.), we would have to claim
with
the
> > Amry claims dept. Apparently it is quite the process to do this.
> >
> >
> > r/
> > shawn
> >
> >
>
>
>

**shawn@americanradio.us**

**From:** Fretheim, Erik (O-5) [erik.fretheim@orha.centcom.mil]
**Sent:** Thursday, November 11, 2004 4:26 AM
**To:** Shawn Campbell
**Subject:** RE: Conventional Radios
**Attachments:** Trunking cities list.doc

I've attached the list of cites for the next phase of trunking.

LTC F

-----Original Message-----
**From:** Shawn Campbell [mailto:shawn@americanradio.us]
**Sent:** Thursday, November 11, 2004 4:35 AM
**To:** Fretheim, Erik (O-5)
**Subject:** RE: Conventional Radios

Roger that. I will wait for the list of cities.

-----Original Message-----
**From:** Fretheim, Erik (O-5) [mailto:erik.fretheim@orha.centcom.mil]
**Sent:** Tuesday, November 09, 2004 9:55 PM
**To:** Shawn Campbell
**Subject:** RE: Conventional Radios

That's correct. I'll start through the paper process, and have as much done as I can without approvals. Once the demo is successful, I'll push through the rest of the way.

One note on encryption. If we are going to upgrade the encryption in the radios, we are going to need to stay within our guidelines and make it compatible with existing encryption systems. This will require using the Transcrypt 460 series encryption. This will be more expensive perhaps than what you've proposed to date, but the will be nessecary for operational reasons.

I expect to be able to give you a list of cities later today. It would have been in this email, but our share drive with the data is down this morning.

Erik

-----Original Message-----
**From:** Shawn Campbell [mailto:shawn@americanradio.us]
**Sent:** Tuesday, November 09, 2004 6:49 PM
**To:** Fretheim, Erik (O-5)
**Subject:** RE: Conventional Radios

So what you are saying is that on your guys' side, you will try to assign funding and get the "paper pushing" side of phase 2 done so that we can receive the go ahead for the trunking conversion as quickly as possible and this all should coincide with the completion of phase 1 and the end of the year, right?

I will review this with Dom and see if he has any input.

r/
shawn

-----Original Message-----
**From:** Fretheim, Erik (O-5) [mailto:erik.fretheim@orha.centcom.mil]
**Sent:** Monday, November 08, 2004 9:33 PM
**To:** Shawn Campbell
**Subject:** RE: Conventional Radios

I understand the issue with needing to clear the books. One thing I might suggest is that we prepare the paper way for the next phase ahead of time so that once we get phase I complete (or nearly so), we can move quickly into the next phase. That way we can have the radios into the conversion process prior to the end of the year.

Erik

-----Original Message-----
**From:** Shawn Campbell [mailto:shawn@americanradio.us]
**Sent:** Tuesday, November 09, 2004 5:28 AM
**To:** Fretheim, Erik (O-5)
**Cc:** Dominic DiLuigi; Shawn Campbell (ARI)
**Subject:** Conventional Radios

Erik-

I was speaking with Dom this afternoon and he was telling me that, prior to the end of the year, we may have to go ahead and move those 1900 conventional radios that we currently have on hold. I know that conversations have been had between Dom and Mueller (and I think even yourself) regarding going the route of the higher encryption standard. The question is if this happens, would you want to go ahead with the high tier OTAR encryption for these portables? We think that we can get this done for roughly $100 per radio and would be able to finish it in 30 days.

r/
shawn

Shawn Campbell
American Radio, Inc.
www.americanradio.us

6310 Riverdale Street
San Diego, CA 92120

Phone: +619 239 5020 Ext. 202
Fax: +619 239 5925

CONFIDENTIALITY NOTICE: This email and any attachments contain
Proprietary information to American Radio and is for the exclusive and confidential use of the intended recipient only. The intended recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your

computer system.

PRAE 0281