Samarra
Kirkuk
Al Huwayjah
Altun Kupri
Daquq
Dibs
Layan
Ryad
As Sulaymaniyah
Abbasiyah
Al Kut
Al Fallujah

Vendors
Federal Business Opportunities

# D -- Notice to Award AFRN

---

---

### General Information

| | |
|---|---|
| Document Type: | Special Notice |
| Solicitation Number: | Reference-Number-W914NS-04-D-0005 |
| Posted Date: | Nov 22, 2004 |
| Original Response Date: | |
| Current Response Date: | |
| Original Archive Date: | |
| Current Archive Date: | |
| Classification Code: | D -- Information technology services, including telecommunications services |
| Naics Code: | 517212 -- Cellular and Other Wireless Telecommunications |

### Contracting Office Address

Department of the Army, Project and Contracting Office, Project and Contracting Office, Iraq, Republican Presidential Compound APO, Baghdad, Iraq, AE, 09316

### Description

The Project and Contracting Office, Baghdad, Iraq, increased the ceiling on the Indefinite Quantity/Indefinite Delivery, IDIQ, contract, W914NS-04-D-0005, from $75M to $150M to enable the simultaneous issuance of a Task Order to Build-Out of the Advanced First Responder Network, AFRN.

The AFRN system will provide Iraqi civil authorities, including fire, civil, and defense organizations with a national communications, command and control system. It will provide real-time reliable voice, video, and data communications throughout Iraq to first responders from

these organizations.

Technical experts from the Projects and Contracting Office, Baghdad, conducted market research in the August 2004 timeframe by assessing the complexity of the AFRN requirements and the ability of other sources to build-out the AFRN in additional Iraqi cities. While there are other sources that are operating in Iraq, all of these sources would need to supplement their existing workforce with personnel with the skills to implement the AFRN and develop their own network design. This would result in duplication of costs and delivery delays. Consequently, the Government?s technical expert determined that only Lucent can meet the Government?s urgent requirements.

The Iraqi Minister of Interior, the Commander of Coalition Forces in Iraq, and the United States National Security Advisor have all stated that the immediate implementation of the AFRN in 16 cities is vital to the national security of Iraq. Given the critical nature of security, especially in the wake of the transition of authority to a newly sovereign Iraq, any delay in implementing the AFRN in these 16 cities will significantly jeopardize the security to all personnel in Iraq. It is estimated that use of any source, other than Lucent, would result in delays of 6-9 months.

**Point of Contact**

Charles Clements, Support Contractor, Phone 703-343-9218, Fax 703-343-9227, Email charles.clements@cpa-iq.org

Register to Receive Notification

---

Government-wide Numbered Notes
**You may return to Business Opportunities at:**

- USA CPAIRAQ listed by [Posted Date]
- USA Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]

Vendors
Federal Business Opportunities

# 36 -- Tetra Devices

- Synopsis - Posted on Oct 26, 2004
- Solicitation 02 - Posted on Oct 26, 2004
- Modification 01 - Posted on Nov 02, 2004
- Solicitation 03 - Posted on Nov 04, 2004
- Modification 02 - Posted on Nov 04, 2004
- Answers to Questions 01 - Posted on Nov 15, 2004

## General Information

| | |
|---|---|
| Document Type: | Award Notice |
| Solicitation Number: | W914NS05R9003 |
| Posted Date: | Nov 24, 2004 |
| Archive Date: | Dec 09, 2004 |
| Classification Code: | 36 -- Special industry machinery |
| SetAsides: | N/A |
| Naics Code: | 334220 -- Radio and Television Broadcasting and Wireless Communications Equipment Manufacturing |

## Contracting Office Address

Department of the Army, Project and Contracting Office, Project and Contracting Office, Iraq, Republican Presidential Compound APO, Baghdad, Iraq, AE, 09316

## Description

| | |
|---|---|
| Contract Award Date: | Nov 24, 2004 |
| Contract Award Number: | W914NS-05-D-9008 |
| Contract Award Amount: | $0 Obligated - $5M minimum & $50M maximum |
| Contract Line Item Number: | |
| Contractor: | Sepura Limited Radio House, St Andrew's Road Cambridge CB4 1GR, England |

PRAE 0505

**Point of Contact**

James Pfaffengut, Contracting Officer, Phone 555-555-5555, Fax null, Email james.pfaffengut@cpa-iq.org - Kathy Lauden, Contracting Offcier, Phone 703-343-9222, Fax null, Email kathy.lauden@cpa-iq.org

**Place of Performance**

Address: Baghdad
Postal Code: null
Country: Iraq

---

Goverment-wide Numbered Notes
USA-Specific Numbered Notes

---

**You may return to Business Opportunities at:**

- USA Project and Contracting Office listed by [Posted Date|Classification Code]
- USA Agencywide listed by [Posted Date|Classification Code]

---

[Home] [SEARCH synopses] [Procurement Reference Library]

PRAE 0506