**Dom Di Luigi**

**From:** Mueller, Robert R. (E-7) [robert.mueller@CPA-IQ.ORG]
**Sent:** Sunday, December 05, 2004 10:10 AM
**To:** Dom
**Subject:** RE: RE: Document

LtC Fretheim just left but he told me he wanted 18 of the ACU 1000.
This will be a simple extension of 18 x 12500.0 correct?

Robert R. Mueller
Contract Administrator
Security and Justice
Baghdad, Iraq

-----Original Message-----
From: Dom [mailto:dom@americanradio.us]
Sent: Sunday, December 05, 2004 8:41 PM
To: Mueller, Robert R. (E-7)
Subject: RE: RE: Document

10-4...tks...dom

-----Original Message-----
From: Mueller, Robert R. (E-7) [mailto:robert.mueller@CPA-IQ.ORG]
Sent: Sunday, December 05, 2004 9:36 AM
To: Dom
Subject: RE: RE: Document

Dom I will get you an order in the morning for the quoted amount on this last email

Robert R. Mueller
Contract Administrator
Security and Justice
Baghdad, Iraq

-----Original Message-----
From: Dom [mailto:dom@americanradio.us]
Sent: Sunday, December 05, 2004 8:35 PM
To: Mueller, Robert R. (E-7)
Cc: Fretheim, Erik (O-5)
Subject: RE: RE: Document

mule:

Quantities sent originally were correct...I modified an older file then the one sent to LTC Fretheim...numbers sent to him were correct...I have made the 're-adjustments' on this attachment...they are what was intended...

CLIN 0003 is included in the price of the whole order with no dollar value assigned because we would like to see those cities included in the 'network' eventually and the requirement does not call for them at this point...please remember that all systems we will be providing are 'network capable', meaning they are designed to be linked together...we believe the two cities represented in CLIN 0003 will be called for once the other systems are in place due to proximity to both Fallujah and Samarra...these two additional systems linked with Fallujah and Samarra will provide roughly 4 times the total coverage pattern in that region then can be provided by a single site alone...we feel it much more efficient to incorporate them now rather than at some later date considering circumstances...we have included them at no cost to the government because of that...

We will roll the dice and go with one single line item @ $500k that combines both labor and misc expenses provided we can bill it that way it is no big deal...

please see attached with the original numbers and the labor updated...

r/

dom

-----Original Message-----
From: Mueller, Robert R. (E-7) [mailto:robert.mueller@CPA-IQ.ORG]
Sent: Sunday, December 05, 2004 8:54 AM
To: Dom
Cc: Fretheim, Erik (O-5)
Subject: FW: RE: Document

Dom, the quantities have changed between the two quotes. I assume since you know what you have in the field and you know what the desired end results are you must feel you do not need as many of some of the items to make the system fully functional. Is this correct?

CLIN 0003 there is no price attached to this CLIN, why?

I'm happy with the labor costs but I would rather lump it and miscellaneous expenses into one CLIN and label it Labor. It will make the payment much easier. Also once we agree on the price for the labor it will be a set fee not adjustable up or down unless we do something which changes your ability to do the job then it can go up only. If you cannot give me a hard number then we need to wait until you can give us a hard number.

Robert R. Mueller
Contract Administrator
Security and Justice
Baghdad, Iraq

-----Original Message-----
From: Dom [mailto:dom@americanradio.us]
Sent: Sunday, December 05, 2004 7:36 PM
To: Mueller, Robert R. (E-7)
Cc: Shawn Campbell
Subject: RE: RE: Document

mule:

attached is an updated copy which includes misc. expenses and labor per my discussions with Shawn...again, these numbers are based on our best estimates which feel good about...

as mentioned, if it is at all possible to hold off and quote the labor and misc expenses at a later date, based on info we will look to collect during the first phase, that would be ideal...

however, we will sign off on these numbers now if it makes it easier on your end, thus allowing the program to move forward...

lastly, small change, please note the company info is changed up as well vs. last quote which I forgot to update...American Radio is our DBA for Praecomm Inc...Praecomm Inc. would be the name to use for GSA sales...all other info remains the same...

please let me know if you have any questions...I'll be here...

r/

dom

-----Original Message-----
From: Mueller, Robert R. (E-7) [mailto:robert.mueller@CPA-IQ.ORG]
Sent: Sunday, December 05, 2004 6:16 AM
To: Dom
Subject: RE: RE: Document

Dom, does this pricing reflect just the commodities or also the work to install it?

