officially got off the ground and received its own funding considerations similar to the First Responder Radio portion of AFRN.

c. Fretheim expressed his desire for Praecomm to do what it could to help outfit his entire list of cities with a "backbone" based on the funding he had to work with at the time. Fretheim indicated a list of 4 initial cities and 12 more to be added to bring the total amount of cities he needed coverage in to 16 cities total. Freitheim identified these 12 cities in an email to Shawn Campbell dated November 11, 2004.

d. Di Luigi and Fretheim discussed the priority of getting in place the "backbone" of the system to get communications up and running as soon as possible; this would allow the mix and total numbers of equipment to be determined as the process moved forward.

e. Based on Fretheim's desire to have the system "backbone" capable of being networked, the two additional cities (Tikrit and Ramadi) were offered at no charge to Defendant. Praecomm offered to outfit those cities in contract 9027 to gain those cities to the Praecomm network and Fretheim obliged and authorized those two cities to Praecomm as well. A Contracting agent questioned the reason why CLIN0003 was included at no charge to the Government. Praecomm responded back that those cities would be offered for free in an effort to have them linked to the system network down the road. This email exchange was copied to Fretheim making him aware of the situation and ensuring his consent with the process. No objections were voiced at that point and the contract proceeded and was issued to include the outfitting of Tikrit and Ramadi at no cost to the government.

The identity and details of written statements made by the plaintiff to representatives of the United States suggesting that Plaintiff was offering equipment under Contract 9001 and/or 9027 at a discount may also be derived or ascertained from the business records and other documents produced to defendant on December 12, 2006, December 20, 2006 and documents produced to Defendant in connection with these document requests, including Contract No. W914NS-05-F-9001, Contract No. W914NS-05-9027; October 16, 2004 email from Erik Fretheim Dominic Di Luigi and Shawn Campbell; October 13, 2004 email from Mr. Di Luigi to Shawn Campbell and Robert Mueller; November 09, 2004 email from Shawn Campbell to Erik Freitheim; December 5, 2004 Email from Dom Di Luigi to Robert Mueller, cc'd Erik Fretheim; March 5, 2005 Email from Mr. Di Luigi to Robert Sile, Andrew Radano, cc'd to Shawn Campbell and Col. John Graham; September 13, 2004 Email from Mr. Di Luigi to Erik Freitheim attaching IFRN Trunking Introduction and Continuation Proposal; IFRN Trunking Introduction and Continuation Proposal to Colonel Graham and LTC Fretheim; Four City Technology Demonstration Trunking Upgrade Proposal; Contract No. GS35F-0358M, Contract No. DABV01-03-C-0032; Amrad Final Proposal Revision for Solicitation No. FCIS-JB-980001B; Amrad's Products and Service Pricelist; November 24, 2004 Award Notice, W914NS05R9008, to Sepura Limited Radio House; March 2, 2005 GAO Decision, In the Matter of Lucent Technologies World Services Inc., B-295462; Iraq Weekly Status Report, 16 February 2005; Iraq Weekly Status Report, 23 February 2005; Iraq Weekly Status Report, 02 March 2005; Iraq Weekly Status Report, August 10, 2005; Iraq Weekly Status Report, 02 February 2005; Iraq Weekly Status Report, February 8, 2006; Iraq Weekly Status Report, December 28, 2005; Iraq Weekly Status Report, 26 January 2005; Iraq Weekly Status Report, 02 February 2005; and, Notice to Award AFRN, W914NS-04-D-0005. The burden of deriving or ascertaining the information sought in Interrogatory No. 3 is the same on Defendant as it is for Plaintiff.

**INTERROGATORY NO. 19:**

Identify and describe in detail the basis, to include all documents that support the basis, for plaintiff's calculations and/or prices in Exhibit 7 to the complaint.

**PRAECOMM'S RESPONSE:**

Plaintiff objects to Interrogatory No. 19's request to "identify and describe in detail" the bases for calculations and prices as vague, ambiguous and unduly burdensome. The spreadsheet attached to Plaintiff's complaint and provided below describes the calculations and prices called for by Interrogatory No. 19. Because Plaintiff has not completed its discovery in this case, Plaintiff also objects to Interrogatory No. 19's request to identify "all" documents to support the bases for its calculations on grounds that it calls for the identity of documents not currently within Plaintiff's possession, custody, or control and is therefore unduly burdensome. Subject to these objections and its general objections, Plaintiff responds as follows:

Praecomm has revised its damages calculation as set forth in its Complaint at Exhibit 7. Praecomm submits the following revised damages calculation.

