The bases for Plaintiff's calculations and prices are also supported by the business records and other documents produced to defendant on December 12, 2006, December 20, 2006 and documents produced to defendant in connection with these document requests, including the November 8, 2005 Claim letter from Dominic Di Luigi to Thomas Zubel; Contract No. W914NS-05-F-9001, Contract No. W914NS-05-9027; IFRN Trunking Introduction and Continuation Proposal; IFRN Trunking Introduction and Continuation Proposal to Colonel Graham and LTC Fretheim; Four City Technology Demonstration Trunking Upgrade Proposal; Contract No. DABV01-03-C-0032; and, Contract No. GS-35F-0358M; Packing List dated July 14, 2005; March 10, 2004 Program Review Board Minutes Summary; Article, "Patience and Diligence Will be Needed, 327,000 Police and Military Ready…Or Are They"; May 3, 2004, IFRN Installation & Turn Up Schedule; November 24, 2004 Award Notice, W914NS05R9003, to Sepura Limited Radio House, Article, "U.S. Says More Iraqi Police Are Needed As Attacks Continue, September 24, 2004.

The revised damages calculation is also supported by documents produced by Defendant in connection with its Summary Judgment brief, including the First Responder Network (FRN) Project, Site Preparation Brief, and the Declaration of Robert Sile dated February 28, 2007.

# POPULATION

| Estimated Totals for non-contracted cities | |
|---|---|
| Baghdad | 5,605,000 |
| Mosul | 1,739,000 |
| Basrah | 1,337,000 |
| Total: | 8,681,000 |
| **Estimated Totals for Contracted cities** | |
| Irbil | 839,000 |
| Kirkuk | 728,000 |
| Sulaymaniyah | 643,000 |
| Najaf | 563,000 |
| Karbala | 549,000 |
| Nasriye | 535,000 |
| Hilla | 524,000 |
| Ramadiyah [Ar Ramadi] | 423,000 |
| Diwaniyeh | 421,000 |
| Kut | 381,000 |
| Amarah | 340,000 |
| Ba'qubah | 280,000 |
| Fallujah | 256,000 |
| Samarra' | 201,000 |
| As-Samawah | 124,000 |
| Dahuk | 47,000 |
| Tikrit | 28,000 |
| Total: | 6,882,000 |

| | |
|---|---|
| Total Estimated Population for Iraq's major cities | 15,563,000 |
| Percentage of Cities Contracted to ARI | 44.22% |
| **Iraqi Police; Local; 2006 (does not include Fire/EMT)** | **188000** |
| **Iraqi National Police; 2006** | **24,656** |
| **Estimated Police Totals (Current):** | **212,656** |
| **Total # w/ EMS factored at 15%** | **250,184** |
| Estimated Police Totals: downplaying numbers to match Contract 9027 which was our expectation at the time. | **145,000** |
| **Total # w/ EMS factored at 15%** | **170588** |

City/Population Reference: http://www.globalsecurity.org/military/world/iraq/city.htm

**Dom Di Luigi**

**From:** Timmerman James A. CPT CPATT [james.timmerman@iraq.centcom.mil]
**Sent:** Friday, January 21, 2005 11:02 PM
**To:** dom@praecomm.com
**Subject:** FRN Project

Dom – Well it looks like your persistence paid off. Our boss has decided that we will stick with the original plan. Hopefully we can get your network installed way before the State Dept gets theirs and it will be them who will have to "adjust fire".

I will begin working on POCs for all the cities ASAP. To confirm with you, we are now looking at installs in the following cities:

| | | | | |
|---|---|---|---|---|
| Samarra | Kirkuk | Al Sulaymaniyah | Al Kut | Al Fallujah |
| Tikrit | Ramadi | Ad Diwaniyah | An Najaf | Al Hillah |
| Karbala | Dahuk | Irbil | Baqubah | Al Amarah |
| An Nasariyah | As Samawah | | | |

As soon as the Iraqis reopen their local MCI office, I will get you a phone # in which you can reach me directly.

I look forward to working with you on this project.

CPT Andy Timmerman
CPATT, C-6
james.timmerman@iraq.centcom.mil
DSN 318-239-7745