
26 January 2005
DEPARTMENT OF STATE
Iraq Weekly Status Report
UNCLASSIFIED

PRAE 0853

UNCLASSIFIED

*26 January 2005*

DEPARTMENT OF STATE

# Table of Contents


| SECTION | SLIDE(S) |
|---|---|
| Highlights | 3 |
| 1.0 Neutralize the Insurgents | 5 |
| 2.0 Ensure Legitimate Elections | 6 |
| 3.0 Create Jobs and Provide Essential Services | 11 |
| 4.0 Establish Foundations for a Strong Economy | 17 |
| 5.0 Establish Good Governance, Rule of Law | 24 |
| 6.0 Maintain International Engagement & Support | 26 |
| 7.0 General Information | 28 |




UNCLASSIFIED

PRAE 0854

UNCLASSIFIED

*26 January 2005*

# Highlights

DEPARTMENT OF STATE

### 1.0 Neutralize the Insurgents

- Iraq and Coalition forces continue operations to neutralize the insurgents.

### 2.0 Ensure Legitimate Elections

- 7,785 candidates representing 111 entities including political parties, coalitions, and individual candidates are on the ballot for the 275-seat National Assembly in this Sunday's election.
- 18,900 candidates are registered to compete in the national, provincial and Kurdistan regional elections.
- Extraordinary elections-related security measures have been announced including the closing of borders, restriction on the use of vehicles and movement between provinces, and extended nighttime curfews for the period of time surrounding elections.
- 280,303 voters registered in the 14 countries hosting Out of Country Voting. Registration ended January 25.
- Voter education messages and political advertisements are dominating the radio, television, and print media.

UNCLASSIFIED