UNCLASSIFIED

*26 January 2005*

# Highlights

DEPARTMENT OF STATE

**3.0 Create Jobs and Provide Essential Services**

- Fuel and electric power supplies are low, especially in Baghdad, due to continued disruption of the fuel distribution system. Baghdad fuel supplies are sufficient to maintain current consumption levels through the elections.

**4.0 Establish Foundations for a Strong Economy**

- Iraq's consumer price index (CPI) rose 3.3 percent in the month of December and a total of 31.7 percent for 2004.
- **5.0 Establish Good Governance, Rule of Law**
- Distribution of goods to IDP sites around Fallujah by USAID/OFDA implementing partners reached 36,290 families between December 20, 2004 and January 10. More than 330,000 Fallujah IDPs have received assistance since November 2004.
- **6.0 Maintain International Engagement and Support**
- Albania, Australia, Bangladesh, Canada, Ghana, Indonesia, Mexico, Panama, UK, Yemen, and the Association of Central and Eastern European Election Officials will participate in the International Mission for Iraqi Elections (IMIE); the headquarters for IMIE will be in Amman.

UNCLASSIFIED

*26 January 2005*

# [1.0] Neutralize the Insurgents – Iraqi Security Forces Update

DEPARTMENT OF STATE

Iraqi Security Forces Components:

-- Police
-- Civil Intervention Force
-- Emergency Response Unit
-- Border Enforcement
-- Highway Patrol
-- Bureau of Dignitary Protection
-- Police Mechanized Brigade

-- Army
-- National Guard
-- Intervention Force
-- Special Operations Force
-- Air Force
-- Navy

**Total On Hand and Trained ~ 130,000**

Data as of 25 January 2005



UNCLASSIFIED

PRAE 0857