UNCLASSIFIED

*26 January 2005*

## [2.0] Ensure Legitimate Elections – Developments

DEPARTMENT OF STATE

Election Planning continues:

- 7,785 candidates representing 111 entities including political parties, coalitions, and individual candidates are on the ballot for the 275-seat National Assembly.
- 18,900 candidates are registered to compete in the national, provincial and Kurdistan regional elections.
- The voter registry contains 14.27 million names.
- All elections materials have arrived in Iraq.
- 280,303 voters registered in the 14 countries hosting Out of Country voting. Registration ended January 25.
- IECI will allow Iraqis in the Anbar and Ninewa provinces to register to vote on election day at any voting center within their respective provinces.
- Internally Displaced Persons (IDPs) from Anbar province will be allowed to vote in Baghdad.
- Voter registration in Kirkuk province was extended to January 25.
- Election results will be announced on February 15.



UNCLASSIFIED

PRAE 0858

UNCLASSIFIED

*26 January 2005*

## [2.0] Ensure Legitimate Elections – Developments

DEPARTMENT OF STATE

Elections Monitoring:

- Up to 55,000 domestic elections monitors and political party agents are registered to observe voting.
- The International Mission for Iraqi Elections (IMIE) organizing international monitoring. IMIE is focusing on the election process in Iraq, as well as the registration and voting process outside Iraq.
- Participating countries sending monitors include Albania, Australia, Bangladesh, Canada, Ghana, Indonesia, Mexico, Panama, UK, Yemen, and the Association of Central and Eastern European Election Officials.

UNCLASSIFIED

*26 January 2005*

# [2.0] Ensure Legitimate Elections – Developments

DEPARTMENT OF STATE

Public Affairs:

- Voter education is a principle focus of IECI, Embassy Baghdad, and NGOs in Iraq. Television commercials, print ads, and over 500,000 posters are focusing on explaining the process, encouraging participation, and recruiting polling staff.
- Political advertisements, candidate interviews, and political debates are prevalent on major television networks.
- IECI is setting up a media operations center to facilitate coverage of elections.
- Al Mada Newspaper in Baghdad released survey results indicating that two-thirds of eligible voters in Baghdad plan to vote on January 30.
- A twenty minute step-by-step video on the elections is airing on local television stations.
- A public service announcement encouraging Sunni participation began airing this week.

UNCLASSIFIED

*26 January 2005*

D E P A R T M E N T O F S T A T E

## [2.0] Ensure Legitimate Elections – Developments

Look Ahead: Transitional National Assembly (TNA):

- Once elected, the TNA will:
  - Serve as Iraq's national legislature until the election of a new government under a permanent constitution.
  - Name a Presidency Council, consisting of a president and two deputy presidents, that will appoint a prime minister. The Prime Minister and his Council of Ministers must receive a vote of confidence in the Assembly by a simple majority.
  - According to the Transitional Administrative Law timeline, draft Iraq's new Constitution which will be presented to the Iraqi people for their approval in a national referendum by October 15, 2005.


UNCLASSIFIED
26 January 2005
[2.0] Ensure Legitimate Elections – Iraq Elections Timeline
DEPARTMENT OF STATE
SEP
OCT
NOV
DEC
JAN
FEB
Phase I
Phase II
Phase III
Phase IV
Phase V
National IECI Office Established
Governorate IECI Offices Established
12 Oct Elections regulations published by IECI
1 Nov-15 Dec Voter Registration
1 Nov – 15 Dec Entity List Registration
16 Dec – 23 Jan Campaigning
Mid-Nov Begin establishment of 450 IECI District Offices
30 Jan Election Day
1 Dec Begin Recruitment of Polling Station Staff
Declaration
15 Dec Public Information Campaign on Voting Begins
25 Jan Exhibition and Challenge of voter lists
TNA Seated
21 Oct Voter registration materials distributed nationwide to 21 food warehouses
20 Oct Information campaign on voter registration begins
1 Jan Begin process of distributing ballots
Voter Education Campaign conducted by IECI and NGOs
10
UNCLASSIFIED