UNCLASSIFIED

*26 January 2005*

DEPARTMENT OF STATE

# [3.0] Create Jobs and Provide Essential Services – Economy

Oil Update:

- Crude Oil prices in world markets for the week ending January 21 closed with Kirkuk Crude at $38.30/barrel, Basra Light at $35.85/barrel, and the OPEC basket at $41.52/barrel.

Employment Update:

- Number of Iraqis employed by USG-administered projects in each sector

| Employing Organization | Iraqis Last Week | Iraqi This Week | % Increase on Week |
|---|---|---|---|
| **PCO** (Project and Contracting Office) | 17,076 | 19,651 | 15.1% |
| **USAID** | 44,612 | 52,068 | 16.7% |
| **AIRP** (Accelerated Iraqi Reconstruction Program | 6,900 | 6,875 | -0.4% |
| **MILCON** (Military Construction) | 678 | 678 | 0.0% |
| **CERP** (Commanders' Emergency Response Program) | 18,190 | 9,697 | -46.7% |
| **MNSTC-I** | 7,271 | 7,271 | 0.0% |
| **IRRF NON-CONSTRUCTION** | 14,035 | 14,250 | 1.5% |
| | | | |
| GRAND TOTAL | 108,762 | 110,490 | 1.6% |

Data as of 26 January 2005

UNCLASSIFIED

*26 January 2005*

## [3.0] Create Jobs and Provide Essential Services – Job Creation, Food Security, and Health Care

DEPARTMENT OF STATE

Fuel and Power Supplies:

- Fuel and electric power supplies are low, especially in Baghdad, due to continued disruption of the fuel distribution system. Baghdad fuel supplies are sufficient to maintain current consumption levels through the elections.

Public Distribution System (PDS):

- The Ministry of Trade will meet 100 percent of its January requirements for wheat and 65 percent for rice.

Health Care:

- As of January 23, there are 81 primary health centers (PHC) sites under construction and 18 hospitals under renovation.

UNCLASSIFIED

*26 January 2005*

## [3.0] Create Jobs and Provide Essential Services – Education

DEPARTMENT OF STATE

USAID Supports UNICEF:

- With funding from USAID, the United Nations Children's Fund (UNICEF) is implementing a comprehensive package of activities designed to help Iraq meet Millennium Development Goals in public health, sanitation and education.
- As part of its efforts to support the Ministry of Education (MOE) in reforms, UNICEF updated findings from the 2004 national school survey.
- The Iraq Education Survey was conducted January - February 2004 and covered every educational institution in the country. The findings are being released in three separate reports: statistics, qualitative analysis, and a detailed school-by-school mapping of findings.
  - On October 15, 2004, the first comprehensive statistical report confirmed that thousands of school facilities lack the basics necessary to provide children with a decent education. Despite these difficulties, overall enrollment surged in the 2003/2004 school year, with 4.3 million children currently enrolled in primary schools (up from 3.6 million in 2000, the most recent year data was available prior to this survey).
  - The Ministry of Education and all 21 directorates of education worked closely with USAID and UNICEF to conduct the survey, and are cooperating to make improvements as a result.
  - The first report is available at http://www.unicef.org/files/school-survey-vol1-eng.pdf. The second and third reports will be released shortly.

UNCLASSIFIED

UNCLASSIFIED

*26 January 2005*

## [3.0] Create Jobs and Provide Essential Services – Water and Sanitation and Telecommunications

DEPARTMENT OF STATE

Water and Sanitation:

- USAID Local Governance Program specialists recently completed the installation of 50 computers for the Baghdad governorate Water and Sewage offices and are currently configuring the systems.
  - Basic training is ongoing for 30 staff members on how to work with the new computer systems.
- Work has begun to expand and refurbish a water treatment plant in Karbala with expected completion in September 2005.
  - In addition to providing clean water to Karbala residents, the plants supplies potable water to an estimated three million religious pilgrims to the Al-Hussein Shrine in Karbala each year.

Telecommunications:

- The Advanced First Responders Network National Coordination Center (AFRN-NCC) and base transceiver stations (BTS) are installed and ready to be activated.
  - The AFRN will provide police, firefighters, and other emergency services with interoperable links to communicate with one another and coalition forces. Work is underway integrating BTS's into the network.

UNCLASSIFIED

UNCLASSIFIED

*26 January 2005*

# [3.0] Create Jobs and Provide Essential Services – Electricity Overview

DEPARTMENT OF STATE




- Although fuel shortages continue to be a problem, strategic reserves at Baghdad power plants have increased.
- Unplanned outages at the end of the week (January 23) totaled 1,306 MW. Outages due to maintenance were 764 MW.