UNCLASSIFIED

*26 January 2005*

DEPARTMENT OF STATE

# [3.0] Create Jobs and Provide Essential Services – Hours of Power




**Average Electrical Power Distribution per Governorate Jan 8 – 14**

**AVERAGE HOURS PER DAY OF ELECTRICITY IN EACH GOVERNORATE FOR THE 7-DAY PERIOD**

**≤ 8 Hrs = Red**

**9 to 15 Hrs = Amber**

**≥ 16 Hrs = Green**

**No Report = White**

**IRAQ National Average: 8.5 Hrs/Day**



UNCLASSIFIED



PRAE 0868

UNCLASSIFIED

*26 January 2005*

DEPARTMENT OF STATE

# [4.0] Establish Foundations for a Strong Economy

Iraqi Interim Government Reports 2004 Inflation Figures:

- Iraq's consumer price index (CPI) rose 3.3 percent in the month of December.
  - Increases were seen in each category except tobacco/alcohol and clothing, with the largest increase of 14 percent for fuel and light prices. Food prices increased by 3.7 percent.
  - Iraq's annual CPI index rose a total of 31.7 percent for 2004.

The Financial Information Management System (FMIS):

- Since February 2004, USAID's Iraq Economic Governance II (IEG II) program has worked to install the FMIS in approximately 50 Iraqi government institutions. FMIS is an automated networked accounting and budget execution system with online access and a real-time updated centralized database for all spending organizations in Iraq.
  - Several training courses were conducted in December and January for staff from various ministries including the Ministries of Communications, Education, Electricity, Finance, Health, Higher Education, Labor and Social Affairs, Municipalities and Public Works, and Planning and Development Cooperation.
  - FMIS will record payment and revenue transactions input, print checks in Baghdad and the governorates, provide instant information to online users, and produce budget and accounting financial reports.

UNCLASSIFIED

*26 January 2005*

DEPARTMENT OF STATE

# [4.0] Establish Foundations for a Strong Economy

Iraq Currency and Securities Exchanges:

- At the New Iraqi Dinar (NID) auction on January 19, the settlement price was 1,460 dinars per USD with a total of 11 banks trading. The following table shows the purchase value of the top five banks:

| Bank Name | Quantity Sold (in thousands of dollars) | Percentage of Total Auction |
|---|---|---|
| United Bank | 3,500 | 27.83% |
| Al-Basra Bank | 2,000 | 15.90% |
| Islamic Bank | 1,400 | 11.13% |
| Middle East Bank | 1,235 | 9.82% |
| Iraq Bank | 1,160 | 9.22% |
| **Total** | **9,295** | **73.92%** |

- The Ministry of Finance (MOF) auctioned ID 100 billion (about $68.5 million) in T-Bills on January 17; the settlement yield was 5.5 percent with 9 banks offering winning bids. The following shows the results of the previous 6 auctions:

| No.of Auction | Date of Auction | Amount of Issue | Term of Security (in days) | Maturity Date | Number Competitive Bidders | Winning Bidders | Total valid Competitive Bids | Total Competitive Awarded | Cover Ratio % | Bid Range yields | Cut off yield | Amount Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 10/24/2004 | 150.030 | 91 | 1/24/2005 | 10 | 6 | 350.000 | 145.030 | 241.33 | 1.00% - 5.40% | 2.50% | 150.030 |
| 9 | 11/7/2004 | 150.010 | 91 | 2/7/2005 | 12 | 7 | 437.100 | 145.510 | 300.39 | 1.00% - 3.30% | 1.10% | 150.010 |
| 10 | 11/21/2004 | 150.010 | 91 | 2/20/2005 | 6 | 6 | 281.250 | 147.010 | 191.31 | 1.00% - 5.00% | 1.20% | 150.010 |
| 11 | 12/5/2004 | 124.550 | 91 | 3/7/2005 | 4 | 4 | 122.800 | 122.800 | 100.00 | 2.50% - 6.00% | 6.00% | 124.550 |
| 12 | 12/19/2004 | 200.030 | 91 | 3/21/2005 | 12 | 12 | 282.300 | 196.730 | 196.730 | 2.50%-10.00% | 6.00% | 200.030 |
| 13 | 1/2/2005 | – | – | – | – | – | – | – | – | – | – | – |
| 14 | 1/16/2005 | 100.030 | 91 | 4/18/2005 | 11 | 9 | 127.000 | 97.530 | 130.22 | 3.00% - 6.80% | 5.50% | 100.030 |

UNCLASSIFIED



PRAE 0870