UNCLASSIFIED

*26 January 2005*

DEPARTMENT OF STATE

# [4.0] Establish Foundations for a Strong Economy – Crude Oil Production




- **Weekly Average (17 - 23 Jan) of 2.11 MBPD**
- **Pre-War Peak: 2.5 MBPD in Mar 03**
- **Post-War Peak: 2.67 MBPD**

19

UNCLASSIFIED

PRAE 0871

UNCLASSIFIED

*26 January 2005*

# [4.0] Establish Foundations for a Strong Economy – Crude Oil Export

DEPARTMENT OF STATE




- **2003 Revenue: $5,076.6M**
- **2004 Revenue: $17,012.3M**
- **2005 Revenue: $967.7M**

UNCLASSIFIED