UNCLASSIFIED

*26 January 2005*

DEPARTMENT OF STATE

# [4.0] Establish Foundations for a Strong Economy – Refined Products




Note: This chart represents the percentage of daily target reached for the week of 10 - 16 Jan

- Diesel: 17.1 ML of 17.5 ML
- Kerosene: 9.7 ML of 19.5 ML
- Benzene: 29.6 ML of 18 ML
- LPG: 5,010 tons of 4,300 tons

21

UNCLASSIFIED

PRAE 0873

UNCLASSIFIED

*26 January 2005*

DEPARTMENT OF STATE

# [4.0] Establish Foundations for a Strong Economy – National Stock Levels




- The goal is for all refined products to be over 15 days worth of stocks at maximum consumption rates and does not represent seasonal change. The numbers given above are monthly averages.



UNCLASSIFIED

DEPARTMENT OF STATE

UNCLASSIFIED

*26 January 2005*

# [4.0] Establish Foundations for a Strong Economy – IRRF I & II Financials

| | | | Committed | | Obligated | | Disbursed | |
|---|---|---|---|---|---|---|---|---|
| Sector | 2207 Report | Apportion | Last Week | Current | Last Week | Current | Last Week | Current |
| Security and Law Enforcement | 5045 | 5045 | 4427 | 4522 | 3356 | 3350 | 1322 | 1390 |
| Electricity Sector | 4369 | 3772 | 3318 | 3288 | 2676 | 2663 | 631 | 656 |
| Oil Infrastructure | 1701 | 1701 | 1396 | 1355 | 939 | 920 | 131 | 132 |
| Justice, Public Safety, and Civil Society | 1120 | 1120 | 922 | 926 | 595 | 602 | 140 | 141 |
| -Democracy | 832 | 832 | 696 | 696 | 606 | 606 | 191 | 197 |
| Education, Refugees, Human Rights, Governance | 379 | 379 | 180 | 224 | 171 | 207 | 44 | 47 |
| Roads, Bridges, and Construction | 359 | 355 | 286 | 280 | 183 | 181 | 35 | 36 |
| Health Care | 786 | 786 | 758 | 740 | 506 | 501 | 28 | 31 |
| Transportation and Communications | 513 | 513 | 466 | 457 | 323 | 318 | 29 | 31 |
| Water Resources and Sanitation | 2279 | 1341 | 1294 | 1275 | 885 | 877 | 36 | 37 |
| Private Sector Development | 843 | 843 | 402 | 402 | 328 | 357 | 70 | 70 |
| Admin Expense (USAID, State) | 213 | 29 | 29 | 29 | 29 | 29 | 29 | 29 |
| IRRF II SUBTOTAL | 18439 | 16716 | 14174 | 14192 | 10598 | 10610 | 2687 | 2797 |
| CONSTRUCTION | 11306 | 9542 | 8583 | 8542 | 6417 | 6330 | 1367 | 1400 |
| NON-CONSTRUCTION | 6301 | 6228 | 4895 | 4954 | 3575 | 3673 | 1131 | 1200 |
| DEMOCRACY | 832 | 832 | 696 | 696 | 606 | 606 | 191 | 197 |
| IRFF I SUBTOTAL | 2475 | 2475 | 2475 | 2475 | 2475 | 2475 | 1907 | 1907 |
| GRAND TOTAL IRRF I & II | 20914 | 19077 | 16649 | 16667 | 13073 | 13085 | 4594 | 4704 |

No data received from OPIC or USIP this week
Changes driven by actions on obligations

23

Data as of January 26, 2005

UNCLASSIFIED

PRAE 0875

UNCLASSIFIED

*26 January 2005*

## [5.0] Establish Good Governance, Rule of Law – Refugees, Democracy and Human Rights

DEPARTMENT OF STATE

Internally Displaced Persons (IDPs) of Fallujah

- Distribution of goods to IDP sites around Fallujah by USAID/OFDA implementing partners reached 36,290 families between December 20 and January 10. More than 330,000 Fallujah IDPs have received assistance since November.

Local Governance Program (LGP)

- USAID's Local Governance Program (LGP) held a series of Community Council Liaison Activities representing the implementation phase of LGP's earlier Democracy Dialogue Activities. These were conducted in all 18 governorates to stimulate civic participation and give Iraqis a forum to express their opinions and ask questions about the democratic process.

*26 January 2005*

## [5.0] Establish Good Governance, Rule of Law – Justice

DEPARTMENT OF STATE

Rule of Law Coordination

- INL is developing a comprehensive Justice Integration Project that will assist the Iraqis in reforming and establishing consistent policies and procedures for police, courts and prisons.
- In cooperation with the Ministry of Education, INL is developing a Culture of Lawfulness program to incorporate an appreciation for this concept in the schools.
- INL is supporting the special investor training of the Commission on Public Integrity with US trainers and equipment focusing on anti-corruption and transparency in government.