UNCLASSIFIED

*26 January 2005*

## [6.0] Maintain Int'l Engagement & Support – Developments

DEPARTMENT OF STATE

- Albania, Australia, Bangladesh, Canada, Ghana, Indonesia, Mexico, Panama, UK, Yemen, and the Association of Central and Eastern European Election Officials will participate in the International Mission for Iraqi Elections (IMIE).
- The International Organization for Migration (IOM) successfully completed the registration of 280,303 voters in 14 countries for Out of Country voting.
- UN Special Representative to the Secretary General Ashraf Qazi continues consultations with Iraqi political figures.
- UN elections expert Carlos Valenzuela stated that "violence alone will not discredit the Iraqi elections."



UNCLASSIFIED

PRAE 0878

UNCLASSIFIED

*26 January 2005*

## [6.0] Maintain Int'l Engagement & Support – Stability Contributors

DEPARTMENT OF STATE

**28** Countries with forces in Iraq (in addition to US)

| | | | |
|---|---|---|---|
| Albania | El Salvador | Latvia | Poland |
| Armenia | Estonia | Lithuania | Portugal |
| Australia | Georgia | Macedonia | Romania |
| Azerbaijan | Italy | Moldova | Slovakia |
| Bulgaria | Japan | Mongolia | Thailand |
| Czech Rep | Kazakhstan | Netherlands | Ukraine |
| Denmark | Korea | Norway | UK |

TOTAL ~ 25,300 Forces

*Note: Fiji participating as a part of the UN mission in Iraq

**29 Countries and NATO**
(including US)
**Support Iraqi Stability Operations**

Data as of January 13, 2005



UNCLASSIFIED

UNCLASSIFIED

*26 January 2005*

# Iraq Weekly Status – General Information

DEPARTMENT OF STATE

- This brief draws from multiple sources. References are cited on the respective pages in the "Notes Page" section (View → Notes Page).

- Please forward all questions and/or comments to (unclassified) NEA-I-IPOG-DL@state.gov or (classified) NEA-I-IPOG-DL@state.sgov.gov