
02 February 2005
DEPARTMENT OF STATE
Iraq Weekly Status Report
UNCLASSIFIED

PRAE 0881

UNCLASSIFIED

*02 February 2005*

# Table of Contents

DEPARTMENT OF STATE


| SECTION | SLIDE(S) |
|---|---|
| Highlights | 3 |
| 1.0 Neutralize the Insurgents | 5 |
| 2.0 Ensure Legitimate Elections | 6 |
| 3.0 Create Jobs and Provide Essential Services | 10 |
| 4.0 Establish Foundations for a Strong Economy | 15 |
| 5.0 Establish Good Governance, Rule of Law | 22 |
| 6.0 Maintain International Engagement & Support | 24 |
| General Information | 26 |




UNCLASSIFIED

PRAE 0882

UNCLASSIFIED

*02 February 2005*

# Highlights

DEPARTMENT OF STATE

**1.0 Neutralize the Insurgents**

- Iraq and Coalition forces continue operations to neutralize the insurgents.

**2.0 Ensure Legitimate Elections**

- Braving threats and violence, Iraqis turned out in large numbers on January 30 to elect the Transitional National Assembly.
- The Independent Electoral Commission of Iraq (IECI) has begun to tally votes. Results are expected by February 15.
- Some technical flaws were reported but observers have deemed the process in compliance with international standards. The IECI is moving to process complaints through its dispute resolution mechanism.