UNCLASSIFIED

02 February 2005

# Highlights

DEPARTMENT OF STATE

**3.0 Create Jobs and Provide Essential Services**

- Fuel and electric power supplies are low, especially in Baghdad, due to continued disruption of the fuel distribution system. Crude production remains below target.

**4.0 Establish Foundations for a Strong Economy**

- Work continues on activities that promote restructuring under USAID's Private Sector Development Initiative (PSD II). PSD II advisors are collaborating with Iraqi government officials and private sector representatives on a range of activities to help build a flourishing private sector and generate employment.

**5.0 Establish Good Governance, Rule of Law**

- USAID's Local Governance Program Policy Reform Team (PRT) is working with local government officials to promote decentralization and provide technical assistance for policy reform implementation.

**6.0 Maintain International Engagement and Support**

- International reaction to Iraq's election was extremely positive and the UN and EU have pledged continued support for Iraq's electoral process.



UNCLASSIFIED

PRAE 0884

UNCLASSIFIED

*02 February 2005*

## [1.0] Neutralize the Insurgents – Iraqi Security Forces Update

DEPARTMENT OF STATE

| COMPONENT | TRAINED & EQUIPPED |
|---|---|
| Police | 57,290 |
| Highway Patrol | |
| Other MOI Forces | 21,826 |
| **TOTAL** | **79,116*** |

| COMPONENT | TRAINED & EQUIPPED |
|---|---|
| Army | 56,284 |
| Navy | 139 |
| Air Force | 526 |
| **TOTAL** | **56,949**** |

**Total Trained & Equipped: 130,660**

* Ministry of Interior Forces: Unauthorized absences personnel are included in these numbers

** Ministry of Defense Forces: Unauthorized absences personnel are not included in these numbers

Data as of 31 January 2005



UNCLASSIFIED