UNCLASSIFIED

*02 February 2005*

# [2.0] Ensure Legitimate Elections – Developments

DEPARTMENT OF STATE

Election Outcomes:

- IECI has begun to tabulate votes. Results are to be announced by February 15.
- Out of Country voting turnout was 93.6 percent; 265,168 of the 280,303 Iraqis living abroad who registered to vote actually voted. In the US, 24,335 Iraqis voted.
- Significant numbers of the 55,000 domestic elections monitors mobilized on election day continue to observe the final tally and results as well as the complaints and adjudication process.
- Some scattered irregularities were reported and are being handled by the IECI through the dispute resolution mechanism as laid out in IECI Regulation 15.

UNCLASSIFIED

*02 February 2005*

# [2.0] Ensure Legitimate Elections – Developments

DEPARTMENT OF STATE

Elections Monitoring:

- The International Mission for Iraqi Elections (IMIE) issued a statement that the IECI "prepared and put in place a framework for an election that generally meets recognized standards in terms of election law, planning and preparations."
- IMIE Chairperson Jean Pierre Kingsly commented on the resolve of millions of Iraqis to vote and volunteer despite significant risks.
- IMIE will remain in place to prepare to monitor the two Iraqi elections in 2005.
- The Iraqi Elections Information Network (EIN), comprised of thousands of Iraqi monitors, congratulated Iraqis on tremendous turnout and noted minor flaws -- but indicated they were not systemic and the election was conducted according to international standards.
- Domestic monitors were present at polling stations in all 18 governorates. 80 percent of all polling stations had domestic monitors.

UNCLASSIFIED

*02 February 2005*

## [2.0] Ensure Legitimate Elections – Developments

D E P A R T M E N T O F S T A T E

Transitional National Assembly (TNA):

- Once announced, the TNA will:
  - Serve as Iraq's national legislature until the election of a new government under a permanent constitution.
  - Name a Presidency Council, consisting of a president and two deputy presidents, that will appoint a prime minister. The Prime Minister and his Council of Ministers must receive a vote of confidence in the Assembly by a simple majority.
  - According to the Transitional Administrative Law, the TNA will draft Iraq's new Constitution by August 15, 2005; this will be presented to the Iraqi people for their approval in a national referendum by October 15, 2005.
  - If it is approved, an election for a permanent Iraqi government under that new Constitution will occur by the end of the year.

UNCLASSIFIED

*02 February 2005*

# [2.0] Ensure Legitimate Elections – Electoral Process Timeline

DEPARTMENT OF STATE




UNCLASSIFIED



PRAE 0889

UNCLASSIFIED

*02 February 2005*

DEPARTMENT OF STATE

## [3.0] Create Jobs and Provide Essential Services – Economy

Oil Update:

- Crude oil prices in world markets for the week ending January 28 closed with Kirkuk Crude at $38.79/barrel, Basra Light at $36.76/barrel, and the OPEC basket at $42.63/barrel.

Employment Update:

- Number of Iraqis employed by USG-administered projects in each sector

| Employing Organization | Iraqis Last Week | Iraqi This Week | % Increase on Week |
|---|---|---|---|
| **PCO** (Project and Contracting Office) | **19,651** | **19,494** | **-0.8%** |
| **USAID** | **52,068** | **48,181** | **-7.5%** |
| **AIRP** (Accelerated Iraqi Reconstruction Program) | **6,875** | **6,850** | **-0.4%** |
| **MILCON** (Military Construction) | **678** | **437** | **-35.5%** |
| ***CERP** (Commanders' Emergency Response Program) | **9,697** | **33,671** | **247.2%** |
| **MNSTC-I** (Multi-National Security Transition Command-Iraq) | **7,271** | **3,799** | **-47.8%** |
| **IRRF NON-CONSTRUCTION** | **14,250** | **13,450** | **-5.6%** |
| | | | |
| **GRAND TOTAL** | **110,490** | **125,882** | **13.9%** |

Data as of 2 February 2005

10

UNCLASSIFIED

PRAE 0890