UNCLASSIFIED

*02 February 2005*

# [3.0] Create Jobs and Provide Essential Services – Job Creation, Food Security, and Health Care

DEPARTMENT OF STATE

Fuel and Power Supplies:

- Fuel and electric power supplies remain low in Baghdad, due to disruption of the distribution system. Power generation in Baghdad improved over previous week to sustain ten hours of power per day. Crude oil production is at about 2.1 million barrels per day.

Public Distribution System (PDS):

- The Ministry of Trade will meet 59 percent of its January requirements for rice, down from 65 percent previously projected. For February, Iraq is projected to receive 81 percent of the monthly rice requirement.

Health Care:

- Although still in the beginning stages, the Basrah Children's Hospital is scheduled to be completed in March 2006.
  - The new children's hospital will emphasize providing inpatient and outpatient pediatric care. It will also serve as a model pediatric facility and is designed to accommodate the Ministry of Health's (MOH) plans for future expansion.

UNCLASSIFIED

*02 February 2005*

## [3.0] Create Jobs and Provide Essential Services – Water and Sanitation

DEPARTMENT OF STATE

Water and Sanitation:

- USAID Local Governance Program specialists recently completed installation of computers for the Baghdad governorate Water and Sewage offices and are currently configuring the systems. Basic training is ongoing for staff members.
- Work has begun to expand and refurbish a water treatment plant in Karbala with expected completion in September 2005.
  - In addition to providing clean water to Karbala residents, the plant supplies potable water to an estimated three million religious pilgrims to the Al-Hussein Shrine in Karbala each year.

UNCLASSIFIED

*02 February 2005*

DEPARTMENT OF STATE

## [3.0] Create Jobs and Provide Essential Services – Transportation and Telecommunications

Transportation:

- Work to refurbish the Air Traffic Control Center and Tower at Baghdad International Airport (BIAP) is 96 percent complete and should be finished in February 2005.
  - USAID has already repaired the airport terminal and administration offices, installed communication systems, rehabilitated customs offices, and repaired passenger support facilities.

Telecommunications:

- The Advanced First Responders Network National Coordination Center (AFRN-NCC) and base transceiver stations (BTS) are installed and ready for activation.
  - The AFRN will provide police, firefighters, and other emergency services with interoperable links to communicate with each other and with Coalition forces. Work is underway to integrate BTSs into the network.

UNCLASSIFIED

*02 February 2005*

# [3.0] Create Jobs and Provide Essential Services – Electricity Overview

DEPARTMENT OF STATE




- Electricity generation climbed back above pre-war levels (~95,600 MWh) with several daily highs at nearly 100,000 MWh. The Northern governorates received 18+ hours of power per day, while the rest of the country (including Baghdad) received 10-12 hours.
- Unplanned and planned generation outages at the end of the week (January 31) were 866 MW and 764 MW, respectively.



UNCLASSIFIED

PRAE 0894

UNCLASSIFIED

*02 February 2005*

## [4.0] Establish Foundations for a Strong Economy

DEPARTMENT OF STATE

Investment Promotion:

- Work continues on activities that promote restructuring under USAID's Private Sector Development Initiative (PSD II). PSD II advisors are working with Iraqi government officials and private sector representatives on a range of activities to help build a flourishing private sector and generate employment.
- Restructuring state-owned enterprises is a core component of this initiative, as a liberalized economy would encourage competition, investment, and overall economic growth.

Agricultural Project:

- In full cooperation with and support of the Ministry of Agriculture, technical specialists from USAID's Agriculture Reconstruction and Development Program for Iraq (ARDI) are working with the sole distributor of Case New Holland agricultural machinery.
  - This partnership will survey the quantity and repair needs of inoperable tractors and combines throughout the country to establish a baseline for a national agricultural machinery rehabilitation program.
  - Following the survey, ARDI will provide support for repairs within the limitations of the program. ARDI is also planning to bring in Massey Ferguson and John Deere to assist farmers in the rehabilitations of these brands as the program moves forward.

UNCLASSIFIED