DEPARTMENT OF STATE

# [4.0] Establish Foundations for a Strong Economy

Iraq Currency and Securities Exchanges:

- At the New Iraqi Dinar (NID) auction on January 19, the settlement price was 1,460 dinars per USD with a total of 11 banks trading. The following table shows the purchase value of the top five banks:

| Bank Name | Quantity Sold (in thousands of dollars) | Percentage of Total Auction |
|---|---|---|
| United Bank | 3,500 | 27.83% |
| Al-Basra Bank | 2,000 | 15.90% |
| Islamic Bank | 1,400 | 11.13% |
| Middle East Bank | 1,235 | 9.82% |
| Iraq Bank | 1,160 | 9.22% |
| **Total** | **9,295** | **73.92%** |

- The Ministry of Finance (MOF) auctioned ID 100 billion (about $68.5 million) in T-Bills on January 17; the settlement yield was 5.5 percent with 9 banks offering winning bids. The following shows the results of the previous 6 auctions:

| No. of Auction | Date of Auction | Amount of Issue | Term of Security (in days) | Maturity Date | Number Competitive Bidders | Winning Bidders | Total valid Competitive Bids | Total Competitive Awarded | Cover Ratio % | Bid Range yields | Cut off yield | Amount Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 10/24/2004 | 150.030 | 91 | 1/24/2005 | 10 | 6 | 350.000 | 145.030 | 241.33 | 1.00% - 5.40% | 2.50% | 150.030 |
| 9 | 11/7/2004 | 150.010 | 91 | 2/7/2005 | 12 | 7 | 437.100 | 145.510 | 300.39 | 1.00% - 3.30% | 1.10% | 150.010 |
| 10 | 11/21/2004 | 150.010 | 91 | 2/20/2005 | 6 | 6 | 281.250 | 147.010 | 191.31 | 1.00% - 5.00% | 1.20% | 150.010 |
| 11 | 12/5/2004 | 124.550 | 91 | 3/7/2005 | 4 | 4 | 122.800 | 122.800 | 100.00 | 2.50% - 6.00% | 6.00% | 124.550 |
| 12 | 12/19/2004 | 200.030 | 91 | 3/21/2005 | 12 | 12 | 282.300 | 196.730 | 196.730 | 2.50%-10.00% | 6.00% | 200.030 |
| 13 | 1/2/2005 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 14 | 1/16/2005 | 100.030 | 91 | 4/18/2005 | 11 | 9 | 127.000 | 97.530 | 130.22 | 3.00% - 6.80% | 5.50% | 100.030 |

UNCLASSIFIED

*02 February 2005*

DEPARTMENT OF STATE

# [4.0] Establish Foundations for a Strong Economy – Crude Oil Production




- Weekly Average (24 - 30 Jan) of 2.12 MBPD
- Pre-War Peak: 2.5 MBPD in Mar 03
- Post-War Peak: 2.67 MBPD



UNCLASSIFIED

PRAE 0897

UNCLASSIFIED

*02 February 2005*

DEPARTMENT OF STATE

# [4.0] Establish Foundations for a Strong Economy – Crude Oil Export




| | |
|---|---|
| • 2003 Revenue: | $5,076.6M |
| • 2004 Revenue: | $17,012.3M |
| • 2005 Revenue: | $1,312.1M |



UNCLASSIFIED

PRAE 0898