UNCLASSIFIED

*02 February 2005*

DEPARTMENT OF STATE

# [4.0] Establish Foundations for a Strong Economy – Refined Products




**Note: This chart represents the average percentage of daily target reached for the week of January 24 - 30**

- Diesel: 11.3 ML of 17.5 ML
- Kerosene: 5.0 ML of 19.5 ML
- Benzene: 16.4 ML of 18 ML
- LPG: 4,934 tons of 4,300 tons



UNCLASSIFIED

PRAE 0899

UNCLASSIFIED

*02 February 2005*

DEPARTMENT OF STATE

# [4.0] Establish Foundations for a Strong Economy – National Stock Levels




- The goal is for all refined products to be over 15 days worth of stocks at maximum consumption rates and does not represent seasonal change. The numbers given above are monthly averages.



UNCLASSIFIED

PRAE 0900

UNCLASSIFIED

*02 February 2005*

DEPARTMENT OF STATE

# [4.0] Establish Foundations for a Strong Economy – IRRF I & II Financials

| | | | Committed | | Obligated | | Disbursed | |
|---|---|---|---|---|---|---|---|---|
| Sector | 2207 Report | Apportion | Last Week | Current | Last Week | Current | Last Week | Current |
| Security and Law Enforcement | 5045 | 5045 | 4522 | 4493 | 3350 | 3414 | 1390 | 1403 |
| Electricity Sector | 4369 | 3772 | 3288 | 3328 | 2663 | 2688 | 656 | 715 |
| Oil Infrastructure | 1701 | 1701 | 1355 | 1434 | 920 | 942 | 132 | 137 |
| Justice, Public Safety, and Civil Society | 1120 | 1120 | 926 | 946 | 602 | 672 | 141 | 145 |
| -Democracy | 832 | 832 | 696 | 751 | 606 | 660 | 197 | 207 |
| Education, Refugees, Human Rights, Governance | 379 | 379 | 224 | 227 | 207 | 205 | 47 | 48 |
| Roads, Bridges, and Construction | 359 | 355 | 280 | 283 | 181 | 184 | 36 | 37 |
| Health Care | 786 | 786 | 740 | 750 | 501 | 511 | 31 | 34 |
| Transportation and Communications | 513 | 513 | 457 | 462 | 318 | 323 | 31 | 33 |
| Water Resources and Sanitation | 2279 | 1341 | 1275 | 1304 | 877 | 891 | 37 | 47 |
| Private Sector Development | 843 | 843 | 402 | 402 | 357 | 357 | 70 | 74 |
| Admin Expense (USAID, State) | 213 | 29 | 29 | 29 | 29 | 29 | 29 | 29 |
| IRRF II SUBTOTAL | 18439 | 16716 | 14192 | 14409 | 10610 | 10876 | 2797 | 2909 |
| CONSTRUCTION | 11306 | 9542 | 8542 | 8626 | 6330 | 8645 | 1400 | 1485 |
| NON-CONSTRUCTION | 6301 | 6228 | 4954 | 5032 | 3673 | 1571 | 1200 | 1216 |
| DEMOCRACY | 832 | 832 | 696 | 751 | 606 | 660 | 197 | 207 |
| IRFF I SUBTOTAL | 2475 | 2475 | 2475 | 2475 | 2475 | 2475 | 1907 | 1907 |
| GRAND TOTAL IRRF I & II | 20914 | 19077 | 16667 | 16884 | 13085 | 13351 | 4704 | 4816 |

No data received from OPIC or USIP this week
Changes driven by actions on obligations

21

Data as of February 02, 2005 UNCLASSIFIED



PRAE 0901