*02 February 2005*

# [5.0] Establish Good Governance, Rule of Law – Refugees, Democracy and Human Rights

DEPARTMENT OF STATE

Internally Displaced Persons (IDPs):

- In one region of At' Tamim governorate, a USAID partner NGO has doubled the number of families that are receiving Livelihood Assets Packages from 50 to 100 per day. To date, USAID and the Office of Foreign Disaster Assistance (OFDA) have distributed packages to more than 1,000 families in this area. The total value of the materials that was distributed through the end of January was $450,000.
- In Diyala governorate local partner NGOs have distributed more than 600 packages, and several hundred more will be distributed in coming weeks.
- Fuel supplies are currently one of the biggest problems in Iraq, and many IDP families are weathering a cold winter in military camps and tents. The distribution of kerosene is helping reduce the tension between IDP families. In Diyala governorate USAID/OFDA has distributed 1,750 barrels of kerosene; several hundred more will be distributed in the coming weeks.

The Development of Local Government Associations:

- USAID's Local Governance Program Policy Reform Team (PRT) is working with local government officials to promote decentralization and provide technical assistance for policy reform implementation.

UNCLASSIFIED

*02 February 2005*

# [5.0] Establish Good Governance, Rule of Law – Justice

DEPARTMENT OF STATE

Rule of Law Updates:

- Feb. 1: INL briefed Ambassador Negroponte on Rule of Law Coordination and strategy. The Ambassador views the Justice Integration Project and the Iraqi Rule of Law Advisory Committee as priority activities, and will review the plan with respect to future budgets and priorities.
- MNF-I has requested advice from INL on how to proceed with Rule of Law activities.

UNCLASSIFIED

*02 February 2005*

## [6.0] Maintain Int'l Engagement & Support – Developments

DEPARTMENT OF STATE

- The European Commission proposed an additional package of 200 million EURO towards Iraq's reconstruction including €130 million for jobs and essential services, €15 million for energy and trade, €10 million for the political process, and € 45 million for a reserve fund.
- UN Secretary General Kofi Annan stated that "the success of the election augurs well for the transition process."
- The UN Security Council President issued a statement congratulating Iraqi people on a "positive step in the political development of Iraq" and commending "the bravery of the millions of Iraqis who, facing adverse conditions, exercised their right to vote."
- UN Special Representative of the Secretary General for Iraq Ashraf Qazi emphasized "the need for encouraging a broad based dialogue among all Iraqi political forces" and emphasized the UN's continued commitment to Iraq.



UNCLASSIFIED

PRAE 0904