UNCLASSIFIED

*02 February 2005*

DEPARTMENT OF STATE

## [6.0] Maintain Int'l Engagement & Support – Stability Contributors

**28 Countries with forces in Iraq (in addition to US)**

| | | | |
|---|---|---|---|
| Albania | El Salvador | Latvia | Poland |
| Armenia | Estonia | Lithuania | Portugal |
| Australia | Georgia | Macedonia | Romania |
| Azerbaijan | Italy | Moldova | Slovakia |
| Bulgaria | Japan | Mongolia | Thailand |
| Czech Rep | Kazakhstan | Netherlands | Ukraine |
| Denmark | Korea | Norway | UK |

**TOTAL ~ 25,300 Forces**

*Note: Fiji participating as a part of the UN mission in Iraq

**29 Countries and NATO**
(including US)
**Support Iraqi Stability Operations**

Data as of January 13, 2005

25

UNCLASSIFIED

PRAE 0905

UNCLASSIFIED

*02 February 2005*

# Iraq Weekly Status – General Information

DEPARTMENT OF STATE

- This brief draws from multiple sources. References are cited on the respective pages in the "Notes Page" section (View → Notes Page).

- Please forward all questions and/or comments to (unclassified) NEA-I-IPOG-DL@state.gov or (classified) NEA-I-IPOG-DL@state.sgov.gov



UNCLASSIFIED

PRAE 0906