
16 February 2005
DEPARTMENT OF STATE
Iraq Weekly
Status Report
UNCLASSIFIED

UNCLASSIFIED

*16 February 2005*

DEPARTMENT OF STATE

# Table of Contents


| SECTION | SLIDE(S) |
|---|---|
| Highlights | 3 |
| 1.0 Neutralize the Insurgents | 5 |
| 2.0 Ensure the Continuation of Support for Iraq's Electoral Process through 2005 | 6 |
| 3.0 Create Jobs and Provide Essential Services | 10 |
| 4.0 Establish Foundations for a Strong Economy | 15 |
| 5.0 Establish Good Governance, Rule of Law | 21 |
| 6.0 Maintain International Engagement & Support | 23 |
| General Information | 25 |




UNCLASSIFIED

UNCLASSIFIED

*16 February 2005*

# Highlights

DEPARTMENT OF STATE

### 1.0 Neutralize the Insurgents

- Iraq and Coalition forces continue operations to neutralize the insurgents.

### 2.0 Ensure the Continuation of Support for Iraq's Electoral Process through 2005

- Provisional election results were announced. In the election for the Transitional National Assembly, the United Iraqi Alliance captured 48 percent, the Kurdish Alliance 26 percent, and PM Allawi's Iraqi List 14 percent.
- Results will be certified in the next few days. Official turnout was 58 percent – 8,456,266 Iraqis voted. Ongoing political bargaining will lead to the announcement of the new government within a short period of time.

### 3.0 Create Jobs and Provide Essential Services

- Electricity load served Febuary 7 – 13 hovered at 88,600 MWh. Hours of available power averaged 11 hours in Baghdad. Peak demand remains very high (~8,000 MW).
- Work is nearly 60 percent complete on a project to extensively repair the sewage collection system of a central district of Baghdad. Work is scheduled to be completed in June 2005 and will improve service for about 1.5 million residents.