UNCLASSIFIED

*16 February 2005*

# Highlights

DEPARTMENT OF STATE

**4.0 Establish Foundations for a Strong Economy**

- Advisers from USAID's Private Sector Development II program (PSD II) are continuing activities to promote trade and open markets in Iraq. Activities include restructuring of state-owned enterprises; investment promotion; trade policy and market access.
- **5.0 Establish Good Governance, Rule of Law**
- The Iraqi Special Tribunal (IST) Rules of Procedural Evidence were formally passed by the Court this week. English translations of these rules soon will be available.
- **6.0 Maintain International Engagement and Support**
- UN Secretary General Kofi Annan congratulated Iraqis on a successful election, saying they "reflect not only the courage and determination of the Iraqi people, but also their commitment to the political transition process that their country is undergoing." The UN Security Council issued a Presidential Statement also congratulating the Iraqi people.



UNCLASSIFIED

PRAE 0657

UNCLASSIFIED

*16 February 2005*

# [1.0] Neutralize the Insurgents – Iraqi Security Forces Update

DEPARTMENT OF STATE

## Ministry of Interior Forces

| COMPONENT | TRAINED & EQUIPPED |
|---|---|
| POLICE | 57,336 |
| HIGHWAY PATROL | |
| OTHER MOI FORCES | 21,703 |
| TOTAL | 79,039* |

## Ministry of Defense Forces

| COMPONENT | OPERATIONAL |
|---|---|
| ARMY | 56,589 |
| AIR FORCE | 186 |
| NAVY | 528 |
| TOTAL | 57,303** |

## Total Trained & Equipped ISF:

# 136,342

* Ministry of Interior Forces: Unauthorized absences personnel are included in these numbers
** Ministry of Defense Forces: Unauthorized absences personnel are not included in these numbers

Data as of February 14, 2005



UNCLASSIFIED

PRAE 0658

UNCLASSIFIED

*16 February 2005*

# [2.0] Ensure the Continuation of Support for Iraq's Electoral Process through 2005 – Developments

DEPARTMENT OF STATE

Election Outcomes:

- Provisional election results for the Transitional National Assembly (TNA) were announced; they should be certified and TNA seat distribution announced soon. In the election for the Transitional National Assembly, the United Iraqi Alliance captured 48 percent, the Kurdish Alliance 26 percent, and PM Allawi's Iraqi List 14 percent.
- Overall turnout was 58 percent (8,456,266 Iraqis voted).
- Five percent of the vote went to nine other parties; Iraqi Interim President Sheikh Ghazi's "Iraqis" list will also have a small number of seats.

| TNA List | Votes | % of Overall Votes |
|---|---|---|
| **United Iraq Alliance** | 4,075,295 | **48%** |
| **Kurdistan Alliance List** | 2,175,551 | **26%** |
| **Iraqi List** | 1,168,943 | **14%** |
| **Iraqis** | 150,680 | **2%** |
| **Tukman Iraq Front** | 93,480 | **1%** |