UNCLASSIFIED

*16 February 2005*

# [2.0] Ensure the Continuation of Support for Iraq's Electoral Process through 2005 – Developments

D E P A R T M E N T O F S T A T E

Transitional National Assembly (TNA):

- Once announced, the TNA will:
  - Serve as Iraq's national legislature until the election of a new government under a permanent constitution.
  - Approve a Presidency Council, consisting of a president and two deputy presidents, by a two-third vote. The Presidency Council will then appoint a prime minister. The Prime Minister and his Council of Ministers must receive a vote of confidence in the Assembly by a simple majority.
  - According to the Transitional Administrative Law, the TNA will draft Iraq's new Constitution by August 15, 2005; this will be presented to the Iraqi people for their approval in a national referendum by October 15, 2005.
  - If it is approved, an election for a permanent Iraqi government under that new Constitution will occur by the end of 2005.

UNCLASSIFIED

*16 February 2005*

# [2.0] Ensure the Continuation of Support for Iraq's Electoral Process through 2005 – Electoral Process Timeline

DEPARTMENT OF STATE






UNCLASSIFIED

PRAE 0661

UNCLASSIFIED

*16 February 2005*

## [3.0] Create Jobs and Provide Essential Services – Economy

DEPARTMENT OF STATE

Oil Update:

- Crude oil prices in world markets for the week ending February 11 closed with Kirkuk Crude at $35.58/barrel, Basra Light at $35.98/barrel, and the OPEC basket at $40.33/barrel.

Employment Update:

- Number of Iraqis employed by USG-administered projects in each sector

| Employing Organization | Iraqis Last Week | Iraqis This Week | % Change on Week |
|---|---|---|---|
| PCO (Project and Contracting Office) | 17,521 | 18,898 | 7.9% |
| USAID | 53,613 | 56,922 | 6.2% |
| AIRP (Accelerated Iraqi Reconstruction Program) | 5,497 | 5,352 | -2.6% |
| MILCON (Military Construction) | 534 | 734 | 37.5% |
| *CERP (Commanders' Emergency Response Program) | 33,671 | 33,671 | 0.0% |
| MNSTC-I | 4,035 | 4,035 | 0.0% |
| IRRF NON-CONSTRUCTION | 13,379 | 13,229 | -1.1% |
| | | | |
| GRAND TOTAL | 128,250 | 132,841 | 3.6% |

*CERP numbers are from the latest GRD Sitrep

Data as of 16 February 2005