UNCLASSIFIED

*16 February 2005*

## [3.0] Create Jobs and Provide Essential Services – Health Care and Food Security

DEPARTMENT OF STATE

Health Care:

- As of February 15, there were 82 primary health care centers under construction and 19 hospitals under renovation.
- The World Health Organization (WHO) conducted a review of a HIV/AIDS project proposal for Iraq. One of the main issues included is a review of the national strategic plan for HIV/AIDS. WHO will support the process towards the finalization of a full HIV/AIDS strategy, including the situation and response analysis, drafting the strategic plan, and resource mobilization.

Public Distribution System (PDS):

- For the month of January, the Public Distribution System met 100 percent of the monthly requirement for wheat and 59 percent for rice. For February, Iraq is projected to receive 100 percent of the monthly requirement for wheat and 81 percent of the requirement for rice, which is contingent upon on-time arrivals and distribution.

# [3.0] Create Jobs and Provide Essential Services–Education

D E P A R T M E N T O F S T A T E

Education:

- Ten schools in Baghdad were completely rehabilitated by UNICEF and implementing partners and handed over to Directorates of Education. Work will soon begin on the rehabilitation of seven schools. The rehabilitation of 74 schools is in progress and new contracts have been approved for an additional 10 schools.
- More than 8,500 books in dozens of disciplines have been delivered to five Iraqi universities through a "Books Beyond Borders" initiative that is a part of the al-Sharaka partnership with the University of Oklahoma, funded by USAID's Higher Education and Development (HEAD) program.
- Volume III (School Atlas) of the national school survey report is currently being prepared. The Ministry of Education is drafting the Atlas outline, and delegates from the Geographic Information System (GIS) section in MoE will come to Amman to work with the UNICEF team to finalize the design of the Atlas, to be released in March.

UNCLASSIFIED

*16 February 2005*

# [3.0] Create Jobs and Provide Essential Services – Water and Sanitation and Telecommunications

DEPARTMENT OF STATE

Water and Sanitation:

- Final inspections began last week on USAID's project to restore a Najaf water treatment plant, and all work at the site is scheduled to be substantially complete in February. The water treatment plant is the main supplier of potable water to the 563,000 residents of Najaf.
- Work is nearly 60 percent complete on a project to extensively repair the sewage collection system of a central district of Baghdad. Work is scheduled to be completed in June 2005 and will improve service for about 1.5 million residents.

Telecommunications:

- The Advanced First Responders Network (AFRN) has programmed and distributed over 1,700 user radio sets by the First Cavalry Division to policemen at Iraqi Police Stations. Installation of the AFRN infrastructure in Baghdad continues.
- The number of telephone landline subscribers throughout Iraq is 982,561, and the number of cell phone subscribers is 1,586,549. This combined total of 2,569,110 is 208 percent greater than the number of active landline subscribers before the war. Prior to the war, cell phone service was nearly non-existent outside Kurdistan.