UNCLASSIFIED

*16 February 2005*

# [3.0] Create Jobs and Provide Essential Services – Electricity Overview

DEPARTMENT OF STATE




- Electricity load served in the last week (February 7-13) hovered below estimated pre-war levels at 88,600 MWh. Hours of available power averaged 11 hours in Baghdad.
- Peak demand remains very high (~8,000 MW).
- Unplanned and planned outages continue to be relatively low. At the end of the week, there were 804 MW and 805 MW, respectively.

UNCLASSIFIED

*16 February 2005*

DEPARTMENT OF STATE

# [3.0] Create Jobs and Provide Essential Services – Hours of Power




Average Electrical Power Distribution per Governorate for the period 3 - 9 FEB 2005

**Average hours of Electrical Service provided over a 7 Day Period**

| | |
|---|---|
| ≤ 8 Hrs = Red | |
| 9 to 15 Hrs =Amber | |
| ≥ 16 Hrs = Green | |
| No Report = White | |

**Percent Change in MW over a 7 Day Period**

| | |
|---|---|
| *Baghdad* | 10 |
| *Dahuk* | 23 |
| *Naynawa* | -22 |
| *Tamim* | -15 |
| *Salah Ad Din* | -10 |
| *Anbar* | 8 |
| *Diyala* | -14 |
| *Babil* | 6 |
| *Karbala* | FLAT |
| *Najaf* | FLAT |
| *Qadisiyah* | 28 |
| *Wasit* | -15 |
| *Muthanna* | 18 |
| *Dhi Qar* | -2 |
| *Maysan* | -7 |
| *Basrah* | 8 |
| *Arbil* | 37 |
| *Sulaymaniyah* | -1 |

Average Hours of Power all over the Country is about 8 Hours per Day

UNCLASSIFIED



PRAE 0667

UNCLASSIFIED

*16 February 2005*

# [4.0] Establish Foundations for a Strong Economy

D E P A R T M E N T O F S T A T E

USAID's Private Sector Development II (PSD II) Program:

- USAID's Private Sector Development II (PSD II) program coordinates with Iraqi government officials and private sector representatives to develop the private sector.
  - Activities include restructuring of state-owned enterprises; investment promotion; trade policy and market access; development of business management skills; capital markets development; and expanding opportunities for micro, small, and medium enterprises.