UNCLASSIFIED

*16 February 2005*

# [4.0] Establish Foundations for a Strong Economy

DEPARTMENT OF STATE

Iraq Currency Exchange:

- At the New Iraqi Dinar (NID) auction on February 15, the settlement price was 1,460 dinars per USD with a total of 16 banks trading. The following table shows the purchase value of the top five banks:

| Bank Name | Quantity Sold (in thousands of dollars) | Percentage of Total Auction |
|---|---|---|
| Agriculture Bank | 3,625 | 21.02% |
| Al-Warkaa Bank | 3,000 | 17.40% |
| United Bank | 3,000 | 17.40% |
| Islamic Bank | 1,550 | 8.99% |
| Iraq Bank | 1,360 | 7.89% |
| **Total** | **12,535** | **72.69%** |

- The currency exchange rate has remained steady between NID 1440 - 1465/ $1 since June 2004.

UNCLASSIFIED

*16 February 2005*

# [4.0] Establish Foundations for a Strong Economy – Crude Oil Production

DEPARTMENT OF STATE




- Weekly Average (7 – 13 Feb) of 2.11 MBPD
- Pre-War Peak: 2.5 MBPD in Mar 03
- Post-War Peak: 2.67 MBPD



UNCLASSIFIED

UNCLASSIFIED

*16 February 2005*

# [4.0] Establish Foundations for a Strong Economy – Crude Oil Export

DEPARTMENT OF STATE




- 2003 Revenue: $5,076.6M
- 2004 Revenue: $17,012.3M
- 2005 Revenue: $1,982.6M



UNCLASSIFIED