UNCLASSIFIED

*16 February 2005*

DEPARTMENT OF STATE

# [4.0] Establish Foundations for a Strong Economy – Refined Products




Note: This chart represents the average percentage of daily target reached for the week of February 7-13

- Diesel: 17.2 ML of 17.5 ML
- Kerosene: 9.2 ML of 19.5 ML
- Benzene: 24.3 ML of 18 ML
- LPG: 4,712 tons of 4,300 tons



UNCLASSIFIED

PRAE 0672

UNCLASSIFIED

*16 February 2005*

# [4.0] Establish Foundations for a Strong Economy – National Stock Levels

DEPARTMENT OF STATE




- The goal is for all refined products to be over 15 days worth of stocks at maximum consumption rates and does not represent seasonal change. The numbers given above are monthly averages.

UNCLASSIFIED

*16 February 2005*

DEPARTMENT OF STATE

# [4.0] Establish Foundations for a Strong Economy – IRRF I & II Financials

| Financial Status-IRRF I & II | | | Committed | | Obligated | | Disbursed | |
|---|---|---|---|---|---|---|---|---|
| Sector | 2207 Report | Apportion | Last Week | Current | Last Week | Current | Last Week | Current |
| Security and Law Enforcement | 5045 | 5045 | 4502 | 4602 | 3442 | 3508 | 1458 | 1507 |
| Electricity Sector | 4369 | 4077 | 3485 | 3480 | 2699 | 2717 | 732 | 770 |
| Oil Infrastructure | 1701 | 1701 | 1439 | 1436 | 935 | 936 | 139 | 156 |
| Justice, Public Safety, and Civil Society | 1120 | 1120 | 946 | 958 | 672 | 687 | 154 | 169 |
| -Democracy | 832 | 832 | 751 | 751 | 661 | 661 | 208 | 216 |
| Education, Refugees, Human Rights, Governance | 379 | 379 | 248 | 252 | 220 | 223 | 61 | 61 |
| Roads, Bridges, and Construction | 359 | 355 | 283 | 273 | 184 | 178 | 37 | 37 |
| Health Care | 786 | 786 | 735 | 682 | 497 | 457 | 36 | 36 |
| Transportation and Communications | 513 | 513 | 462 | 457 | 323 | 323 | 34 | 36 |
| Water Resources and Sanitation | 2279 | 1770 | 1307 | 1302 | 898 | 907 | 54 | 54 |
| Private Sector Development | 843 | 835 | 402 | 803 | 357 | 710 | 74 | 426 |
| Admin Expense (USAID, State) | 213 | 29 | 29 | 29 | 29 | 29 | 29 | 29 |
| IRRF II SUBTOTAL | 18439 | 17442 | 14589 | 15025 | 10917 | 11336 | 3016 | 3487 |
| IRRF II CONSTRUCTION | 11306 | 10378 | 8762 | 8782 | 6513 | 6538 | 1522 | 1570 |
| IRRF II NON-CONSTRUCTION | 6301 | 6232 | 5076 | 5492 | 3743 | 4137 | 1286 | 1711 |
| IRRF II DEMOCRACY | 832 | 832 | 751 | 751 | 661 | 661 | 208 | 216 |
| IRRF I SUBTOTAL | 2475 | 2475 | 2475 | 2475 | 2475 | 2475 | 2017 | 2150 |
| GRAND TOTAL IRRF I & II | 20914 | 19917 | 17064 | 17500 | 13392 | 13810 | 5033 | 5647 |

Data as of February 16, 2005

21

No data received from OPIC or USIP this week
Changes driven by actions on obligations

UNCLASSIFIED

PRAE 0674