UNCLASSIFIED

*16 February 2005*

## [5.0] Establish Good Governance, Rule of Law – Refugees, Democracy and Human Rights

DEPARTMENT OF STATE

Local Governance Programs:

- The South Central Local Governance Program (LGP) team recently completed a three-day training course for 14 council members from the Jassan Subdistrict Council on writing bylaws. Course topics included a brief history of Iraqi administrative systems, an introduction to legislation, council structure, and advice on how to organize and structure relations with local councils.
- LGP staff continued to work with the Basrah education directorate to produce a monthly payroll database for their 24,000 employees. The January 2005 payroll was the third consecutive month the directorate was able to produce the payroll with only limited technical assistance from LGP staff.

UNCLASSIFIED *16 February 2005*

## [5.0] Establish Good Governance, Rule of Law – Refugees, Democracy and Human Rights

DEPARTMENT OF STATE

Local Governance Programs (cont'd):

- UNICEF's distribution of water continued in Fallujah where about 67,000 Internally Displaced Persons were provided with 10.7 million litres of drinking water. A desk review is currently ongoing to assess water tankering activities. The recommendations of the review will help strengthen this component.
- Half of a $36.7 million USAID grant to UNICEF for health and water and sanitation programs is being used to support water supply and sanitation improvement projects throughout Iraq. As a result of these programs, vulnerable populations are gaining access to potable water and improved sanitation is helping to decrease the incidence of waterborne diseases, thus improving public health throughout the country.

UNCLASSIFIED

*16 February 2005*

DEPARTMENT OF STATE

## [5.0] Establish Good Governance, Rule of Law – Rule of Law

Rule of Law:

- The Iraqi Special Tribunal (IST) Rules of Procedural Evidence were formally passed by the Court this week. English translations of these rules soon will be available.
- This weekend, the IST will post a website – www.iraqispecialtribunal.gov – for the dissemination of information about the IST.