UNCLASSIFIED

*16 February 2005*

DEPARTMENT OF STATE

## [6.0] Maintain Int'l Engagement & Support – Developments

- UN Secretary General Kofi Annan congratulated Iraqis on a successful election, saying they "reflect not only the courage and determination of the Iraqi people, but also their commitment to the political transition process that their country is undergoing."
- The UN Security Council issued a Presidential Statement noting: "The Security Council congratulates the people of Iraq on the successful elections of 30 January 2005. These elections represent a historic moment for Iraq and a positive step in its political transition."
- Pending a request from the ITG for assistance, United Nations Assistance Mission for Iraq (UNAMI) has begun reviewing staffing and organizational requirements to provide technical advice on the drafting of a constitution.
- A French government spokesman stated that "these elections mark an important step in the political reconstruction of Iraq." France has also indicated its readiness to train Iraqi gendarmes in Qatar.

UNCLASSIFIED

*16 February 2005*

# [6.0] Maintain Int'l Engagement & Support – Stability Contributors

DEPARTMENT OF STATE

## 27 Countries with forces in Iraq (in addition to US)

| | | | |
|---|---|---|---|
| Albania | El Salvador | Latvia | Poland |
| Armenia | Estonia | Lithuania | Portugal |
| Australia | Georgia | Macedonia | Romania |
| Azerbaijan | Italy | Moldova | Slovakia |
| Bulgaria | Japan | Mongolia | Ukraine |
| Czech Rep | Kazakhstan | Netherlands | UK |
| Denmark | Korea | Norway | |

*Note: Fiji participating as a part of the UN mission in Iraq

**TOTAL ~ 25,000 Forces**

**28 Countries and NATO**
(including US)
**Support Iraqi Stability Operations**

Data as of February 10, 2005



UNCLASSIFIED



PRAE 0679

UNCLASSIFIED

*16 February 2005*

# Iraq Weekly Status – General Information

DEPARTMENT OF STATE

- This brief draws from multiple sources. References are cited on the respective pages in the "Notes Page" section (View → Notes Page).
- Please forward all questions and/or comments to (unclassified) NEA-I-IPOG-DL@state.gov or (classified) NEA-I-IPOG-DL@state.sgov.gov