
23 February 2005
DEPARTMENT OF STATE
Iraq Weekly Status Report
UNCLASSIFIED

UNCLASSIFIED

*23 February 2005*

DEPARTMENT OF STATE

# Table of Contents


| SECTION | SLIDE(S) |
| --- | --- |
| Highlights | 3 |
| 1.0 Neutralize the Insurgents | 5 |
| 2.0 Ensure the Continuation of Support for Iraq's Electoral Process through 2005 | 6 |
| 3.0 Create Jobs and Provide Essential Services | 9 |
| 4.0 Establish Foundations for a Strong Economy | 15 |
| 5.0 Establish Good Governance, Rule of Law | 21 |
| 6.0 Maintain International Engagement & Support | 23 |
| General Information | 25 |




UNCLASSIFIED

PRAE 0682

UNCLASSIFIED

*23 February 2005*

# Highlights

DEPARTMENT OF STATE

**1.0 Neutralize the Insurgents**

- Iraq and Coalition forces continue operations to neutralize the insurgents.

**2.0 Ensure the Continuation of Support for Iraq's Electoral Process through 2005**

- Certified elections results and TNA seat allocations were announced on Feb. 17.
- The United Iraqi Alliance announced Ibrahim Ja'afari as its candidate for Prime Minister.

**3.0 Create Jobs and Provide Essential Services**

- USAID supported UNICEF's delivery of more than 198,000 secondary school student kits providing basic supplies for learning to 12 regional directorates of education.