UNCLASSIFIED

*23 February 2005*

# Highlights

DEPARTMENT OF STATE

### 4.0 Establish Foundations for a Strong Economy

- The Ministry of Finance auctioned ID 150 billion ($102.7 million) in T-bills on February 21; the settlement yield was 3.0 percent. The Iraqi T-bill auction settlement yields have fluctuated between 1.1 percent and 6.0 percent over the last three months.

### 5.0 Establish Good Governance, Rule of Law

- A USAID implementing partner has begun to receive grant submissions from Iraqi civil society organizations (CSO) to support efforts to increase women's participation in the constitutional process.

### 6.0 Maintain International Engagement and Support

- At a meeting at NATO on February 22, all 26 Allies agreed to contribute to NATO's training of Iraqi security forces, either in Iraq, outside of Iraq, through financial contributions, or donations of equipment.
- In a February 22 statement, the US and EU announced readiness to host an international conference to coordinate assistance to Iraq.

UNCLASSIFIED

*23 February 2005*

# [1.0] Neutralize the Insurgents – Iraqi Security Forces Update

DEPARTMENT OF STATE

## Ministry of Interior Forces

| COMPONENT | TRAINED & EQUIPPED |
|---|---|
| POLICE | 55,629 |
| HIGHWAY PATROL | |
| OTHER MOI FORCES | 26,805 |
| TOTAL | 82,434* |

## Ministry of Defense Forces

| COMPONENT | OPERATIONAL |
|---|---|
| ARMY | 56,954 |
| AIR FORCE | 186 |
| NAVY | 518 |
| TOTAL | 57,658** |

## Total Trained & Equipped ISF:

**140,092**

* Ministry of Interior Forces: Unauthorized absences personnel are included in these numbers
** Ministry of Defense Forces: Unauthorized absences personnel are not included in these numbers

UNCLASSIFIED

*23 February 2005*

# [2.0] Ensure the Continuation of Support for Iraq's Electoral Process through 2005 – Developments

DEPARTMENT OF STATE

Election Outcomes/Developments:

- On February 17, the IECI announced the certified results and Transitional National Assembly seat allocations. The United Iraqi Alliance received 140 seats, followed by the Kurdistan Alliance List (75 seats), Prime Minister Allawi's Iraqi List (40 seats), and President al-Yawar's Iraqis List (5 seats). Eight other small parties won the remaining 20 seats.
- On February 22, the United Iraqi Alliance announced Ibrahim Ja'afari as its candidate for Prime Minister.

| TNA List | Seats in TNA |
|---|---|
| United Iraq Alliance | 140 |
| Kurdistan Alliance List | 75 |
| Iraqi List | 40 |
| Iraqis | 5 |
| Iraqi Turkman Front | 3 |
| National Independent Cadres and Elites | 3 |
| National Union | 2 |
| Islamic Group of Kurdistan/Iraq | 2 |
| Islamic Action Organization in Iraq/Central Direction | 2 |
| National Democratic Alliance | 1 |
| Al Rafideen National List | 1 |
| Liberation and Reconciliation Gathering | 1 |
| TOTAL | 275 |



UNCLASSIFIED