UNCLASSIFIED

*23 February 2005*

# [2.0] Ensure the Continuation of Support for Iraq's Electoral Process through 2005 – Developments

DEPARTMENT OF STATE

Transitional National Assembly (TNA):

- The TNA will:
  - Serve as Iraq's national legislature until the election of a new government under a permanent constitution.
  - Approve a Presidency Council, consisting of a president and two deputy presidents, by a two-thirds vote. The Presidency Council will then appoint a Prime Minister. The Prime Minister and his Council of Ministers must receive a vote of confidence in the Assembly by a simple majority.
  - According to the Transitional Administrative Law, the TNA is to draft Iraq's new Constitution by August 15, 2005; this will be presented to the Iraqi people for their approval in a national referendum by October 15, 2005.
  - If it is approved, an election for a permanent Iraqi government under that new Constitution will occur by the end of 2005.

UNCLASSIFIED

*23 February 2005*

## [2.0] Ensure the Continuation of Support for Iraq's Electoral Process through 2005 – Electoral Process Timeline

DEPARTMENT OF STATE




8

UNCLASSIFIED



PRAE 0688

UNCLASSIFIED

*23 February 2005*

DEPARTMENT OF STATE

## [3.0] Create Jobs and Provide Essential Services – Economy

Oil Update:

- Crude oil prices in world markets for the week ending February 18 closed with Kirkuk Crude at $37.61/barrel, Basra Light at $37.70/barrel, and the OPEC basket at $42.08/barrel.

Employment Update:

- Number of Iraqis employed by USG-administered projects in each sector

| Employing Organization | Iraqis Last Week | Iraqis This Week | % Change on Week |
|---|---|---|---|
| PCO (Project and Contracting Office) | 18,898 | 22,715 | 20.2% |
| USAID | 56,922 | 58,053 | 2.0% |
| AIRP (Accelerated Iraqi Reconstruction Program) | 5,352 | 5,152 | -3.7% |
| MILCON (Military Construction) | 734 | 863 | 17.6% |
| *CERP (Commanders' Emergency Response Program) | 33,671 | 33,671 | 0.0% |
| MNSTC-I | 4,035 | 12,612 | 212.6% |
| IRRF NON-CONSTRUCTION | 13,229 | 13,328 | 0.7% |
| | | | |
| GRAND TOTAL | 132,841 | 146,394 | 10.2% |

*CERP numbers are from the latest GRD Sitrep

Data as of February 23, 2005



UNCLASSIFIED