UNCLASSIFIED

*23 February 2005*

# [3.0] Create Jobs and Provide Essential Services – Health Care and Food Security

DEPARTMENT OF STATE

Job Creation:

- Since 2004, USAID's Agriculture Reconstruction and Development Program for Iraq (ARDI) has created 5,809 full-time and temporary jobs through an agriculture program targeting government and non-government organizations for the building of national and local capacity.
  - ARDI has awarded 71 grants worth $4.28 million to support development and economic growth in the agriculture sector.
  - To date, 465 women and 889 men have received permanent employment; 440 women and 4,120 men have increased family income through temporary employment as a result of ARDI grants.

Health Care:

- There are currently 83 primary health centers (PHC) under construction by PCO. Ten projects have passed the 25 percent completion mark.
- There are currently 19 hospitals under renovation.

Public Distribution System (PDS):

- For February, Iraq is projected to receive 100 percent of the monthly requirement for wheat and 81 percent of the requirement for rice, which is contingent upon on-time arrivals and distribution.



UNCLASSIFIED

UNCLASSIFIED

*23 February 2005*

# [3.0] Create Jobs and Provide Essential Services–Education

DEPARTMENT OF STATE

Education:

- PCO has completed 183 school renovations to date; an additional 430 are under construction. 800 schools are scheduled for completion by mid-2005.
- USAID recently completed the seven-month rehabilitation of a Girls' Vocational School in Karbala Governorate through a cooperative effort between the local community and the Community Action Program (CAP).
  - The school, the only of its kind in the city, provides commercial vocational training to nearly 1,000 students in fields such as accounting and sewing.
- USAID supported UNICEF's delivery of more than 198,000 secondary school student kits providing basic supplies for learning to 12 regional directorates of education.
  - By the end of the program, more than 525,000 students in 2,014 schools in all 21 Directorates of Education will receive kits.
  - In the past two years, USAID partners distributed more than 900,000 kits to primary school students and 1.5 million kits to secondary school students.
  - USAID also supported UNICEF's distribution of 18,000 recreation kits to primary and secondary schools.

UNCLASSIFIED *23 February 2005*

## [3.0] Create Jobs and Provide Essential Services – Water and Sanitation and Telecommunications

DEPARTMENT OF STATE

Water and Sanitation:

- The Iraq Project and Contracting Office (PCO) Small Water System Rehabilitation is underway and includes multiple small potable water projects awarded to local contractors and local water authorities throughout Iraq.
- A total of 24 potable water system projects are currently underway.
- Work is 66 percent complete to rehabilitate the water and sewage treatment facilities serving rural, north-central Diyala Governorate.
  - After rehabilitation and expansion, the plant will serve the governorate's 60,000 residents. The project is scheduled to be completed in May 2005.

Telecommunications:

- Advanced First Responder Network (AFRN) is on-track for the scheduled June 30 completion date. All base stations are on line in Baghdad, and an additional 50 base stations will be constructed to service 15 other cities.
- The number of telephone landline subscribers throughout Iraq is 982,561, and the number of cell phone subscribers is 1,586,549. This combined total of 2,569,110 is 208 percent greater than the number of active landline subscribers before the war.