UNCLASSIFIED

*23 February 2005*

# [3.0] Create Jobs and Provide Essential Services – Electricity Overview

DEPARTMENT OF STATE




- Electricity load served in the last week (February 14-20) hovered near 92,400 MWh. Hours of available power averaged 10.6 hours in Baghdad.
- Peak demand has started to decrease with more moderate seasonal temperatures.
- Unplanned and planned outages continue to be relatively low. At the end of the week, there were 777 MW and 873 MW, respectively.

UNCLASSIFIED

*23 February 2005*

# [4.0] Establish Foundations for a Strong Economy

DEPARTMENT OF STATE

## USAID's Private Sector Development II (PSD II) Program:

- USAID's Private Sector Development II (PSD II) program coordinates with Iraqi government officials and private sector representatives to develop the private sector.
  - Activities include restructuring of state-owned enterprises; investment promotion; trade policy and market access; development of business management skills; capital markets development; and expanding opportunities for micro, small, and medium enterprises.

DEPARTMENT OF STATE

## [4.0] Establish Foundations for a Strong Economy

Iraq Currency Exchange:

- At the New Iraqi Dinar (NID) auction on February 21, the settlement price was 1,460 dinars per USD with a total of 16 banks trading. The following table shows the purchase value of the top five banks:

| Bank Name | Quantity Sold (in thousands of dollars) | Percentage of Total Auction |
|---|---|---|
| Al-Warkaa Bank | 3,000 | 21.09% |
| Agriculture Bank | 2,110 | 14.83% |
| United Bank | 2,000 | 14.06% |
| Islamic Bank | 1,300 | 9.14% |
| Al-Rasheed | 1,120 | 7.87% |
| **Total** | **9,530** | **66.99%** |

- The Ministry of Finance (MOF) auctioned ID 150 billion (about $102.7 million) in T-Bills on February 21; the settlement yield was 3.0 percent with 4 banks offering winning bids. The following shows the results of the previous 6 auctions:

| No. of Auction | Date of Auction | Amount of Issue | Term of Security (in days) | Maturity Date | Number competitive Bidders | Winning Bidders | Total Competitive Awarded | Bid Range Yields | Cut Off yield | Amount Sold |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/7/2004 | 150.010 | 91 | 2/7/2005 | 12 | 7 | 145.510 | 1.00% - 3.30% | 1.10% | 150.010 |
| 2 | 11/21/2004 | 150.010 | 91 | 2/20/2005 | 6 | 6 | 147.010 | 1.00% - 5.00% | 1.20% | 150.010 |
| 3 | 12/5/2004 | 124.550 | 91 | 3/7/2005 | 4 | 4 | 122.800 | 2.50% - 6.00% | 6.00% | 124.550 |
| 4 | 12/19/2004 | 200.030 | 91 | 3/21/2005 | 12 | 12 | 196.730 | 2.50%-10.00% | 6.00% | 200.030 |
| 5 | 1/16/2005 | 100.030 | 91 | 4/18/2005 | 11 | 9 | 97.530 | 3.00% - 6.80% | 5.50% | 100.030 |
| 6 | 2/6/2005 | 100.040 | 91 | 5/9/2005 | 11 | 7 | 96.940 | 3.00% - 7.00% | 5.00% | 100.040 |
| 7 | 2/20/2005 | 150.020 | 91 | 5/23/2005 | 10 | 4 | 145.520 | 3.00 %- 7.00% | 3.00% | 150.020 |