UNCLASSIFIED

*23 February 2005*

# [4.0] Establish Foundations for a Strong Economy – Crude Oil Production

DEPARTMENT OF STATE




- Weekly Average (February 14 – 20) of 2.11 MBPD
- Pre-War Peak: 2.5 MBPD in Mar 03
- Post-War Peak: 2.67 MBPD

UNCLASSIFIED

*23 February 2005*

DEPARTMENT OF STATE

# [4.0] Establish Foundations for a Strong Economy – Crude Oil Export




- 2003 Revenue: $5,076.6M
- 2004 Revenue: $17,012.3M
- 2005 Revenue: $2,450.8M



UNCLASSIFIED

PRAE 0697

UNCLASSIFIED

*23 February 2005*

DEPARTMENT OF STATE

# [4.0] Establish Foundations for a Strong Economy – Refined Products




Note: This chart represents the average percentage of daily target reached for the week of February 7-13

- Diesel: 16.1 ML of 17.5 ML
- Kerosene: 9.6 ML of 19.5 ML
- Benzene: 23.1 ML of 18 ML
- LPG: 5,058 tons of 4,300 tons