UNCLASSIFIED

*23 February 2005*

# [4.0] Establish Foundations for a Strong Economy – National Stock Levels

DEPARTMENT OF STATE




• The goal is for all refined products to be over 15 days worth of stocks at maximum consumption rates and does not represent seasonal change. The numbers given above are monthly averages.

UNCLASSIFIED

*23 February 2005*

# [4.0] Establish Foundations for a Strong Economy – IRRF I & II Financials

DEPARTMENT OF STATE

| Financial Status-IRRF I & II | | | Committed | | Obligated | | Disbursed | |
|---|---|---|---|---|---|---|---|---|
| Sector | 2207 Report | Apportion | Last Week | Current | Last Week | Current | Last Week | Current |
| Security and Law Enforcement | 5045 | 5045 | 4602 | 4590 | 3508 | 3532 | 1507 | 1507 |
| Electricity Sector | 4369 | 4077 | 3480 | 3525 | 2717 | 2749 | 770 | 813 |
| Oil Infrastructure | 1701 | 1701 | 1436 | 1432 | 936 | 929 | 156 | 147 |
| Justice, Public Safety, and Civil Society | 1120 | 1120 | 958 | 970 | 687 | 960 | 169 | 170 |
| Democracy | 832 | 832 | 751 | 751 | 661 | 661 | 216 | 217 |
| Education, Refugees, Human Rights, Governance | 379 | 379 | 252 | 252 | 223 | 226 | 61 | 61 |
| Roads, Bridges, and Construction | 359 | 355 | 273 | 340 | 178 | 185 | 37 | 41 |
| Health Care | 786 | 786 | 682 | 668 | 457 | 473 | 36 | 31 |
| Transportation and Communications | 513 | 513 | 457 | 486 | 323 | 325 | 36 | 37 |
| Water Resources and Sanitation | 2279 | 1770 | 1302 | 1694 | 907 | 936 | 54 | 69 |
| Private Sector Development | 843 | 835 | 803 | 803 | 710 | 757 | 426 | 427 |
| Admin Expense (USAID) | 213 | 29 | 29 | 29 | 29 | 29 | 29 | 29 |
| IRRF II SUBTOTAL | 18439 | 17442 | 15025 | 15540 | 11336 | 11492 | 3497 | 3549 |
| IRRF II CONSTRUCTION | 11306 | 10378 | 8782 | 9282 | 6538 | 6606 | 1570 | 1600 |
| IRRF II NON-CONSTRUCTION | 6301 | 6232 | 5492 | 5507 | 4137 | 4225 | 1711 | 1732 |
| IRRF II DEMOCRACY | 832 | 832 | 751 | 751 | 661 | 661 | 216 | 217 |
| IRRF I SUBTOTAL | 2475 | 2475 | 2475 | 2475 | 2475 | 2475 | 2150 | 2150 |
| GRAND TOTAL IRRF I & II | 20914 | 19917 | 17500 | 18015 | 13810 | 13967 | 5647 | 5699 |

Data as of February 23, 2005

No data received from OPIC or USIP this week; changes driven by actions on obligations
Data reported in millions of dollars

UNCLASSIFIED

## [5.0] Establish Good Governance, Rule of Law – Refugees, Democracy and Human Rights

DEPARTMENT OF STATE

Democracy and Governance:

- A USAID implementing partner has begun to receive grant submissions from Iraqi civil society organizations (CSO) to support efforts to increase women's participation in the constitutional process. More specifically, the grant programs will support CSOs that focus on women's issues in a democracy, the political awareness of women and the involvement of women in Iraqi political life. The implementing partner has also begun the development of a Constitutional Toolkit to assist political parties in using the constitutional process as a public outreach mechanism and an opportunity to engage voters directly in the public debate on the constitution.

Internally Displaced Persons:

- Staff from USAID's Community Action Program (CAP) recently conducted a quick survey of displaced Fallujah families in the areas outside of Baghdad city. This survey included tallying the numbers of the families, verifying this number according to the ration cards, and assessing their urgent needs. Based on the results, it was decided that the most urgent needs were in the villages because of their poor conditions and lack of resources.