UNCLASSIFIED

*23 February 2005*

## [5.0] Establish Good Governance, Rule of Law – Refugees, Democracy and Human Rights

DEPARTMENT OF STATE

Rule of Law:

he Iraqi Council of Judges plans to play a leading role in the Justice Integration Project. The Justice Integration Project will reform all elements of the Iraqi criminal justice system at the policy level, the procedural level, and the linkages between police, prosecutors/defense attorneys, judiciary, and corrections.

- 1st Cavalry expressed interest in supporting the Justice Integration Project. They suggest outfitting police stations in Baghdad with computers, internet capacity, and computer training.

UNCLASSIFIED

*23 February 2005*

# [6.0] Maintain Int'l Engagement & Support – Developments

DEPARTMENT OF STATE

- At a meeting at NATO on February 22, all 26 Allies agreed to contribute to NATO's training of Iraqi security forces, either in Iraq, outside of Iraq, through financial contributions, or by donations of equipment.
- In a February 22 statement, the US and EU announced readiness to host an international conference to coördinate assistance to Iraq.
- Prime Minister John Howard announced Australia will deploy an additional 450 calvary, infantry, and training personnel to provide security for Japanese engineering and support teams and to train Iraqi security forces.
  - Australian Foreign Minister Alexander Downer stated, "...we just cannot afford to allow Iraq to fail. We cannot allow the insurgents to succeed in destroying the new emerging democracy in Iraq."



UNCLASSIFIED

UNCLASSIFIED

*23 February 2005*

# [6.0] Maintain Int'l Engagement & Support – Stability Contributors

DEPARTMENT OF STATE

## 27 Countries with forces in Iraq (in addition to US)

| | | | |
|---|---|---|---|
| Albania | El Salvador | Latvia | Poland |
| Armenia | Estonia | Lithuania | Portugal |
| Australia | Georgia | Macedonia | Romania |
| Azerbaijan | Italy | Moldova | Slovakia |
| Bulgaria | Japan | Mongolia | Ukraine |
| Czech Rep | Kazakhstan | Netherlands | UK |
| Denmark | Korea | Norway | *Note: Fiji participating as a part of the UN mission in Iraq |

**TOTAL ~ 25,000 Forces**

**28 Countries and NATO**
(including US)
**Support Iraqi Stability Operations**

Data as of February 17, 2005

UNCLASSIFIED

*23 February 2005*

# Iraq Weekly Status – General Information

DEPARTMENT OF STATE

- This brief draws from multiple sources. References are cited on the respective pages in the "Notes Page" section (View → Notes Page).

- Please forward all questions and/or comments to (unclassified) NEA-I-IPOG-DL@state.gov or (classified) NEA-I-IPOG-DL@state.sgov.gov