**shawn@americanradio.us**

**From:** Sile Robert F MAJ CPATT J6 [robert.sile@iraq.centcom.mil]
**Sent:** Saturday, March 12, 2005 3:06 AM
**To:** dom@praecomm.com
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue

We're mullied this over now. I do not believe that this will fly as IAN will not fit in the MNSTC-I mission to train, equip, or advise the Iraqi Security Forces (ISF). The FRN network is designed to provide communications to Iraqi security, EMS, and Fire services for the designated cities. IAN has nothing to do with Iraqi security forces and as such we can't spend funds for contracts not supporting the ISF. This would be a Dept of State need or maybe IRMO. It would also have to go thru the bidding process as this represents a fundamentally different system from the contract and Contracting is never going to agree to mod that will fundamentally restructure the contract.

We want to have FRN installed, at least initially in the 5 cities. We'd still like the other 12 cities installed but not into cities where AFRN is fielded as that causes the situation where two systems service a single city and that's operationally not supportable. I now understand you had other designs for the system and leveraging it for business opportunities but that was never a consideration for us nor was it a consideration for selecting you as a vendor. You were selected in part because it was felt you could deliver a FRN system in a timely manner and provide needed comms to the ISF and first responders.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

---

**From:** Dom's Email [mailto:dom@praecomm.com]
**Sent:** Friday, March 11, 2005 6:54 PM
**To:** Sile Robert F MAJ CPATT J6
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue

Bob:

Wondering if we have a verdict on the IAN proposal?

r/

dom

> -----Original Message-----
> **From:** Sile Robert F MAJ CPATT J6 [mailto:robert.sile@iraq.centcom.mil]
> **Sent:** Monday, March 07, 2005 6:29 AM
> **To:** dom@praecomm.com; Radano Andrew J LT CPATT
> **Cc:** Shawn Campbell; Graham, John COL
> **Subject:** RE: FRN/AFRN issue
>
> Dom, that certainly sounds reasonable.

PRAE 0340

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

---

**From:** Dom's Email [mailto:dom@praecomm.com]
**Sent:** Monday, March 07, 2005 3:33 AM
**To:** Sile Robert F MAJ CPATT J6; Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue

Bob:

Shawn and I have been discussing the situation...we are working on a proposal that we would like you and Colonel Graham to consider reviewing...we feel that our proposal will bring some new ideas to the table that would be both creative and beneficial to everyone, especially the Iraqis and you the customer...please give us 24 hours to put our proposal together before taking any further action on the matter as you folks may find this the solution that makes sense...we will forward off to you and the Colonel NLT close of business our time Monday the 7th...we would like to have a yea or nea on it by Friday of this week, your time if at all possible...thanks for your time and consideration...

r/

dom

Dom Di Luigi
Praecomm Inc.
6310 Riverdale Street
San Diego, CA 92120

www.praecomm.com
Phone: +619-325-1642
Fax: +619-325-1643

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to Praecomm Inc. and are for the exclusive and confidential use of the intended recipient only. The recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

-----Original Message-----
**From:** Sile Robert F MAJ CPATT J6 [mailto:robert.sile@iraq.centcom.mil]
**Sent:** Sunday, March 06, 2005 3:32 AM
**To:** dom@praecomm.com; Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue

Dom, I'm not sure how to respond to this message.

First, there is no conspiracy. I suspect no one realized the overlap until I asked the questions. That said, when I wrote politics I misspoke because it is in essence the simple fact that we want to provide FRN capabilities to cities where there is none rather than try to jam two systems into the same set of cities. Doing so means each cop will have more than

PRAE 0341

one radio, which is unworkable, and begs the question by the Iraqis as to why we put everything into the largest few cities and left the rest with nothing.

Second, the contract we have with you is aimed at providing FRN capabilities within Iraqi cities and not setting up a wireless infrastructure. Now that may be your intent but I don't believe that was ever ours.

Third, the apparent convergence of payments and shifting is in fact caused by me trying to straighten away projects and outstanding payments and that's all. It has taken a while to work thru the project plans and rationalize them. I have made a serious attempt to reduce duplication of efforts in terms of what we contract for. Hence the basis for my question around shifting contracted cities to more suitable cities where the systems can (I believe) be best utilized to provide communications for IPS. As for your funding, it was a mess when I can and has taken time to straighten out. We have put a good faith effort into addressing the outstanding payments and laboring through them contract-by-contract. Players here change frequently and no one from ARI is in-country so things have taken time to correct.

