we have the fielding list and want to position FRN for success.

I presume that what you need is a MOD from PCO to the contract specifying different cities. I would presume here that I can substitute one city for another on a one-for-one basis. That seems a bit simplistic so please let me know what I've overlooked. What I'd like to do is work with you to decide those "city pairs" so we agree together on what old city was and substitute is.

I know we're working thru the money issues slowly as we have to recreate paper trails and documentation.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

---

**From:** Dom's Email [mailto:dom@praecomm.com]
**Sent:** Saturday, March 05, 2005 7:34 PM
**To:** Radano Andrew J LT CPATT
**Cc:** Shawn Campbell; Sile Robert F MAJ CPATT J6
**Subject:** RE: FRN/AFRN issue
**Importance:** High

Andy:

I've seen so many 'lists' on this AFRN/FRN project I can't count them...regarding your email, my information on the 'proposed' FRN cities is not my information and is not a proposal, we're contracted from the PCO to do so...it's way past the proposal point...not sure if you have reviewed all contracts and attachments I sent to you, you may want to re-review them and confirm your most recent send...we will take it from there based on your response that I will be looking for on an every hour on the hour basis until I see it come through...if you are in fact correct and our portion is now reduced to 5 remaining cities then I would say we are looking at a significant problem that will need to be addressed on our end first thing Monday morning here at home...

that having been said, we're still working on the payment side of the matter and are actually seeing some progress, slow but seemingly steady to this point from what we can tell, thought you'd like to know...

r/

dom

Dom Di Luigi
Praecomm Inc.
6310 Riverdale Street
San Diego, CA 92120

www.praecomm.com
Phone: +619-325-1642
Fax: +619-325-1643

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to Praecomm Inc. and are for the exclusive and confidential use of the intended

recipient only. The recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.

Dom,

I got the information about proposed FRN cities, thanks. However, new issue is the fact there cannot be overlap between FRN and AFRN. That said, currently there is a lot when the two projects are compared. On the following list, an asterisk represents cities that are designated for AFRN, leaving only (5) for FRN:

1. Samarra*
2. Kirkuk*
3. As Sulaymaniyah
4. Al Kut*
5. Al Fallujah
6. Tikrit*
7. Ramadi*
8. Dahuk
9. Irbil

Baqubah*
Al Amarah
An Nasariyah*
As Samawah*
Ad Diwaniyah*
An Najaf*
Al Hillah*
Karbala*

MAJ Sile is interested in the possibility of finding other sites to supplement any duplication, I've copied him in, and all that remains is hashing out the alternatives.

Thanks again for your help.

V/r

1LT Andrew J. Radano
DSN 318-239-7746
IRAQNA 0790-192-3851
andrew.radano@iraq.centcom.mil
andrew.radano@us.army.mil

-----Original Message-----
**From:** Radano Andrew J LT CPATT [mailto:andrew.radano@iraq.centcom.mil]
**Sent:** Saturday, March 05, 2005 12:39 AM
**To:** dom@praecomm.com
**Cc:** Sile Robert F MAJ CPATT J6
**Subject:** FRN/AFRN issue

Dom,

Attached is the list of cities, sorry about the other one.

Andy

1LT Andrew J. Radano
DSN 318-239-7746
IRAQNA 0790-192-3851
andrew.radano@iraq.centcom.mil
andrew.radano@us.army.mil

To: Dom Di Luigi
Cc: Shawn Campbell; Graham, John COL; Radano Andrew J LT CPATT
Subject: RE: Compromise proposal #3

Dom, first my apologies for any confusion as I mean to keep the number of cities the same contractually. I see where I used numbers 17 and 18 and simply meant to keep number same as in contract.

We're reviewing and I need to discuss with contracting and Colonel which will happen tomorrow. I will email you tomorrow pm.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539
-----Original Message-----
From: Dom Di Luigi [mailto:dom@praecomm.com]
Sent: Tuesday, March 29, 2005 7:48 AM
To: Sile Robert F MAJ CPATT J6
Cc: 'Shawn Campbell'; Graham, John COL; Radano Andrew J LT CPATT
Subject: Compromise proposal #3
Importance: High

Bob:

Seems from your last response that there is some issue with adding more cities past the number currently contracted for...which is 18 total...to this, I have attached our final offer to remedy the situation with a proposal that I would like either a yea or nea, hopefully within the next
5-7 days or so...

Per the last email sent, if this final offer is not accepted, we feel we will have done all we could to proactively remedy the situation by having offered three very reasonable alternative resolutions...

In our view, this final offer can't have any hiccups as it will not require the addition of any additional cities, it will simply look to expand capacity and equipment in the current cities by adding 5 more systems to the larger cities and more subscriber units to the overall mix...these numbers were not originally planned for and would be needed to accommodate for fire and EMT first responders anyway...

essentially, we would like the 'full' loadout issued for the cities we will be assigned to, all 18 of them and feel this additional equipment will be what's required eventually to truly provide a first rate FRN system...

Line Items in the proposal are as follows:

#1: portable handsets: numbers are determined by the planning for 200 users per channel average throughout each system...we simply added all equipment procured to date and deducted from 200 user/channel average to determine balance required to meet the average...

#2: we added 5-8 channel systems to each of the five larger cities...along with that, we have recommended re-assigning the existing 5-8 channel systems to these same 5 larger cities as they will be needed long term if not immediately to accommodate the larger number of total police users and then the eventual add on of fire and emt...last point would be having two sites per large city would of course provide better coverage patterns and as our systems are network capable, allow for future linking of sites in each city with very minimal effort...

#3: Since we recommend using the existing 8 channel systems in the larger cities along with this plan, we would need to reprogram all systems and all subscriber units from scratch...all systems have system ids and each portable will have to be linked to match those system id's...as such, switching from the 6 channels systems to the 8 channels will require reprogramming...highly recommended...