#4: 2-6 channel systems were offered to the government at no cost based on the cities they were to be assigned to...we would ask that if this plan goes through, as we will not have our systems in those cities, to be compensated at the same rate as those purchased were given in contract 9027...

From there, I believe that's it...I have attached a 2 page PDF, one page with the new offer in quotation, the second itemizing the numbers for your review...

Again, we feel this offer will provide everything needed for the balance of the cities we would be working in to have first rate communication coverage...none of this gear would go to waste, we would not have to go to the next step of finding more cities unless you needed those cities covered otherwise...we would simply be providing more equipment to the same cities...that should be real easy for everyone...

In this way, although we would still be giving up 12 major cities, we would be accomplishing comprehensive comms in the cities we did provide for...in my book, this would be the most reasonable of offers, something we both could live with and justify properly...anything less would not still be the case for us...hope you'll see it as the same...

Will look forward to your response, again, a simple yea or nea will work for us, but let's please move towards some closure either way...am hoping one of the three proposals, or combination of more than one will meet with yours and the colonel's approval...we would like to get this situation past the 'discussion' stage and into action if possible...either way, we would like to get to the final answer sooner rather than later...

we respect and appreciate the fact you are all very busy over there and decisions like these take time...unfortunately, with all the delays and changes taking place regarding this project, we are not so busy on this end and would very much like to be...hope you understand...thanks again for your time and consideration in the matter...

r/

dom

-----Original Message-----
From: Sile Robert F MAJ CPATT J6 [mailto:robert.sile@iraq.centcom.mil]
Sent: Saturday, March 26, 2005 7:29 AM
To: dom@praecomm.com
Cc: Shawn Campbell; Graham, John COL; Radano Andrew J LT CPATT
Subject: RE: Compromise proposal #2

Dom,
My apologies for the delay as the Colonel and I have been out and about these past few days. We've discussed this and we would like to proceed with the 5 city installation as quickly as possible. And we want to proceed then with final 13 cities after reprogramming. We also will talk with contracting and we understand the need to cover the costs for reprogramming for the other cities.

We can't provide you with exclusivity as that's not our charter. Only the Iraqis can provide that. However, you will have simple & robust system which is considerably less expensive and much more aligned with their real needs. When I discuss their options with them I can point out costs versus benefits and believe you'll do quite well.

The current plan for now (as I see it and if you agree) should be to focus on:
- rough estimate of reprogramming costs
- agreement on 17 cities to be installed (I can provide you a draft in next couple of

days
- rough timeline from you
- installation of the 18 cities
- discussions around extending FRN out to additional cities (how many, where, lifecycle costs, etc)

Let me know what you think

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539

-----Original Message-----
From: Dom's Email [mailto:dom@praecomm.com]
Sent: Monday, March 21, 2005 10:08 PM
To: Sile Robert F MAJ CPATT J6
Cc: Shawn Campbell; Graham, John COL
Subject: Compromise proposal #2
Importance: High

Bob:

We have been discussing matters on our side regarding the whole of the situation...seeing how IAN is not in your category or potentially not feasible from a contracting perspective, I would like to know if we could explore a second potential avenue...

Currently, we have 18 systems total ready for installation...if we were to agree to go ahead with 5 of those systems to the major cities you have indicated and put the balance into smaller cities (13 total) of your choosing, is there a possibility that there would be more smaller cities than the 13 we would be currently contracted for...

meaning, is there a need for communications for first responders in more than 13 smaller cities and would you folks consider letting our system be the system of record in those additional smaller cities...if so, please indicate the total number of additional cities and potential end users and we will put together a proposal for the additional equipment and labor, to include a reconfiguration timeframe for all of the systems currently contracted for which would need to be reconfigured to match the appropriate channel plan of their re-assigned cities...

we feel that in this way, although we would not be in the larger cities, we would still be able to do a comparatively proportionate amount business and still make a positive difference in the overall FRN/AFRN communication program...

we hope you find this latest compromise idea more beneficial to your program than the last one we sent...please let us know your thoughts if possible...

r/

dom

Dom Di Luigi
Praecomm Inc.
6310 Riverdale Street
San Diego, CA 92120

www.praecomm.com
Phone: +619-325-1642
Fax: +619-325-1643

CONFIDENTIALITY NOTICE: This email and any attachments contain proprietary information to Praecomm Inc. and are for the exclusive and confidential use of the intended recipient

only. The recipient understands that the information contained in this email is information to be kept in strict confidence solely between the two parties. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.