**Shawn Campbell**

**From:** Sile Robert F MAJ CPATT J6 [robert.sile@iraq.centcom.mil]
**Sent:** Friday, April 01, 2005 6:14 AM
**To:** Dom Di Luigi
**Cc:** Shawn Campbell; Graham, John COL; Radano Andrew J LT CPATT; Nearn, Danny
**Subject:** RE: Compromise proposal #3

Dom, have discussed this with the Colonel and here's what we want to proceed with.

1. We will go with 17 total cities as specified in contract.
2. We will shift 12 of the cities and I will provide that list to you for your review within 5 days (April 5th). If that list of cities is okay then we will mod contract to reflect the city change.
3. I think we want to stay with that equipment originally intended & purchased for the original contract. The contract I have says 11,440 units. We would agree to the costs of reprogramming because of city change as it is result of our decision. I see $90k in proposal and if it is doable I would think it would be better to reprogram here rather than there.
4. We will want to upgrade the 5 city for 8-channel systems as the current contract specified.
5. When I looked at proposal I see portable systems reconfiguration and charges. Are you telling me that all of the handhelds are already programmed? I need to understand that.
6. Basically Dom, we want the original system but change the cities to reflect the current security situation needs in-country at this time.
7. As you stated, it is in all of our collective interest to decide this once & for all and get this installed and operational. I think once it is up, the low maintenance and incremental expansion costs will be very attractive to the Iraqis as they seek to expand this type of coverage to other cities.

On your other billing issues, we are working through the mess as best we can. Might be helpful to send Shawn here on-site to speed up process.
A suggestion.

MAJ Bob Sile
CPATT C-6
DSN: 318-239-7745
IRAQNA: 790-193-5015
MCI: 914-360-0539
-----Original Message-----
From: Dom Di Luigi [mailto:dom@praecomm.com]
Sent: Friday, April 01, 2005 5:04 PM
To: Sile Robert F MAJ CPATT J6
Cc: 'Shawn Campbell'; Graham, John COL; Radano Andrew J LT CPATT
Subject: RE: Compromise proposal #3

Bob:

Any news?

r/

dom

Dom Di Luigi
Praecomm Inc.
Phone: +619-325-1642
Fax: +619-325-1643
www.praecomm.com

-----Original Message-----
From: Sile Robert F MAJ CPATT J6 [mailto:robert.sile@iraq.centcom.mil]
Sent: Wednesday, March 30, 2005 9:19 AM

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE 1 OF 2 PAGES

2. AMENDMENT/MODIFICATION NO.: A00001
3. EFFECTIVE DATE: SEE BLOCK 16C
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable): BAD0013.ACO

6. ISSUED BY — CODE: S3621A

JOINT CONTRACTING COMMAND - IRAQ
DCMA - BAGHDAD
REPUBLICAN PRESIDENTIAL COMPOUND
U.S. EMBASSY, IRAQ
APO AE 09316
ACO: Karen Parris PHONE: (703) 544-1536
E-Mail: karen.parris@pco-iraq.net

7. ADMINISTERED BY (If other than Item 6) — CODE:

8. NAME AND ADDRESS OF CONTRACTOR (NO., street,city,county,State,and ZIP Code)

American Radio, Inc. (PRAECOMM)
6310 Riverdale Street
San Diego, CA 92120

CODE: FACILITY CODE:

9a. AMENDMENT OF SOLICITATION NO

9b. DATED (SEE ITEM 11)

X 10a. MODIFICATION OF CONTRACT/ORDER NO. W914NS-05-F-9027

10b. DATED (SEE ITEM 13) 6 December 2004

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or(c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting And Appropriation Data (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority) MUTUAL AGREEMENT

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to correct errors within CLINs 0006, 0007, and 0012.

CONTINUED

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME OF CONTRACTING OFFICER
KAREN A. PARRIS
Administrative Contracting Officer

15B. NAME OF CONTRACTOR/OFFEROR
BY ______________________
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Karen A. Parris
(Signature of Contracting Officer)

16C. DATE SIGNED 2005/06/28