| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>W914NS-05-F-9027 A00001 | Page 2 of 2 |
|---|---|---|

**Name of Offeror or Contractor:** American Radio, Inc. (PRAECOMM)

Listed contract CLINs are hereafter changed as written below:

| ITEM NO. | SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | 220V Multi (6 unit) Charger for Portable Radio | 1620 | EA | $ 249.00 | $403,380 |
| 0007 | 220V Single Charger for Portable Radio | 1720 | EA | $ 22.50 | $ 38,700 |
| 0012 | Labor and Miscellaneous Expenses | 1 | LO | $500,000.00 | $500,000 |

All terms and conditions of this contract instrument remain unchanged and in full force and effect.