## MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0248), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ADDRESS.**
**SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.**

1. PROCUREMENT INSTRUMENT IDENTIFICATION (CONTRACT) NO.: W914NS-05-F-9027
ORDER NO.:
6. INVOICE NO./DATE: AMC0002 8/28/05
7. PAGE: 1 OF: 1
8. ACCEPTANCE POINT: D
2. SHIPMENT NO.: AMC0002
3. DATE SHIPPED: 3/2/2005
4. B/L TCN
5. DISCOUNT TERMS: NONE

9. PRIME CONTRACTOR CODE
AMERICAN RADIO, INC. (PRAECOMM)
6310 RIVERDALE STREET
SAN DIEGO CA 92120

10. ADMINISTERED BY CODE
PCO-CONTRACTING ACTIVITY
REPUBLICAN PRESIDENTIAL COMPOUND
BAGHDAD, IRAQ
APO AE 09316

11. SHIPPED FROM (If other than 9) CODE FOB: D

12. PAYMENT WILL BE MADE BY CODE
USACE Finance Center
5722 Integrity Drive
Millington, TN 38054-5005

13. SHIPPED TO CODE

14. MARKED FOR CODE

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D* | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0012 | Labor and Misc. Expenses | 1 | LO | $ 500,000.00 | $500,000.00 |
| | GRAND TOTAL: | | | | $ 500,000.00 |

ORIGINAL INVOICE

21. CONTRACT QUALITY ASSURANCE

a. ORIGIN
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE RECEIVED / SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

b. DESTINATION
☐ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

6/28/05 [signature]

DATE RECEIVED / SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE HERE 6/28/05 SIGN HERE [signature]
DATE RECEIVED / SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME: Karen A. Parris
TITLE: Administrative Contracting Officer
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

* If quantity received by the Government is the same as quantity shipped, indicate by (X) mark; if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY
I reviewed all available information and concluded that the evidentiary documentation substantiates my signature verifying receipt of property. All supporting documentation is located in the contract folder.

KAREN A. PARRIS, Administrative Contracting Officer [signature]

DD FORM 250, AUG 2000 PREVIOUS EDITION IS OBSOLETE. USAPA V4.00