**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

PRAECOMM, INC. d/b/a/ AMERICAN RADIO, )
)
)
Plaintiff, )
v. ) Civil Action No. 06-54C
) (Judge Lettow)
THE UNITED STATES OF AMERICA, )
)
Defendant. )
)
______________________________________)

**DECLARATION OF DOMINIC DI LUIGI**

I, Dominic Di Luigi, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge.

1. I am a Principal of Praecomm, Inc. d/b/a American Radio ("Praecomm"). During the period of late 2003 through 2004, Praecomm entered into three contracts with the Coalition Provisional Authority (CPA), their successor the Project Contracting Office "(PCO") and the United States Army Corps of Engineers in Iraq. Those contracts were Contract DABV01-03-C-0032 ("Contract 0032"), Contract W914NS-050F-9001 ("Contract 9001") and W914NS-05-F-9027 ("Contract 9027"). All of the contracts generally concerned the provision of radio equipment for use in Iraqi cities.

2. During the negotiation and execution of Contracts 0032, 9001, and 9027, I was Praecomm's principal contact with the United States Government in Iraq. This Declaration sets forth certain aspects of Praecomm's experience concerning the contracts.

3. Contract 0032 was not completed by the fall of 2004. In fact, 4,800 of the 10,000 hand held radios called for by CLIN 0001A of Contract 0032 and 24 of the 120

repeaters called for in CLIN 0001C of Contract 0032 were delivered under Contract 9001 and Contract 9027.

4. The Advanced First Responder Network ("AFRN") was intended to address the limited communication capabilities of emergency first responders: the police, fire and medical personal. However it was not a "larger and more complex communications system;" rather, it was a compilation of a series of different communication solutions, one of which was first responder radios that were originally designed utilizing a TETRA based protocol.

5. Praecomm was contacted by the PCO in the fall of 2004 to discuss whether Praecomm could provide an Over the Air Rekeying ("OTAR") encryption capability to the balance of its radio equipment yet to be delivered under contract 0032. Shortly thereafter, the PCO requested Praecomm propose a long term solution to provide radio equipment to replace the First Responder radio portion of AFRN in certain cities. The PCO told Praecomm the AFRN program was experiencing delays and would be descoped and descaled to the point it would cover less cities. Praecomm and Defendant discussed Praecomm's equipment as a long term "solution" to replace the First Responder radio portion of the AFRN. Praecomm's proposed solution provided MPT3200 radio systems. MPT3200 utilizes a proprietary technology unique to Praecomm's design.

6. LTC Fretheim requested Praecomm prepare its information for a presentation to COL Graham in which Praecomm would lay out its concept and ideas formally to him. Due to a lack of administrative resources, namely printer access, Praecomm sent Fretheim an email attachment on September 13, 2004 named "IFRN

Trunking Introduction and Continuation Proposal". This document introduced our ideas for a wireless communications solution in the six cities identified to us by Fretheim. After printing up the document for the presentation we were picked up by LTC Fetheim and brought to the office of COL Graham where we formally presented the ideas outlined in the IFRN document. Prior to the completion of our presentation COL Graham verbally signed off on the plan, which covered six cities (Ad Diwaniyah, An Najaf, Al Hillah, Karbala, Al Kut, and Al Fallujah) and said "That's enough Dom. I'm sold … you guys are the only game in town," or words to that effect.

7. Later that evening, LTC Fretheim identified a budget of no more than $400,000 and asked if Praecomm would be willing and able to make its same proposal work in at least four of the six Iraqi cities identified in Praecomm's original six city proposal. Praecomm submitted the "Four City Technology Demonstration Trunking Upgrade Proposal" for the cities of Ad Diwaniyah, An Najaf, Al Hillah and Karbala. The PCO awarded Contract 9001 to Praecomm on October 14, 2004.

8. In conversations leading up to the Four City Proposal, LTC Fretheim represented that he urgently needed coverage in these four listed cities and that he would want to secure budgeting to and assign Praecomm at least twelve more Iraq cities to the FRN program, assuming that Praecomm's performance regarding the four listed cities went well. Based on LTC Fretheim's representation that Praecomm's equipment would be installed in four cities, language in Contract 9001 listing the four cities in which Praecomm's equipment would be installed, and LTC Fretheim's representation that the PCO would implement Praecomm's proposal in at least twelve additional cities[1] if

[1] The twelve additional cities that the government assigned were Samarra, Kirkuk, Al Huwayjah, Altun Kupri, Daquq, Dibs, Layan, Ryad, As Sulaymaniyah, Abbasiyah, Al

Praecomm's performance went well, Praecomm developed a discounted price, with the same solution and proposed implementation schedule. The twelve additional cities were Samarra, Kirkuk, Al Huwayjah, Altun Kupri, Daquq, Dibs, Layan, Ryad, As Sulaymaniyah, Abbasiyah, Al Kut and Al Fallujah.

Dominic Di Luigi

5-2-07

DATE

Kut and Al Fallujah.