IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-54C

(Filed: June 1, 2007)

PRAECOMM, INC., d/b/a AMERICAN RADIO )
)
Plaintiff, )
)
v. )
)
UNITED STATES, )
)
Defendant, )

SCHEDULING ORDER

A hearing on Defendant's Motion for Summary Judgment shall be held June 22, 2007 at 10:00 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

It is so ORDERED.

s/ Charles F. Lettow
Judge