**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

PRAECOMM, INC. d/b/a/ AMERICAN RADIO,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 06-54C
(Judge Lettow)

**UNOPPOSED MOTION TO EXTEND DISCOVERY**

Plaintiff Praecomm, Inc. d/b/a American Radio ("Praecomm") respectfully requests this Court to extend discovery until 30 days after the Court issues a decision on Defendant's Motion for Summary Judgment. Defendant United States of America ("Government") has reviewed this Motion and does not oppose it.

On March 1, 2007, the Government filed a Motion for Summary Judgment. Praecomm filed its Opposition to Motion for Summary Judgment on May 2, 2007, and the Government filed its Reply on May 16, 2007. A hearing on the Motion for Summary Judgment is scheduled for June 22, 2007, at 10:00 a.m. Prior to the scheduling of the hearing, the parties were working to schedule depositions and complete discovery by July 1, 2007, and planned to seek a one month extension of discovery from the Court. The parties have agreed that they each need 30 days to complete discovery. The parties have also agreed to stay discovery until the Court issues a decision on the Motion for Summary Judgment. Therefore, Praecomm requests that the Court issue an Order: (1) staying discovery until the date of the decision on the Motion for Summary Judgment; and (2) requiring completion of discovery 30 days after the date of the decision on the Motion for Summary Judgment.

Respectfully submitted,

/s/ Joseph J. Summerill IV
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 331-3100 (telephone)
(202) 331-3101 (facsimile)

*Counsel for Plaintiff Praecomm, Inc.*

OF COUNSEL:

Debra McGuire Mercer
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20006
(202) 331-3100 (telephone)
(202) 331-3101 (facsimile)

Dated: June 4, 2007