IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-54C

(Filed: June 6, 2007)

PRAECOMM, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the court is the plaintiff's unopposed motion requesting (1) that discovery be stayed until the court issues a ruling on the government's pending motion for summary judgment and (2) that the time within which to conduct discovery be extended until thirty days after the court issues that order.

The plaintiff's motion is GRANTED. Discovery shall be stayed until the court rules on the government's motion for summary judgment. The parties shall then have thirty days from date this court issues its ruling on the government's motion for summary judgment to complete discovery.

It is so ORDERED.

s/ Charles F. Lettow
Judge