## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRAECOMM, INC. d/b/a/ AMERICAN RADIO,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-54C<br>(Judge Lettow) |

### UNOPPOSED MOTION TO SUBSTITUTE ATTORNEY OF RECORD

Pursuant to Rule 83.1(4) of the Rules of the United States Court of Federal Claims, Plaintiff Praecomm, Inc. d/b/a American Radio ("Praecomm") respectfully requests that the Court designate L. James D'Agostino the new attorney of record in the above-captioned matter. Defendant United States of America has been consulted concerning this Motion and does not oppose it. An affidavit of appointment executed by the new attorney of record is attached as Exhibit 1. Joseph J. Summerill IV, previous attorney of record, consents to the substitution and endorses this motion by his signature below. All service should be addressed to L. James D'Agostino at the address indicated below.

                                                           Respectfully submitted,

                                                           /s/ L. James D'Agostino         
                                                           L. James D'Agostino
                                                           GREENBERG TRAURIG, LLP
                                                           1750 Tysons Boulevard
                                                           Suite 1200
                                                           McLean, Virginia 22102
                                                           (703) 749-1300 (telephone)
                                                           (703) 749-1301 (facsimile)
                                                           dagostinoj@gtlaw.com

/s/ Joseph J. Summerill IV
Joseph J. Summerill
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C.  20006
(202) 331-3100 (telephone)
(202) 331-3101 (facsimile)
summerillj@gtlaw.com

*Counsel for Plaintiff Praecomm, Inc.*

OF COUNSEL:

Debra McGuire Mercer
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, D.C.  20006
(202) 331-3100 (telephone)
(202) 331-3101 (facsimile)

Dated:  June 7, 2007

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRAECOMM, INC. d/b/a/ AMERICAN RADIO, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 06-54C<br>(Judge Lettow) |

## AFFIDAVIT OF APPOINTMENT

1. I, L. James D'Agostino, being duly sworn, state:

2. I am a member of the bar of the United States Court of Federal Claims.

3. Plaintiff Praecomm, Inc. and the previous attorney of record, Joseph J. Summerill IV, have agreed to designate me as the attorney of record in the above-captioned matter.

Further, the affiant sayeth not.

_____
L. James D'Agostino

Subscribed and sworn before me the 7TH day of June, 2007.

EMBOSSED HEREON IS MY
Commonwealth of Virginia Notary Public Seal
My Commission Expires July 31, 2008
Sandra Ferony

