**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRAECOMM, INC. d/b/a/ AMERICAN RADIO,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Civil Action No. 06-54C<br>(Judge Lettow) |

**UNOPPOSED MOTION TO RESCHEDULE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Praecomm, Inc. d/b/a American Radio ("Praecomm") respectfully requests this Court to reschedule the hearing on Defendant's Motion for Summary Judgment currently scheduled for June 22, 2007, at 10:00 a.m. Defendant United States of America ("Government") has been consulted concerning this Motion and does not oppose it.

On June 1, 2007, this Court issued a Scheduling Order setting the hearing for June 22, 2007, at 10:00 a.m. On June 7, 2007, Praecomm filed a Motion to Substitute Attorney of Record in this case. The new attorney of record is unavailable on June 22, 2007. Moreover, the new attorney of record requires additional time to adequately prepare for the hearing. Praecomm and the Government are available to attend a hearing on any date during the following weeks: July 9 through 13, 2007 or July 30 through August 3, 2007.

Therefore, Praecomm requests that the Court issue an Order: (1) cancelling the hearing scheduled for June 22, 2007, at 10:00 a.m.; and (2) rescheduling the hearing for a date convenient to the Court and parties.

Respectfully submitted,

/s/ Joseph J. Summerill IV

Joseph J. Summerill IV
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 331-3100 (telephone)
(202) 331-3101 (facsimile)

*Counsel for Plaintiff Praecomm, Inc.*

OF COUNSEL:

Debra McGuire Mercer
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20006
(202) 331-3100 (telephone)
(202) 331-3101 (facsimile)

Dated: June 7, 2007