IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-54C

(Filed: June 8, 2007)

PRAECOMM, INC., d/b/a AMERICAN RADIO,

Plaintiff,

v.

UNITED STATES,

Defendant,

SCHEDULING ORDER

Pending before the court is the plaintiff's unopposed motion to reschedule the hearing on the government's motion for summary judgment. This court, by an order dated June 1, 2007, originally scheduled the hearing for June 22, 2007. Plaintiff's new counsel of record avers that he is unavailable on that date.

The plaintiff's motion is **GRANTED**. The hearing on the government's motion for summary judgment shall be rescheduled for July 9, 2007 at 10:00 a.m. at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington D.C. The courtroom in which the hearing will be held shall be posted in the lobby of the building.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge