IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRAECOMM, INC., d/b/a AMERICAN RADIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-54C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE HEARING

Defendant respectfully requests that the Court reschedule the hearing on the pending motion for summary judgment, currently set for oral argument on July 9, 2007, at 10:00 a.m. This is defendant's first request to reschedule the hearing. Counsel for plaintiff has represented that plaintiff does not oppose this request.

The requested rescheduling is necessary to accommodate personal travel plans of the undersigned, whose family is scheduled to fly from New York to Europe on the afternoon of July 9 for the remainder of the summer. The undersigned regrets not noticing the conflict earlier. Counsel for the parties are available to attend a hearing on any of the following dates: July 10-12 and July 16-20.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion to reschedule the hearing for a date convenient to the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624

Attorneys for Defendant

July 2, 2007