**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

PRAECOMM, INC. d/b/a/ AMERICAN RADIO,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 06-54C
(Judge Lettow)

**UNOPPOSED MOTION TO SUPPLEMENT PLAINTIFF'S APPENDIX TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff Praecomm, Inc. d/b/a American Radio ("Praecomm") respectfully requests this Court to permit it to supplement the Appendix to Plaintiff Praecomm, Inc.'s Opposition to Motion for Summary Judgment, filed on May 2, 2007. On May 9, 2007, Praecomm conducted the deposition of Colonel John Graham. The hearing on the motion for summary judgment is scheduled for July 13, 2007. While preparing for the hearing, counsel for Praecomm determined that three pages from Colonel Graham's deposition transcript should be added to the Appendix. A copy of the three pages and the coversheet from the deposition transcript is attached and marked as pages 157-60 of the Appendix. Defendant United States of America has been consulted concerning this Motion and does not oppose it.

Therefore, Praecomm requests that the Court issue an Order granting this Motion and allowing Praecomm to supplement its Appendix with the attached pages.

Respectfully submitted,

/s/ L. James D'Agostino
L. James D'Agostino
GREENBERG TRAURIG, LLP
1750 Tysons Corner Boulevard
Suite 1200
McLean, VA 22102
(202) 749-1300 (telephone)
(202) 749-1301 (facsimile)

*Counsel for Plaintiff Praecomm, Inc.*

OF COUNSEL:

Joseph J. Summerill IV
Debra McGuire Mercer
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20006
(202) 331-3100 (telephone)
(202) 331-3101 (facsimile)

Dated: July 13, 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

--------------------------------------:

PRAECOMM, INC., d/b/a :

AMERICAN RADIO, : ORIGINAL

:

Plaintiff, :

:

vs. : C.A. No.

: 06-54C

THE UNITED STATES OF AMERICA, :

:

Defendant. :

--------------------------------------:

Washington, D.C.

Wednesday, May 9, 2007

Deposition of:

COLONEL JOHN GRAHAM

called for oral examination by counsel for Plaintiff, pursuant to notice, at Greenberg Traurig, L.L.P., 800 Connecticut Avenue, Northwest, Suite 500, Washington, D.C., before Shari R. Broussard, of Capital Reporting Company, a Notary Public in and for the District of Columbia, beginning at 9:08 a.m., when were present on behalf of the respective parties:


©2007

A I'm not sure what you're asking. We picked six cities and then the contract actually awarded four cities.

Q Okay. And do you know why the contract was only for four cities as opposed to six?

A I think we dropped off Fallujah and the other city because we didn't think it was safe at that particular time.

Q Praecomm has alleged that you verbally signed off on a six-city plan by stating something like, "That's enough, Dom. I'm sold. You guys are the only game in town," or words to that effect.

Do you recall making a comment like that to Mr. DiLuigi during the process?

A I'm not sure of those exact words, but I cannot commit the government without a contract. And I could say that, you know, this is what we're looking to try to do, but only the contracting officer, Mr. Robert Mueller, could actually commit the government to funds. So conceptually, you know, cities would be great, but I can't...

Q At that time did you believe that


©2007

Praecomm was the only contractor that could fulfill this need to provide services for the six cities and then reduced to four?

A No. They had provided radios. The radios were proprietary. I couldn't mix radios. I couldn't get another contractor with another type radio that didn't interoperate. So based on the first contract, you know, they had to -- I couldn't get another company to upgrade a proprietary piece of equipment. I mean I couldn't get Apple to come in and replace a Dell.

Q And do you recall what type of technology the Praecomm radios used?

A I don't know what you're asking.

Q Do you recall them --

A I recall reading the contract. It says it's going to do this, this and this, and that's what it did.

Q You had mentioned that the number of cities was reduced from six to four because of security issues.

Do you recall if there were any other


©2007

Q Okay. So were all the cities that the First Responder Network was in, was the plan that eventually they would be replaced by AFRN?

A You say "all the cities." You have to give me a list of all the cities and I'd have to compare it, so I can't say.

MR. SCHWIND: Objection as vague as far as what cities -- were you talking about the Contract 32 cities or are you talking about the Contract 9001 cities or some other cities?

BY MS. MERCER:

Q Okay. Well, Colonel Graham, you made a statement that the AFRN was supposed to replace the FRN.

A Yes.

Q And what did you mean by that?

A All I can give you is an example, that there were different technologies. It would be like replacing your Microsoft Dell product with an Apple product.

Q Okay.

A They do similar things, but they're not


©2007