#067140

ORIGINAL

FILED
SEP 21 2007
U.S. COURT OF FEDERAL CLAIMS

# Court of Federal Claims

Case Number 06-54C
Judge Lettow

Praecomm, Inc., Plaintiff,

v.

United States, Defendant.

**NOTICE OF APPEAL**

Notice is hereby given that Praecomm, Inc. in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the United States Court of Federal Claims' Opinion and Order entered on August 9, 2007 granting the Government's motion for summary judgment.

Respectfully submitted,

L. James D'Agostino
GREENBERG TRAURIG, LLP
1750 Tysons Corner Boulevard
Suite 1200
McLean, VA 22102
(202) 749-1300 (telephone)
(202) 749-1301 (facsimile)

*Counsel for Plaintiff Praecomm, Inc.*

OF COUNSEL:

Joseph J. Summerill IV
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20006
(202) 331-3100 (telephone)
(202) 331-3101 (facsimile)

Dated: September 20, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of this Notice of Appeal upon the party to this matter by hand delivery:

Gregg M. Schwind
Trial Attorney
Commercial Litigation Branch
U.S. Department of Justice
Civil Division
Post Office Box 14524
Washington, DC 20044-4524

This 21st day of September, 2007.

Respectfully Submitted,

Greenberg Traurig

By: ______________________
Joseph J. Summerill IV
*Counsel for Praecomm, Inc.*