Robert R. Mueller
Contract Administrator
Security and Justice
Baghdad, Iraq

-----Original Message-----
From: Dom [mailto:dom@americanradio.us]
Sent: Sunday, December 05, 2004 5:05 PM
To: Mueller, Robert R. (E-7)
Subject: RE: RE: Document

mule:

this is what was sent to Erik via Shawn regarding equipment and GSA pricing...please let me know if this is what you are referring to regarding work and costs required...I'll be working from home today and will be checking emails throughout the day...I'll get back to you ASAP should you need anything else...

r/

dom

-----Original Message-----
From: Mueller, Robert R. (E-7) [mailto:robert.mueller@CPA-IQ.ORG]
Sent: Saturday, December 04, 2004 11:33 PM
To: Dom
Subject: RE: RE: Document

Just got the funded doc last night. I know you and LtC Fretheim worked on this together as far as what is required. Did you reach a final understanding as to the work and costs required?

Robert R. Mueller
Contract Administrator
Security and Justice
Baghdad, Iraq

-----Original Message-----
From: Dom [mailto:dom@americanradio.us]
Sent: Thursday, December 02, 2004 9:30 PM
To: Mueller, Robert R. (E-7)
Subject: RE: RE: Document

Mule:

Shawn's just off the phone w/ Erik...we're discussing turnover and replacements, things like that...we're looking at deploying roughly the 10th to the 15th looks like...I would

like to get started building the new order for the 12 cities prior to leaving, we're looking to be there roughly 60 days in country and it would be considerably easier to build the order here and get it all in motion prior to leaving then have to do it from Iraq...Erik told Shawn that the paperwork was already in contracting...could you please let me know if there's any chance we could receive that PO sometime prior to the end of next week...would really help us out tremendously...appreciate anything you could do...

r/

dom

-----Original Message-----
From: Mueller, Robert R. (E-7) [mailto:robert.mueller@CPA-IQ.ORG]
Sent: Thursday, December 02, 2004 5:40 AM
To: dom@americanradio.us
Subject: RE: RE: Document

I'm out on the 12th, LtC Fretheim is out on the 12th, LtC Hobson after Xmas

Robert R. Mueller
Contract Administrator
Security and Justice
Baghdad, Iraq

-----Original Message-----
From: dom@americanradio.us [mailto:dom@americanradio.us]
Sent: Thursday, December 02, 2004 3:53 PM
To: Mueller, Robert R. (E-7)
Subject: Re: RE: Document

mule

looking forward to seeing you soon...r u planning on being out there at least the next 15-30 days? we are moving product now and will be departing soon...would like to see you guys out there before you all leave...thinking it's getting close...

r/

dom
>
> From: "Mueller, Robert R. \(E-7\)" <robert.mueller@CPA-IQ.ORG>
> Date: 2004/12/01 Wed PM 10:40:39 PST
> To: "Dom" <dom@americanradio.us>
> Subject: RE: Document
>
> Dom, enjoy you time away.
>
> mule
>
> Robert R. Mueller
> Contract Administrator
> Security and Justice
> Baghdad, Iraq
>
>
> -----Original Message-----
> From: Dom [mailto:dom@americanradio.us]
> Sent: Thursday, December 02, 2004 12:56 AM
> To: Stover, Matt
> Cc: Mueller, Robert R. (E-7); Stancil, Lonnie; Shawn Campbell
> Subject: RE: Document
>
> Dear Matt:
>

> Still waiting for the complete list of contract numbers from you
> folks...tomorrow will be my last day in the office prior to
> loadout...please help me by getting the 'complete' list of 'all'
> contract
> numbers to me by then so I can take care of this prior to leaving...
>
> r/
>
> dom
>
> -----Original Message-----
> From: Stover, Matt [mailto:MStover@padcoinc.com]
> Sent: Tuesday, November 30, 2004 11:00 AM
> To: dom@americanradio.us
> Cc: robert.mueller@cpa-IQ.org; Stancil, Lonnie
> Subject: FW: Document21
>
>
>
>
> Attention: Dominic Luigi & Robert Mueller
>
> Here is an easier document to use for the logistical information that
I
> need. If you can try to get this information back by tomorrow it would
> be very much appreciated thank you for your time and assistance.
>
> Thank you, Matthew Stover from PADCO
> <<Doc21.doc>>
>
>