| Amrad Cost | | | |
|---|---|---|---|
| | | | |
| Qty | Description | cost per unit | total |
| | | | |
| 8905* | MPT3200 Portable Radios (PS256) | $ 140.00 | $ 1,246,700.00 |
| 8905 | Speaker Microphones (SM) | $ 8.00 | $ 71,240.00 |
| 8905 | Cases (HDH-G) | $ 8.00 | $ 71,240.00 |
| 8905 | Ultra High Cap Batteries (B26N) | $ 10.00 | $ 89,050.00 |
| 8905 | System programming for portable radios | $ - | $ - |
| 8382* | MPT3200 Mobile Radios (M256) | $ 230.00 | $ 1,927,860.00 |
| 0 | MPT3200 Base Station Radio | $ 730.00 | $ - |
| 1260 | 220V 6-Unit Chargers (PKC-Bank) | $ 85.00 | $ 107,100.00 |
| 1345 | 220V Single Unit Chargers (PKC-RC) | $ - | $ - |
| 20 | Eight Channel MPT3200 Single Site Systems | $ 60,568.00 | $ 1,211,360.00 |
| 20 | System programming for 20 single site systems | $ - | $ - |

| | | | |
|---|---|---|---|
| 20 | ACU-1000 Encryption Interface to Transcrypt 460 Technology | $ 9,201.25 | $ 184,025.00 |
| 1 | Shipping | $ 600,000.00 | $ 600,000.00 |
| | | | |
| | | Total | $ 5,508,575.00 |
| PCO Pricing | | | |
| | | | |
| Qty | Description | resale price per unit (historical contract pricing) | total |
| | | | |
| 8905* | MPT3200 Portable Radios (PS256) | $ 389.00 | $ 3,464,045.00 |
| 8905 | Speaker Microphones (SM) | $ 49.00 | $ 436,345.00 |
| 8905 | Cases (HDH-G) | $ 39.00 | $ 347,295.00 |
| 8905 | Ultra High Cap Batteries (B26N) | $ 29.00 | $ 258,245.00 |
| 8905 | System programming for portable radios | $ 25.00 | $ 222,625.00 |
| 8382* | MPT3200 Mobile Radios (M256) | $ 1,149.00 | $ 9,630,918.00 |
| 0 | MPT3200 Base Station Radio | $ 2,999.00 | $ - |
| 1260 | 220V 6-Unit Chargers (PKC-Bank) | $ 249.00 | $ 313,740.00 |
| 1345 | 220V Single Unit Chargers (PKC-RC) | $ 22.50 | $ 30,262.50 |
| 20 | Eight Channel MPT3200 Single Site Systems | $ 120,000.00 | $ 2,400,000.00 |
| 20 | System programming for 20 single site systems | $ 5,000.00 | $ 100,000.00 |
| 20 | ACU-1000 Encryption Interface to Transcrypt 460 Technology | $ 21,000.00 | $ 420,000.00 |
| 1 | Shipping | | |
| | | | |
| | | Total: | $ 17,623,475.50 |
| | | | |
| | | Profit non-GSA: | $ 12,114,900.50 |
| | | | |
| | | Total Claim for loss: | $ 12,114,900.50 |

*Bases for Quantity Calculations 8905 "handset" users and 8382 mobiles

| | |
|---|---|
| # of IPS users; Reference: Contract 9027 naming 145k IPS at that time: | 145000 |
| Total # of FR Users to include EMS type: Reference: First Responder Network (FRN) Project, Site Preparation Brief; 15% to EMS: | 170588 |
| Ratio of Radios to IPS as 1:3; Ref: Fretheim Declaration and CPA Site. | 56863 |
| ARI percentages based on total Population; Ref: Population Sheet: | 44% |
| Estimated #s of FR users in Praecomm | 25145 |

| | | | | |
|---|---|---|---|---|
| | Cities based on population: | | | |
| | Total numbers of handsets procured in Contracts 0032, 9001, 9027: | 16240 | | |
| | Estimated balance number of 'handset' users: | 8905 | | |
| | Estimated Ratio of Mobiles to Handsets(Cross Reference w/ Jay Clark Document of 9300); 1:3: | 8382 | | |
| | Ref Document: MOC (Jay Clark), IFRN Installation and Turn Up Schedule, calling for 9300 Mobile Radios for IFRN (2004): | 9300 | | |

The calculation was revised, in part, because of new information obtained by Praecomm since it filed its Complaint. Praecomm claims $12,114,900.05. Praecomm has included quantities for all equipment that it would have supplied in the contractually specified cities but for the Government's breach of contract, constructive change, and breach of good faith and fair dealing. The quantities for "handset" users and mobiles were derived from records provided by the Government and obtained by Praecomm. These documents are listed below. The Iraqi police number estimates were confirmed from Iraqslogger.com. Local police and national police are estimated to be in excess of 212,000 in 2006.[1] The population chart provided in a 2004 census report at globalsecurity.org was used to assign forty-four percent of the population in major Iraqi cities to the cities contracted to Praecomm. According to the Coalitional Provision Authority's website, the ratio of portable radios to police officers is one radio to every three officers. The ratio of one mobile radio to every three portable radios was discussed with the Ministry of Communications in 2004. A Ministry of Communications IFRN Directive, May 2004, validates the number of radio estimates provided on the population comparison chart of roughly 10,500 mobiles being assigned to Praecomm at that time.

1 Praecomm used the more conservative number of 145,000 police for its calculation.