I'm going to have to discuss this with the Colonel as he has history and can provide direction on path he wishes to take. But I think trying to place two systems into the same set of cities is not going to be workable operationally. I'll also discuss this with PCO.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

---

**From:** Dom's Email [mailto:dom@praecomm.com]
**Sent:** Saturday, March 05, 2005 9:59 PM
**To:** Sile Robert F MAJ CPATT J6; Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue
**Importance:** High

Bob:

This 'shift' you are referring to will greatly impact our program/company technology deployment and our company's presence and future share of the Iraqi wireless communications market (which we have worked unbelievably hard to establish as a small business manufacturer amongst so many Fortune 100 companies such as Lucent, Tyco and Motorola). By shifting our contracted cities (for which all equipment has been already assembled and optimized, in waiting for payment) from the vastly larger, more populated ones to the much smaller ones with substantially less end users, you have in essence turned our contracts over to big business in my view for the sake of the politics you have mentioned.

I'm sorry if I appear offensive, it is not my intention, but my take on this matter is that our portion of this project does not seem to have been treated appropriately or with any concern or consideration for the issues I have just mentioned. Our solution was contracted to be that of the FRN for the Iraqi First responders teams in those cities...not a second string solution being shoved into little Podunk towns, as a secondary system to the AFRN or where nothing goes on anyway. Our technology does essentially everything the AFRN technology does, the only difference is ours is done and ready to ship for all cities while AFRN's is not and ours costs a hell of a lot less to procure, implement and maintain. It's already been approved and contracted for, guess it's just not the politically correct product for the application anymore.

You folks need to understand that we have provided extremely aggressive pricing to the PCO to be able to enter this market in the cities and manner we had been contracted to...I cannot express how exhausted and disappointed I am on this matter and the way in which it has been handled. Not only will we not be able to get the satisfaction of seeing this program through to the planned, successful outcome we had all hoped, we will not be able to recoup the time, effort and energy factor we have exhausted with this project for over the last year and one half. In essence, we have failed to accomplish anything we had then set out to do. The only consolation is we have not failed due to short comings on our part, we have been contracted to to the job which means we did something right and that at least gives me some solace.

In closing, I do not want to be a conspiratorist but it seems odd that we have not been able to get paid for some while which obviously has held up our program's ability to move forward...now that our funding matters seem to be progressing, there is a 'shift' in where our program is now progressing to...odd coincidence. At this point, we would like to discuss matters in house and with our local representative. This has been quite a roller coaster ride and I in all fairness am a bit tired and looking to get off for at least some while until my head clears. I would request that you folks continue to move forward with getting us paid to date and we appreciate the latest effort on that topic. I feel the best thing to do at this point is to simply get us paid to date and get the balance of the contracted equipment to your location and paid for prior to discussing any other plans.

Thank you for all your time and consideration in this matter...please extend my sincere and respect regards to Colonel Graham thanking him for all his time and consideration...as well our disappointment not to have been able to have provide to him the things we had hoped we were to do. We all have great respect for him and have appreciated working for him to this point.

r/

dom

Dom Di Luigi
Praecomm Inc.
6310 Riverdale Street
San Diego, CA 92120

www.praecomm.com
Phone: +619-325-1642
Fax: +619-325-1643

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to Praecomm Inc. and are for the exclusive and confidential use of the intended recipient only. The recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

-----Original Message-----
**From:** Sile Robert F MAJ CPATT J6 [mailto:robert.sile@iraq.centcom.mil]
**Sent:** Saturday, March 05, 2005 8:53 AM
**To:** dom@praecomm.com; Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Graham, John COL
**Subject:** RE: FRN/AFRN issue

Dom, I think the AFRN city listing is now cast in stone. What we would want to do is shift cities such that we do NOT implement FRN and AFRN into the same city. That would be an operational and political nightmare. I suspect that what happened before was they specified cities in contract while AFRN city list was shifting. Now